United States Department of Justice
Office of the United States Trustee
1100 Commerce, Room 9C60
Dallas, Texas  75242  (214) 767-8967
George F. McElreath
TEXAS STATE BAR NO. 13581600

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **IN RE** § | |
| § | |
| CORNERSTONE E & P COMPANY, LP et al § | **CASE NO.** 09-35228-BJH-11 |
| § | (Jointly Administered) |
| § | |
| **DEBTORS** § | CHAPTER  11 |
| § | |

## APPOINTMENT OF
## OFFICIAL UNSECURED CREDITOR'S COMMITTEE

Pursuant to 11 U.S.C. §1102(a)(1), the following persons are appointed to the Official Unsecured Creditor's Committee in the above styled and numbered case:

1. Thomas Burke
   Complete Production Services
   P.O. Box 1299
   Gainesville, TX 76241-1299
   Tel: (940) 668-5152
   Fax: (832) 201-0731
   tburke@completeproduction.com

2. Greg Attrep
   Smith International, Inc.
   16740 E. Hardy Street
   Houston, TX 77032
   Tel:    (832) 601-3059
   Fax:   (281) 233-9515
   gattrep@smith.com

3. David Mulroney

    Simons Petroleum, Inc.
    210 Park Avenue, St$^{e.}$ 1800
    Oklahoma City, OK 73120
    Tel:    (405) 848-3500
    Fax:    (405) 848-3508
    dmulroney@simonspetroleum.com

4.  Michael Stephenson
    Schlumberger Technology Corporation
    14131 Midway Blvd., Suite 700
    Addison, TX 75001
    Tel: (972) 789-7779
    Fax: (972) 980-2208
    mstephenson@stb.com

5.  Ted Gabillot
    Rowan Companies, Inc.
    2800 Post Oak Blvd., Suite 5450
    Houston, TX 77056
    Tel: (713) 960-7587
    Fax: (713) 960-7658
    tedg@rowancompanies.com

6.  Matt Krieder
    Precision Energy Services
    P.O. Box 200698
    Dallas, TX 75320-0698
    Tel: (817) 249-7200

7.  Christopher Ryan
    Baker Hughes Inc.
    2929 Allen Pkwy., Suite 2100
    Houston, TX 77019-2118
    Tel: (713) 439-8771
    Fax: (713) 439-8778
    chris.ryan@bakerhughes.com

8.  Duncan Simpson
    Select Energy Services
    Bell Supply Company
    P.O. Box 170
    Gainesville, TX 76241-0170
    Tel: (940) 665-4373
    Fax: (940) 665-8434

9. Daniela Quast
   Newpark Drilling Fluids, Inc.
   2700 Research Forest Drive, Suite 100
   The Woodlands, TX 77381
   Tel: (281) 362-6805
   Fax: (832) 442-5789
   dquast@newpark.com

DATED: August 18, 2009

Respectfully submitted,
WILLIAM T. NEARY
UNITED STATES TRUSTEE


_/s/_____
George F. McElreath
Assistant United States Trustee
TX #13581600
1100 Commerce, Room 9C60
Dallas, TX 75242
(214) 767-8967

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was served by the electronic case filing system for the U.S. Bankruptcy Court for the Northern District of Texas.


__/s/_____
George F. McElreath