Edward L. Rothberg
TBN 17313990
Weycer, Kaplan, Pulaski & Zuber, P.C.
11 East Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 961-9045; (713) 961-5341 (fax)
Attorney for Weatherford International, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| **CORNERSTONE E&P COMPANY, L.P.,** *et. al* | § § § § | **CASE NO. 09-35228-BJH** |
| Debtors. | § | **CHAPTER 11** |

**LIMITED OBJECTION TO EMERGENCY MOTION FOR AN ORDER (I)
APPROVING INTERIM AND FINAL USE OF CASH COLLATERAL AND
GRANTING ADEQUATE PROTECTION; (II) GRANTING AUTHORITY TO
MAKE PAYMENTS TO ROYALTY AND WORKING INTEREST OWNERS;
AND (III) APPROVING VENDOR FINANCING AGREEMENT(DOC. 15, 30)**

WEATHERFORD U.S., L.P., and an affiliate known as Precision Energy Services, Inc. (collectively "Weatherford"), hereby object to the Debtors' Emergency Motion for an Order (I) Approving Interim and Final Use of Cash Collateral and Granting Adequate Protection; (II) Granting Authority to Make Payments to Royalty and Working Interest and (III) Approving Vendor Financing Agreement. The grounds for the objection are as follows:

**Introduction**

1. Weatherford is owed $3,860,265.89 for goods, services and equipment rental provided with respect to the Debtors mineral leases and related wells. All or a substantial portion of this debt is secured by minerals liens on the Debtors' interest in those leases. The liens also attach to the interests of non-debtor working interest owners in the leases. The

proceeds of the sale of this collateral along with joint interest billings owed to the Debtors constitute Weatherford cash collateral.

## Objections to Proposed Cash Collateral Order

2. <u>Improper Pre-petition Royalty and Interest Payments</u>. In paragraph 34, of the their Motion, the Debtors seek authority to pay $1,088,325 in pre-petition royalty and working interest owner claims. The Debtors intend unequal treatment of their creditors by paying the royalty and working interest owners in full without any payment of the mineral lien claimants. No plan has yet been proposed. Therefore, the Debtors are essentially seeking payment of pre-petition unsecured claims outside of a plan to the detriment of its remaining creditors. Such payments are prohibited in the Fifth Circuit. *See* In re Oxford Management, 4 F.3d 1329, 1334 (5th Cir. 1993); *see also* In re Kmart Corp., 359 F.3d 866, 871 (7th Cir. 2004). The Debtors have made no attempt to establish any specific exceptional circumstances which might permit such payments as were described in In re CoServ, L.L.C., 273 B.R. 487 (Bankr. N.D. Tex. 2002); nor have they described any other legal or factual basis for the granting of such relief. If the Debtors believe such relief is necessary, they should file a separate motion and state the basis for the relief requested so creditors can determine whether an objection is appropriate. Then, if an objection is filed, the Court can conduct a hearing where the issues to be litigated will be fully disclosed.

3. <u>Automatic Termination of Use of Cash Collateral</u>. Paragraph 8 of the Interim Agreed Order contains several provisions which automatically terminate the use of cash collateral which are inappropriate and have absolutely nothing to do with providing the Lender adequate protection.

    a.    For instance, Par 8(c)(v) states that the use of cash collateral terminates if some other creditor asserting a lien or reclamation claim (even though it might be junior) obtains relief from the stay.

    b.    Likewise, paragraphs 8(e) and (g) provides that cash collateral use terminates if a junior lien is placed on the Prepetition Collateral without the prior written approval of the bank. Rather than providing adequate protection, this effectively waives the Debtors' right to obtain a junior DIP Loan.

    c.    Finally, paragraph 8(h) terminates the use of cash collateral if the Debtor does not file a plan acceptable to the Prepetition Lender by October 30, 2009. Once again, rather than providing adequate protection, this effectively waives the Debtors' exclusivity, but just as to the Prepetition Lender. See also discussion of paragraph 12(iv) below, which does not allow court approved professional to use the carve out to prosecute the case absent consent of the Prepetition Lenders.

