EXHIBIT A

| Lessee Name | Lessor Name | Lease County | Lease State | Tract Legal Description | Recording Information |
|---|---|---|---|---|---|
| David W. Potts Land & Exploration Co. | Edna Wilbanks Family Trust dtd 7-17-1997, as amended 8-20-Robert L Meadors Family Trust | Hughes | Oklahoma | T005N-R009E-11, E/2 NW4 NE/4; E/2 NE/4; E/2 SW/4 NE/4 (120 acres) 120 acres, more or less, in Hughes County, Oklahoma | 06/11/2007, Book 1099, Page 623 |
| Cornerstone E & P Company, LP | Robert Randall Meadors Truste Robert L Meadors Family Trust | Hughes | Oklahoma | T005N-R009E-11, S/2 SW/4 SW/4 and the S/2 N/2 SW/4 SW/4 (30 acres) 30 acres, more or less, in Hughes County, Oklahoma | 02/26/2007 Book 1085 Page 442 Entry 001879 |
| Cornerstone E & P Company, LP | Robert Randall Meadors Truste | Hughes | Oklahoma | T005N-R009E-11, SW/4 NW/4 SW/4 10 acres, more or less, in Hughes County, Oklahoma | 02/26/2007 Book 1085 Page 442 Entry 001879 |
| Cornerstone E & P Company, LP | James E. Mairel & Tiffanie G Mairel | Hughes | Oklahoma | T005N-R009E-11, SW/4 NW/4 SW/4 10 acres, more or less, in Hughes County, Oklahoma | 07/11/2007 Book 1104 Page 226, Entry 08193 |
| Cornerstone E & P Company, LP | Suzanne Bartlett McSwain | Hughes | Oklahoma | T005N-R009E-11, S/2 SW/4 SW/4 and the S/2 N/2 SW/4 SW/4 (30 acres) 30 acres, more or less, in Hughes County, Oklahoma | 07/05/2007, Book 1103, Page 385, Entry 07903 |
| Cornerstone E & P Company, LP | Suzanne Bartlett McSwain | Hughes | Oklahoma | T005N-R009E-11, SW/4 NW/4 SW/4 10 acres, more or less, in Hughes County, Oklahoma | 07/05/2007, Book 1103, Page 385, Entry 07903 |
| Cornerstone E & P Company, LP | Patsy Bartlett Lawyer | Hughes | Oklahoma | T005N-R009E-11, S/2 SW/4 SW/4 and the S/2 N/2 SW/4 SW/4 (30 acres) 30 acres, more or less, in Hughes County, Oklahoma | 07/05/2007 Book 1103, Page 382 Entry 07902 |
| Cornerstone E & P Company, LP | Greg Harness | Hughes | Oklahoma | T005N-R009E-11, SW/4 NW/4 SW/4 10 acres, more or less, in Hughes County, Oklahoma | 12/14/2007 Book 1126 Page 458 |
| Cornerstone E & P Company, LP | Michael L Harness et ux Sherry Miles | Hughes | Oklahoma | T005N-R009E-11, S/2 SW/4 SW/4 and the S/2 N/2 SW/4 SW/4 (30 acres) 30 acres, more or less, in Hughes County, Oklahoma | 12/03/07 Book 1124 Page 364 |
| Cornerstone E & P Company, LP | Chris Harness | Hughes | Oklahoma | T005N-R009E-11, SW/4 NW/4 SW/4 10 acres, more or less, in Hughes County, Oklahoma | 12/14/2007, Book 1126, Page 458 |
| Cornerstone E & P Company, LP | Johnnie O. Sing et ux Sherry L. Sing | Hughes | Oklahoma | T005N-R009E-11, S/2 SW/4 SW/4 and the S/2 N/2 SW/4 SW/4 (30 acres) 30 acres, more or less, in Hughes County, Oklahoma | 12/04/07 Book 1124 Page 569 |

00692

EXHIBIT A

| Lessee Name | Lessor Name | Lease County | Lease State | Tract Legal Description | Recording Information |
|---|---|---|---|---|---|
| Cornerstone E & P Company, LP | LaJohnna L. Sing Dodson Harlow Royalties, Ltd., | Hughes | Oklahoma | T005N-R009E-11, N/2 SW/4 SW/4<br>10 acres, more or less, in Hughes County, Oklahoma | 11/28/07 Book 1123 Page 835 |
| Cornerstone E & P Company, LP | H. Roy Tex Inc., managing general | Hughes | Oklahoma | T005N-R009E-11, S/2 SW/4 SW/4 and the S/2 N/2 SW/4 SW/4 (30 acres)<br>30 acres, more or less, in Hughes County, Oklahoma | 09/19/2007, Book 1114, Page 669, Entry 11557 |
| Cornerstone E & P Company, LP | Betty Kessler | Hughes | Oklahoma | T005N-R009E-11, SW/4 NW/4 SW/4<br>10 acres, more or less, in Hughes County, Oklahoma | 12/31/07 Book 1128 Page 197 |
| Cornerstone E & P Company, LP | Linda Enger & William Enger | Hughes | Oklahoma | T005N-R009E-11, W/2 NW/4; SW/4 NE/4 NW/4; and SE/4 NW/4<br>130 acres, more or less, in Hughes County, Oklahoma | 04/19/2007, Book 1091, Page 623, Entry 004039 |
| Cornerstone E & P Company, LP | Robert Brazile | Hughes | Oklahoma | T005N-R009E-11, W/2 SW/4 NE/4<br>20 acres, more or less, in Hughes County, Oklahoma | 03/21/2007, Book 1087, Page 778 |
| Cornerstone E & P Company, LP | Cindy Fulmer & Ed Fulmer | Hughes | Oklahoma | T005N-R009E-11, W/2 NW/4; SW/4 NE/4 NW/4; and SE/4 NW/4<br>130 acres, more or less, in Hughes County, Oklahoma | 03/30/2007, Book 1088, Page 834, Entry 003151 |
| Cornerstone E & P Company, LP | Nella Jane Halpin & Thomas D. Halpin | Hughes | Oklahoma | T005N-R009E-11, W/2 SW/4 NE/4<br>20 acres, more or less, in Hughes County, Oklahoma | 03/30/2007, Book 1088, Page 837, Entry 003152 |
| Cornerstone E & P Company, LP | Sharon Diane Hardwick | Hughes | Oklahoma | T005N-R009E-11, W/2 SW/4 NE/4<br>20 acres, more or less, in Hughes County, Oklahoma | 03/26/2007, Book 1088, Page 290, Entry 002913 |
| Cornerstone E & P Company, LP | Colena Huffstutlar & Donald Ray Huffstutlar | Hughes | Oklahoma | T005N-R009E-11, W/2 NW/4; SW/4 NE/4 NW/4; and SE/4 NW/4<br>130 acres, more or less, in Hughes County, Oklahoma | 03/14/2007, Book 1087, Page 292, Entry 002563 |
| Cornerstone E & P Company, LP | Sandra Ingram & Earl Ingram | Hughes | Oklahoma | T005N-R009E-11, W/2 SW/4 NE/4<br>20 acres, more or less, in Hughes County, Oklahoma | 03/30/2007, Book 1088, Page 840, Entry 003153 |
| Cornerstone E & P Company, LP | Carol Annette Johnston | Hughes | Oklahoma | T005N-R009E-11, W/2 NW/4; SW/4 NE/4 NW/4; and SE/4 NW/4<br>130 acres, more or less, in Hughes County, Oklahoma | 04/13/2007, Book 1090, Page 853, Entry 003805 |

