| UNITED STATES BANKRUPTCY COURT   Northern District of Texas | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Cornerstone E&P Company, L.P. | Case Number:<br>09-35228-bjh |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Weatherford US LP | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>Melissa A. Haselden; Weycer Kaplan Pulaski & Zuber, PC<br>11 Greenway Plaza, Suite 1400<br>Houston, Texas 77046<br>Telephone number:<br>(713) 961-9045 | **Court Claim Number:**_____<br>*(If known)*<br><br>Filed on:_____ |

| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
|---|---|

**1. Amount of Claim as of Date Case Filed:** $ 748,674.33

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Services & Goods
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

  **3a. Debtor may have scheduled account as:** _____
  (See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☑ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate_____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____   Basis for perfection: Mineral Lien _____

Amount of Secured Claim: $ 748,674.33   Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date:<br>11/04/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*[signature]* attorney in fact for | FOR COURT USE ONLY<br><br>EXHIBIT "A" |
|---|---|---|

*Weatherford US, LP.*

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

OC2674

COPY

STATE OF OKLAHOMA HUGHES COUNTY, SS
Filed for record
_2:05_ o'clock _P_ M., and recorded in

JUN 1 2 2009

book _____ at page _210_ _LINE 29_
Joquita Walton, County Clerk
Deputy _mallnder_____

STATE OF OKLAHOMA                    '

HUGHES COUNTY                        '

The undersigned, Simon Lin, of lawful age, being by me first duly sworn according to law, deposes and says:

My name is Simon Lin and I am Senior Collections Manager for accounts receivable for Weatherford US LP, whose mailing address is 515 Post Oak Blvd., Suite 600, Houston, Texas 77027, hereinafter referred to as "Claimant." I have personal knowledge of the facts set forth below and am competent and authorized to make this Affidavit on behalf of Claimant.

At the request of Cornerstone E & P Company, LP, Claimant has performed labor or services and has furnished material, machinery, or oil well supplies used in the digging, drilling, torpedoing, completing, operating, or repairing of the Panda Well 5-1H, the Dingo Well 11-1H, the Wombat Well 1-1H, the Wallabee Well 25-1H, and the Okapi Well 17-1H, located in Hughes County, Oklahoma (the "Mineral Property"), for Cornerstone E & P Company, LP as operator, and for the other mineral property owners of the Mineral Property, for improvements to the oil and gas leasehold estate and property described herein below and in particular for the Panda Well 5-1H, the Dingo Well 11-1H, the Wombat Well 1-1H, the Wallabee Well 25-1H, and the Okapi Well 17-1H located thereon (and being the specific improvements for which the services were rendered and labor, equipment, and/or materials were furnished and all for which the indebtedness to Claimant was incurred by Cornerstone E & P Company, LP). The Mineral Property is more fully described in Exhibit "A" attached hereto and made a part hereof for all purposes. Attached hereto as Exhibit "B" and made a part hereof for all purposes are photocopies of Claimant's invoices, which represent an accurate description of the above noted labor, services, material, machinery, or oil well supplies furnished to Cornerstone E & P Company, LP for the digging, drilling, torpedoing, completing, operating, or repairing of the Property and the dates of performance.

Cornerstone E & P Company, LP is the mineral property owner of the Panda Well 5-1H, the Dingo Well 11-1H, the Wombat Well 1-1H, the Wallabee Well 25-1H, and the Okapi Well 17-1H located in Hughes County, Oklahoma. Claimant asserts this claim as mineral contractor.

After allowing all just credits and offsets, the amount of $748,674.33 remains unpaid and is due and owing under the above described account.

Pursuant to Title 42 of the Oklahoma Statutes, Claimant hereby claims a lien upon the Mineral Property described in Exhibit "A" and upon the following properties, to wit:

{WEA006\00098\0534490.DOC;1\RCB}

1. The material, machinery, and supplies furnished or hauled by Claimant for the above referenced well;

2. The land, leasehold, oil and gas well, water well, oil or gas pipeline and its right of way, and a lease for oil and gas properties for which the labor was performed or material, machinery, or supplies were furnished or hauled, and the building and appurtenances on Mineral Property;

3. Other material, machinery and supplies used for mineral activities and owned by the owner of the property;

4. Other wells and pipelines used in operations related to oil, gas and minerals and located on the Mineral Property.

The references in this Affidavit to Title 42 of the Oklahoma Statutes shall not impair, diminish nor adversely affect in any way any other lien to which Claimant may be entitled by statute or by virtue of the Constitution of the State of Oklahoma nor any other remedy available to Claimant at law or in equity.

By: _____

Name: Simon Lin
Title: Senior Collections Manager
Weatherford US, LP


THE STATE OF TEXAS

COUNTY OF HARRIS

Before me, a Notary Public in and for this state, on this the 11th day of June, 2009, personally appeared Simon Lin, to me known to be the identical person who subscribed the name of the maker thereof to the foregoing instrument as Senior Collections Manager for Weatherford US, LP, and acknowledged to me that he executed the same as his free and voluntary act and deed, and as the free and voluntary act and deed of the entity for the uses and purposes therein set forth.

WILLIAM G. LOWERRE
MY COMMISSION EXPIRES
July 22, 2009

_____
Notary Public, State of Texas

My commission expires on  July 22, 2009

{WEA006\00098\0534490.DOC;1\RCB}

**Exhibit "A"**
**Description of Property**

The oil and gas leasehold estate and working interest attributable to Panda Well #5-1H, Section 05, Township: 05 North; Range: 09 East; Quarters: SW SW SE SW; located in Hughes County, Oklahoma, API #063-24237.

The oil and gas leasehold estate and working interest attributable to Dingo Well #11-1H, Section 11, Township: 05 North; Range: 09 East; Quarters: SE SW SE SE; located in Hughes County, Oklahoma, API #063-24259.

The oil and gas leasehold estate and working interest attributable to Okapi Well #17-1H, Section 17, Township: 04 North; Range: 09 East; Quarters: SW SE SW SE; located in Hughes County, Oklahoma, API #063-24262.

The oil and gas leasehold estate and working interest attributable to Wombat Well #1-1H, Section 01, Township: 05 North; Range: 09 East; Quarters: SW SE SW SE; located in Hughes County, Oklahoma, API #063-24254.

The oil and gas leasehold estate and working interest attributable to Wallabee Well #25-1H, Section 25, Township: 05 North; Range: 09 East; Quarters: SE SW SE SW; located in Hughes County, Oklahoma, API #063-24189.

Precision Energy Services, Inc.

# INVOICE

❦ A Weatherford Company

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX  75038
USA

LEASE AND WELL NO.

