B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    Northern District of Texas | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Cornerstone E&P Company, L.P. | Case Number:<br>09-35228-bjh |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Weatherford US LP

Name and address where notices should be sent:
Melissa A. Haselden; Weycer Kaplan Pulaski & Zuber, PC
11 Greenway Plaza, Suite 1400
Houston, Texas 77046

Telephone number:
(713) 961-9045

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:**    $    2,595,720.90

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Services & Goods
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

   3a. **Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff: ☑Real Estate    ☐Motor Vehicle    ☐Other
   Describe:

   Value of Property: $_____    Annual Interest Rate_____%

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $_____    Basis for perfection: Mineral Lien

   Amount of Secured Claim: $ 2,595,720.90    Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim.

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

   **Amount entitled to priority:**
   $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date:<br>11/04/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY<br><br>EXHIBIT "B" |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

00028014　Pages: 19　OPR　Vol: 1601 P: 245
Filed 06/12/2009 09:59:54 AM　By: tara
AF
Nicole Tanner - Hill County, TX County Clerk

# AFFIDAVIT
# FOR
# OIL AND GAS WELL LIEN

STATE OF TEXAS

HILL COUNTY



The undersigned, Simon Lin, of lawful age, being by me first duly sworn according to law, deposes and says:

My name is Simon Lin and I am Senior Collections Manager for accounts receivable for Weatherford US LP, whose mailing address is 515 Post Oak Blvd., Suite 600, Houston, Texas 77027, hereinafter referred to as "Claimant." I have personal knowledge of the facts set forth below and am competent and authorized to make this Affidavit on behalf of Claimant.

At the request of Cornerstone E&P Company, LP, Claimant has performed labor or services and has furnished material, machinery, or oil well supplies used in the digging, drilling, torpedoing, completing, operating, or repairing of the Young Well #1H, the Colonial Trust Well #1H, the Watson Well #1H, the Mays-McElroy Well #1H, the Smitherman Well #1H, the Hancock Well #1H, and the Covington Acres West Well #1H, Hill County, Texas (the "Mineral Property"), for Cornerstone E&P Company, LP, as operator, and for the other mineral property owners of the Mineral Property, for improvements to the oil and gas leasehold estate and property described herein below and in particular for the Young Well #1H, the Colonial Trust Well #1H, the Watson Well #1H, the Mays-McElroy Well #1H, the Smitherman Well #1H, the Hancock Well #1H, and the Covington Acres West Well #1H, Hill County, Texas located thereon (and being the specific improvements for which the services were rendered and labor, equipment, and/or materials were furnished and all for which the indebtedness to Claimant was incurred by Cornerstone E&P Company, LP). The Mineral Property is more fully described in Exhibit "A" attached hereto and made a part hereof for all purposes. Attached hereto as Exhibit "B" and made a part hereof for all purposes are photocopies of Claimant's invoices, which represent an accurate description of the above noted labor, services, material, machinery, or oil well supplies furnished to Cornerstone E&P Company, LP for the digging, drilling, torpedoing, completing, operating, or repairing of the Property and the dates of performance.

After allowing all just credits and offsets, the amount of $2,595,720.90 remains unpaid and is due and owing under the above described account.

Pursuant to Chapter 56 of the Texas Property Code, Revised Civil Statutes of the State of Texas, Claimant hereby claims a lien upon the Mineral Property described in Exhibit "A" and upon the following properties, to wit:

1.    The material, machinery, and supplies furnished or hauled by Claimant for the above

{WEA006\00098\0534483.DOC;1\RCB}

referenced well;

2. The land, leasehold, oil and gas well, water well, oil or gas pipeline and its right of way, and a lease for oil and gas properties for which the labor was performed or material, machinery, or supplies were furnished or hauled, and the building and appurtenances on Mineral Property;

3. Other material, machinery and supplies used for mineral activities and owned by the owner of the property;

4. Other wells and pipelines used in operations related to oil, gas and minerals and located on the Mineral Property.

The references in this Affidavit to Chapter 56 of the Texas Property Code shall not impair, diminish nor adversely affect in any way any other lien to which Claimant may be entitled by statute or by virtue of the Constitution of the State of Texas nor any other remedy available to Claimant at law or in equity.

By: *[signature]*
Name: Simon Lin
Title: Senior Collections Manager
Weatherford US, LP

THE STATE OF TEXAS

COUNTY OF HARRIS

Before me, a Notary Public in and for this state, on this the 11th day of June, 2009, personally appeared Simon Lin, to me known to be the identical person who subscribed the name of the maker thereof to the foregoing instrument as Senior Collections Manager for Weatherford US, LP, and acknowledged to me that he executed the same as his free and voluntary act and deed, and as the free and voluntary act and deed of the entity for the uses and purposes therein set forth.

*[Notary seal: WILLIAM G. LOWERRE, MY COMMISSION EXPIRES July 22, 2009]*

Notary Public, State of Texas

My commission expires on July 22, 2009.

# Exhibit "A"
## Description of Property

The oil and gas leasehold estate and working interest attributable to:

    The Covington Acres West Well #1H, RRC District No. 05, API No. 42-217-30706, Permit # 671652, situated in the JM McCarter Survey, Abstract A-555; Survey Perpendiculars: 175 feet SE line and 2878 feet from the SW line; Field Name: Newark, East (Barnett Shale), Field Number 65280200, Hill County, Texas.

    The Young Well #1H, RRC District No. 05, API No. 42-217-30743, Permit #677469, situated in the H Boone Survey, Abstract A-27; Survey Perpendiculars: 208 feet Northerly NW line and 194 feet from the Northerly SW line; Field Name: Newark, East (Barnett Shale), Field Number 65280200, Hill County, Texas.