4.    <u>Carve Out</u>. Paragraph 12(iv) prohibits the court approved professionals from filing any cash collateral motion, sale motion, DIP motion or plan without the consent of the Prepetition Lender. This not only waives the Debtors' right to exclusivity, but effectively places prosecution of the entire case in the hands of the Prepetition Lenders to the detriment of every other party in this case.

5.    <u>Marshalling.</u> In paragraph 22 the Prepetition Lenders require the Debtors to waive the doctrine of marshalling. This can be extremely detrimental to the mineral lien holders and again has nothing to do with the granting of adequate protection for the use cash collateral. For instance, if the Prepetition Lender has a lien on Lease ABC and the Prepetition Lender and a mineral lien holder have a lien on Lease DEF, the doctrine of marshalling would require the Prepetition Lender to exhaust its lien on Lease ABC to protect the value of the mineral lien on Lease DEF. If marshalling is waived, then the Prepetition Lender can effectively eliminate the mineral lien on Lease DEF by resorting to that lease first.

6. <u>Miscellaneous.</u> Paragraphs 20, 24,25, 26 and 27 contain various provision to protect the Prepetition Lenders. These provisions should also apply to the vendor finance parties.

7. <u>Objections to Priority of Prepetition Lender's Liens</u>. Paragraph 28 sets a statute of limitations of 60 days following entry of the interim cash collateral order for any party in interest to object to the Prepetition Lender's liens. The deadline is October 6, 2009. Once again, this has nothing to do with adequate protection for the use of cash collateral. Rather, it is simply designed to eliminate challenges to these liens. This statute of limitations should not apply to any effort of a mineral lien holder to determine the validity, priority or extent of its liens on a particular lease or well. It is unfair to place such a short time limit on a mineral lien holder for several reasons. First, the mineral lien holder will not be attempting to void the entire bank debt or lien. The mineral lien holder is only concerned with the existence and priority of its lien on a particular lease or well versus the existence and priority of the lien of the Prepetition Lender on that particular lease or well. Second, it will be difficult for mineral lien holders to meet the October 6, 2009, deadline as the leases involved are large and complicated and it is likely that there are hundreds of filing to sort through. Last, it is likely that many mineral lien holders with smaller amounts may rely on the lien analysis prepared by either the Committee or the Debtors. Although it is common for the Committee and/or the Debtor to obtain extensions of this deadline, every mineral lien holder would likewise be required to do the same thing. This is simply not practical.

WEREFORE, Weatherford prays that the Court deny the use of cash collateral unless the issues referred to above and the issues raised by Baker Hughes are addressed.

Respectfully submitted,

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Edward L. Rothberg*
    EDWARD L. ROTHBERG
    State Bar No. 17313990
    Federal I.D. No. 2780
    11 E. Greenway Plaza, Suite 1400
    Houston, Texas 77046
    713-961-9045 Telephone
    713-961-5341 Facsimile

ATTORNEYS FOR WEATHERFORD

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via ECF and/or by first class regular mail, postage prepaid, on August 20, 2009, to the all parties listed on the attached Master Service List.

 */s/ Edward L. Rothberg*
EDWARD L. ROTHBERG

# MASTER SERVICE LIST
## (as of August 17, 2009)

**Debtors:**

Cornerstone E & P Company, LP
Cornerstone Southwest GP, LLC
5525 N. MacArthur Blvd., Suite 775
Irving, TX 75038
Email: bosborne@cstone-ep.com
jsanchez@cstone-ep.com

**Counsel for Debtors:**

Robert D. Albergotti
Stephen Pezanosky
Scott Everett
Autumn D. Highsmith
John Middleton
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Facsimile: (214) 651-5940
Email: robert.albergotti@haynesboone.com
stephen.pezanosky@haynesboone.com
scott.everett@haynesboone.com
autumn.highsmith@haynesboone.com
john.middleton@haynesboone.com