EXHIBIT A

| Lessee Name | Lessor Name | Lease County | Lease State | Tract Legal Description | Recording Information |
|---|---|---|---|---|---|
| Cornerstone E & P Company, LP | Kathi Dolores Mask & Gary E. Mask | Hughes | Oklahoma | T005N-R009E-11, W/2 SW/4 NE/4 20 acres, more or less, in Hughes County, Oklahoma | 04/05/2007, Book 1089, Page 717, Entry 003388 |
| Cornerstone E & P Company, LP | Karen Glee Mounce & Derrel L Mounce | Hughes | Oklahoma | T005N-R009E-11, W/2 NW/4; SW/4 NW/4; and SE/4 NW/4 130 acres, more or less, in Hughes County, Oklahoma | 04/10/2007, Book 1090, Page 267, Entry 003575 |
| Cornerstone E & P Company, LP | Dorothy Swisher | Hughes | Oklahoma | T005N-R009E-11, W/2 SW/4 NE/4 20 acres, more or less, in Hughes County, Oklahoma | 03/30/2007, Book 1088, Page 843, Entry 003154 |
| Cornerstone E & P Company, LP | Karla Gay Wilbanks Wallace | Hughes | Oklahoma | T005N-R009E-11, W/2 NW/4; SW/4 NE/4 NW/4; and SE/4 NW/4 130 acres, more or less, in Hughes County, Oklahoma | 04/10/2007, Book 1090, Page 270, Entry 003576 |
| Cornerstone E & P Company, LP | Phyllis Walls & James Walls | Hughes | Oklahoma | T005N-R009E-11, W/2 SW/4 NE/4 20 acres, more or less, in Hughes County, Oklahoma | 03/30/2007, Book 1088, Page 852, Entry 003157 |
| Cornerstone E & P Company, LP | Coy Eugene Wilbanks | Hughes | Oklahoma | T005N-R009E-11, W/2 NW/4; SW/4 NE/4 NW/4; and SE/4 NW/4 130 acres, more or less, in Hughes County, Oklahoma | 03/14/2007, Book 1087, Page 289 Entry 002562 |
| Cornerstone E & P Company, LP | Denver C. Wilbanks & Barbara Wilbanks | Hughes | Oklahoma | T005N-R009E-11, W/2 SW/4 NE/4 20 acres, more or less, in Hughes County, Oklahoma | 03/14/2007, Book 1087, Page 283 Entry 002560 |
| Cornerstone E & P Company, LP | Derrell Taylor Wilbanks | Hughes | Oklahoma | T005N-R009E-11, W/2 NW/4; SW/4 NE/4 NW/4; and SE/4 NW/4 130 acres, more or less, in Hughes County, Oklahoma | 03/16/2007, Book 1087, Page 548 Entry 002672 |
| Cornerstone E & P Company, LP | Doris Wilbanks | Hughes | Oklahoma | T005N-R009E-11, W/2 SW/4 NE/4 20 acres, more or less, in Hughes County, Oklahoma | 03/14/2007, Book 1087, Page 286 Entry 002561 |
| Cornerstone E & P Company, LP | Gail Wilbanks & Jean Wilbanks | Hughes | Oklahoma | T005N-R009E-11, W/2 NW/4; SW/4 NE/4 NW/4; and SE/4 NW/4 130 acres, more or less, in Hughes County, Oklahoma | 03/05/2007, Book 1086, Page 270 |
| Cornerstone E & P Company, LP | Beatrice B. Wright | Hughes | Oklahoma | T006N-R009E-35, SW/4 SW/4 40 acres, more or less, in Hughes County, Oklahoma | 06/26/2007, Book 1102, Page 843 |

EXHIBIT A

| Lessee Name | Lessor Name | Lease County | Lease State | Tract Legal Description | Recording Information |
|---|---|---|---|---|---|
| Cornerstone E & P Company, LP | Hilda Faye Wilkerson | Hughes | Oklahoma | T006N-R009E-35, SW/4 SW/4<br>40 acres, more or less, in Hughes County, Oklahoma | 06/29/2007, Book 1102, Page 845 |
| Cornerstone E & P Company, LP | Patricia Ann Collins Barton | Hughes | Oklahoma | T006N-R009E-35, SW/4 SW/4<br>40 acres, more or less, in Hughes County, Oklahoma | 06/29/2007, Book 1102, Page 839 |
| Cornerstone E & P Company, LP | Patricia Ann Collins Barton | Hughes | Oklahoma | T006N-R009E-35, SW/4 SW/4<br>40 acres, more or less, in Hughes County, Oklahoma | 06/29/2007, Book 1102, Page 841 |
| Cornerstone E & P Company, LP | Jerry L. Miller | Hughes | Oklahoma | T006N-R009E-35, SW/4 SW/4<br>40 acres, more or less, in Hughes County, Oklahoma | 06/26/2007, Book 1102, Page 245 |
| Cornerstone E & P Company, LP | Sherry A. Hawk Denny J. Miller | Hughes | Oklahoma | T006N-R009E-35, SW/4 SW/4<br>40 acres, more or less, in Hughes County, Oklahoma | 06/26/2007, Book 1102, Page 248 |
| Cornerstone E & P Company, LP | Sherry A. Hawk, AIF | Hughes | Oklahoma | T006N-R009E-35, SW/4 SW/4<br>40 acres, more or less, in Hughes County, Oklahoma | 06/26/2007, Book 1102, Page 243 |
| Cornerstone E & P Company, LP | Wendell D. Black | Hughes | Oklahoma | T006N-R009E-35, SW/4 SW/4<br>40 acres, more or less, in Hughes County, Oklahoma | 06/26/2007, Book 1102, Page 250 |
| Cornerstone E & P Company, LP | Reba M. Pettit | Hughes | Oklahoma | T006N-R009E-35, SW/4 SW/4<br>40 acres, more or less, in Hughes County, Oklahoma | 06/26/2007, Book 1102, Page 241<br>06/06/2007, Book 1098, Page 856, Entry 000857 |
| Cornerstone E & P Company, LP | Hilda Faye Wilkerson | Hughes | Oklahoma | T006N-R009E-35, SW/4 SW/4<br>40 acres, more or less, in Hughes County, Oklahoma | |
| Cornerstone E & P Company, LP | Russell Austin | Hughes | Oklahoma | T006N-R009E-35, SW/4 SW/4<br>40 acres, more or less, in Hughes County, Oklahoma | 06/26/2007, Book 1102, Page 252 |
| Cornerstone E & P Company, LP | Waynoka Austin | Hughes | Oklahoma | T006N-R009E-35, SW/4 SW/4<br>40 acres, more or less, in Hughes County, Oklahoma | 06/21/2007, Book 1101, Page 690 |
| Cornerstone E & P Company, LP | Wendell D. Black Dewey Lee Wimberly & Patricia Ann Wimberly | Hughes | Oklahoma | T006N-R009E-35, SW/4 SW/4<br>40 acres, more or less, in Hughes County, Oklahoma | 07/24/2007, Book 1106, Page 27, Entry 8737 |
| Cornerstone E & P Company, LP | Durrell T. Wimberly & Loretta Wimberly | Hughes | Oklahoma | T006N-R009E-35, SW/4 SW/4<br>40 acres, more or less, in Hughes County, Oklahoma | 07/13/2007 Book 1104 Page 604, Entry 08310<br>07/13/2007 Book 1104 Page 602, Entry 08309 |
| Cornerstone E & P Company, LP | Eldred M. Barlow | Hughes | Oklahoma | T006N-R009E-35, SW/4 SW/4<br>40 acres, more or less, in Hughes County, Oklahoma | 07/13/2007 Book 1104 Page 600, Entry 08308 |
| Cornerstone E & P Company, LP | Ben Gardner | Hughes | Oklahoma | T006N-R009E-35, SW/4 SW/4<br>40 acres, more or less, in Hughes County, Oklahoma | 07/23/2007 Book 1105 Page 748, Entry 08679 |