OKAPI 17-1H

Customer # 11732

FELDERHOFF BROTHERS 10

**Please Remit to:**
Precision Energy Services, Inc.
P.O. Box 200698
Dallas, TX 75320-0698

Federal ID #76-0224331
Phone: (817)249-7200
Fax:   (817)249-7222

| ATTN: | ACCT: 830.19 | PROPERTY# D090K021534 |
|---|---|---|

| SERVICE ORDER | PURCHASE ORDER / A.F.E NO | JOB TICKET | STATE | COUNTY | DISTRICT | INVOICE DATE |
|---|---|---|---|---|---|---|
| 4016743 | | | OK | HUGHES | PES DS (Oklahoma City) | 04/28/2009 |

| DATE OF SERVICE | QUANTITY | UNIT OF MEASURE | TOTAL COST |
|---|---|---|---|
| April 08, 2009 | 1.00 | Day | 19,515.00 |
| April 09, 2009 | 1.00 | Day | 8,000.00 |
| April 10, 2009 | 1.00 | Day | 15,115.00 |
| April 11, 2009 | 1.00 | Day | 8,000.00 |
| April 12, 2009 | 1.00 | Day | 15,115.00 |
| April 13, 2009 | 1.00 | Day | 12,100.00 |
| April 14, 2009 | 1.00 | Day | 17,365.00 |
| April 15, 2009 | 1.00 | Day | 9,900.00 |
| April 16, 2009 | 1.00 | Day | 18,865.00 |
| April 17, 2009 | 1.00 | Day | 9,900.00 |
| April 18, 2009 | 1.00 | Day | 9,900.00 |
| April 19, 2009 | 1.00 | Day | 9,900.00 |
| April 20, 2009 | 1.00 | Day | 18,715.00 |
| April 21, 2009 | 1.00 | Day | 9,900.00 |
| April 22, 2009 | 1.00 | Day | 9,900.00 |
| April 23, 2009 | 1.00 | Day | 17,015.00 |
| April 24, 2009 | 1.00 | Day | 9,900.00 |
| April 25, 2009 | 1.00 | Day | 9,900.00 |
| April 26, 2009 | 1.00 | Day | 9,900.00 |
| April 27, 2009 | 1.00 | Day | 9,900.00 |

**ALL FURTHER CHARGES WILL
FOLLOW  UPON RECEIPT**

| Terms: | Net 30 days | Sub-Total: | 248,805.00 |
|---|---|---|---|
| | | Sales Tax: | 0.00 |
| | | Invoice Total:  US $ | 248,805.00 |

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties  In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services. (A paper copy of these standard terms and conditions will be provided to you upon your written request.)

Precision Energy Services, Inc.

⚓ A Weatherford Company

# INVOICE

Invoice No. 90463801

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX 75038
USA

LEASE AND WELL NO.

DINGO 11-1H

Customer # 11732

FELDERHOFF BROTHERS 10

Please Remit to:
Precision Energy Services, Inc.
P.O. Box 200698
Dallas, TX 75320-0698

Federal ID #76-0224331
Phone: (817)249-7200
Fax:    (817)249-7222

| ATTN: | ACCT:830.19 PROP:D070K012510 | |
|---|---|---|

| SERVICE ORDER | PURCHASE ORDER / A.F.E. NO | POR (TICKET) | STATE | COUNTY | DISTRICT | INVOICE DATE |
|---|---|---|---|---|---|---|
| 4016689 | | | OK | HUGHES | PES DS (Oklahoma City) | 04/08/2009 |

| DATE OF SERVICE | QUANTITY | UNIT OF MEASURE | TOTAL COST |
|---|---|---|---|
| March 22, 2008 | 1.00 | Day | 19,015.00 |
| March 23, 2009 | 1.00 | Day | 8,000.00 |
| March 24, 2009 | 1.00 | Day | 8,000.00 |
| March 25, 2009 | 1.00 | Day | 18,015.00 |
| March 26, 2009 | 1.00 | Day | 9,900.00 |
| March 27, 2009 | 1.00 | Day | 9,900.00 |
| March 28, 2009 | 1.00 | Day | 19,415.00 |
| March 29, 2009 | 1.00 | Day | 9,900.00 |
| March 30, 2009 | 1.00 | Day | 9,900.00 |
| March 31, 2009 | 1.00 | Day | 9,900.00 |
| April 01, 2009 | 1.00 | Day | 9,900.00 |
| April 02, 2009 | 1.00 | Day | 9,900.00 |

**ALL FURTHER CHARGES WILL FOLLOW  UPON RECEIPT**

| Terms: | Net 30 days | Sub-Total: | 141,745.00 |
|---|---|---|---|
| | | Sales Tax: | 0.00 |
| | | Invoice Total: US $ | 141,745.00 |

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc ) will provide the requested equipment, materials or services to its customer. Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties  In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www weatherford com/t&c shall be applicable to the provision of such equipment, materials or services  [A paper copy of these standard terms and conditions will be provided to you upon your written request ]

Precision Energy Services, Inc.

**INVOICE**

| Invoice No. | 90460497 |
|---|---|

❤ A Weatherford Company

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX 75038
USA

LEASE AND WELL NO

WOMBAT 1 1H

Customer # 11732

FELDERHOFF BROTHERS 10

**Please Remit to:**
Precision Energy Services, Inc
P.O Box 200698
Dallas, TX 75320 0698

Federal ID #76 0224331

Phone: (817)249-7200

Fax. (817)249 7222

| ATTN. | | |
|---|---|---|

| SERVICE ORDER | PURCHASE ORDER / A P E- NO | JOB TICKET | STATE | COUNTY | DISTRICT | INVOICE DATE |
|---|---|---|---|---|---|---|
| 4016591 | | | OK | HUGHES | PES DS (Oklahoma City) | 03/18/2009 |

| DATE OF SERVICE | QUANTITY | UNIT OF MEASURE | TOTAL COST |
|---|---|---|---|
| February 24, 2009 | 1 00 | Day | 16,715 00 |
| February 25 2009 | 1 00 | Day | 8,000 00 |
| February 26, 2009 | 1 00 | Day | 8,000 00 |
| February 27, 2009 | 1 00 | Day | 8,000 00 |
| February 28, 2009 | 1 00 | Day | 8,000 00 |
| March 01, 2009 | 1 00 | Day | 17,315 00 |
| March 02, 2009 | 1 00 | Day | 9,900 00 |
| March 03, 2009 | 1 00 | Day | 9,900 00 |
| March 04, 2009 | 1 00 | Day | 20,065 00 |
| March 05, 2009 | 1 00 | Day | 9,900 00 |
| March 06, 2009 | 1 00 | Day | 9,900 00 |
| March 07, 2009 | 1 00 | Day | 9 900 00 |
| March 08, 2009 | 1 00 | Day | 9,900 00 |
| March 09, 2009 | 1 00 | Day | 9 900 00 |
| March 10, 2009 | 1 00 | Day | 9,900 00 |
| March 11, 2009 | 1 00 | Day | 9,900 00 |
| March 12, 2009 | 1 00 | Day | 18,215 00 |
| March 13 2009 | 1 00 | Day | 9,900 00 |
| March 14, 2009 | 1 00 | Day | 9,900 00 |
| March 15, 2009 | 1 00 | Day | 9,900 00 |

**ALL FURTHER CHARGES WILL
FOLLOW UPON RECEIPT**

| Terms: | Net 30 days | Sub-Total: | 223,110 00 |
|---|---|---|---|
| | | Sales Tax | 0 00 |
| | | Invoice Total: US $ | 223,110 00 |

Weatherford (such term shall include any subsidiary division or affiliate of Weatherford International Inc ) will provide the requested equipment, materials or services to its customer
Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties In the event that there is no such master
service agreement Weatherford s standard terms and conditions a copy of which can be found at www weatherford com/t&c shall be applicable to the provision of such equipment
materials or services (A paper copy of these standard terms and conditions will be provided to you upon your written request.)

Precision Energy Services, Inc.

# INVOICE

| Invoice No. | 90453602 |
|---|---|

**A Weatherford Company**

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX  75038
USA

**Please Remit to:**
Precision Energy Services, Inc.
P.O. Box 200698
Dallas, TX  75320-0698

LEASE AND WELL NO.