    The Colonial Trust Well #1H, RRC District No. 05, API No. 42-217-30747, Permit #678570, situated in the Ellis CSL Survey, Abstract A-253; Survey Perpendiculars: 7913 feet SW line and 214 feet from the NW line; Field Name: Newark, East (Barnett Shale), Field Number 65280200, Hill County, Texas.

    The Watson Well #1H, RRC District No. 05, API No. 42-217-30714, Permit #673777, situated in the TF Evitts Survey, Abstract A-258; Survey Perpendiculars: 519 feet SE line and 2054 feet from the SW line; Field Name: Newark, East (Barnett Shale), Field Number 65280200, Hill County, Texas.

    The Mays-McElroy Well #1H, RRC District No. 05, API No. 42-217-30729, Permit #675721, situated in the JM McCarter Survey, Abstract A-555; Survey Perpendiculars: 4435 feet SW line and 6502 feet from the NW line; Field Name: Newark, East (Barnett Shale), Field Number 65280200, Hill County, Texas.

    The Smitherman Well #1H, RRC District No. 05, API No. 42-217-30739, Permit #677244, situated in the FC Burt Survey, Abstract A-28; Survey Perpendiculars: 1385 feet SW line and 4195 feet from the NW line; Field Name: Newark, East (Barnett Shale), Field Number 65280200, Hill County, Texas.

    The Hancock Well #1H, RRC District No. 05, API No. 42-217-30719, Permit #673795, situated in the HH Bently Survey, Abstract A-29; Survey Perpendiculars: 2454 feet SE line and 2680 feet from the SW line; Field Name: Newark, East (Barnett Shale), Field Number 65280200, Hill County, Texas.

Precision Energy Services, Inc.
🟔 A Weatherford Company

# INVOICE

Invoice No.  90463912

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX  75038
USA

LEASE AND WELL NO.

Colonial Trust 1H

Customer # 11732

Felderhoff 12

Please Remit to:
Precision Energy Services, Inc.
P.O. Box 200698
Dallas, TX 75320-0698

Federal ID #76-0224331
Phone: (817)249-7200
Fax:   (817)249-7222

| ATTN: | D08TX044 | | | | | |
|---|---|---|---|---|---|---|
| SERVICE ORDER | PURCHASE ORDER / AFE NO. | JOB TICKET | STATE | COUNTY | DISTRICT | INVOICE DATE |
| 4016620 | | | TX | HILL COUNTY | PES DS (Houston Operations) | 04/09/2009 |

| DATE OF SERVICE | QUANTITY | UNIT OF MEASURE | TOTAL COST |
|---|---|---|---|
| March 08, 2009 | 1.00 | Day | 2,050.00 |
| March 10, 2009 | 1.00 | Day | 6,045.00 |
| March 11, 2009 | 1.00 | Day | 17,800.00 |
| March 12, 2009 | 1.00 | Day | 9,300.00 |
| March 13, 2009 | 1.00 | Day | 9,300.00 |
| March 14, 2009 | 1.00 | Day | 9,300.00 |
| March 15, 2009 | 1.00 | Day | 9,300.00 |
| March 16, 2009 | 1.00 | Day | 9,300.00 |
| March 17, 2009 | 1.00 | Day | 9,300.00 |
| March 18, 2009 | 1.00 | Day | 9,300.00 |
| March 19, 2009 | 1.00 | Day | 9,300.00 |
| March 20, 2009 | 1.00 | Day | 9,300.00 |
| March 21, 2009 | 1.00 | Day | 9,300.00 |
| March 22, 2009 | 1.00 | Day | 9,300.00 |
| March 23, 2009 | 1.00 | Day | 18,665.00 |
| March 24, 2009 | 1.00 | Day | 10,350.00 |
| March 25, 2009 | 1.00 | Day | 10,350.00 |
| March 26, 2009 | 1.00 | Day | 10,350.00 |
| March 27, 2009 | 1.00 | Day | 10,350.00 |
| March 28, 2009 | 1.00 | Day | 18,665.00 |
| March 29, 2009 | 1.00 | Day | 10,350.00 |
| March 30, 2009 | 1.00 | Day | 10,350.00 |
| March 31, 2009 | 1.00 | Day | 10,350.00 |
| April 01, 2009 | 1.00 | Day | 10,350.00 |
| April 02, 2009 | 1.00 | Day | 6,045.00 |

**ALL FURTHER CHARGES WILL FOLLOW UPON RECEIPT**

Terms:  Net 30 days

Sub-Total: 254,370.00
Texas Well Service Tax: 772.05
Sales Tax: 0.00

Invoice Total: US $ 255,142.05

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties. In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services. [A paper copy of these standard terms and conditions will be provided to you upon your written request.]

Page 1 of  1
Precision Energy Services Inc a Weatherford Company

Precision Energy Services, Inc.
♦ A Weatherford Company

# INVOICE

Invoice No. 90460771

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX   75038
USA

Customer # 11732

LEASE AND WELL NO.