**United States Trustee:**

George F. McElreath
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
Facsimile: (214) 767-8971
Email: george.f.mcelreath@usdoj.gov

**Taxing Entities:**

Hill County Appraisal District
P O Box 416
Hillsboro, TX 76645

Hood County Appraisal District
1902 West Pearl Street
Granbury, TX 76048

Johnson County Central Appraisal District
109 N. Main
Cleburne, TX 76033

Maverick County Appraisal District
2243 N. Veterans Blvd.
P O Box 2628
Eagle Pass, TX 78853

Panola County Appraisal District
2 Ball Park Road
Carthage, TX 75633

Shelby County Appraisal District
724 Shelbyville Street
Center, TX 75935

Hughes County Assessor
200 N. Broadway
Holdenville, OK 74848

**Government Entities:**

Internal Revenue Service
Special Procedures – Insolvency
P O BOX 21126
Philadelphia, PA 19114

Office of the Attorney General
1412 Main Street, Suite 810
Dallas, TX 75202

Office of the Attorney General
Main Justice Building, Room 5111
10th Street & Constitution Avenue, N.W.
Washington, DC 20530

Office of the Attorney General
714 Jackson Street, 6th Floor
Dallas, TX 75202

Office of the Attorney General
Pension Benefit & Guaranty
1200 K Street, NW
Washington, DC 2004-4026

Office of the United States Attorney
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Oklahoma Corporations Commission
P O Box 52000
Oklahoma City, Oklahoma 73152-2000

Oklahoma Secretary of State
2300 N. Lincoln Blvd., Suite 101
Oklahoma City, Oklahoma 73105-4897

Oklahoma Water Resources Board
3800 Classen
Oklahoma City, Oklahoma 73118

Railroad Commission of Texas District 1
115 E. Travis Street
San Antonio, Texas 78205

Railroad Commission of Texas
 District 5 and 6
619 Henderson Street
Kilgore, Texas 75662

Texas Assistant Attorney General
Bankruptcy & Collections Division
P O Box 12548
Austin, TX 78711-2548

Texas Commission on Environmental
 Quality
12100 Park 35 Circle
Austin, Texas 78711-3087

Texas Comptroller of Public Accounts
Lyndon B. Johnson State Office Building, 111 East
17th Street
Austin, Texas 78774

Texas Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy Section,
P O BOX 13528
Austin, TX 78711

Texas Secretary of State
P O Box 12887
Austin, Texas 78711-2887

Texas Workforce Commission
Box 901010
Fort Worth, Texas 76010-2101

Texas Workforce Commission
101 East 15th Street
Austin, TX 78778

U.S. Department of Labor
Occupational Safety & Health Administration, 200
Constitution Avenue
Washington, DC 20210

**Secured Creditors (includes Undersecured Creditors with Deficiency Claims):**

Arnold Crushed Stone, Inc.
P O Box 632
Blum, TX 76627
Email:    marnold50@msn.com
              miles@arnoldcrushedstone.com

Baker Hughes Oilfield Services
15355 Vantage Parkway, Suite 300
Houston, TX 77032

Bennett Drilling Services
P O Box 6177
Longview, TX 75608
Email:    mambennett1@aol.com

Bridgeport Tank Trucks, LLC
1100 CR 700
Cleburne, TX 76031
Email:    info@btt-group.com
              sherrie.coursey@btt-group.com

Chalmers, Collins & Alwell, Inc.
P O Box 52287
Lafayette, LA 70505
Email:    JanStelly@ccaconsultants.com
              richard@accaconsultants.com

ConocoPhillips
10 Plaza Office Building
Bartlesville, OK 74004

Cude Oilfield Contractors, Inc.
P O Box 4652, Dept. 561
Houston, TX 77210
Email:    leapeterson@cudeoilfield.com