| Lessee Name | Lessor Name | Lease County | Lease State | Tract Legal Description | Recording Information |
|---|---|---|---|---|---|
| Cornerstone E & P Company, LP | Elwin V. Wood & Albert Wood | Hughes | Oklahoma | T006N-R009E-35, SW/4 SW/4 40 acres, more or less, in Hughes County, Oklahoma | 07/02/2007, Book 1103 Page 122, Entry 07808 |
| Cornerstone E & P Company, LP | Beth Walker & James S. Walker | Hughes | Oklahoma | T006N-R009E-35, SW/4 SW/4 40 acres, more or less, in Hughes County, Oklahoma | 07/05/2007 Book 1103 Page 388, Entry 7904 |
| Cornerstone E & P Company, LP | A. E. Gardner | Hughes | Oklahoma | T006N-R009E-35, SW/4 SW/4 40 acres, more or less, in Hughes County, Oklahoma | 08/10/2007 Book 1108 Page 458, Entry 09551 |
| Cornerstone E & P Company, LP | Gerald L. Gardner | Hughes | Oklahoma | T006N-R009E-35, SW/4 SW/4 40 acres, more or less, in Hughes County, Oklahoma | 08/09/2007 Book 1108, Page 297, Entry 09476 |
| Cornerstone E & P Company, LP | Hautes Alexander | Hughes | Oklahoma | T006N-R009E-35, SW/4 SW/4 40 acres, more or less, in Hughes County, Oklahoma | 09/06/2007 Book 1112 Page 324, Entry No. 10685 |
| Cornerstone E & P Company, LP | Barbara L. Shirley | Hughes | Oklahoma | T006N-R009E-35, SW/4 SW/4 40 acres, more or less, in Hughes County, Oklahoma | 07/31/2007 Book 1106 Page 889, Entry 09041 |
| Cornerstone E & P Company, LP | Donnie Ray Black | Hughes | Oklahoma | T006N-R009E-35, SW/4 SW/4 40 acres, more or less, in Hughes County, Oklahoma | 08/21/2007 Book 1110 Page 493, Entry 10134 |
| Cornerstone E & P Company, LP | Donnie Ray Black Sandhill Investments, Inc. | Hughes | Oklahoma | T005N-R009E-32, SE/4 NW/4 40 acres, more or less, in Hughes County, Oklahoma | 08/21/2007 Book 1110, Page 491, Entry 10133 |
| Cornerstone E & P Company, LP | Richard S.C. Grisham Edwin C. Parmlee Revocable Living Trust | Hughes | Oklahoma | T005N-R009E-32, SE/4 NW/4 40 acres, more or less, Hughes County, Oklahoma | 05/24/2007, Book 1097, Page 15, Entry 05836 |
| Cornerstone E & P Company, LP | Edwin C. Parmlee, T Bernice Long Living Trust, Opal J | Hughes | Oklahoma | T005N-R009E-13, NE/4 SW/4 40 acres, more or less, in Hughes County, Oklahoma | 04/08/2008, Book 1138, Page 636, Entry 03137 |
| Cornerstone E & P Company, LP | Berryhill, A-I-F for Bem | Hughes | Oklahoma | T005N-R009E-13, W/2 SE/4 80 acres, more or less, in Hughes County, Oklahoma | 03/30/2007, Book 1088, Page 855, Entry 003158 |
| Cornerstone E & P Company, LP | James Lloyd Lyons et ux Phyllis Lyons | Hughes | Oklahoma | T005N-R009E-13, NE/4 SW/4 40 acres, more or less, in Hughes County, Oklahoma | 10/22/2007, Book 1116, Page 538, Entry 12025 |
| Cornerstone E & P Company, LP | Shirley Eggleston et vir Robert M Eggleston | Hughes | Oklahoma | T005N-R009E-13, W/2 SE/4 80 acres, more or less, in Hughes County, Oklahoma | 09 /19 /2007, Book 1114, Page 673, Entry 11559 |
| | | | | | 11/01/2007, Book 1120, Page 685, Entry 13227 |

EXHIBIT A

| Lessee Name | Lessor Name | Lease County | Lease State | Tract Legal Description | Recording Information |
|---|---|---|---|---|---|
| Cornerstone E & P Company, LP | Gene C. Nicholson Yvonne Lyons Huser Irrevocable Trust, dated 11/8/2005 | Hughes | Oklahoma | T005N-R009E-13, W/2 SE/4 80 acres, more or less, In Hughes County, Oklahoma | 10/29/2007 Book 1120 Page 1 |
| Cornerstone E & P Company, LP | Yvonn Yvonne Lyons Huser Irrevocable Trust, dated 11/8/2005 | Hughes | Oklahoma | T005N-R009E-13, NE/4 SW/4 40 acres, more or less, in Hughes County, Oklahoma | 11/20/2007 Book 1122 Page 701 |
| Cornerstone E & P Company, LP | Yvonn | Hughes | Oklahoma | T005N-R009E-13, W/2 SE/4 T005N-R009E-13, W/2 SE/4 | 11/20/2007 Book 1122 Page 701 |
| DCF LAND INC | Merl L. Smith Charles G. Fullenwider | Hughes | Oklahoma | 80 acres, more or less, in Hughes County, Oklahoma T005N-R009E-13, W/2 SE/4 | 06/13/2005, Book 1033, Page 537 |
| DCF LAND INC | Fullenwider | Hughes | Oklahoma | 80 acres, more or less, in Hughes County, Oklahoma T005N-R009E-13, W/2 SE/4 | 06/13/2005, Book 1033, Page 541 |
| DCF LAND INC | Ellen Munsell Jacobi Nancy Lou | Hughes | Oklahoma | 80 acres, more or less, in Hughes County, Oklahoma T005N-R009E-13, W/2 SE/4 | 06/13/2005, Book 1033, Page 549 |
| DCF LAND INC | Fullenwider | Hughes | Oklahoma | 80 acres, more or less, in Hughes County, Oklahoma T005N-R009E-13, NE/4 SW/4 | 06/13/2005, Book 1033, Page 551 |
| DCF LAND INC | Tony Jack Lyons Eva Ann Patterson | Hughes | Oklahoma | 40 acres, more or less, in Hughes County, Oklahoma T005N-R009E-13, W/2 SE/4 | 06/13/2005, Book 1033, Page 555 |
| DCF LAND INC | Rupe | Hughes | Oklahoma | 80 acres, more or less, in Hughes County, Oklahoma | 06/13/2005, Book 1033, Page 557 |
| DCF LAND INC | WesBanco Trust and Investment Services Trustee of the Franc | Hughes | Oklahoma | T005N-R009E-13, NE/4 SW/4 40 acres, more or less, in Hughes County, Oklahoma T005N-R009E-13, W/2 SE/4 | 06/13/2005, Book 1033, Page 553 06/13/2005, Book 1033, Page 539, Entry 004877 |
| DCF LAND INC | William Stallworth | Hughes | Oklahoma | 80 acres, more or less, in Hughes County, Oklahoma T005N-R009E-13, W/2 SE/4 | 06/13/2005, Book 1033, Page 543, Entry 004879 |
| DCF LAND INC | Scott K. Stonehouse | Hughes | Oklahoma | 80 acres, more or less, in Hughes County, Oklahoma T005N-R009E-13, NE/4 SW/4 | 06/13/2005, Book 1033, Page 545, Entry 004830 |
| DCF LAND INC | Lesley McElroy | Hughes | Oklahoma | 40 acres, more or less, in Hughes County, Oklahoma | |