Federal ID #76-0224331

OK.HUGHES.CALVIN FIELD

Phone: (817)249-7200

PANDA 5-1H/CALVIN
WEATHERFORD CRANE 15014

Fax:   (817)249-7218

**Customer # 11732**

| ATTN: | PROJECT ID # 526 | |
|---|---|---|

| SERVICE ORDER | PURCHASE ORDER / A.F.E NO | JOB TICKET | SERVICE DATE | STATE | COUNTY | DISTRICT | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| 4369690 | D080K015 | 149536 | 02/03/2009 | OK | HUGHES | PES CH (McAlester) | 02/09/2009 |

| REFERENCE | DESCRIPTION | QUANTITY | UOM | LIST UNIT COST | SURCHARGE | DISCOUNT % | NET UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|---|---|
| 703955 | Cased Hole Service Charge | 8,506.00 | FT | 0.25 | - | 65% | 0.09 | 744.27 |
| 707866 | PSI-3000 Std.Pres.Equip.W/Grease Inj | 1 | EA | 2,500.00 | - | 65% | 875.00 | 875.00 |
| 703290 | Crane Unit - 100 feet | 1.00 | D | 2,500.00 | - | 65% | 875.00 | 875.00 |
| 703518 | Bridge Plug/Cem.Retainer Depth | 8,506.00 | FT | 0.45 | - | 65% | 0.16 | 1,339.69 |
| 703519 | Bridge Plug/Cem.Retainer Oper | 1 | EA | 1,000.00 | - | 65% | 350.00 | 350.00 |
| 703516 | Bridge Plug/Cem.Retainer Pressure Charge | 1 | EA | 1,000.00 | - | 65% | 350.00 | 350.00 |
| 705870 | Slick Gun Depth Charge | 8,447.00 | FT | 0.25 | - | 65% | 0.09 | 739.11 |
| 703702 | Csg Perf TAG 10000ft Shot Charge | 90 | EA | 100.00 | - | 65% | 35.00 | 3,150.01 |
| 703269 | Environmental Protection Chg | 1 | EA | 200.00 | - | - | 200.00 | 200.00 |
| 707420 | Fuel Surcharge | 1 | EA | 200.00 | - | - | 200.00 | 200.00 |
| 703517 | Slow Set Power Charge | 1 | EA | 400.00 | - | - | 400.00 | 400.00 |
| 703631 | Dual Fire Sub - Operation | 6 | EA | 250.00 | - | - | 250.00 | 1,500.00 |
| 703307 | HIGH ANGLE SUR CHARGE | 1 | EA | 2,105.77 | - | - | 2,105.77 | 2,105.77 |

**ALL FURTHER CHARGES WILL FOLLOW  UPON RECEIPT**

| Terms: | Net 30 days | Sub-Total: | 12,828.85 |
|---|---|---|---|
| | | Sales Tax: | 0.00 |
| | | Invoice Total:  US $ | 12,828.85 |

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer. Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties. In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services. (A paper copy of these standard terms and conditions will be provided to you upon your written request.)

Precision Energy Services Inc. a Weatherford Company

Precision Energy Services, Inc.

♥ A Weatherford Company

# INVOICE

Invoice No. 90453433

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX 75038
USA

LEASE AND WELL NO.

OK..HUGHES.ALLEN FIELD

PANDA 5-1H/ALLEN
BASIC RIG

Please Remit to:
Precision Energy Services, Inc.
P.O. Box 200698
Dallas, TX 75320-0698

Federal ID #76-0224331
Phone: (817)249-7200
Fax:   (817)249-7218

**Customer # 11732**

| ATTN: | | | PROJECT ID # 526 | | | | | |
|---|---|---|---|---|---|---|---|---|

| SERVICE ORDER | PURCHASE ORDER / A.P.E NO | JOB TICKET | SERVICE DATE | STATE | COUNTY | | DISTRICT | INVOICE DATE |
|---|---|---|---|---|---|---|---|---|
| 4369545 | D080K015 | 149601 | 01/30/2009 | OK | HUGHES | | PES CH (McAlester) | 02/09/2009 |

| REFERENCE | DESCRIPTION | QUANTITY | UOM | LIST UNIT COST | SURCHARGE | DISCOUNT % | NET UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|---|---|
| 703955 | Cased Hole Service Charge | 8,957.00 | FT | 0.25 | - | 79% | 0.05 | 474.82 |
| 703735 | TCP 3 1/8" RDX 6 shots/ft-1st 10 feet | 1 | EA | 5,570.00 | - | 79% | 1,181.08 | 1,181.08 |
| 703736 | TCP 3 1/8" RDX 6 shots/ft-Additional Ft | 5.00 | FT | 325.00 | - | 79% | 68.91 | 344.57 |
| 704026 | TCP-Crossover Bull Plugs (Per Job) | 3 | EA | 500.00 | - | 79% | 106.02 | 318.06 |
| 703961 | TCP-Pressure Activated Firing System | 1 | EA | 3,800.00 | - | 79% | 805.76 | 805.76 |
| 703963 | TCP-Pres Act Time Delay Firing Sys LP | 4 | EA | 6,500.00 | - | 79% | 1,378.28 | 5,513.13 |
| 704008 | TCP-2 3/8" Fill Disc Sub | 9 | EA | 1,500.00 | - | 79% | 318.06 | 2,862.58 |
| 703273 | Engineer/Personnel Charge | 1.00 | D | 1,000.00 | - | | 1,000.00 | 1,000.00 |
| 703269 | Environmental Protection Chg | 1 | EA | 200.00 | - | | 200.00 | 200.00 |

**ALL FURTHER CHARGES WILL
FOLLOW  UPON RECEIPT**

| Terms: | Net 30 days | Sub-Total: | 12,700.00 |
|---|---|---|---|
| | | Sales Tax: | 0.00 |
| | | Invoice Total:  US $ | 12,700.00 |

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer  Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties.  In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services.  [A paper copy of these standard terms and conditions will be provided to you upon your written request.]

| Precision Energy Services, Inc. | **INVOICE** | Invoice No. | 90453597 |
|---|---|---|---|

❤ A Weatherford Company

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX  75038
USA

LEASE AND WELL NO.

OK.HUGHES.CALVIN FIELD

PANDA 5-1H/CALVIN
WEATHERFORD CRANE 15014

Please Remit to:
Precision Energy Services, Inc.
P.O. Box 200698
Dallas, TX 75320-0698

Federal ID #76-0224331
Phone: (817)249-7200
Fax:   (817)249-7218

Customer # 11732

| ATTN: | | PROJECT ID # 526 | |
|---|---|---|---|

| SERVICE ORDER | PURCHASE ORDER / A.F.E NO | JOB TICKET | SERVICE DATE | STATE. | COUNTY | | DISTRICT ', | | INVOICE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 4369677 | D080K015 | 149537 | 02/03/2009 | OK | HUGHES | | PES CH (McAlester) | | 02/09/2009 |

| REFERENCE | DESCRIPTION | QUANTITY | UOM | LIST UNIT COST | SURCHARGE | DISCOUNT % | NET UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|---|---|
| 707866 | PSI-3000 Std.Pres.Equip.W/Grease Inj. | 1 | EA | 2,500.00 | - | 65% | 875.00 | 875.00 |
| 703518 | Bridge Plug/Cem Retainer Depth | 8,050.00 | FT | 0.45 | - | 65% | 0.16 | 1,267.87 |
| 703519 | Bridge Plug/Cem.Retainer Oper | 1 | EA | 1,000.00 | - | 65% | 350.00 | 350.00 |
| 703516 | Bridge Plug/Cem.Retainer Pressure Charge | 1 | EA | 1,000.00 | - | 65% | 350.00 | 350.00 |
| 705870 | Slick Gun Depth Charge | 8,005.00 | FT | 0.25 | - | 65% | 0.09 | 700.44 |
| 703702 | Csg Perf TAG 10000ft Shot Charge | 90 | EA | 100.00 | - | 65% | 35.00 | 3,150.00 |
| 703269 | Environmental Protection Chg | 1 | EA | 200.00 | - | - | 200.00 | 200.00 |
| 707420 | Fuel Surcharge | 1 | EA | 200.00 | - | - | 200.00 | 200.00 |
| 703517 | Slow Set Power Charge | 1 | EA | 400.00 | - | - | 400.00 | 400.00 |
| 703631 | Dual Fire Sub - Operation | 6 | EA | 250.00 | - | - | 250.00 | 1,500.00 |
| 703307 | HIGH ANGLE SUR CHARGE | 1 | EA | 1,673.32 | - | - | 1,673.32 | 1,673.32 |