HANCOCK #1H

FELDERHOFF 17

Please Remit to:
Precision Energy Services, Inc
P.O. Box 200698
Dallas, TX 75320-0698

Federal ID #76-0224331
Phone: (817)249-7200
Fax:    (817)249-7222

| ATTN: | | |
|---|---|---|

| SERVICE ORDER | PURCHASE ORDER / A P E NO | JOB TICKET | STATE | COUNTY | DISTRICT | INVOICE DATE |
|---|---|---|---|---|---|---|
| 4016189 | | | TX | HILL COUNTY | PES DS (Houston Operations) | 03/19/2009 |
| | DATE OF SERVICE | | QUANTITY | | UNIT OF MEASURE | TOTAL COST |
| | March 19, 2009 | | 1 00 | | Day | 400,940 00 |

ALL FURTHER CHARGES WILL
FOLLOW  UPON RECEIPT

Terms:   Net 30 days

Sub-Total:        400,940 00

Sales Tax:              0 00

Invoice Total:  US $   400,940.00

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc ) will provide the requested equipment, materials or services to its customer Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties In the event that there is no such master service agreement, Weatherford s standard terms and conditions, a copy of which can be found at www weatherford com/t&c shall be applicable to the provision of such equipment, materials or services  (A paper copy of these standard terms and conditions will be provided to you upon your written request )

Precision Energy Services Inc. a Weatherford Company

Precision Energy Services, Inc.
♦ A Weatherford Company

# INVOICE

Invoice No. 90458635

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX 75038
USA

LEASE AND WELL NO

Please Remit to:
Precision Energy Services, Inc
P.O. Box 200698
Dallas, TX 75320-0698

Federal ID #76-0224331
Phone: (817)249-7200
Fax: (817)249-7222

SMITHERMAN 1H

Customer # 11732

FELDERHOFF 12

| ATTN: | D08TX040 133 | | 830-19 | |
|---|---|---|---|---|
| SERVICE ORDER | PURCHASE ORDER / A P E NO | JOB TICKET | STATE | COUNTY | DISTRICT | INVOICE DATE |
| 4016393 | | | TX | HILL COUNTY | PES DS (Houston Operations) | 03/05/2009 |

| DATE OF SERVICE | QUANTITY | UNIT OF MEASURE | TOTAL COST |
|---|---|---|---|
| March 01, 2009 | 1 00 | Day | 10,360 00 |
| March 02, 2009 | 1 00 | Day | 6 045 00 |

ALL FURTHER CHARGES WILL
FOLLOW UPON RECEIPT

Terms: Net 30 days

Sub-Total: 274,250 00
Texas Well Service Tax: 736 96
Sales Tax: 0 00

Invoice Total: US $ 274,986 96

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties In the event that there is no such master service agreement Weatherford s standard terms and conditions a copy of which can be found at www weatherford com/t&c shall be applicable to the provision of such equipment, materials or services [A paper copy of these standard terms and conditions will be provided to you upon your written request]

Precision Energy Services, Inc.
A Weatherford Company

# INVOICE

Invoice No. 90456358

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX 75038
USA

LEASE AND WELL NO.

Please Remit to:
Precision Energy Services, Inc.
P.O. Box 200698
Dallas, TX 75320-0698

Federal ID #76-0224331
Phone: (817)249-7200
Fax: (817)249-7222

WATSON 1H

Customer # 11732

FELDERHOFF 17

| ATTN: | D08TX038 | | |
|---|---|---|---|

| SERVICE ORDER | PURCHASE ORDER / A.F.E. NO. | JOB TICKET | STATE | COUNTY | DISTRICT | INVOICE DATE |
|---|---|---|---|---|---|---|
| 4016373 | | | TX | HILL COUNTY | PES DS (Houston Operations) | 02/23/2009 |

| | DATE OF SERVICE | QUANTITY | UNIT OF MEASURE | TOTAL COST |
|---|---|---|---|---|
| | January 21, 2009 | 1.00 | Day | 1,900.00 |
| | January 22, 2009 | 1.00 | Day | 1,050.00 |
| | January 23, 2009 | 1.00 | Day | 15,946.00 |
| | January 24, 2009 | 1.00 | Day | 9,300.00 |
| | January 25, 2009 | 1.00 | Day | 9,300.00 |
| | January 26, 2009 | 1.00 | Day | 9,300.00 |
| | January 27, 2009 | 1.00 | Day | 9,300.00 |
| | January 28, 2009 | 1.00 | Day | 9,300.00 |
| | January 29, 2009 | 1.00 | Day | 9,300.00 |
| | January 30, 2009 | 1.00 | Day | 9,300.00 |
| | January 31, 2009 | 1.00 | Day | 9,300.00 |
| | February 01, 2009 | 1.00 | Day | 6,045.00 |
| | February 02, 2009 | 1.00 | Day | 9,300.00 |
| | February 03, 2009 | 1.00 | Day | 17,465.00 |
| | February 04, 2009 | 1.00 | Day | 10,350.00 |
| | February 05, 2009 | 1.00 | Day | 10,350.00 |
| | February 06, 2009 | 1.00 | Day | 17,465.00 |
| | February 07, 2009 | 1.00 | Day | 10,350.00 |
| | February 08, 2009 | 1.00 | Day | 18,665.00 |
| | February 09, 2009 | 1.00 | Day | 10,350.00 |
| | February 10, 2009 | 1.00 | Day | 10,350.00 |
| | February 11, 2009 | 1.00 | Day | 10,350.00 |
| | February 12, 2009 | 1.00 | Day | 17,465.00 |
| | February 13, 2009 | 1.00 | Day | 10,350.00 |
| | February 14, 2009 | 1.00 | Day | 10,350.00 |
| | February 15, 2009 | 1.00 | Day | 10,350.00 |
| | February 16, 2009 | 1.00 | Day | 10,350.00 |

ALL FURTHER CHARGES WILL
FOLLOW UPON RECEIPT

Continued on next page...

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc ) will provide the requested equipment, materials or services to its customer Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties. In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford com/t&c shall be applicable to the provision of such equipment materials or services [A paper copy of these standard terms and conditions will be provided to you upon your written request]

Precision Energy Services Inc. a Weatherford Company

Precision Energy Services, Inc.
♥ A Weatherford Company

# INVOICE

Invoice No. 90456358

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX  75038
USA

LEASE AND WELL NO.