Fred's Rat Hole Service, Inc.
P O Box 741
Lindsay, OK 73052

I. E. Miller
P O Drawer 472
Eunice, LA 70535

KSW Oilfield Rental, LP
314 N. Post Oak Lane
Houston, TX 77024
Email: cmarlow@kswoilfield.com

Magnum Oilfield Services, Inc.
P O Box 786
Eagle Lake, TX 77434

Natural Gas Compression Systems, Inc.
2480 Aero Park Drive
Traverse City, MI 49686
Email: yuncker@ngcsi.com

Natural Gas Services Group, Inc.
508 W. Wall Street, Suite 550
Midland, TX 79701
Email: lela.mayfield@ngsgi.com

Pumpco Energy Services
302 S. Dixon
Gainesville, TX 76240
Email: cwilson@pumpcoservices.com

Range Resources
100 Throckmorton, Suite 1200
Fort Worth, TX 76102
Facsimile: 817-869-9100
Email: rmanny@rangeresources.com

Select Energy Services, LLC
P O Box 1715
Gainesville, TX 76241
Email: craig.budner@klgates.com
 casey.kaplan@klgates.com

Six & Mango Equipment
8741 Main Street
Frisco, TX 75034
Email: accounting@sixandmango.com

Southern Resources
4509 N. Classen, Suite 201
Oklahoma City, OK 73116

Spidle Turbeco
P O Box 6426
Metarie, LA 70009
Email: breeves@flotekind.com
 johnarbour@gmscollections.com

Tesco Services, Inc.
3993 W. Sam Houston Pkwy. N, Suite 100
Houston, TX 77043
Email: andrey_clement@tescocorp.com

Texas CES, Inc.
 Felderhoff
Attn: Tom Burke
P O Box 1299
Gainesville, TX 76241
Email: tburke@completeproduction.com

Thurman Transportation
P O Box 425
Alvarado, TX 76009

Tilford Pinson Exploration
23 West Main Street
Edmond, OK 73003

Weatherford US, LP
515 Post Oak Blvd., Suite 600
Houston, TX 77027
Email: KMartinez01@iwilson.com
 simon.lin@weatherford.com

Wellstar International, LLC
1600 E. 19th Street, Bldg. 5
Edmund, OK 73013

Wolf Pack Rentals, LLC
P O Box 19569
Houston, TX 77224
Email: ashley.tejero@xxtremegroup.com
 grant.hutchins@xxtremegroup.com

**50 Largest Unsecured Creditors (including Undersecured Creditors with Deficiency Claims):**

Arrow Pump & Supply, Inc.
P O Drawer 1070
Seminole, OK 74818
Email: arrowpump@yahoo.com
 arrowpumpada@yahoo.com

Awesome Transport LLC
P O Box 2407
Elk City, OK 73648
Email: awesometransport@att.net

Baker Hughes Drilling Fluids
Baker Oil Tools
P O Box 200415
Houston, TX 77216
Email: chris.ryan@bakerhughes.com
christopher.ryan@bakerhughes.com
jeff.garrett@bakerhughes.com

Basic Energy Services
P O Box 841903
Dallas, TX 75284
Email: gloria.robinson@basicenergyservices.com
bobby.adkins@basicenergy.com

BJ Services Company
P O Box 4346, Dept. 393
Houston, TX 77210

Blowout Tools, Inc.
1635 SE 29th Street
Oklahoma City, OK 73139
Email: ddyer@btiservices.com

BravoConstruction, Inc.
P O Box 874
Wilburton, OK 74578
Email: bravojw@sbcglobal.net

Brickman Fast Line Inc.
P O Box 764
Okeene, OK 73763
Email: brickmant@hotmail.com
arrowpump@yahoo.com
arrowpumpada@yahoo.com

Bronco Drilling Company, Inc.
16217 N. May Avenue
Edmond, OK 73013
Email: agutierrez@broncodrill.com

Burlington Resources Oil & Gas Co.
c/o ConocoPhillips Company
10 Plaza Office Building
Bartlesville, OK 74004
Email: lcrothers@br-inc.com