EXHIBIT A

| Lessee Name | Lessor Name | Lease County | Lease State | Tract Legal Description | Recording Information |
|---|---|---|---|---|---|
| DCF LAND INC | John L. LaReau | Hughes | Oklahoma | T005N-R009E-13, NE/4 SW/4 40 acres, more or less, in Hughes County, Oklahoma | 06/13/2005, Book 1033, Page 547, Entry 004881 |
| Cornerstone E & P Company, LP | John D. Nicholson Lynn Lamkin aka J. Lynn Merchant | Hughes | Oklahoma | T005N-R009E-13, W/2 SE/4 80 acres, more or less, in Hughes County, Oklahoma | 02/27/2008, Book 1133, Page 764, Entry 01713 |
| Cornerstone E & P Company, LP | McEvers | Hughes | Oklahoma | T005N-R009E-13, NE/4 SW/4 40 acres, more or less, in Hughes County, Oklahoma | 04/22/2008, Volume 1140, Page 1140, Entry 03640 |
| Cornerstone E & P Company, LP | Rick Hurley Terri Wilson Hunt, Ind. & as Extr of the Wilson Trust dtd 9/ Carol J. Morgan, | Hughes | Oklahoma | T005N-R009E-13, S/2 SW/4, S/2 NW/4 SW/4 100 acres, more or less, in Hughes County, Oklahoma | 04/22/2008, Volume 1140, Page 291, Entry 03638 |
| Cornerstone E & P Company, LP | Trustee of The Anglin Properties Irrevocabl | Hughes | Oklahoma | T005N-R009E-13, NE/4 SW/4 40 acres, more or less, in Hughes County, Oklahoma | 04/22/2008, Volume 1140, Page 293, Entry 03639 (Original) |
| Cornerstone E & P Company, LP | | Hughes | Oklahoma | T005N-R009E-13  E/2 SE/4 (80 acres) 80 acres, more or less, in Hughes County, Oklahoma | 03/21/2007, Book 1087, Page 780, Entry 002768 |
| Cornerstone E & P Company, LP | Beatrice E. Kallas Charles P. Hudson | Hughes | Oklahoma | T006N-R009E-26 - NW/4 SE/4, 40 acres, more or less, in Hughes County, Oklahoma | 05/23/2007, Book 1096, Page 719 |
| Cornerstone E & P Company, LP | Trustee, Charles P. Hudson Living Trust | Hughes | Oklahoma | T006N-R009E-26 - NW/4 SE/4, 40 acres, more or less, in Hughes County, Oklahoma | 05/23/2007, Book 1096, Page 721 |
| Cornerstone E & P Company, LP | Sarabeth Stephens | Hughes | Oklahoma | T006N-R009E-26 SE/4 NW/4, East 157.65 feet of the SW/4 NW/4, 44.78 acres, more or less in Hughes County, Oklahoma | 05/24/2007, Book 1096, Page 868, Entry 05810 |
| Cornerstone E & P Company, LP | Ramond Joe Stephens | Hughes | Oklahoma | T006N-R009E-26 SE/4 NW/4, East 157.65 feet of the SW/4 NW/4, 44.78 acres, more or less in Hughes County, Oklahoma | 05/24/2007, Book 1096, Page 870 |
| Cornerstone E & P Company, LP | Suzanne L. Tate | Hughes | Oklahoma | T006N-R009E-26 SE/4 NW/4, East 157.65 feet of the SW/4 NW/4, 44.78 acres, more or less in Hughes County, Oklahoma | 12/10/07  Book 1125 Page 575 |

EXHIBIT A

| Lessee Name | Lessor Name | Lease County | Lease State | Tract Legal Description | Recording Information |
|---|---|---|---|---|---|
| Cornerstone E & P Company, LP | Ramond Joe Stephens | Hughes | Oklahoma | T006N-R009E-21 Lot 6, NW 8.66 acres of Lot 7, E/2 SE/4, NW/4 SE/4 less 2 acres in the NE/C of the SE/4 157.5 acres, more or less, in Hughes County, Oklahoma | 05/24/2007, Book 1096, Page 864 |
| Cornerstone E & P Company, LP | Sarabeth Stephens | Hughes | Oklahoma | T006N-R009E-21 Lot 6, NW 8.66 acres of Lot 7, E/2 SE/4, NW/4 SE/4 less 2 acres in the NE/C of the SE/4 157.5 acres, more or less, in Hughes County, Oklahoma | 05/24/2007, Book 1096, Page 866 |
| Cornerstone E & P Company, LP | Suzanne L. Tate | Hughes | Oklahoma | T006N-R009E-21 Lot 6, NW 8.66 acres of Lot 7, E/2 SE/4, NW/4 SE/4 less 2 acres in the NE/C of the SE/4 157.5 acres, more or less, in Hughes County, Oklahoma | 12/10/07  Book 1125 Page 577 |
| Cornerstone E & P Company, LP | Joan Lukin Krupnick | Hughes | Oklahoma | T005N-R009E-10 N/2 SW/4 80 acres, more or less, in Hughes County, Oklahoma | 04/09/2007, Book 1089, Page 891 |
| Cornerstone E & P Company, LP | Karen Lukin | Hughes | Oklahoma | T005N-R009E-10 N/2 SW/4 80 acres, more or less, in Hughes County, Oklahoma | 04/09/2007, Book 1089, Page 902 |
| Cornerstone E & P Company, LP | Edwin Keith Lukin aka Edward Keith Lukin | Hughes | Oklahoma | T005N-R009E-10 N/2 SW/4 80 acres, more or less, in Hughes County, Oklahoma | 04/09/2007, Book 1089, Page 887 |
| Cornerstone E & P Company, LP | Glenn Lukin | Hughes | Oklahoma | T005N-R009E-10 N/2 SW/4 80 acres, more or less, in Hughes County, Oklahoma | 04/09/2007, Book 1089, Page 889 |
| Cornerstone E & P Company, LP | Karen Harnett & Steven Harnett, w/h | Hughes | Oklahoma | T005N-R009E-02 SE/4 NE/4 40 acres, more or less, in Hughes County, Oklahoma | 04/09/2007, Book 1090, Page 005 |
| Cornerstone E & P Company, LP | Jerry Keith Boren | Hughes | Oklahoma | T005N-R009E-02 SE/4 NE/4 40 acres, more or less, in Hughes County, Oklahoma | 04/09/2007, Book 1090, Page 001 |
| Cornerstone E & P Company, LP | Jimmey Kincade & John Kincade, w/h | Hughes | Oklahoma | T005N-R009E-02 SE/4 NE/4 40 acres, more or less, in Hughes County, Oklahoma | 04/09/2007, Book 1090, Page 003 |
| Cornerstone E & P Company, LP | Betty Lou Milner | Hughes | Oklahoma | T006N-R009E-31 Lot 9 and Lot 10 32.68 acres, more or less, in Hughes County, Oklahoma | 05/18/2007, Book 1095, Page 797, Entry 5480 |

00699

| Lessee Name | Lessor Name | Lease County | Lease State | Tract Legal Description | Recording Information |
|---|---|---|---|---|---|
| Cornerstone E & P Company, LP | Michael Kirk Manahan | Hughes | Oklahoma | T005N-R009E-06 S/2 S/2 NE/4 Less and Except the South 2.6557 acres of a tract of land being described as beginning at a point Seven chains due North of the 1/4 corner between Sections 5 and 6, 5 North, 9 East, thence due West Ten chains and Fifty links; thence North Four chains and Seventy-five links; thence due East Ten chains and Fifty links; thence due south Four chains and Seventy-five links to the point of beginning being 5.0306 acres more or less.. 37.3443 acres, more or less, in Hughes County, Oklahoma | 05/08/2007, Book 1094, Page 201 |
| Cornerstone E & P Company, LP | Patty Manahan McCarthy | Hughes | Oklahoma | T006N-R009E-31 Lot 9 and Lot 10 32.68 acres, more or less, in Hughes County, Oklahoma | 05/08/2007, Book 194, Page 198 |
| Cornerstone E & P Company, LP | Don Milner & Margret Milner | Hughes | Oklahoma | T005N-R009E-06 Lot 1 and Lot 2 80.9 acres, more or less, in Hughes County, Oklahoma | 05/08/2007, Book 1094, Page 195 |
| Cornerstone E & P Company, LP | LaFern Chiles | Hughes | Oklahoma | T005N-R009E-06 N/2 SE/4 80 acres, more or less, in Hughes County, Oklahoma | 04/05/2007, Book 1089, Page 711 |
| Cornerstone E & P Company, LP | Max Milner | Hughes | Oklahoma | T006N-R009E-31 Lot 9 and Lot 10 32.68 acres, more or less, in Hughes County, Oklahoma | 05/24/2007, Book 1097, Page 12 |
| Cornerstone E & P Company, LP | Bobbie Milner Carol J. Morgan, Trustee of The Anglin | Hughes | Oklahoma | T005N-R009E-06 Lot 1 and Lot 2 80.9 acres, more or less, in Hughes County, Oklahoma | 06/05/2007, Book 1098, Page 558 |
| Cornerstone E & P Company, LP | Properties Irrevocabl | Hughes | Oklahoma | T005N-R009E-06 N/2 SE/4 80 acres, more or less, in Hughes County, Oklahoma | 03/21/2007, Book 1087, Page 775 |