**ALL FURTHER CHARGES WILL
FOLLOW  UPON RECEIPT**

| Terms: | Net 30 days | Sub-Total: | 10,666.63 |
|---|---|---|---|
| | | Sales Tax: | 0.00 |
| | | Invoice Total:  US $ | 10,666.63 |

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc ) will provide the requested equipment, materials or services to its customer.  Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties.  In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services  [A paper copy of these standard terms and conditions will be provided to you upon your written request ]

Precision Energy Services, Inc.
❖ A Weatherford Company

# INVOICE

| Invoice No. | 90453600 |
|---|---|

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX  75038
USA

Please Remit to:
Precision Energy Services, Inc.
P.O. Box 200698
Dallas, TX 75320-0698

LEASE AND WELL NO.

OK.HUGHES CALVIN FIELD

PANDA 5-1H/CALVIN
WEATHERFORD CRANE 16014

Federal ID #76-0224331
Phone: (817)249-7200
Fax:   (817)249-7218

Customer # 11732

| ATTN: | PROJECT ID # 526 |
|---|---|

| SERVICE ORDER | PURCHASE ORDER / A.F.E NO | JOB TICKET | SERVICE DATE | STATE | COUNTY | DISTRICT | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| 4369683 | D080K015 | 149538 | 02/03/2009 | OK | HUGHES | PES CH (McAlester) | 02/09/2009 |

| REFERENCE | DESCRIPTION | QUANTITY | UOM | LIST UNIT COST | SURCHARGE | DISCOUNT % | NET UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|---|---|
| 707866 | PSI-3000 Std Pres Equip.W/Grease Inj. | 1 | EA | 2,500.00 | - | 65% | 875.00 | 875.00 |
| 703518 | Bridge Plug/Cem Retainer Depth | 7,600.00 | FT | 0.45 | - | 65% | 0.16 | 1,197.00 |
| 703519 | Bridge Plug/Cem.Retainer Oper | 1 | EA | 1,000.00 | - | 65% | 350.00 | 350.00 |
| 703516 | Bridge Plug/Cem Retainer Pressure Charge | 1 | EA | 1,000.00 | - | 65% | 350.00 | 350.00 |
| 705870 | Slick Gun Depth Charge | 7,550.00 | FT | 0.25 | - | 65% | 0.09 | 660.62 |
| 705875 | Slick-Gun 8001-10000 FT | 90 | EA | 90.00 | - | 65% | 31.50 | 2,835.00 |
| 703269 | Environmental Protection Chg | 1 | EA | 200.00 | - | - | 200.00 | 200.00 |
| 707420 | Fuel Surcharge | 1 | EA | 200.00 | - | - | 200.00 | 200.00 |
| 703517 | Slow Set Power Charge | 1 | EA | 400.00 | - | - | 400.00 | 400.00 |
| 703631 | Dual Fire Sub - Operation | 6 | EA | 250.00 | - | - | 250.00 | 1,500.00 |
| 703307 | HIGH ANGLE SUR CHARGE | 1 | EA | 1,566.90 | - | - | 1,566.90 | 1,566.90 |

**ALL FURTHER CHARGES WILL
FOLLOW  UPON RECEIPT**

| Terms: | Net 30 days | | |
|---|---|---|---|
| | | Sub-Total: | 10,134.52 |
| | | Sales Tax: | 0.00 |
| | | Invoice Total: US $ | 10,134.52 |

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc ) will provide the requested equipment, materials or services to its customer  Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties.  In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services  [A paper copy of these standard terms and conditions will be provided to you upon your written request ]

Precision Energy Services Inc. a Weatherford Company

Precision Energy Services, Inc.

♥ A Weatherford Company

# INVOICE

| Invoice No. | 90453733 |
| --- | --- |

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX  75038
USA

LEASE AND WELL NO.

OK HUGHES.CALVIN FIELD

PANDA 5-1H/CALVIN
WEATHERFORD CRANE UNIT #15014

**Please Remit to:**
Precision Energy Services, Inc.
P.O. Box 200698
Dallas, TX 75320-0698

Federal ID #76-0224331

Phone: (817)249-7200
Fax:    (817)249 7218

**Customer # 11732**

| ATTN: | | PROJECT ID # 526 | | | | | | |
|---|---|---|---|---|---|---|---|---|

| SERVICE ORDER | PURCHASE ORDER / A/F E NO | JOB TICKET | SERVICE DATE | STATE | COUNTY | DISTRICT | | INVOICE DATE |
|---|---|---|---|---|---|---|---|---|
| 4369723 | D080K015 | 149539 | 02/04/2009 | OK | HUGHES | PES CH (McAlester) | | 02/10/2009 |

| REFERENCE | DESCRIPTION | QUANTITY | UOM | LIST UNIT COST | SURCHARGE | DISCOUNT % | NET UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|---|---|
| 703955 | Cased Hole Service Charge | 8,000 00 | FT | 0.25 | - | 65% | 0.09 | 700 00 |
| 707866 | PSI-3000 Std Pres Equip W/Grease Inj | 1 | EA | 2,500 00 | - | 65% | 875.00 | 875.00 |
| 703290 | Crane Unit - 100 feet | 1 00 | D | 2,500 00 | - | 65% | 875 00 | 875.00 |
| 703518 | Bridge Plug/Cem Retainer Depth | 7,146 00 | FT | 0 45 | - | 65% | 0.16 | 1,125 49 |
| 703519 | Bridge Plug/Cem Retainer Oper | 1 | EA | 1,000.00 | - | 65% | 350.00 | 350 00 |
| 703516 | Bridge Plug/Cem.Retainer Pressure Charge | 1 | EA | 1,000.00 | - | 65% | 350.00 | 350 00 |
| 705870 | Slick Gun Depth Charge | 7,111 00 | FT | 0 25 | - | 65% | 0.09 | 622 21 |
| 705875 | Slick-Gun 8001-10000 FT | 90 | EA | 90 00 | - | 65% | 31.50 | 2,835 01 |
| 703269 | Environmental Protection Chg | 1 | EA | 200.00 | - | - | 200.00 | 200 00 |
| 707420 | Fuel Surcharge | 1 | EA | 200.00 | - | - | 200.00 | 200 00 |
| 703517 | Slow Set Power Charge | 1 | EA | 400.00 | - | - | 400.00 | 400 00 |
| 703631 | Dual Fire Sub - Operation | 6 | EA | 250.00 | - | - | 250.00 | 1,500 00 |
| 703307 | HIGH ANGLE SUR CHARGE | 1 | EA | 1,933.17 | - | - | 1,933.17 | 1,933 17 |

**ALL FURTHER CHARGES WILL FOLLOW  UPON RECEIPT**

| Terms: | Net 30 days | | Sub-Total: | 11,965 88 |
|---|---|---|---|---|
| | | | Sales Tax: | 0.00 |
| | | | Invoice Total: US $ | 11,965 88 |

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International  Inc ) will provide the requested equipment, materials or services to its customer  Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties  In the event that there is no such master service agreement, Weatherford s standard terms and conditions, a copy of which can be found at www weatherford com/i&c shall be applicable to the provision of such equipment, materials or services  (A paper copy of these standard terms and conditions will be provided to you upon your written request )

Precision Energy Services, Inc.