Please Remit to:
Precision Energy Services, Inc.
P.O. Box 200698
Dallas, TX 75320-0698

Federal ID #76-0224331
Phone: (817)249-7200
Fax:    (817)249-7222

WATSON 1H

Customer # 11732

FELDERHOFF 17

| ATTN: | | D08TX038 | | | | | |
|---|---|---|---|---|---|---|---|
| SERVICE ORDER | PURCHASE ORDER / A.F.E. NO | JOB TICKET | STATE | COUNTY | DISTRICT | | INVOICE DATE |
| 4016373 | | | TX | HILL COUNTY | PES DS (Houston Operations) | | 02/23/2009 |
| | DATE OF SERVICE | | QUANTITY | | UNIT OF MEASURE | | TOTAL COST |
| | February 17, 2009 | | 1.00 | | Day | | 8,345.00 |

ALL FURTHER CHARGES WILL
FOLLOW  UPON RECEIPT

Terms:   Net 30 days

Sub-Total:              291,545.00
Texas Well Service Tax:     481.52
Sales Tax:                    0.00

Invoice Total: US $        292,026.52

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer. Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties. In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services. [A paper copy of these standard terms and conditions will be provided to you upon your written request.]

Precision Energy Services, Inc.
W A Weatherford Company

# INVOICE

| Invoice No. | 90450756 |

Cornerstone E&P Co LP  
5525 N MacArthur Blvd  
Suite 775  
Irving TX  75038  
USA  

LEASE AND WELL NO.

HANCOCK #1H

FELDERHOFF 17

Please Remit to:  
Precision Energy Services, Inc.  
P.O. Box 200698  
Dallas, TX 75320-0698  

Federal ID #76-0224331  
Phone: (817)249-7200  
Fax:    (817)249-7222  

Vendor #

| ATTN: | AFE#D08TX041 | |

| SERVICE ORDER | PURCHASE ORDER / A.F.E NO | JOB TICKET | STATE | COUNTY | DISTRICT | INVOICE DATE |
|---|---|---|---|---|---|---|
| 4016189 | | | TX | HILL COUNTY | PES DS (Houston | 01/23/2009 |

| DATE OF SERVICE / DESCRIPTION | QUANTITY | UNIT OF MEASURE | TOTAL COST |
|---|---|---|---|
| December 21, 2008 | 1.00 | Day | 5,000.00 |
| December 22, 2008 | 1.00 | Day | 18,450.00 |
| December 23, 2008 | 1.00 | Day | 10,300.00 |
| December 24, 2008 | 1.00 | Day | 10,300.00 |
| December 25, 2008 | 1.00 | Day | 10,300.00 |
| December 26, 2008 | 1.00 | Day | 10,300.00 |
| December 27, 2008 | 1.00 | Day | 10,300.00 |
| December 28, 2008 | 1.00 | Day | 12,450.00 |
| December 29, 2008 | 1.00 | Day | 10,300.00 |
| December 30, 2008 | 1.00 | Day | 10,300.00 |
| December 31, 2008 | 1.00 | Day | 10,300.00 |
| January 01, 2009 | 1.00 | Day | 20,995.00 |
| January 02, 2009 | 1.00 | Day | 11,430.00 |
| January 03, 2009 | 1.00 | Day | 11,430.00 |
| January 04, 2009 | 1.00 | Day | 11,430.00 |
| January 05, 2009 | 1.00 | Day | 20,995.00 |
| January 06, 2009 | 1.00 | Day | 11,430.00 |
| January 07, 2009 | 1.00 | Day | 11,430.00 |
| January 08, 2009 | 1.00 | Day | 11,430.00 |
| January 09, 2009 | 1.00 | Day | 11,430.00 |
| January 10, 2009 | 1.00 | Day | 11,430.00 |
| January 11, 2009 | 1.00 | Day | 11,430.00 |
| January 12, 2009 | 1.00 | Day | 11,430.00 |
| January 13, 2009 | 1.00 | Day | 7,825.00 |
| January 14, 2009 | 1.00 | Day | 4,500.00 |
| | | Subtotal: | 286,915.00 |

ALL FURTHER CHARGES WILL  
FOLLOW   UPON RECEIPT

Continued on next page...

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer. Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties. In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services. [A paper copy of these standard terms and conditions will be provided to you upon your written request.]

| Precision Energy Services, Inc. | INVOICE | Invoice No. | 90450756 |

A Weatherford Company

Cornerstone E&P Co LP  
5525 N MacArthur Blvd  
Suite 775  
Irving TX 75038  
USA

LEASE AND WELL NO.

Please Remit to:  
Precision Energy Services, Inc.  
P.O. Box 200698  
Dallas, TX 75320-0698

Federal ID #76-0224331  
Phone: (817)249-7200  
Fax: (817)249-7222

HANCOCK #1H

Vendor #

FELDERHOFF 17

| ATTN: | AFE#D08TX041 | | |

| SERVICE ORDER | PURCHASE ORDER / A.F.E NO | JOB TICKET | STATE | COUNTY | DISTRICT | INVOICE DATE |
|---|---|---|---|---|---|---|
| 4016189 | | | TX | HILL COUNTY | PES DS (Houston | 01/23/2009 |

| DATE OF SERVICE / DESCRIPTION | QUANTITY | UNIT OF MEASURE | TOTAL COST |
|---|---|---|---|

**ALL FURTHER CHARGES WILL FOLLOW UPON RECEIPT**

Terms: Net 30 days

Sub-Total: 286,915.00  
Taxes: 659.84

Invoice Total: US $ 287,574.84

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer. Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties. In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services. [A paper copy of these standard terms and conditions will be provided to you upon your written request.]