Cenizo Services, Inc.
P O Box 1038
Uvalde, TX 78802
Email: all4weeks@yahoo.com

Continental Resources, Inc.
P O Box 1032
Enid, OK 73702

Devon Energy Production Co., LP
Attn: Chris Kirt
20 N. Broadway
Oklahoma City, OK 73102
Fax: 405-234-2302
Email: chris.kirt@dvn.com
Susan.starns@dvn.com

DrillRight Technology, Inc.
Attn: Darrell Husted
2201 SE 38th
Moore, OK 73160
Email: dhusted@drillrighttechnology.com
dspencer@drillrighttechnology.com

Energy Service Company
P O Box 1300
Bowie, TX 76230
Email: tbrown@energyserviceco.com

Exploreco International LLC
Attn: Don Milner, Jr.
P O Box 951913
Dallas, TX 75395
Email: mayra@exploreco.com
donj@exploreco.com
walt@exploreco.com

Express Energy Services
P O Box 3720
Houma, LA 70361
Email: sdavis@eeslp.com

Felderhoff Brothers Drilling
P O Box 202037
Dallas, TX 74320
Email: Tburke@completeproduction.com

Gambler Trucking Inc.
5851 San Felipe Street, Suite 850
Houston, TX 77057
Email: kcashion@swanbergusa.com
rpendleton@swanberginternational.com

International Lift Systems, LLC
P O Box 941748
Houston, TX 77049
Email: fthompson@lufkin.com

Jimmy Chatham Dozer Service Inc.
P O Box 878
Healdton, OK 73438
Email: jrchatham@calberocket.com

Moricoli & Schovanec LLC
Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102
Email: jmoricoli@moricoli.com

Myers Roustabout LLC
P O Box 751
Jacksboro, TX 76458
Email: megan@myersroustabout.com
myersroustabout@yahoo.com

Nabors Well Services, Ltd.
Attn: Stephen Tucker
P O Bocx 973510
Dallas, TX 75397
Email: stephen.tucker@nabors.com
lauri.mcdonald@nabors.com

Newpark Drilling Fluids LLC
Attn: Daniela Quast
P O Box 83116
Baton Rouge, LA 70884
Email: dquast@newpark.com

NFR Energy LLC
1415 Louisiana, Suite 1600
Houston, TX 77002
Email: cstinneford@gordonarata.com

Pason Systems USA Corp.
16100 Table Mountain Pkwy., Suite 100
Golden, CO 80403
Email: cindy.miller@pason.com
robbie.thorne@pason.com

Phantom Drilling Fluids Company
Attn: Gene Matthews
904 Fox Hill Driv
Edmond, OK 73034
Email: phantom1226@cox.net

Pinson Well Logging, Inc.
4430 NW 50th Street, Suite Q
Oklahoma City, OK 73112
Email: pinsonwell@aol.com

Precision Energy Services, Inc.
Attn: Simon Lin
P O Box 200698
Dallas, TX 75320
Email: simon.lin@weatherford.com
luther.harmon@weatherford.com

Quicksilver Resources Inc.
777 West Rosedale Street, Suite 300
Fort Worth, TX 76104
Email: ccirone@grinc.com

Rowan Drilling Company, Inc.
Attn: Darin Gibbins
2800 Post Oak Blvd., Suite 5450
Houston, TX 77056
Email: mboykin@rowancompanies.com
darin.gibbins@rowancompanies.com
tedg@rowancompanies.com

Schlumberger Technology Corporation
Attn: Mickey Stephenson
P O Box 201556
Houston, TX 77261
Email: mstephenson@dallas.oilfield.slb.com
mstephenson@slb.com
crean1@slb.com

Seaboard Wellhead, Inc.
P O Box 3177
Houston, TX 77253
Email: thawkins@seaboardwellheadinc.com

Simons Petroleum
Attn: David Mulroney
P O Box 676686
Dallas, TX 75267
Email: dmulroney@simonspetroleum.com
mmclaughlin@simonpetroleum.com