EXHIBIT A

| Lessee Name | Lessor Name | Lease County | Lease State | Tract Legal Description | Recording Information |
|---|---|---|---|---|---|
| Cornerstone E & P Company, LP | Pamela Manahan | Hughes | Oklahoma | T005N-R009E-06 S/2 NE/4 Less and Except the South 2.6557 acres of a tract of land being described as beginning at a point Seven chains due North of the 1/4 corner between Sections 5 and 6, 6 North, 9 East, thence due West Ten chains and Fifty links; thence North Four chains and Seventy-five links; thence due East Ten chains and Fifty links; thence due south Four chains and Seventy-five links to the point of beginning being 5.0306 acres more or less. 37.3443 acres, more or less, in Hughes County, Oklahoma | 06/14/2007, Book 1100, Page 608 |
| Cornerstone E & P Company, LP | Dana Lynne Cary | Hughes | Oklahoma | T006N-R009E-31 Lot 9 and Lot 10 32.68 acres, more or less, in Hughes County, Oklahoma | 06/06/2007, Book 1098, Page 850 |
| Cornerstone E & P Company, LP | Carol Pohly & John Pohly Stevenson Trust Estate, | Hughes | Oklahoma | T005N-R009E-06 N/2 SE/4 80 acres, more or less, in Hughes County, Oklahoma | 05/24/2007, Book 1097, Page 6 |
| Cornerstone E & P Company, LP | Michael Allen Kirkpatrick, Success | Hughes | Oklahoma | T005N-R009E-06 N/2 SE/4 80 acres, more or less, in Hughes County, Oklahoma | 07/20/2007 Book 1105 Page 493, Entry 08605 |
| Cornerstone E & P Company, LP | James D. Welch | Hughes | Oklahoma | T006N-R009E-31 Lot 6, NE/4 SW/4, and Lot 5 112.8 acres, more or less, in Hughes County, Oklahoma | 07/11/2007,  Book 1104, Page 232 |
| Cornerstone E & P Company, LP | Jo Dawna Smith | Hughes | Oklahoma | T005N-R009E-07, N/2 NE/4 80 acres, more or less, in Hughes County, Oklahoma | 07/11/2007, Book 1104, Page 229 |
| Cornerstone E & P Company, LP | Guy Millner & Martha Sue | Hughes | Oklahoma | T005N-R009E-06 Lot 1 and Lot 2 80.9 acres, more or less,  in Hughes County, Oklahoma | 05/24/2007, Book 1097, Page 9, Entry 5834 |
| Cornerstone E & P Company, LP | Michael Ross & Melissa Ross | Hughes | Oklahoma | T004N-R009E-08 - SE/4 NW/4, E/2 SW/4 NW/4, S/2 NE/4 NW/4,  SE/4 NW/4 NW/4, N/2 S/2 SW/4, N/2 SW/4 210 acres, more or less, in Hughes County, Oklahoma | 05/18/2007, Book 1095, Page 791 |

00701

EXHIBIT A

| Lessee Name | Lessor Name | Lease County | Lease State | Tract Legal Description | Recording Information |
|---|---|---|---|---|---|
| Cornerstone E & P Company, LP | Mark Ross & Cathy Ross | Hughes | Oklahoma | T005N-R009E-32, SW/4 SE/4 (40 acs) 40 acres, more or less, in Hughes County, Oklahoma | 05/24/2007, Book 1096, Page 880 |
| Cornerstone E & P Company, LP | Johnny Wayne Cozad | Hughes | Oklahoma | T004N-R009E-08 - SE/4 NW/4, E/2 SW/4 NW/4, S/2 NE/4 NW/4, SE/4 NW/4 NW/4, N/2 S/2 SW/4, N/2 SW/4 210 acres, more or less, in Hughes County, Oklahoma | 05/24/2007, Book 1097, Page 18 |
| Cornerstone E & P Company, LP | T.J. Jared, Jr. | Hughes | Oklahoma | T005N-R009E-31, NE/4 NW/4 40 acres, more or less, in Hughes County, Oklahoma | 04/13/2007, Book 1090, Page 847 |
| Cornerstone E & P Company, LP | Sarabeth Stephens | Hughes | Oklahoma | T004N-R009E-08 - SE/4 NW/4, E/2 SW/4 NW/4, S/2 NE/4 NW/4, SE/4 NW/4 NW/4, N/2 S/2 SW/4, N/2 SW/4 210 acres, more or less, in Hughes County, Oklahoma | 05/10/2007, Book 1094, Page 454 |
| Cornerstone E & P Company, LP | Ramond Joe Stephens | Hughes | Oklahoma | T005N-R009E-32, SW/4 SE/4 (40 acs) 40 acres, more or less, in Hughes County, Oklahoma T005N-R009E-06, S/2 SE/4 - a portion thereof described as a tract of land in the S/2 SE/4 beginning at a point where Baker Branch crosses the North Line of said 80 acres, thence West to the Northwest Corner, thence South to the Southwest Corner, thence East to a point where the First Ravine crosses said South Line and thence down said Ravine to where it empties into Baker Branch, thence down Baker Branch to the point of beginning. | 05/10/2007, Book 1094, Page 451 |
| Cornerstone E & P Company, LP | Ramond Joe Stephens & Brett Stephens | Hughes | Oklahoma | 30 acres, more or less, in Hughes County, Oklahoma | 05/10/2007, Book 1094, Page 448 |

EXHIBIT A

| Lessee Name | Lessor Name | Lease County | Lease State | Tract Legal Description | Recording Information |
|---|---|---|---|---|---|
| Cornerstone E & P Company, LP | De Etta Mae Hughes & Douglas Hughes | Hughes | Oklahoma | T005N-R009E-06, S/2 SE/4 - a portion thereof described as a tract of land in the S/2 SE/4 beginning at a point where Baker Branch crosses the North Line of said 80 acres, thence West to the Northwest Corner, thence South to the Southwest Corner, thence East to a point where the First Ravine crosses said South Line and thence down said Ravine to where it empties into Baker Branch, thence down Baker Branch to the point of beginning. 30 acres, more or less, in Hughes County, Oklahoma | 05/18/2007, Book 1095, Page 707 |
| Cornerstone E & P Company, LP | Jackie Stephens | Hughes | Oklahoma | T005N-R009E-06, S/2 SE/4 - a portion thereof described as a tract of land in the S/2 SE/4 beginning at a point where Baker Branch crosses the North Line of said 80 acres, thence West to the Northwest Corner, thence South to the Southwest Corner, thence East to a point where the First Ravine crosses said South Line and thence down said Ravine to where it empties into Baker Branch, thence down Baker Branch to the point of beginning. 30 acres, more or less, in Hughes County, Oklahoma | 05/21/2007, Book 1096, Page 312 |
| Cornerstone E & P Company, LP | Billy Gene Stehpens Jr. & Bonnie L. Stephens | Hughes | Oklahoma | T005N-R009E-06, S/2 SE/4 - a portion thereof described as a tract of land in the S/2 SE/4 beginning at a point where Baker Branch crosses the North Line of said 80 acres, thence West to the Northwest Corner, thence South to the Southwest Corner, thence East to a point where the First Ravine crosses said South Line and thence down said Ravine to where it empties into Baker Branch, thence down Baker Branch to the point of beginning. 30 acres, more or less, in Hughes County, Oklahoma | 05/18/2007, Book 1095, Page 701 |