**INVOICE**

| Invoice No. | 90453813 |
|---|---|

**A Weatherford Company**

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX 75038
USA

LEASE AND WELL NO.

OK..HUGHES.ALLEN FIELD

PANDA 5-1H/ALLEN
WEATHERFORD CRANE 15014

**Please Remit to:**
*Precision Energy Services, Inc.*
P.O. Box 200698
Dallas, TX 75320-0698

Federal ID #76-0224331
Phone: (817)249-7200
Fax:   (817)249-7218

Customer # 11732

| ATTN: | | | PROJECT ID # 526 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| SERVICE ORDER | PURCHASE ORDER / A.F.E NO. | JOB TICKET | SERVICE DATE | STATE | COUNTY | DISTRICT | | | INVOICE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 4369818 | D080K015 | 149558 | 02/05/2009 | OK | HUGHES | PES CH (McAlester) | | | 02/10/2009 |

| REFERENCE | DESCRIPTION | QUANTITY | UOM | LIST UNIT COST | SURCHARGE | DISCOUNT % | NET UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|---|---|
| 703955 | Cased Hole Service Charge | 8,000.00 | FT | 0.25 | - | 65% | 0.09 | 700.00 |
| 703290 | Crane Unit - 100 feet | 1.00 | D | 2,500.00 | - | 65% | 875.00 | 875.00 |
| 707866 | PSI-3000 Std.Pres.Equip.W/Grease Inj. | 1 | EA | 2,500.00 | - | 65% | 875.00 | 875.00 |
| 703310 | Casing Blowout Preventer | 1.00 | D | 1,000.00 | - | 65% | 350.00 | 350.00 |
| 703518 | Bridge Plug/Cem.Retainer Depth | 5,767.00 | FT | 0.45 | - | 65% | 0.16 | 908.30 |
| 703519 | Bridge Plug/Cem.Retainer Oper | 1 | EA | 1,000.00 | - | 65% | 350.00 | 350.00 |
| 703516 | Bridge Plug/Cem.Retainer Pressure Charge | 1 | EA | 1,000.00 | - | 65% | 350.00 | 350.00 |
| 703697 | Csg Perf TAG Depth Charge | 5,738.00 | FT | 0.25 | - | 65% | 0.09 | 502.07 |
| 703700 | Csg Perf TAG 6000ft Shot Charge | 90 | EA | 80.00 | - | 65% | 28.00 | 2,520.01 |
| 703307 | HIGH ANGLE SUR CHARGE | 1 | EA | 1,857.60 | - | - | 1,857.60 | 1,857.60 |
| 707420 | Fuel Surcharge | 1 | EA | 200.00 | - | - | 200.00 | 200.00 |
| 703269 | Environmental Protection Chg | 1 | EA | 200.00 | - | - | 200.00 | 200.00 |
| 703517 | Slow Set Power Charge | 1 | EA | 400.00 | - | - | 400.00 | 400.00 |
| 703631 | Dual Fire Sub - Operation | 6 | EA | 250.00 | - | - | 250.00 | 1,500.00 |

**ALL FURTHER CHARGES WILL FOLLOW  UPON RECEIPT**

| Terms: | Net 30 days | | |
|---|---|---|---|
| | | Sub-Total: | 11,587.98 |
| | | Sales Tax: | 0.00 |
| | | Invoice Total: US $ | 11,587.98 |

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc ) will provide the requested equipment, materials or services to its customer  Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties  In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www weatherford com/t&c shall be applicable to the provision of such equipment, materials or services  [A paper copy of these standard terms and conditions will be provided to you upon your written request ]

Precision Energy Services Inc. a Weatherford Company

Precision Energy Services, Inc.

**INVOICE**

| Invoice No. | 90453815 |
|---|---|

☙ A Weatherford Company

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX 75038
USA

LEASE AND WELL NO.

OK..HUGHES.ALLEN FIELD

PANDA 5-1H/ALLEN
WEATHERFORD CRANE 15014

**Please Remit to:**
Precision Energy Services, Inc.
P.O. Box 200698
Dallas, TX 75320-0698

Federal ID #76-0224331
Phone: (817)249-7200
Fax: (817)249-7218

Customer # 11732

| ATTN: | PROJECT ID # 526 | |
|---|---|---|

| SERVICE ORDER | PURCHASE ORDER / A.E.E NO | JOB TICKET | SERVICE DATE | STATE | COUNTY | DISTRICT | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| 4369816 | D080K015 | 149557 | 02/04/2009 | OK | HUGHES | PES CH (McAlester) | 02/10/2009 |

| REFERENCE | DESCRIPTION | QUANTITY | UOM | LIST UNIT COST | SURCHARGE | DISCOUNT % | NET UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|---|---|
| 707866 | PSI-3000 Std.Pres.Equip.W/Grease Inj. | 1 | EA | 2,500.00 | - | 65% | 875.00 | 875.00 |
| 703310 | Casing Blowout Preventer | 1.00 | D | 1,000.00 | - | 65% | 350.00 | 350.00 |
| 703518 | Bridge Plug/Cem.Retainer Depth | 6,220 00 | FT | 0.45 | - | 65% | 0.16 | 979.65 |
| 703519 | Bridge Plug/Cem.Retainer Oper | 1 | EA | 1,000.00 | - | 65% | 350.00 | 350.00 |
| 703516 | Bridge Plug/Cem.Retainer Pressure Charge | 1 | EA | 1,000.00 | - | 65% | 350.00 | 350.00 |
| 703697 | Csg Perf TAG Depth Charge | 6,161.00 | FT | 0.25 | - | 65% | 0.09 | 539.09 |
| 703700 | Csg Perf TAG 6000ft Shot Charge | 90 | EA | 80.00 | - | 65% | 28.00 | 2,520.00 |
| 703307 | HIGH ANGLE SUR CHARGE | 1 | EA | 1,490.94 | - | - | 1,490.94 | 1,490.94 |
| 707420 | Fuel Surcharge | 1 | EA | 200.00 | - | - | 200.00 | 200.00 |
| 703269 | Environmental Protection Chg | 1 | EA | 200.00 | - | - | 200.00 | 200.00 |
| 703517 | Slow Set Power Charge | 1 | EA | 400.00 | - | - | 400.00 | 400.00 |
| 703631 | Dual Fire Sub - Operation | 6 | EA | 250.00 | - | - | 250.00 | 1,500.00 |

**ALL FURTHER CHARGES WILL FOLLOW UPON RECEIPT**

| Terms: | Net 30 days | | |
|---|---|---|---|

| | Sub-Total: | 9,754.68 |
|---|---|---|
| | Sales Tax: | 0.00 |
| | **Invoice Total: US $** | 9,754.68 |

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer. Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties. In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services. (A paper copy of these standard terms and conditions will be provided to you upon your written request.)

Precision Energy Services Inc. a Weatherford Company

Precision Energy Services, Inc.

💘 A Weatherford Company

# INVOICE

| Invoice No. | 90453814 |
|---|---|

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX   75038
USA

LEASE AND WELL NO.