Precision Energy Services Inc. a Weatherford Company

Precision Energy Services, Inc.
A Weatherford Company

# INVOICE

Invoice No. 90453539

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX 75038
USA

LEASE AND WELL NO.

MAYS-MCELROY 1H

Customer # 11732

FELDERHOFF 12

Please Remit to:
Precision Energy Services, Inc.
P.O. Box 200698
Dallas, TX 75320-0698

Federal ID #76-0224331
Phone: (817)249-7200
Fax: (817)249-7222

| ATTN: | | |
|---|---|---|

| SERVICE ORDER | PURCHASE ORDER / A.F.E. NO. | JOB TICKET | STATE | COUNTY | DISTRICT | INVOICE DATE |
|---|---|---|---|---|---|---|
| 4016242 | | | TX | HILL COUNTY | PES DS (Houston Operations) | 02/09/2009 |

| | DATE OF SERVICE | QUANTITY | UNIT OF MEASURE | TOTAL COST |
|---|---|---|---|---|
| | January 02, 2009 | 1.00 | Day | 11,695.00 |
| | January 03, 2009 | 1.00 | Day | 18,450.00 |
| | January 04, 2009 | 1.00 | Day | 10,300.00 |
| | January 05, 2009 | 1.00 | Day | 10,300.00 |
| | January 06, 2009 | 1.00 | Day | 10,300.00 |
| | January 07, 2009 | 1.00 | Day | 10,300.00 |
| | January 08, 2009 | 1.00 | Day | 10,300.00 |
| | January 09, 2009 | 1.00 | Day | 12,450.00 |
| | January 10, 2009 | 1.00 | Day | 10,300.00 |
| | January 11, 2009 | 1.00 | Day | 10,300.00 |
| | January 12, 2009 | 1.00 | Day | 18,665.00 |
| | January 13, 2009 | 1.00 | Day | 11,430.00 |
| | January 14, 2009 | 1.00 | Day | 11,430.00 |
| | January 15, 2009 | 1.00 | Day | 11,430.00 |
| | January 16, 2009 | 1.00 | Day | 11,430.00 |
| | January 17, 2009 | 1.00 | Day | 20,495.00 |
| | January 18, 2009 | 1.00 | Day | 11,430.00 |
| | January 19, 2009 | 1.00 | Day | 11,430.00 |
| | January 20, 2009 | 1.00 | Day | 11,430.00 |
| | January 21, 2009 | 1.00 | Day | 11,430.00 |
| | January 22, 2009 | 1.00 | Day | 20,995.00 |
| | January 23, 2009 | 1.00 | Day | 11,430.00 |
| | January 24, 2009 | 1.00 | Day | 11,430.00 |
| | January 25, 2009 | 1.00 | Day | 11,430.00 |
| | January 26, 2009 | 1.00 | Day | 11,430.00 |

ALL FURTHER CHARGES WILL
FOLLOW UPON RECEIPT

Terms: Net 30 days

Sub-Total: 312,010.00
Texas Well Service Tax: 719.83
Sales Tax: 0.00

Invoice Total US $ 312,729.83

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer. Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties. In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services. (A paper copy of these standard terms and conditions will be provided to you upon your written request.)

Precision Energy Services, Inc.
A Weatherford Company

# INVOICE

Invoice No. 90450327

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX 75038
USA

LEASE AND WELL NO.

COVINGTON ACRES WEST #1H

Vendor #

FELDERHOFF 11

Please Remit to:
Precision Energy Services, Inc.
P.O. Box 200698
Dallas, TX 75320-0698

Federal ID #76-0224331
Phone: (817)249-7200
Fax: (817)249-7222

ATTN:

| SERVICE ORDER | PURCHASE ORDER / A.F.E NO | JOB TICKET | STATE | COUNTY | DISTRICT | INVOICE DATE |
|---|---|---|---|---|---|---|
| 4015695 | | | TX | HILL COUNTY | PES DS (Houston | 01/19/2009 |

| DATE OF SERVICE / DESCRIPTION | QUANTITY | UNIT OF MEASURE | TOTAL COST |
|---|---|---|---|
| October 20, 2008 | 1.00 | Day | 4,277.50 |
| October 21, 2008 | 1.00 | Day | 1,350.00 |
| October 22, 2008 | 1.00 | Day | 1,350.00 |
| October 23, 2008 | 1.00 | Day | 1,850.00 |
| October 24, 2008 | 1.00 | Day | 34,250.00 |
| October 25, 2008 | 1.00 | Day | 12,850.00 |
| October 26, 2008 | 1.00 | Day | 12,850.00 |
| October 27, 2008 | 1.00 | Day | 14,350.00 |
| October 28, 2008 | 1.00 | Day | 12,850.00 |
| October 29, 2008 | 1.00 | Day | 14,350.00 |
| October 30, 2008 | 1.00 | Day | 12,850.00 |
| October 31, 2008 | 1.00 | Day | 12,850.00 |
| November 01, 2008 | 1.00 | Day | 9,482.50 |
| November 02, 2008 | 1.00 | Day | 22,630.00 |
| November 03, 2008 | 1.00 | Day | 11,430.00 |
| November 04, 2008 | 1.00 | Day | 11,430.00 |
| November 05, 2008 | 1.00 | Day | 13,580.00 |
| November 06, 2008 | 1.00 | Day | 11,430.00 |
| November 07, 2008 | 1.00 | Day | 11,430.00 |
| November 08, 2008 | 1.00 | Day | 13,580.00 |
| November 09, 2008 | 1.00 | Day | 11,430.00 |
| November 10, 2008 | 1.00 | Day | 11,430.00 |
| November 11, 2008 | 1.00 | Day | 7,825.00 |
| November 12, 2008 | 1.00 | Day | 7,825.00 |
| November 13, 2008 | 1.00 | Day | 7,825.00 |
| November 14, 2008 | 1.00 | Day | 7,825.00 |
| November 15, 2008 | 1.00 | Day | 7,825.00 |

**ALL FURTHER CHARGES WILL FOLLOW UPON RECEIPT**

Continued on next page...