Smith International, Inc.
Attn: Karen Bennett
P O Box 200760
Dallas, TX 75230
Email: kbennett01@smith.com

Streamline Production Systems, Inc.
1447 Highway 69
Kountze, TX 77625
Email: streamster1@aol.com
plindsey2877@yahoo.com

Super Flow Testers, Inc.
P O Box 643
Lindsay, OK 73052
Email: superflow@volornet.com
smcdaniels@scissortailenergy.com

T A W Inc.
Attn: Elise Alexander
P O Box 960078
Oklahoma City, OK 73196
Email: nlong@TAWServices.com
ealexander@tawservices.com

Tank 1 Services, LLC
14633 South Padre Island Dr., Suite 105
Corpus Christi, TX 78418
Email: kbatey@branscombpc.com

TCB Rental Inc.
P O Box 1593
Brenham, TX 77834
Email: tcbrental@texasbb.com

Tejas Oilfield Service
Attn: John Schmitz
Lockbox Dept. 2414
P O Box 4346
Houston, TX 77210
Email: chuddleston@peakoilservices.com

Thomas Tools
Attn: Linda Dutil
P O Box 200701
Dallas, TX 75230
Email: ldutil@thomastools.com
heath@thomastools.com

TK Stanley Inc.
P O Box 31
Waynesboro, MS 39367
Email: dclark@tcstanley.com

Topographic Land Surveyors
6709 North Classen Blvd.
Oklahoma City, OK 73116
Email: annie.wolf@topographic.com
becky.bogle@topographic.com

TS Dudley Land Co., Inc.
5925 N. Robinson Avenue
Oklahoma City, OK 73118
Email: TomDudley@tsdudley.com

Ulterra Drilling Technologies, LP
Attn: Carter McCall
P O Box 975228
Dallas, TX 75397
Email: cmccall@ulterra.com

Vanguard Stimulation Service LLC
Attn: Carroll Newman
19800 MacArthur Blvd., Suite 650
Irvine, CA 92612
Email: cnewman@vanguardenergygroup.com
pguertin@vanguardenergygroup.com

Western Company of Texas
P O Box 399
Justin, TX 76247
Email: Brent.Barnard@xxtremegroup.com

**Litigation Parties:**

Myers Roustabout, L.L.C.
c/o David Spiller
Spiller & Spiller
P O Drawer 447
Jacksboro, TX 76458
Facsimile: (940) 567-3999
Email: david.spillerlaw@sbcglobal.net

NFR Energy LLC
c/o Charles L. Stinneford
Andrew M. Abrameit
Gordon, Arata, McCollam,
  Duplantis & Eagan, L.L.P.
One Riverway, Suite 1300
Houston, TX 77056
Facsimile: (713) 333-5501
Email: cstinneford@gordonarata.com
aabrameit@gordonarata.com

Select Energy Services, LLC
Bell Supply Company, LLC
c/o Duncan A. Simpson
B-29 Investments, LP
201 W. California Street,
P O Box 170
Gainesville, TX 76241
Email: dsimpson@b29investments.com

Select Energy Services, LLC
c/o Craig W. Budner
Casey P. Kaplan
K&L Gates LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Facsimile: (214) 939-5849
Email: craig.budner@klgates.com
casey.kaplan@klgates.com

**Counsel for Financing Vendors**

Phil Snow
Snow Fogel Spence LLP
2929 Allen Parkway
Suite 4100
Houston, TX 77019
Fax: 713-335-4848
Email: philsnow@snowfogel.com
lauraterrell@snowfogel.com

**Utilities**

People's Electric Cooperative
P.O. Box 429
Ada, OK 74821-0429

Hilco Electric Cooperative, Inc.
P.O. Box 127
Itasca, TX 76055-0127

**Unsecured Creditors of Cornerstone Southwest GP, LLC Only**

CFS MacArthur Plaza, LP
Attn: Property Manager
5525 N. MacArthur Blvd, Suite 100
Irving, TX 75038