EXHIBIT A

| Lessee Name | Lessor Name | Lease County | Lease State | Tract Legal Description | Recording Information |
|---|---|---|---|---|---|
| Cornerstone E & P Company, LP | Norvell Royalty Company, Inc. | Hughes | Oklahoma | T004N-R009E-18, W/2 NE/4, NE/4 NE/4, N/2 SE/4 NE/4 140 acres, more or less, in Hughes County, Oklahoma | 05/04/2007, Book 1093, Page 717 |
| Cornerstone E & P Company, LP | Nancilee Foree, Trustee of the Nancilee Foree Trust Elizabeth Foree Lee, Trustee | Hughes | Oklahoma | T004N-R009E-08 - SE/4 NW/4 NW/4, E/2 SW/4 NW/4, S/2 NE/4 NW/4, SE/4 NW/4 NW/4, N/2 S/2 SW/4, N/2 SW/4 210 acres, more or less, in Hughes County, Oklahoma | 05/04/2007, Book 1093, Page 732 |
| Cornerstone E & P Company, LP | of the Elizabeth Foree Lee Tr | Hughes | Oklahoma | T004N-R009E-18, W/2 NE/4, NE/4 NE/4, N/2 SE/4 NE/4 140 acres, more or less, in Hughes County, Oklahoma | 05/04/2007, Book 1093, Page 714 |
| Cornerstone E & P Company, LP | Robert L. Foree Jr., Trustee of the Robert L. Foree Jr., Tru Barbara Foree Wallace, Trustee | Hughes | Oklahoma | T004N-R009E-08 - SE/4 NW/4 NW/4, E/2 SW/4 NW/4, S/2 NE/4 NW/4, SE/4 NW/4 NW/4, N/2 S/2 SW/4, N/2 SW/4 210 acres, more or less, in Hughes County, Oklahoma | 05/04/2007, Book 1093, Page 706 |
| Cornerstone E & P Company, LP | Barbara Foree Oil Trust | Hughes | Oklahoma | T004N-R009E-18, W/2 NE/4, NE/4 NE/4, N/2 SE/4 NE/4 140 acres, more or less, in Hughes County, Oklahoma | 05/04/2007, Book 1093, Page 729 |
| Cornerstone E & P Company, LP | Jack F. Orr Derry Larson, Managing Partner of W.N. Bartlett Joint Ventur | Hughes | Oklahoma | T004N-R009E-18, W/2 NE/4, NE/4 NE/4, N/2 SE/4 NE/4 140 acres, more or less, in Hughes County, Oklahoma | 06/21/2007, Book 1101, Page 687 |
| Cornerstone E & P Company, LP | | Hughes | Oklahoma | T005N-R009E-03, NW/4 SE/4 40 acres, more or less, in Hughes County, Oklahoma | 03/16/2007, Book 1087, Page 545 |
| Cornerstone E & P Company, LP | Suzanne L. Tate | Hughes | Oklahoma | T005N-R009E-31, NE/4 NW/4 40 acres, more or less, in Hughes County, Oklahoma | 12/10/07 Book 1125 Page 571 |

00703

Page 16 of 75

EXHIBIT A

| Lessee Name | Lessor Name | Lease County | Lease State | Tract Legal Description | Recording Information |
|---|---|---|---|---|---|
| Cornerstone E & P Company, LP | Suzanne L. Tate | Hughes | Oklahoma | T004N-R009E-06, Lot 3 & 4, N/2 Lot 5, SE/4 NW/4, W/2 SW/4 NE/4, NE/4 SW/4 185.01 acres, more or less, in Hughes County, Oklahoma | 12/10/07 Book 1125 Page 581 |
| Cornerstone E & P Company, LP | Charles Borders, a single person | Hughes | Oklahoma | T005N-R009E-31, NE/4 NW/4 40 acres, more or less, in Hughes County, Oklahoma | 12/14/2007 Book 1126 Page 460 |
| Red River Operators, LLC | Brainerd E. Malone Jr. | Hughes | Oklahoma | T004N-R009E-06, Lot 3 & 4, N/2 Lot 5, SE/4 NW/4, W/2 SW/4 NE/4, NE/4 SW/4 185.01 acres, more or less, in Hughes County, Oklahoma | 11/09/2005, Book 1046, Page 202 |
| Red River Operators, LLC | Mary D. Ross | Hughes | Oklahoma | T004N-R009E-06, Lot 3 & 4, N/2 Lot 5, SE/4 NW/4, W/2 SW/4 NE/4, NE/4 SW/4 185.01 acres, more or less, in Hughes County, Oklahoma | 10/25/2005, Book 1044, Page 732 |
| Red River Operators, LLC | Robert E. Tidrow, Jr. | Hughes | Oklahoma | T004N-R009E-06, Lot 3 & 4, N/2 Lot 5, SE/4 NW/4, W/2 SW/4 NE/4, NE/4 SW/4 185.01 acres, more or less, in Hughes County, Oklahoma | 03/22/2006, Book 1056, Page 182 |
| Ruthven Oil & Gas LLC | Robert E. Tidrow, Jr. | Hughes | Oklahoma | T004N-R009E-18, W/2 NE/4, NE/4 NE/4, N/2 SE/4 NE/4 | 06/20/2006, Book 1063, Page 8 |
| Red River Operators, LLC | Orr Distribution Trust Russell I. Orr, Trustee | Hughes | Oklahoma | 140 acres, more or less, in Hughes County, Oklahoma | 11/02/2005, Book 1045, Page 660 |
| Red River Operators, LLC | Jack F. Orr | Hughes | Oklahoma | T004N-R009E-18, W/2 NE/4, NE/4 NE/4, N/2 SE/4 NE/4 140 acres, more or less, in Hughes County, Oklahoma | 11/09/2005, Book 1046, Page 210 |

EXHIBIT A

| Lessee Name | Lessor Name | Lease County | Lease State | Tract Legal Description | Recording Information |
|---|---|---|---|---|---|
| Red River Operators, LLC | Frances Kay Priddy Henry | Hughes | Oklahoma | T004N-R009E-18, W/2 NE/4, NE/4 NE/4, N/2 SE/4 NE/4 140 acres, more or less, in Hughes County, Oklahoma | 09/27/2005, Book 1042, Page 767 |
| Red River Operators, LLC | Ruth Priddy Philpott | Hughes | Oklahoma | T004N-R009E-18, W/2 NE/4, NE/4 NE/4, N/2 SE/4 NE/4 140 acres, more or less, in Hughes County, Oklahoma | 09/27/2005, Book 1042, Page 769 |
| Red River Operators, LLC | Delores C. Priddy Boyer | Hughes | Oklahoma | T004N-R009E-18, W/2 NE/4, NE/4 NE/4, N/2 SE/4 NE/4 140 acres, more or less, in Hughes County, Oklahoma | 09/27/2005, Book 1042, Page 771 |
| Red River Operators, LLC | Sherrie Priddy Hobgood | Hughes | Oklahoma | T004N-R009E-18, W/2 NE/4, NE/4 NE/4, N/2 SE/4 NE/4 140 acres, more or less, in Hughes County, Oklahoma | 11/28/2005, Book 1047, Page 198 |
| Red River Operators, LLC | Gary D. Priddy | Hughes | Oklahoma | T004N-R009E-18, W/2 NE/4, NE/4 NE/4, N/2 SE/4 NE/4 140 acres, more or less, in Hughes County, Oklahoma T004N-R009E-06, Lot 3 & 4, N/2 Lot 5, SE/4 NW/4, W/2 SW/4 NE/4, NE/4 SW/4 185.01 acres, more or less, in Hughes County, Oklahoma | 11/16/2005, Book 1046, Page 555 |
| Cornerstone E & P Company, LP | Pamela Loomis | Hughes | Oklahoma | | 05/07/2008, Book 1142, Page 193, Entry 04146 |
| Cornerstone E & P Company, LP | Kathryn Elaine Moore | Hughes | Oklahoma | T004N-R009E-08 - SE/4 NW/4, E/2 SW/4 NW/4, S/2 NE/4 NW/4, SE/4 NW/4 NW/4, N/2 S/2 SW/4, N/2 SW/4 210 acres, more or less, in Hughes County, Oklahoma | 05/29/2008, Volume 1144, Page 324, Entry 04847 |