OK .HUGHES,ALLEN FIELD

PANDA 5-1H/ALLEN
WEATHERFORD CRANE 15014

**Please Remit to:**
Precision Energy Services, Inc.
P.O. Box 200698
Dallas, TX 75320-0698

Federal ID #76-0224331
Phone: (817)249-7200
Fax:    (817)249-7218

**Customer # 11732**

| ATTN: | | | PROJECT ID # 526 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| SERVICE ORDER | PURCHASE ORDER / A.F.E NO | JOB TICKET | SERVICE DATE | STATE | COUNTY | | DISTRICT | | INVOICE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 4369835 | D080K015 | 149559 | 02/05/2009 | OK | HUGHES | | PES CH (McAlester) | | 02/10/2009 |

| REFERENCE | DESCRIPTION | QUANTITY | UOM | LIST UNIT COST | SURCHARGE | DISCOUNT % | NET UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|---|---|
| 707866 | PSI-3000 Std.Pres.Equip W/Grease Inj | 1 | EA | 2,500.00 | - | 65% | 875 00 | 875.00 |
| 703310 | Casing Blowout Preventer | 1.00 | D | 1,000.00 | - | 65% | 350 00 | 350.00 |
| 70351B | Bridge Plug/Cem.Retainer Depth | 4,000.00 | FT | 0.45 | - | 65% | 0.16 | 630.00 |
| 703519 | Bridge Plug/Cem.Retainer Oper | 1 | EA | 1,000.00 | - | 65% | 350.00 | 350.00 |
| 703516 | Bridge Plug/Cem.Retainer Pressure Charge | 1 | EA | 1,000.00 | - | 65% | 350.00 | 350.00 |
| 707420 | Fuel Surcharge | 1 | EA | 200.00 | - | - | 200.00 | 200.00 |
| 703269 | Environmental Protection Chg | 1 | EA | 200.00 | - | - | 200.00 | 200.00 |
| 703517 | Slow Set Power Charge | 1 | EA | 400.00 | - | - | 400.00 | 400.00 |

**ALL FURTHER CHARGES WILL FOLLOW  UPON RECEIPT**

| Terms: | Net 30 days | Sub-Total: | 3,355.00 |
|---|---|---|---|
| | | Sales Tax: | 0.00 |
| | | Invoice Total:  US $ | 3,355.00 |

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc ) will provide the requested equipment, materials or services to its customer  Such
provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties  In the event that there is no such master service agreement,
Weatherford's standard terms and conditions, a copy of which can be found at www weatherford com/t&c shall be applicable to the provision of such equipment, materials or services  [A
paper copy of these standard terms and conditions will be provided to you upon your written request ]

Precision Energy Services, Inc.

❤️ A Weatherford Company

# INVOICE

| Invoice No. | 90454264 |
|---|---|

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX 75038
USA

LEASE AND WELL NO.

OK..HUGHES.ALLEN FIELD

PANDA 5-1H/ALLEN
WEATHERFORD CRANE UNIT #15014

**Please Remit to:**
Precision Energy Services, Inc.
P.O. Box 200698
Dallas, TX 75320-0698

Federal ID #76-0224331

Phone: (817)249-7200
Fax: (817)249-7218

Customer # 11732

| ATTN: | | | PROJECT ID # 526 | | | | |
|---|---|---|---|---|---|---|---|

| SERVICE ORDER | PURCHASE ORDER / A.F.E. NO. | JOB TICKET | SERVICE DATE | STATE | COUNTY | DISTRICT | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| 4369814 | D080K015 | 149556 | 02/04/2009 | OK | HUGHES | PES CH (McAlester) | 02/12/2009 |

| REFERENCE | DESCRIPTION | QUANTITY | UOM | LIST UNIT COST | SURCHARGE | DISCOUNT % | NET UNIT COST | TOTAL COST |
|---|---|---|---|---|---|---|---|---|
| 707866 | PSI-3000 Std.Pres.Equip.W/Grease Inj. | 1 | EA | 2,500.00 | - | 65% | 875.00 | 875.00 |
| 703310 | Casing Blowout Preventer | 1.00 | D | 1,000.00 | - | 65% | 350.00 | 350.00 |
| 703518 | Bridge Plug/Cem.Retainer Depth | 6,699.00 | FT | 0.45 | - | 65% | 0.16 | 1,055.09 |
| 703519 | Bridge Plug/Cem.Retainer Oper | 1 | EA | 1,000.00 | - | 65% | 350.00 | 350.00 |
| 703516 | Bridge Plug/Cem.Retainer Pressure Charge | 1 | EA | 1,000.00 | - | 65% | 350.00 | 350.00 |
| 703697 | Csg Perf TAG Depth Charge | 6,659.00 | FT | 0.25 | - | 65% | 0.09 | 582.66 |
| 703700 | Csg Perf TAG 6000ft Shot Charge | 90 | EA | 80.00 | - | 65% | 28.00 | 2,520.00 |
| 703307 | HIGH ANGLE SUR CHARGE | 1 | EA | 1,520.69 | - | - | 1,520.69 | 1,520.69 |
| 707420 | Fuel Surcharge | 1 | EA | 200.00 | - | - | 200.00 | 200.00 |
| 703269 | Environmental Protection Chg | 1 | EA | 200.00 | - | - | 200.00 | 200.00 |
| 703517 | Slow Set Power Charge | 1 | EA | 400.00 | - | - | 400.00 | 400.00 |
| 703631 | Dual Fire Sub - Operation | 6 | EA | 250.00 | - | - | 250.00 | 1,500.00 |

**ALL FURTHER CHARGES WILL FOLLOW UPON RECEIPT**

| Terms: | Net 30 days | Sub-Total: | 9,903.44 |
|---|---|---|---|
| | | Sales Tax: | 0.00 |
| | | **Invoice Total: US $** | 9,903.44 |

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer. Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties. In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services. (A paper copy of these standard terms and conditions will be provided to you upon your written request.)

# Weatherford

**INVOICE NUMBER:** 5442855 RI  **SEQ:** 2
**INVOICE DATE:** JUN 03 2009

**CUSTOMER:** 1804967
CORNERSTONE E&P CO LP
5525 N MACARTHUR BLVD SUITE 775
IRVING TX 75038
UNITED STATES

**SHIP TO:** 2206776 CW
WELL: 5-1H
LEASE: PANDA
UNITED STATES

# INVOICE

**BILLING PERIOD FROM :** JAN 02 2009  **TO:** JAN 02 2009

**BRANCH PLANT:** 10206
WEATHERFORD US LP
1704 E ROCK ISLAND
WILBURTON OK 74578
UNITED STATES

**PHONE:** 918 465-2311
**FAX:** 918 465-2159

# ORIGINAL

**DELIVERY TICKET:** 4787210 SR

| | |
|---|---|
| **JOB TYPE:** | RNT Drill String Jobs |
| **SERVICE RATING :** | STANDARD SERVICE |
| **JOB NUMBER:** | |
| **ORDER DATE:** | DEC 20 2008 |
| **SHIPPING DATE:** | DEC 20 2008 |
| **STATE:** | OKLAHOMA |
| **COUNTY:** | HUGHES |
| **CURRENCY:** | USD |