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer. Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties. In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services. [A paper copy of these standard terms and conditions will be provided to you upon your written request.]

Precision Energy Services, Inc.
♥A Weatherford Company

# INVOICE

| Invoice No. | 90450327 |

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX 75038
USA

LEASE AND WELL NO.

COVINGTON ACRES WEST #1H

FELDERHOFF 11

Please Remit to:
Precision Energy Services, Inc.
P.O. Box 200698
Dallas, TX 75320-0698

Federal ID #76-0224331
Phone: (817)249-7200
Fax:   (817)249-7222

Vendor #

| ATTN: | | |
|---|---|---|

| SERVICE ORDER | PURCHASE ORDER / A.F.E NO | JOB TICKET | STATE | COUNTY | DISTRICT | INVOICE DATE |
|---|---|---|---|---|---|---|
| 4015695 | | | TX | HILL COUNTY | PES DS (Houston | 01/19/2009 |

| DATE OF SERVICE / DESCRIPTION | QUANTITY | UNIT OF MEASURE | TOTAL COST |
|---|---|---|---|
| November 16, 2008 | 1.00 | Day | 7,825.00 |
| November 17, 2008 | 1.00 | Day | 7,825.00 |
| November 18, 2008 | 1.00 | Day | 13,650.00 |
| November 19, 2008 | 1.00 | Day | 10,300.00 |
| November 20, 2008 | 1.00 | Day | 10,300.00 |
| November 21, 2008 | 1.00 | Day | 10,300.00 |
| November 22, 2008 | 1.00 | Day | 10,300.00 |
| November 23, 2008 | 1.00 | Day | 10,300.00 |
| November 24, 2008 | 1.00 | Day | 10,300.00 |
| November 25, 2008 | 1.00 | Day | 10,300.00 |
| November 26, 2008 | 1.00 | Day | 10,300.00 |
| November 27, 2008 | 1.00 | Day | 10,300.00 |
| November 28, 2008 | 1.00 | Day | 10,300.00 |
| November 29, 2008 | 1.00 | Day | 10,300.00 |
| November 30, 2008 | 1.00 | Day | 10,300.00 |
| December 01, 2008 | 1.00 | Day | 6,695.00 |
| December 02, 2008 | 1.00 | Day | 6,695.00 |
| December 03, 2008 | 1.00 | Day | 6,695.00 |
| December 04, 2008 | 1.00 | Day | 6,695.00 |
| December 05, 2008 | 1.00 | Day | 6,695.00 |
| December 06, 2008 | 1.00 | Day | 6,695.00 |
| December 07, 2008 | 1.00 | Day | 6,695.00 |
| December 08, 2008 | 1.00 | Day | 6,695.00 |
| December 09, 2008 | 1.00 | Day | 6,695.00 |
| December 10, 2008 | 1.00 | Day | 6,695.00 |
| December 11, 2008 | 1.00 | Day | 1,560.00 |
| | | Subtotal: | 524,415.00 |

**ALL FURTHER CHARGES WILL
FOLLOW UPON RECEIPT**

Continued on next page...

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer. Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties. In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services. [A paper copy of these standard terms and conditions will be provided to you upon your written request.]

Precision Energy Services, Inc.
**A Weatherford Company**

# INVOICE

Invoice No. 90450327

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX  75038
USA

Vendor #

LEASE AND WELL NO.

COVINGTON ACRES WEST #1H

FELDERHOFF 11

Please Remit to:
Precision Energy Services, Inc.
P.O. Box 200698
Dallas, TX 75320-0698

Federal ID #76-0224331
Phone: (817)249-7200
Fax:   (817)249-7222

| SERVICE ORDER | PURCHASE ORDER / A.F.E NO | JOB TICKET | STATE | COUNTY | DISTRICT | INVOICE DATE |
|---|---|---|---|---|---|---|
| 4015695 | | | TX | HILL COUNTY | PES DS (Houston | 01/19/2009 |

| DATE OF SERVICE / DESCRIPTION | QUANTITY | UNIT OF MEASURE | TOTAL COST |
|---|---|---|---|
| | | | |

ATTN:

**ALL FURTHER CHARGES WILL
FOLLOW  UPON RECEIPT**

Terms:   Net 30 days

Sub-Total:  524,415.00
Taxes:         659.84

Invoice Total: US $    525,074.84

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer. Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties. In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services  [A paper copy of these standard terms and conditions will be provided to you upon your written request.]