United Healthcare
Dept. CH 10151
Palatine, IL 60055

Principal Life Group
P O Box 14513
Des Moines, IA 50306

SafeGuard Dental & Vision
P O Box 30910
Laguna Hills, CA 92654

John Sanchez
c/o Cornerstone E & P Company, LP
5525 N. MacArthur Blvd., Suite 775
Irving, TX 75038
Email: bosborne@cstone-ep.com

Barry Osborne
c/o Cornerstone E & P Company, LP
5525 N. MacArthur Blvd., Suite 775
Irving, TX 75038
Email: bosborne@cstone-ep.com

Tom Barnes
c/o Cornerstone E & P Company, LP
5525 N. MacArthur Blvd., Suite 775
Irving, TX 75038
Email: bosborne@cstone-ep.com

Scott Adamson
c/o Cornerstone E & P Company, LP
5525 N. MacArthur Blvd., Suite 775
Irving, TX 75038
Email: bosborne@cstone-ep.com

Aaron Borgan
c/o Cornerstone E & P Company, LP
5525 N. MacArthur Blvd., Suite 775
Irving, TX 75038
Email: bosborne@cstone-ep.com

Mike Langeler
c/o Cornerstone E & P Company, LP
5525 N. MacArthur Blvd., Suite 775
Irving, TX 75038
Email: bosborne@cstone-ep.com

**Notice of Appearance Parties:**

Counsel for Union Bank of California, N.A.

Samuel N. Stricklin
Bracewell & Giuliani LLP
500 N. Akard, Suite 4000
Dallas, TX 75201
Facsimile: (214) 751-4864
Email: Sam.Stricklin@bgllp.com
David.Sweeney@bgllp.com
Trey.Wood@bgllp.com
Dewey.Gonsoulin@bgllp.com

Jason G. Cohen
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002
Facsimile: (713) 221-1212
Email: jason.cohen@bgllp.com

Counsel for J-W Power Company:

David A. Miller
Julie A. Walker
Miller Mentzer, P.C.
100 N. Main Street
P O Box 130
Palmer, TX 75152
Facsimile: (972) 845-3398
Email: jwalker@milmen.com

Counsel for Dallas County:

Laurie Spindler Huffman
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
Facsimile: (469) 221-5002
Email: dallas.bankruptcy@publicans.com

Counsel for Weatherford International:

Edward L. Rothberg
Weycer, Kaplan, Pulaski & Zuber, P.C.
11 Greenway Plaza, Suite 1400
Houston, TX 77046
Facsimile: 713-961-5341
Email: erothberg@wkpz.com

Counsel for BJ Services Company, U.S.A.:

Carl Doré, Jr.
Doré & Associates, Attorneys, P.C.
17171 Park Row, Suite 350
Houston, TX 77084
Facsimile: 281-829-1579
Email: carldore@doreassociates.com

Counsel for Blowout Tools, Inc.:

Benjamin W. Kadden
Lugenbuhl, Wheaton, Peck, Rankin
  & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Facsimile: 504-310-9195
Email: bkadden@lawla.com

Counsel for Liberty Energy, LLC

Shari L. Heyen
Greenberg Traurig, LLP
1000 Louisiana, Suite 1700
Houston, TX 77002
Facsimile: 713-374-3505
Email: heyens@gtlaw.com

Counsel for Devon Energy Corporation

David M. Bennett
Thompson & Knight LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
Facsimile: 214-969-1751
Email: david.bennett@tklaw.com

Counsel for Johnny F. Muehlstein Family
Partnership, Larry Muehlstein, Mildred Powell,
Johnny Muehlstein and Georgia Ann Hughes

Joseph R. Kimball
Lively & Associates, LLP
201 Main Street, Suite 1260
Fort Worth, TX 76102
Facsimile: 817-338-1050
Email: joe.kimball@livelyllp.com