00706

EXHIBIT A

| Lessee Name | Lessor Name | Lease County | Lease State | Tract Legal Description | Recording Information |
|---|---|---|---|---|---|
| Cornerstone E & P Company, LP | G. H. Blankenship, Inc. | Hughes | Oklahoma | T004N-R009E-08 - SE/4 NW/4, E/2 SW/4 NW/4, S/2 NE/4 NW/4, SE/4 NW/4 NW/4, N/2 S/2 SW/4, N/2 SW/4 210 acres, more or less, in Hughes County, Oklahoma | 06/19/2008, Volume 1147, Page 583 Entry 05590 |
| Cornerstone E & P Company, LP | TBL Investments Lance Davis, managing partner | Hughes | Oklahoma | T004N-R009E-08 - SE/4 NW/4, E/2 SW/4 NW/4, S/2 NE/4 NW/4, SE/4 NW/4 NW/4, N/2 S/2 SW/4, N/2 SW/4 210 acres, more or less, in Hughes County, Oklahoma | 06/19/2008, Volume 1147, Page 586, Entry 05591 |
| Cornerstone E & P Company, LP | Jack F. Orr | Hughes | Oklahoma | T005N-R009E-35 SE/4 NE/4 40 acres, more or less, in Hughes County, Oklahoma | 07/05/2007, Book 1103, Page 409 |
| Cornerstone E & P Company, LP | Michael Allen Kirkpatrick | Hughes | Oklahoma | T004N-R009E-16 NE/4 SW/4, S/2 SW/4 NE/4, S/2 SE/4 NW/4 80 acres, more or less, in Hughes County, Oklahoma | 07/24/2007 Book 1106 Page 25, Entry 08736 |
| Cornerstone E & P Company, LP | Area Royalty, LTD Carol J. Morgan, Trustee of The Anglin Properties Irrevocabl | Hughes | Oklahoma | T004N-R009E-16 S/2 SW/4 (80 acres) 80 acres, more or less, in Hughes County, Oklahoma | 12/12/2007 Book 1125 Page 792 |
| Cornerstone E & P Company, LP | | Hughes | Oklahoma | T006N-R010E-07 E/2 SW/4 and the NW/4 SW/4 120 acres, more or less, in Hughes County, Oklahoma T005N-R009E-06 N/2 S/2 NE/4 Less and Except the North 2.3749 acres of a tract of land being described as beginning at a point Seven chains due North of the 1/4 corner Sections 5 and 6, 5 North, 9 East, thence due West Ten chains and Fifty links; thence North Four chains and Seventy-five links; thence due East Ten chains and Fifty links; thence due south Four chains and Seventy-five links to the point of beginning being 5.0305 acres more or less. | 04/13/2007, Book 1090, Page 865, Entry 3809 |
| Cornerstone E & P Company, LP | Bobby J. Perkins | Hughes | Oklahoma | 37.6251 acres, more or less, in Hughes County, Oklahoma | 03/05/2007 Book 1086 Page 267, Entry 002169 |

Page 19 of 75

00707

EXHIBIT A

| Lessee Name | Lessor Name | Lease County | Lease State | Tract Legal Description | Recording Information |
|---|---|---|---|---|---|
| Cornerstone E & P Company, LP | Elaine Schackman Kimpel | Hughes | Oklahoma | T004N-R009E-16 E/2 NE/4, SE/4, 240 acres, more or less, in Hughes County, Oklahoma | 05/04/2007, Book 1093, Page 712 |
| Cornerstone E & P Company, LP | Donna Eversole | Hughes | Oklahoma | T006N-R010E-25 NE/4 NE/4 40 acres, more or less, in Hughes County, Oklahoma | 05/04/2007, Book 1093, Page 697 |
| Cornerstone E & P Company, LP | Loretta Legg, Trustee of the Loretta Legg Revocable Trust, d | Hughes | Oklahoma | T005N-R009E-17 E/2 NE/4, SE/4 SW/4 NE/4 90 acres, more or less, in Hughes County, Oklahoma | 02/16/2007, Book 1084, Page 535 |
| Cornerstone E & P Company, LP | Norvell Royalty Company, Inc. Robert C. Neal Trust | Hughes | Oklahoma | T004N-R009E-08 W/2 SE/4 80 acres, more or less, in Hughes County, Oklahoma | 05/04/2007, Book 1093, Page 723 |
| David W. Potts Land & Exploration Co. | f/b/o Robbie, Chris and Evan Dell Neel | Hughes | Oklahoma | T004N-R009E-18, W/2 NE/4, NE/4 NE/4, N/2 SE/4 NE/4 140 acres, more or less, in Hughes County, Oklahoma | 07/03/2006, Book 1064, Page 004, Entry 004827 |
| Cornerstone E & P Company, LP | Delores C. Priddy Boyer | Hughes | Oklahoma | T004N-R009E-08 W/2 SE/4 80 acres, more or less, in Hughes County, Oklahoma | 05/21/2008, Volume 1143, Page 628, Entry 04627 |
| Cornerstone E & P Company, LP | Sherrie Priddy Hobgood | Hughes | Oklahoma | T004N-R009E-08 W/2 SE/4 80 acres, more or less, in Hughes County, Oklahoma | 05/21/2008, Volume 1143, Page 632, Entry 04629 |
| Cornerstone E & P Company, LP | VW Resources, Inc. | Hughes | Oklahoma | T004N-R009E-08 W/2 SE/4 80 acres, more or less, in Hughes County, Oklahoma | 05/14/2008, Book 1142, Page 845, Entry 04372 |
| Cornerstone E & P Company, LP | Adrienne Springer Goforth | Hughes | Oklahoma | T004N-R009E-08 W/2 SE/4 80 acres, more or less, in Hughes County, Oklahoma | 05/14/2008, Book 1142, Page 849, Entry 04374 |
| Cornerstone E & P Company, LP | D & J Minerals, Inc | Hughes | Oklahoma | T004N-R009E-08 W/2 SE/4 80 acres, more or less, in Hughes County, Oklahoma | 05/14/2008, Book 1142, Page 886, Entry 04390 |
| Cornerstone E & P Company, LP | Orion Properties Inc. | Hughes | Oklahoma | T004N-R009E-08 W/2 SE/4 80 acres, more or less, in Hughes County, Oklahoma | 05/14/2008, Book 1142, Page 862, Entry 04380 |
| Cornerstone E & P Company, LP | Janet D. Springer | Hughes | Oklahoma | T004N-R009E-08 W/2 SE/4 80 acres, more or less, in Hughes County, Oklahoma | 05/21/2008, Volume 1143, Page 636, Entry 04631 |
| Cornerstone E & P Company, LP | Ruth Priddy Philpott | Hughes | Oklahoma | T004N-R009E-08 W/2 SE/4 80 acres, more or less, in Hughes County, Oklahoma | 05/21/2008, Volume 1143, Page 634, Entry 04630 |
| Cornerstone E & P Company, LP | Frances Kay Priddy Henry | Hughes | Oklahoma | T004N-R009E-08 W/2 SE/4 80 acres, more or less, in Hughes County, Oklahoma | 05/21/2008, Volume 1143, Page 638, Entry 04632 |