---

**ORDERED BY:** STEVE LOGUE  **ORDER NUMBER:** .  **AFE NUMBER:**
**CONTACT NUMBER:** 405-222-8713  **CONTRACT NUMBER:**  **PRICE BOOK:** 08DRLGUS

| LINE NO. | DT SEQ DT LINE | QTY UOM | SERIAL NUMBER | DESCRIPTION | ITEM NUMBER/ REF NUMBER | SHIP / RETURN | BILL UNITS | PRICE UOM | BILL TYPE | QTY UNIT BILL | PRICE | SURC DISC % | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 999 4.000 | 1.00 EA | | STEAM CLEAN ID & OD ON 4 1/2 DRILL PIPE WVEI TKT # 5117 | 237564 ZREPAIRS3RDP | | 1.00 | EA | Job | 1.00 ADD | 766.50 | .00 .00 | 766.50 | N |
| 2 | 999 5.000 | 1.00 EA | | REFACE (71) 4 1/2 DRILL PIPE CONNECTIONS WVEI TKT # 5117 | 237564 ZREPAIRS3RDP | | 1.00 | EA | Job | 1.00 ADD | 1,143.10 | .00 .00 | 1,143.10 | N |
| 3 | 999 6.000 | 1.00 EA | | STRAIGHTEN 1 JT 4 1/2 DRILL PIPE WVEI TKT # 5117 | 237564 ZREPAIRS3RDP | | 1.00 | EA | Job | 1.00 ADD | 20.13 | .00 00 | 20.13 | N |
| 4 | 999 7.000 | 1.00 EA | | RETURN DRILL PIPE TO YUKON WVEI TKT #5117 | 236859 Z00500250070 | | 1.00 | EA | Job | 1.00 ADD | 690.00 | 00 00 | 690.00 | N |

SUPPLEMENTAL CHARGES

| LINE NO. | DT SEQ DT LINE | QTY UOM | SERIAL NUMBER | DESCRIPTION | ITEM NUMBER/ REF NUMBER | SHIP / RETURN | BILL UNITS | PRICE UOM | BILL TYPE | QTY | UNIT BILL | PRICE | | SURC DISC % | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

THANK YOU FOR YOUR BUSINESS!

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer. Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties. In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services. [A paper copy of these standard terms and conditions will be provided to you upon your written request.]

**TERMS:**
**REMIT TO:**

Net 30 days
WEATHERFORD U.S.,L.P
P O BOX 200019
CHASE BANK OF TEXAS, N.A.
BANK ACCOUNT # 0010-318-8448
TRANSIT ROUTING # 113-000-609
HOUSTON TX 77216-0019
UNITED STATES

**INVOICE NUMBER:**     5442855
**DATE:**               JUN 03 2009

| | |
|---|---|
| SUBTOTAL:  *(USD)* | 2,619.73 |
| TAX :  *(USD)* | 0.00 |
| TOTAL AMOUNT DUE:  *(USD)* | 2,619.73 |

FSSRINVDJ R5942565A CCB7088R21 WFT002  FormScape 3.4.3 04-17-09  JOB # F45847351

# Weatherford®

# INVOICE    ORIGINAL

**INVOICE NUMBER:** 5140370 RI   **SEQ:**1
**INVOICE DATE:** JAN 22 2009   **FINAL BILL**

**BILLING PERIOD FROM :** OCT 20 2008 **TO:** DEC.08 2008   **DELIVERY TICKET NUMBER:** 4511772 SR

**CUSTOMER:** 1804967
CORNERSTONE E & P CO LP
5525 N MACARTHUR BLVD SUITE 775
IRVING TX 75038
UNITED STATES

**BRANCH PLANT:** 10206
WEATHERFORD US LP
1704 E ROCK ISLAND
WILBURTON OK 74578
UNITED STATES

**PHONE:** 918 465-2311
**FAX:** 918 465-2159

**JOB TYPE:** RNT Other Rental
**SERVICE RATING :** N/A
**JOB NUMBER:**
**ORDER DATE:** OCT 20 2008
**SHIPPING DATE:** OCT 20 2008
**STATE:** OKLAHOMA
**COUNTY:** HUGHES
**CITY:**
**SHIP VIA:** MOVED FROM DT 4501184

**SHIP TO:** 2121000 CW
**WELL:** 25-1H
**LEASE:** WALLABEE
UNITED STATES

**RETURN VIA:**

**ORDERED BY:** ROGER DODD    **ORDER NUMBER:** MIKE    **AFE NUMBER:**
**CONTACT NUMBER:** 580-330-1436    **CONTRACT NUMBER:**    **PRICE BOOK:** 08FISHUS

| LINE NO. | DT SEQ DT LINE | QTY UOM | SERIAL NUMBER | DESCRIPTION | ITEM NUMBER/ REF NUMBER | SHIP / RETURN | BILL UNITS | PRICE UOM | BILL TYPE | QTY | UNIT BILL | PRICE | SURC DISC % | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 1.000 | 1.00 EA | 282394 | SUB, CROSSOVER BOX X PIN 2-7/8 2-3/8 STL STD 2-7/8" REG BOX X 2-3/8" EUE BO X | 236038 033500350010 BILL FROM: OCT 20 2008 TO: NOV 07 2008 | OCT 20 2008 DEC 08 2008 | 1.00 | EA | Day | 19.00 | ADD | 22.00 | .00 25.00 | 313.50 | Y |
| 2 | 999 2.000 | 2.00 EA | | INSPECT 2 CONNECTIONS @ $25.00 EACH | 236905 Z00500150265 | | 2.00 | EA | Job | 2.00 | ADD | 25.00 | .00 .00 | 50.00 | N |
| 3 | 999 3.000 | 2.00 EA | | WASTE DISPOSAL CHARGES 2 CONNECTIONS @ $2 EACH | 236572 Z00500150050 | | 2.00 | EA | Job | 2.00 | ADD | 2.00 | .00 .00 | 4.00 | Y |

THANK YOU FOR YOUR BUSINESS!
REPAIRS TO FOLLOW, IF ANY.

| LINE NO. | DT SEQ DT LINE | QTY UOM | SERIAL NUMBER | DESCRIPTION | ITEM NUMBER/ REF NUMBER | SHIP / RETURN | BILL UNITS | PRICE UOM | BILL TYPE | QTY UNIT BILL | PRICE | | SURC DISC % | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | . . . . . . . . . . . . . . . . . . . . . TAX SUMMARY . . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | |
| | | | | St: OK | | 4.500 | | 14.29 | | | | | | | |

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer. Such provision shall be governed by the terms and conditions of the current applicable master service agreement. Weatherford' s standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services. [A paper copy of these standard terms and conditions will be provided to you upon your written request.]

FSSRINVDJ RS042565A CCB7054 WFT002 FormScape 3.4.3 10-20-08 JOB # F46636333

| TERMS: | Net 30 days |
|---|---|
| REMIT TO: | WEATHERFORD U.S.,L.P |
| | P O BOX 200019 |
| | CHASE BANK OF TEXAS, N.A. |
| | BANK ACCOUNT # 0010-318-6448 |
| | TRANSIT ROUTING # 113-000-609 |
| | HOUSTON TX  77216-0019 |
| | UNITED STATES |
| INVOICE NUMBER: | 5140370 |
| DATE: | JAN 22 2009 |

| | | |
|---|---|---|
| SUBTOTAL: | *(USD)* | 367.50 |
| TAX : | *(USD)* | 14.29 |
| TOTAL AMOUNT DUE: | *(USD)* | 381.79 |