Page 3 of    3

Precision Energy Services Inc. a Weatherford Company

# Weatherford

# INVOICE ORIGINAL

NVOICE NUMBER: 5334197 RI  SEQ: 1
NVOICE DATE: APR 14 2009

BILLING PERIOD FROM: FEB 19 2009 TO: FEB 23 2009
BRANCH PLANT: 13257
WEATHERFORD US LP
212 LAKE RD
BRIDGEPORT TX 76426
UNITED STATES

PHONE: 940 683-3825
FAX: 940 683-3842

DELIVERY TICKET: 4905363 SR

JOB TYPE: RNT Other Rental
SERVICE RATING: STANDARD SERVICE
JOB NUMBER:
ORDER DATE: FEB 19 2009
SHIPPING DATE: FEB 19 2009
STATE: TEXAS
COUNTY: HILL
CURRENCY: USD

CUSTOMER: 1804967
CORNERSTONE E&P CO LP
525 N MACARTHUR BLVD SUITE 775
RVING TX 75038
UNITED STATES

SHIP TO: 2239103 CW
FIELD: BARNETT SHALE
WELL: 1-H
LEASE: SMITHERMAN
UNITED STATES
RIG: FELDERHOFF 12

ORDERED BY: TODD
CONTACT NUMBER: 940 393 2759
ORDER NUMBER: ..
CONTRACT NUMBER:
AFE NUMBER: 108TX040
PRICE BOOK: 08DRLGUS

| LINE NO. | DT SEQ / DT LINE | QTY / UOM | SERIAL NUMBER | DESCRIPTION | ITEM NUMBER/ REF NUMBER | SHIP / RETURN | BILL UNITS | PRICE UOM | BILL TYPE | QTY | UNIT BILL | PRICE | | DISC % | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 / 1.000 | 1.00 EA | | SUB, CROSSOVER BOX X PIN 4-1/2 XH X 2-7/8 EUE 8RD SERIAL # 270738 | 237157 ZTOOLRENTAL BILL FROM: FEB 19 2009 | FEB 19 2009 FEB 23 2009 TO: FEB 23 2009 | 1.00 | EA | Day | 5.00 | MIN | 400.00 | | 12.00 | 352.00 | Y |
| 2 | 999 / 1.000 | 2.00 EA | | INSPECT 2 CONNECTIONS @ $25 EACH | 236905 Z00500150265 | | 2.00 | EA | Job | 2.00 | ADD | 25.00 | | .00 | 50.00 | Y |
| 3 | 999 / 2.000 | 2.00 EA | | WASTE DISPOSAL CHARGES 2 CONNECTIONS @ $2 EACH | 236572 Z00500150050 | | 2.00 | EA | Job | 2.00 | ADD | 2.00 | | .00 | 4.00 | Y |

FINAL RENTAL BILLING
REPAIRS TO FOLLOW, IF ANY
THANK YOU FOR YOUR BUSINESS!

| LINE NO. | DT SEQ DT LINE | QTY UOM | SERIAL NUMBER | DESCRIPTION | ITEM NUMBER/ REF NUMBER | SHIP / RETURN | BILL UNITS | PRICE UOM | BILL TYPE | QTY | UNIT BILL | PRICE | | DISC % | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | . . . . . . . . . . . . . . . . . . . . TAX SUMMARY . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| | | | | St: TX | | 6.250 | | | | | | 25.38 | | | | |
| | | | | Co: WISE | | .500 | | | | | | 2.03 | | | | |
| | | | | Ct: BRIDGEPORT | | 1.500 | | | | | | 6.09 | | | | |

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer. Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties. In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services. [A paper copy of these standard terms and conditions will be provided to you upon your written request.]

| TERMS: | Net 30 days |
|---|---|
| REMIT TO: | WEATHERFORD U.S.,L.P |
| | P O BOX 200019 |
| | CHASE BANK OF TEXAS, N.A. |
| | BANK ACCOUNT # 0010-318-8448 |
| | TRANSIT ROUTING # 113-000-609 |
| | HOUSTON TX 77216-0019 |
| | UNITED STATES |
| INVOICE NUMBER: | 5334197 |
| DATE: | APR 14 2009 |

| SUBTOTAL: (USD) | 406.00 |
|---|---|
| TAX: (USD) | 33.50 |
| TOTAL AMOUNT DUE: (USD) | 439.50 |

FSSRINVDJ R5942565A CCB7508 WFT002 FormScape 3.4.3 04-05-09 JOB # F44020256

SHIP TO: 2239103
WELL SITE
Field: BARNETT SHALE
Well: 1-H
Lease: SMITHERMAN
TX
UNITED STATES
County: HILL

BILL TO: 1804967
CORNERSTONE E&P CO LP
5525 N MACARTHUR BLVD SUITE 775
IRVING TX 75038
UNITED STATES



# Weatherford

**REMIT TO:**
WEATHERFORD US LP (FDC4922)
P O BOX 200019
CHASE BANK OF TEXAS, N.A.
BANK ACCOUNT # 0010-318-8448
TRANSIT ROUTING # 113-000-609
HOUSTON TX 77216-0019
UNITED STATES

PAGE
1 of 1

## INVOICE

| | |
|---|---|
| Invoice Number: | 5233026 RI |
| Invoice Date: | FEB 26 2009 |
| Order Number: | 4816612 SO |
| Order Date: | FEB 22 2009 |
| Customer PO: | D087X040 |
| Location: | 10510 BRIDGEPORT |
| Phone No.: | 940.683-2244 |
| Fax No.: | 940.683-3791 |
| Miscellaneous: | 1261077 |
| FDC Number: | FDC # 4922 |

| TERMS | NET DUE DATE | ORDERED BY | ENTERED BY |
|---|---|---|---|
| Net 30 days | MAR 28 2009 | TODD | PUCCIO, GLORIA L |

| SHIPPING TERMS | SHIPPING INSTRUCTIONS |
|---|---|
| EXW Ex Works | |

| LINE NO. | ITEM NUMBER DESCRIPTION | | UOM | QTY SHIPPED | UNIT PRICE | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|---|
| 2.000 | Legacy #: 126820<br>SERVICE PACKERS<br>Ship Date: FEB 26 2009 | Part #: 126820 | EA | 1.00 | 1,400.0000 | 1,400.00 | Y |
| 3.000 | Legacy #: 126808<br>TS BRIDGE PLUG<br>Ship Date: FEB 26 2009 | Part #: 126808 | EA | 1.00 | 1,537.5000 | 1,537.50 | Y |
| 4.000 | Legacy #: 126820<br>SERVICE PACKERS<br>Ship Date: FEB 26 2009 | Part #: 126820 | EA | 1.00 | 1,400.0000 | 1,400.00 | Y |