Page 20 of 75

EXHIBIT A

| Lessee Name | Lessor Name | Lease County | Lease State | Tract Legal Description | Recording Information |
|---|---|---|---|---|---|
| Cornerstone E & P Company, LP | Gary D. Priddy | Hughes | Oklahoma | T004N-R009E-08 W/2 SE/4<br>80 acres, more or less, in Hughes County, Oklahoma | 05/21/2008, Volume 1143, Page 630, Entry 04628 |
| Cornerstone E & P Company, LP | MEH, Inc. | Hughes | Oklahoma | T004N-R009E-08 W/2 SE/4<br>80 acres, more or less, in Hughes County, Oklahoma | / / |
| Cornerstone E & P Company, LP | Noble Kirby Springer | Hughes | Oklahoma | T004N-R009E-08 W/2 SE/4<br>80 acres, more or less, in Hughes County, Oklahoma | 05/30/2008, Volume 1144, Page 472, Entry 04918 |
| Cornerstone E & P Company, LP | Gloria June Priddy Williams | Hughes | Oklahoma | T004N-R009E-08 W/2 SE/4<br>80 acres, more or less, in Hughes County, Oklahoma | 06/04/2008, Volume 1144, Page 878, Entry 05051 |
| | | | | T005N-R009E-06 S/2 SE/4 less and except the E/2 SE/4 and a tract of land in the S/2 SE/4 beginning at a point where Baker Branch crosses the North Line of Said 80 acres, thence West to the Northwest Corner, Thence South to the Southwest Corner, thence East to a point where the First Ravine crosses said South Line and thence down said Ravine to where it empties into Baker Branch, thence down Baker Branch to the point of beginning. | |
| Cornerstone E & P Company, LP | Norvell Royalty Company, Inc.<br>Triangle Royalty Corporation, | Hughes | Oklahoma | 30 acres, more or less, in Hughes County, Oklahoma | 05/04/2007, Book 1093, Page 726 |
| Cornerstone E & P Company, LP | W.L. Spielberger, President | Hughes | Oklahoma | T005N-R009E-06 E/2 SE/4 SE/4<br>20 acres, more or less, in Hughes County, Oklahoma | 12/21/2007 Book 1127 Page 417 |
| Cornerstone E & P Company, LP | Betty Jean Wohlford | Hughes | Oklahoma | T005N-R009E-02 S/2 SE/4<br>80 acres, more or less, in Hughes County, Oklahoma | 04/09/2007, Book 1089, Page 893 |
| Cornerstone E & P Company, LP | Mekuskey Oil Company, Inc.<br>MTMJ Trust dtd 12/31/87<br>Valerie Myers | Hughes | Oklahoma | T005N-R008E-02 E/2 SW/4; E/2 W/2 SW/4<br>120 acres, more or less, in Hughes County, Oklahoma | 04/09/2007, Book 1089, Page 832 |
| Cornerstone E & P Company, LP | Rutledge & Adrian Mye | Hughes | Oklahoma | T005N-R009E-11 NE/4 SE/4<br>40 acres, more or less, in Hughes County, Oklahoma | 10/29/2007 Book 1119 Page 899 |

EXHIBIT A

| Lessee Name | Lessor Name | Lease County | Lease State | Tract Legal Description | Recording Information |
|---|---|---|---|---|---|
| Cornerstone E & P Company, LP | Jeffrey Rixleben, Conservator for Patti B. Rixleben, Wallston Rixfield, L.L.C. and Oklahoma limited liability com | Hughes | Oklahoma | T005N-R009E-13 E/2 NW/4 (80 acres) 80 acres, more or less, in Hughes County, Oklahoma | 10/28/2007, Book 1119, Page 804, Entry 12977 |
| Cornerstone E & P Company, LP | | Hughes | Oklahoma | T005N-R009E-13 E/2 NW/4 (80 acres) 80 acres, more or less, in Hughes County, Oklahoma | 09/27/2007, Book 1116, Page 284, Entry 11930 |
| Cornerstone E & P Company, LP | William Alan Lackey | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 11/27/2007 Book 1123 Page 662 |
| Cornerstone E & P Company, LP | Jay Coy Shortes | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 12/12/2007 Book 1125 Page 801 |
| Cornerstone E & P Company, LP | Billie Jean Minton Rahmberg | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 12/04/07  Book 1124 Page 571 |
| Cornerstone E & P Company, LP | Sharon Leah McCarty | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 12/12/2007  Book 1125 Page 799 |
| Cornerstone E & P Company, LP | Terry Ann Pipkin Buck | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 12/10/07  Book 1125 Page 583 |
| Cornerstone E & P Company, LP | Barbara K Chatba | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 01/23/2008, Book 1130, Page 137, Entry 614 |

EXHIBIT A

| Lessee Name | Lessor Name | Lease County | Lease State | Tract Legal Description | Recording Information |
|---|---|---|---|---|---|
| Cornerstone E & P Company, LP | Pamela Manahan | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 12/10/2007  Book 1125 Page 458 |
| Cornerstone E & P Company, LP | Michael Kirk Manahan | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 12/10/2007  Book 1125 Page 462 |
| Cornerstone E & P Company, LP | Nancy Karen Stoever | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 02/04/2008, Book 1131, Page 192, Entry 977 |
| Cornerstone E & P Company, LP | Betty Ruth Wines | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 11/21/2007  Book 1123 Page 426 |
| Cornerstone E & P Company, LP | Patricia A. McCarthey | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 12/07/2007  Book 1125 Page 405 |
| Cornerstone E & P Company, LP | Norma R. Manahan Donaghey | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 12/10/07  Book 1125 Page 569 |
| Cornerstone E & P Company, LP | John Paul Minton, Jr. | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 11/21/2007 Book 1123 Page 430 |
| Cornerstone E & P Company, LP | Richard Lee Minton | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 12/07/2007, Book 1125, Page 403 |

00711

EXHIBIT A

| Lessee Name | Lessor Name | Lease County | Lease State | Tract Legal Description | Recording Information |
|---|---|---|---|---|---|
| Cornerstone E & P Company, LP | Sylvia Ann Minton West | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 11/27/2007 Book 1123 Page 676 |
| Cornerstone E & P Company, LP | Pattie Lea Minton Jordan | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 11/27/2007 Book 1123 Page 674 |
| Cornerstone E & P Company, LP | Delia Sue Minton Nowlin | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 11/21/2007 Book 1123 Page 428 |
| Cornerstone E & P Company, LP | Joe Edd Minton | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 11/27/2007 Book 1123 Page 672 |
| Cornerstone E & P Company, LP | Mary Gail Emery | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 12/12/2007 Book 1125 Page 803 |
| Cornerstone E & P Company, LP | Thomas David Lackey | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 01/28/2008, Book 1130, Page 513, Entry 764 |
| Cornerstone E & P Company, LP | Tara Wisdon | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 04/03/2008, Book 1137, Page 787, Entry 03013 |
| Cornerstone E & P Company, LP | Mark Maples | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 03/12/2008, Book 1135, Page 454, Entry 02177 |

00712

EXHIBIT A

| Lessee Name | Lessor Name | Lease County | Lease State | Tract Legal Description | Recording Information |
|---|---|---|---|---|---|
| Cornerstone E & P Company, LP | Elizabeth Jane Minton Stanton | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 04/22/2008, Volume 1140, Page 289, Entry 03637 |
| Cornerstone E & P Company, LP | Jim Maples | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 03/27/2008, Book 1137, Page 165, Entry 02776 |
| Cornerstone E & P Company, LP | Bobby Maples | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 03/27/2008, Book 1137, Page 162, Entry 02775 |
| Cornerstone E & P Company, LP | Wade L. Pipkin, Jr. | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 03/13/2008, Book 1135, Page 665, Entry 02263 |
| Cornerstone E & P Company, LP | Vickie Jenkins | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 05/21/2008, Volume 1143, Page 663, Entry 04641 |
| Cornerstone E & P Company, LP | Anna Lynn Gorski | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 05/21/2008, Volume 1143, Page 666, Entry 04642 |
| Cornerstone E & P Company, LP | David McCaig | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 05/21/2008, Volume 1143, Page 660, Entry 04640 |
| Cornerstone E & P Company, LP | Mike Stolz | Hughes | Oklahoma | T005N-R010E-18, Lot 1 (40.16 acs) & Lot 2 (40.14 acs) & E/2 NW/4 ada NW/4 160.30 acres, more or less, Hughes County, Oklahoma | 05/29/2008, Volume 1144, Page 337 Entry 04855 |