# Weatherford

## INVOICE    ORIGINAL

**INVOICE NUMBER:** 5232218 RI    **SEQ:2**
**INVOICE DATE: FEB 26 2009**

BILLING PERIOD FROM : DEC 20 2008  TO: JAN 13 2009

**DELIVERY TICKET NUMBER:**    4669130 SR

**CUSTOMER:** 1804967
CORNERSTONE E&P CO LP
5525 N MACARTHUR BLVD SUITE 775
IRVING TX 75038
UNITED STATES

**BRANCH PLANT: 10206**
WEATHERFORD US LP
1704 E ROCK ISLAND
WILBURTON OK 74578
UNITED STATES

**PHONE:** 918 465-2311
**FAX:**    918 465-2159

| | |
|---|---|
| **JOB TYPE:** | RNT Drill String Jobs |
| **SERVICE RATING :** | N/A |
| **JOB NUMBER:** | |
| **ORDER DATE:** | DEC 18 2008 |
| **SHIPPING DATE:** | DEC 20 2008 |
| **STATE:** | OKLAHOMA |
| **COUNTY:** | HUGHES |
| **CITY:** | |
| **SHIP VIA:** | CUSTOMER TRUCK |
| **RETURN VIA:** | TSI |

**SHIP TO:** 2206776 CW
WELL: 5-1H
LEASE: PANDA
UNITED STATES

| | | | |
|---|---|---|---|
| **ORDERED BY:** STEVE LOGUE | **ORDER NUMBER:** VERBAL | | **AFE NUMBER:** |
| **CONTACT NUMBER:** 405-222-8713 | **CONTRACT NUMBER:** | | **PRICE BOOK:** 08DRLGUS |

| LINE NO. | DT SEQ DT LINE | QTY UOM | SERIAL NUMBER | DESCRIPTION | ITEM NUMBER/ REF NUMBER | SHIP/ RETURN | BILL UNITS | PRICE UOM | BILL TYPE | QTY | UNIT BILL | PRICE | | SURG DISC % | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 1.000 | 175.00 EA | | DP, STD 4-1/2 16.60 PPF S135 4 -1/2 XH TCS TI B&P TK34XT | 997422 012500050465 BILL FROM:  DEC 25 2008 | DEC 20 2008 JAN 13 2009 TO:  JAN 13 2009 | 175.00 | EA | Day | 20.00 | ADD | 5.71 | | .00 .00 | 19,985.00 | Y |

THANK YOU FOR YOUR BUSINESS!
REPAIRS TO FOLLOW, IF ANY.

. . . . . . . . . . . . . . . . . . . TAX SUMMARY . . . . . . . . . . . . . . . . . .

St: OK              4.500              899.33

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer. Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties. In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services. [A paper copy of these standard terms and conditions will be provided to you upon your written request.]

**TERMS:**
**REMIT TO:**

Net 30 days
WEATHERFORD U.S.,L.P
P O BOX 200019
CHASE BANK OF TEXAS, N.A.
BANK ACCOUNT # 0010-316-8448
TRANSIT ROUTING # 113-000-609
HOUSTON.TX 77216-0019
UNITED STATES

**INVOICE NUMBER:**
**DATE:**

5232218
FEB 26 2009

| | | |
|---|---|---|
| **SUBTOTAL:** | **(USD)** | 19,985.00 |
| **TAX :** | **(USD)** | 899.33 |
| **TOTAL AMOUNT DUE:** | **(USD)** | 20,884.33 |

FSSRINVDJ RS94256SA CCB7054 WFT002  FernScape 3.4.3 10-20-08  JOB # F42261212

**Weatherford**

# INVOICE     ORIGINAL

INVOICE NUMBER: 5232222 RI     SEQ: 1
INVOICE DATE: FEB 26 2009

BILLING PERIOD FROM : DEC 20 2008  TO: JAN 01 2009

DELIVERY TICKET NUMBER:     4787210 SR

CUSTOMER: 1804967
CORNERSTONE E&P CO LP
5525 N MACARTHUR BLVD SUITE 775
IRVING TX 75038
UNITED STATES

BRANCH PLANT: 10206
WEATHERFORD US LP
1704 E ROCK ISLAND
WILBURTON OK 74578
UNITED STATES

PHONE: 918 465-2311
FAX:     918 465-2159

| JOB TYPE: | RNT Drill String Jobs |
| SERVICE RATING : | STANDARD SERVICE |
| JOB NUMBER: | |
| ORDER DATE: | DEC 20 2008 |
| SHIPPING DATE: | DEC 20 2008 |
| STATE: | OKLAHOMA |
| COUNTY: | HUGHES |
| CITY: | |
| SHIP VIA: | |
| RETURN VIA: | |

SHIP TO: 2206776 CW
WELL: 5-1H
LEASE: PANDA
UNITED STATES

| ORDERED BY: STEVE LOGUE | ORDER NUMBER: . | AFE NUMBER: |
| CONTACT NUMBER: 405-222-8713 | CONTRACT NUMBER: | PRICE BOOK: 08DRLGUS |

| LINE NO. | DT SEQ DT LINE | QTY UOM | SERIAL NUMBER | DESCRIPTION | ITEM NUMBER/ REF NUMBER | SHIP / RETURN | BILL UNITS | PRICE UOM | BILL TYPE | QTY | UNIT BILL | PRICE | | SURC DISC % | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 1 000 | 350.00 EA | | HARDBANDING ON DRILL PIPE 350 CONNECTIONS @$34 EACH | 237564 ZREPAIRS3RDP | DEC 20 2008 JAN 01 2009 | 350.00 | EA | Job | 350.00 | ADD | 34.00 | | .00 .00 | 11,900.00 | N |
| 2 | 999 1.000 | 175.00 EA | | INSPECT 175 JTS 4 1/2 DRILL PIPE @ $25 EACH | 236905 Z00500150265 | | 175.00 | JT | Job | 175.00 | ADD | 25.00 | | .00 00 | 4,375.00 | N |
| 3 | 999 2.000 | 350.00 EA | | WASTE DISPOSAL CHARGES 350 CONNECTIONS @ $2 EACH | 236572 Z00500150050 | | 350.00 | EN | Job | 350.00 | ADD | 2.00 | | .00 .00 | 700.00 | Y |
| 4 | 999 3.000 | 175.00 EA | | STEAM CLEAN OIL BASED MUD FROM DRILL PIPE 175 JTS @ $7 EACH | 237564 ZREPAIRS3RDP | | 175.00 | EN | Job | 175.00 | ADD | 7.00 | | .00 .00 | 1,225.00 | N |

SUPPLEMENTAL CHARGE
THANK YOU FOR YOUR BUSINESS!

| LINE NO. | DT SEQ DT LINE | QTY UOM | SERIAL NUMBER | DESCRIPTION | ITEM NUMBER/ REF NUMBER | SHIP / RETURN | BILL UNITS | PRICE UOM | BILL TYPE | QTY UNIT BILL | PRICE | | SURC DISC % | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

. . . . . . . . . . . . . . . . . . . . TAX SUMMARY . . . . . . . . . . . . . . . . . . . .

St: OK                    4.500             31.50

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer. Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties. In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services. [A paper copy of these standard terms and conditions will be provided to you upon your written request.]

FSSRINVDJ R5942565A CCB7054 WFT002 FormScape 3.4 3 10-20-08 JOB # F42261220

**TERMS:**
**REMIT TO:**

Net 30 days
WEATHERFORD U.S.,L.P
P O BOX 200019
CHASE BANK OF TEXAS, N.A.
BANK ACCOUNT # 0010-318-8448
TRANSIT ROUTING # 113-000-609
HOUSTON TX 77216-0019
UNITED STATES

**INVOICE NUMBER:** 5232222
**DATE:** FEB 26 2009

| | | |
|---|---|---|
| SUBTOTAL: | *(USD)* | 18,200.00 |
| TAX : | *(USD)* | 31.50 |
| TOTAL AMOUNT DUE: | *(USD)* | 18,231.50 |