\* \* \* \* \* \* \* \* \* \* \* \* \* SALES TAX SUMMARY \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| St: TX | 6.250 | 271.09 |
| Co: WISE | .500 | 21.69 |

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer. Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties. In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services. [A paper copy of these standard terms and conditions will be provided to you upon your written request.]

| | |
|---|---|
| SUBTOTAL | 4,337.50 |
| SALES TAX | 292.78 |
| TOTAL (USD) | 4,630.28 |

FSINVJ R42565 WFT0001H FormScape 3.4.3 11-12-08 CCB7007R02 JOB #
F42271938

Precision Energy Services, Inc.
♦ A Weatherford Company

# INVOICE

| Invoice No. | 90465930 |

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX 75038
USA

LEASE AND WELL NO

COLONIAL TRUST NO 1H

Customer # 11732        FELDERHOFF 12

Please Remit to:
Precision Energy Services, Inc
P.O. Box 200698
Dallas, TX 75320-0698

Federal ID #76-0224331
Phone (817)249-7200
Fax    (817)249-7222

| ATTN. Billed at 50% as negotiated | | |
|---|---|---|

| SERVICE ORDER | PURCHASE ORDER / A F E NO | JOB TICKET | STATE | COUNTY | DISTRICT | INVOICE DATE |
|---|---|---|---|---|---|---|
| 4016220 | | | TX | HILL COUNTY | PES DS (Houston Operations) | 04/28/2009 |
| | DATE OF SERVICE | | QUANTITY | | UNIT OF MEASURE | TOTAL COST |
| | April 27, 2009 | | 1 00 | | Day | 3,300 00 |

ALL FURTHER CHARGES WILL
FOLLOW UPON RECEIPT

Terms: Net 30 days

Sub-Total:    3,300 00
Sales Tax:    0 00
Invoice Total: US $    3,300.00

Weatherford (such term shall include any subsidiary division or affiliate of Weatherford International Inc ) will provide the requested equipment materials or services to its customer Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties In the event that there is no such master service agreement, Weatherford s standard terms and conditions a copy of which can be found at www weatherford com/t&c shall be applicable to the provision of such equipment materials or services [A paper copy of these standard terms and conditions will be provided to you upon your written request ]

Precision Energy Services, Inc.
🛡 A Weatherford Company

# INVOICE

Invoice No. 90467386

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX 75038
USA

LEASE AND WELL NO.

YOUNG #1H

Customer # 11732

FELDERHOFF12

Please Remit to:
Precision Energy Services, Inc
P.O. Box 200698
Dallas, TX 75320-0698

Federal ID #76-0224331
Phone: (817)249 7200
Fax. (817)249-7222

ATTN.

| SERVICE ORDER | PURCHASE ORDER / A F E NO | JOB TICKET | STATE | COUNTY | DISTRICT | INVOICE DATE |
|---|---|---|---|---|---|---|
| 4016739 | | | TX | HILL COUNTY | PES DS (Houston Operations) | 05/13/2009 |

| DATE OF SERVICE | QUANTITY | UNIT OF MEASURE | TOTAL COST |
|---|---|---|---|
| April 08, 2009 | 1 00 | Day | 8,545 00 |
| April 09, 2009 | 1 00 | Day | 14 400 00 |
| April 10, 2009 | 1 00 | Day | 9,300 00 |
| April 11, 2009 | 1 00 | Day | 9,300 00 |
| April 12, 2009 | 1 00 | Day | 9 300 00 |
| April 13, 2009 | 1 00 | Day | 9,300 00 |
| April 14  2009 | 1 00 | Day | 9,300 00 |
| April 15, 2009 | 1 00 | Day | 9,300 00 |
| April 16, 2009 | 1 00 | Day | 9,300 00 |
| April 17, 2009 | 1 00 | Day | 9,300 00 |
| April 18, 2009 | 1 00 | Day | 18,665 00 |
| April 19, 2009 | 1 00 | Day | 10,350 00 |
| April 20, 2009 | 1 00 | Day | 10,350 00 |
| April 21, 2009 | 1 00 | Day | 10,350 00 |
| April 22, 2009 | 1 00 | Day | 18,665 00 |
| April 23, 2009 | 1 00 | Day | 10,350 00 |
| April 24, 2009 | 1 00 | Day | 10,350 00 |
| April 25, 2009 | 1 00 | Day | 10 350 00 |
| April 26, 2009 | 1 00 | Day | 10 350 00 |
| April 27, 2009 | 1 00 | Day | 10,350 00 |
| April 28, 2009 | 1 00 | Day | 10,350 00 |
| April 29, 2009 | 1 00 | Day | 10,350 00 |

ALL FURTHER CHARGES WILL
FOLLOW  UPON RECEIPT

Terms:   Net 30 days

Sub-Total: 238,175 00
Texas Well Service Tax   701 38
Sales Tax.   0 00

Invoice Total: US $   238,876 38

Weatherford (such term shall include any subsidiary  division or affiliate of Weatherford International  Inc ) will provide the requested equipment, materials or services to its customer Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties  In the event that there is no such master service agreement  Weatherford s standard terms and conditions  a copy of which can be found at www weatherford com/t&c shall be applicable to the provision of such equipment materials or services  [A paper copy of these standard terms and conditions will be provided to you upon your written request ]