B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT  Northern District of Texas | PROOF OF CLAIM |
|---|---|

Name of Debtor:
Cornerstone E&P Company, L.P.

Case Number:
09-35228-bjh

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Weatherford US LP

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Melissa A. Haselden; Weycer Kaplan Pulaski & Zuber, PC
11 Greenway Plaza, Suite 1400
Houston, Texas 77046

Court Claim Number: _____
(*If known*)

Telephone number:
(713) 961-9045

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:   $ 515,870.36

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: __Services & Goods__
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: __Mineral Lien__

Amount of Secured Claim: $ 515,870.36   Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date:
11/04/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*[signature]* a. Arnold, attorney in fact for
Weatherford US, LP.

FOR COURT USE ONLY

EXHIBIT "C"

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# AFFIDAVIT
# FOR
# OIL AND GAS WELL LIEN



```
Doc# 155121
Book:    1166
Pages:   0302  - 0314
Filed & Recorded
06/12/2009  3:09PM
SARA MONTEMAYOR
COUNTY CLERK
MAVERICK
RECORDING FEE          $  49.00
RECORDS PRESERVATION   $   5.00
COURTHOUSE SECURITY    $   
HB370 - REC MGT        $
LE1YP Deputy
```

STATE OF TEXAS

MAVERICK COUNTY

The undersigned, Simon Lin, of lawful age, being by me first duly sworn according to law, deposes and says:

My name is Simon Lin and I am Senior Collections Manager for accounts receivable for Weatherford US LP, whose mailing address is 515 Post Oak Blvd., Suite 600, Houston, Texas 77027, hereinafter referred to as "Claimant." I have personal knowledge of the facts set forth below and am competent and authorized to make this Affidavit on behalf of Claimant.

At the request of Cornerstone E&P Company, LP, Claimant has performed labor or services and has furnished material, machinery, or oil well supplies used in the digging, drilling, torpedoing, completing, operating, or repairing of the Chittim Well #1554H and the Chittim Well #1262, Maverick County, Texas (the "Mineral Property"), for Cornerstone E&P Company, LP, as operator, and for the other mineral property owners of the Mineral Property, for improvements to the oil and gas leasehold estate and property described herein below and in particular for the Young Well #1H, the Chittim Well #1554H and the Chittim Well #1262, Maverick County, Texas located thereon (and being the specific improvements for which the services were rendered and labor, equipment, and/or materials were furnished and all for which the indebtedness to Claimant was incurred by Cornerstone E&P Company, LP). The Mineral Property is more fully described in Exhibit "A" attached hereto and made a part hereof for all purposes. Attached hereto as Exhibit "B" and made a part hereof for all purposes are photocopies of Claimant's invoices, which represent an accurate description of the above noted labor, services, material, machinery, or oil well supplies furnished to Cornerstone E&P Company, LP for the digging, drilling, torpedoing, completing, operating, or repairing of the Property and the dates of performance.

After allowing all just credits and offsets, the amount of $515,870.36 remains unpaid and is due and owing under the above described account.

Pursuant to Chapter 56 of the Texas Property Code, Revised Civil Statutes of the State of Texas, Claimant hereby claims a lien upon the Mineral Property described in Exhibit "A" and upon the following properties, to wit:

1.  The material, machinery, and supplies furnished or hauled by Claimant for the above referenced well;

2.  The land, leasehold, oil and gas well, water well, oil or gas pipeline and its right of

{WEA006\00098\0534485.DOC;1\RCB}

way, and a lease for oil and gas properties for which the labor was performed or material, machinery, or supplies were furnished or hauled, and the building and appurtenances on Mineral Property;

     3.    Other material, machinery and supplies used for mineral activities and owned by the owner of the property;

     4.    Other wells and pipelines used in operations related to oil, gas and minerals and located on the Mineral Property.

The references in this Affidavit to Chapter 56 of the Texas Property Code shall not impair, diminish nor adversely affect in any way any other lien to which Claimant may be entitled by statute or by virtue of the Constitution of the State of Texas nor any other remedy available to Claimant at law or in equity.

By: _____
Name: Simon Lin
Title: Senior Collections Manager
Weatherford US, LP


THE STATE OF TEXAS

COUNTY OF HARRIS

Before me, a Notary Public in and for this state, on this the 11th day of June, 2009, personally appeared Simon Lin, to me known to be the identical person who subscribed the name of the maker thereof to the foregoing instrument as Senior Collections Manager for Weatherford US, LP, and acknowledged to me that he executed the same as his free and voluntary act and deed, and as the free and voluntary act and deed of the entity for the uses and purposes therein set forth.

[Notary Seal: WILLIAM G. LOWERRE, MY COMMISSION EXPIRES July 22, 2009]

_____
Notary Public, State of Texas

My commission expires on July 22, 2009

## Exhibit "A"
## Description of Property

The oil and gas leasehold estate and working interest attributable to:

The Chittim Well #1554H, RRC District No. 01, API No. 42-323-33255, Permit # 677184, Section 155, Block 7 of the I&GN RR Co. Survey, Abstract A-166; Survey Perpendiculars: 1005 feet S line and 2225 feet from the E line; Field Name: Pena Creek (Georgetown), Field Number 70411210, Maverick County, Texas.

The Chittim Well #1262, RRC District No. 01, API No. 42-323-33028, Permit # 655171, Section 126, Block 7 of the I&GN RR Co. Survey, Abstract A-328; Survey Perpendiculars: 916 feet S line and 1781 feet from the E line; Field Name: Wildcat, Field Number 00002001, Maverick County, Texas.

Precision Energy Services, Inc.
♥ A Weatherford Company

# INVOICE

Invoice No. 90457016

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX 75038
USA

LEASE AND WELL NO.

Please Remit to:
Precision Energy Services, Inc
P.O Box 200698
Dallas, TX 75320-0698

Federal ID #76-0224331
Phone. (817)249-7200
Fax· (817)249-7222

CHITTIM #155-4H

Customer # 11732

FELDERHOFF 19

| ATTN: | ACCT# 83015 | | | PROPERTY# 409D08TX047 | |
|---|---|---|---|---|---|
| SERVICE ORDER | PURCHASE ORDER / A.F.E NO | JOB TICKET | STATE | COUNTY | DISTRICT | INVOICE DATE |
| 4016331 | | | TX | MAVERICK | PES DS (Houston Operations) | 02/25/2009 |
| | DATE OF SERVICE | | QUANTITY | UNIT OF MEASURE | TOTAL COST |
| | January 17, 2009 | | 1 00 | Day | 9,445 00 |
| | January 18, 2009 | | 1 00 | Day | 6,045 00 |
| | January 19, 2009 | | 1 00 | Day | 11,250 00 |
| | January 20, 2009 | | 1.00 | Day | 11,550 00 |
| | January 21, 2009 | | 1 00 | Day | 10,350 00 |
| | January 22, 2009 | | 1 00 | Day | 10,350 00 |
| | January 23, 2009 | | 1 00 | Day | 10,350 00 |
| | January 24, 2009 | | 1 00 | Day | 7,095 00 |
| | January 25, 2009 | | 1 00 | Day | 11,450 00 |
| | January 26, 2009 | | 1 00 | Day | 22,725 00 |
| | January 27, 2009 | | 1 00 | Day | 16,525 00 |
| | January 28, 2009 | | 1.00 | Day | 21,625 00 |
| | January 29, 2009 | | 1 00 | Day | 10,193 18 |

ALL FURTHER CHARGES WILL
FOLLOW UPON RECEIPT

Terms:  Net 30 days

Sub-Total: 158,953.18
Texas Well Service Tax: 583.61
Sales Tax: 0 00

Invoice Total: US $ 159,536.79

Weatherford (such term shall include any subsidiary division or affiliate of Weatherford International, Inc) will provide the requested equipment materials or services to its customer Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties. In the event that there is no such master service agreement Weatherford s standard terms and conditions a copy of which can be found at www weatherford com/t&c shall be applicable to the provision of such equipment materials or services  (A paper copy of these standard terms and conditions will be provided to you upon your written request.)

Page 1 of  1
Precision Energy Services Inc a Weatherford Company

Precision Energy Services, Inc.
A Weatherford Company

# INVOICE

Invoice No. 90450256

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX  75038
USA

LEASE AND WELL NO.

CHITTIM 126-2

Vendor #

ROWAN 26

Please Remit to:
Precision Energy Services, Inc.
P.O. Box 200698
Dallas, TX 75320-0698

Federal ID #76-0224331
Phone: (817)249-7200
Fax:   (817)249-7222

ATTN:

| SERVICE ORDER | PURCHASE ORDER / A.F.E NO | JOB TICKET | STATE | COUNTY | DISTRICT | INVOICE DATE |
|---|---|---|---|---|---|---|
| 4014911 | | | TX | MAVERICK | PES DS (Houston | 01/21/2009 |

| DATE OF SERVICE / DESCRIPTION | QUANTITY | UNIT OF MEASURE | TOTAL COST |
|---|---|---|---|
| August 24, 2008 | 1.00 | Day | 4,900.00 |
| August 25, 2008 | 1.00 | Day | 4,000.00 |
| August 26, 2008 | 1.00 | Day | 4,000.00 |
| August 27, 2008 | 1.00 | Day | 4,000.00 |
| August 28, 2008 | 1.00 | Day | 4,000.00 |
| August 29, 2008 | 1.00 | Day | 4,000.00 |
| August 30, 2008 | 1.00 | Day | 4,900.00 |
| August 31, 2008 | 1.00 | Day | 4,000.00 |
| September 01, 2008 | 1.00 | Day | 4,000.00 |
| September 02, 2008 | 1.00 | Day | 4,000.00 |
| September 03, 2008 | 1.00 | Day | 4,000.00 |
| September 04, 2008 | 1.00 | Day | 4,000.00 |
| September 05, 2008 | 1.00 | Day | 4,000.00 |
| September 06, 2008 | 1.00 | Day | 4,000.00 |
| September 07, 2008 | 1.00 | Day | 4,000.00 |
| September 08, 2008 | 1.00 | Day | 4,000.00 |
| September 17, 2008 | 1.00 | Day | 5,250.00 |
| September 18, 2008 | 1.00 | Day | 4,000.00 |
| September 19, 2008 | 1.00 | Day | 4,000.00 |
| September 20, 2008 | 1.00 | Day | 4,000.00 |
| September 21, 2008 | 1.00 | Day | 4,000.00 |
| September 22, 2008 | 1.00 | Day | 4,000.00 |
| October 09, 2008 | 1.00 | Day | 4,750.00 |
| October 10, 2008 | 1.00 | Day | 3,500.00 |
| October 11, 2008 | 1.00 | Day | 3,500.00 |
| October 12, 2008 | 1.00 | Day | 3,500.00 |
| October 13, 2008 | 1.00 | Day | 3,500.00 |

ALL FURTHER CHARGES WILL
FOLLOW  UPON RECEIPT

Continued on next page...

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer. Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties. In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services. (A paper copy of these standard terms and conditions will be provided to you upon your written request.)

| | | | | | | |
|---|---|---|---|---|---|---|
| Precision Energy Services, Inc. | | **INVOICE** | | | Invoice No. | 90450256 |
| ❤ A Weatherford Company | | | | | | |

Cornerstone E&P Co LP  
5525 N MacArthur Blvd  
Suite 775  
Irving TX 75038  
USA

LEASE AND WELL NO.

CHITTIM 126-2

Vendor #

ROWAN 26

Please Remit to:  
Precision Energy Services, Inc.  
P.O. Box 200698  
Dallas, TX 75320-0698

Federal ID #76-0224331  
Phone: (817)249-7200  
Fax: (817)249-7222

| ATTN: | | |
|---|---|---|
| | | |

| SERVICE ORDER | PURCHASE ORDER / A.F.E NO | JOB TICKET | STATE | COUNTY | DISTRICT | INVOICE DATE |
|---|---|---|---|---|---|---|
| 4014911 | | | TX | MAVERICK | PES DS (Houston | 01/21/2009 |

| DATE OF SERVICE / DESCRIPTION | QUANTITY | UNIT OF MEASURE | TOTAL COST |
|---|---|---|---|
| October 14, 2008 | 1.00 | Day | 3,500.00 |
| October 15, 2008 | 1.00 | Day | 3,500.00 |
| October 16, 2008 | 1.00 | Day | 3,500.00 |
| October 17, 2008 | 1.00 | Day | 4,400.00 |
| October 18, 2008 | 1.00 | Day | 3,500.00 |
| October 19, 2008 | 1.00 | Day | 3,500.00 |
| October 20, 2008 | 1.00 | Day | 3,500.00 |
| October 21, 2008 | 1.00 | Day | 3,500.00 |
| October 22, 2008 | 1.00 | Day | 3,500.00 |
| October 23, 2008 | 1.00 | Day | 3,500.00 |
| October 24, 2008 | 1.00 | Day | 3,500.00 |
| October 25, 2008 | 1.00 | Day | 3,500.00 |
| October 26, 2008 | 1.00 | Day | 3,500.00 |
| October 27, 2008 | 1.00 | Day | 15,195.00 |
| October 28, 2008 | 1.00 | Day | 3,500.00 |
| October 29, 2008 | 1.00 | Day | 3,500.00 |
| October 30, 2008 | 1.00 | Day | 3,500.00 |
| October 31, 2008 | 1.00 | Day | 5,000.00 |
| November 01, 2008 | 1.00 | Day | 11,900.00 |
| November 02, 2008 | 1.00 | Day | 10,300.00 |
| November 03, 2008 | 1.00 | Day | 10,300.00 |
| November 04, 2008 | 1.00 | Day | 10,300.00 |
| November 05, 2008 | 1.00 | Day | 10,300.00 |
| November 06, 2008 | 1.00 | Day | 10,300.00 |
| November 07, 2008 | 1.00 | Day | 10,300.00 |
| November 08, 2008 | 1.00 | Day | 10,300.00 |
| November 09, 2008 | 1.00 | Day | 11,200.00 |

**ALL FURTHER CHARGES WILL  
FOLLOW UPON RECEIPT**

Continued on next page...

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer. Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties. In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services. [A paper copy of these standard terms and conditions will be provided to you upon your written request.]

| | | | | | | |
|---|---|---|---|---|---|---|
| Precision Energy Services, Inc. | | | **INVOICE** | | Invoice No. | 90450256 |
| A Weatherford Company | | | | | | |

Cornerstone E&P Co LP  
5525 N MacArthur Blvd  
Suite 775  
Irving TX 75038  
USA

LEASE AND WELL NO.

CHITTIM 126-2

ROWAN 26

Please Remit to:  
Precision Energy Services, Inc.  
P.O. Box 200698  
Dallas, TX 75320-0698

Federal ID #76-0224331  
Phone: (817)249-7200  
Fax: (817)249-7222

Vendor #

ATTN:

| SERVICE ORDER | PURCHASE ORDER / A.F.E NO | JOB TICKET | STATE | COUNTY | DISTRICT | INVOICE DATE |
|---|---|---|---|---|---|---|
| 4014911 | | | TX | MAVERICK | PES DS (Houston | 01/21/2009 |

| DATE OF SERVICE / DESCRIPTION | QUANTITY | UNIT OF MEASURE | TOTAL COST |
|---|---|---|---|
| November 10, 2008 | 1.00 | Day | 10,300.00 |
| November 11, 2008 | 1.00 | Day | 10,300.00 |
| November 12, 2008 | 1.00 | Day | 10,300.00 |
| November 13, 2008 | 1.00 | Day | 10,300.00 |
| November 14, 2008 | 1.00 | Day | 4,400.00 |
| November 15, 2008 | 1.00 | Day | 6,143.31 |
| | | Subtotal: | 333,838.31 |

ALL FURTHER CHARGES WILL  
FOLLOW UPON RECEIPT

Terms: Net 30 days

Sub-Total: 333,838.31  
Taxes: 389.91

Invoice Total: US $ 334,228.22

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer. Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties. In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services. [A paper copy of these standard terms and conditions will be provided to you upon your written request.]

Precision Energy Services Inc. a Weatherford Company

Precision Energy Services, Inc.
A Weatherford Company

# INVOICE

Invoice No.    90449501

Cornerstone E&P Co LP
5525 N MacArthur Blvd
Suite 775
Irving TX   75038
USA

LEASE AND WELL NO.

Please Remit to:
Precision Energy Services, Inc.
P.O. Box 200698
Dallas, TX 75320-0698

Federal ID #76-0224331

Phone: (817)249-7200

CHITTIM 126-2

Fax:    (817)249-7222

Vendor #

ROWAN 26

ATTN:

| SERVICE ORDER | PURCHASE ORDER / A.F.E NO | JOB TICKET | STATE | COUNTY | DISTRICT | INVOICE DATE |
|---|---|---|---|---|---|---|
| 4014911 | | | TX | MAVERICK | PES DS (Houston | 01/16/2009 |

| | DATE OF SERVICE / DESCRIPTION | QUANTITY | UNIT OF MEASURE | TOTAL COST |
|---|---|---|---|---|
| | January 16, 2009 | 1.00 | Day | 11,290.00 |
| | | | Subtotal: | 11,290.00 |

ALL FURTHER CHARGES WILL
FOLLOW   UPON RECEIPT

Terms:    Net 30 days

Sub-Total:    11,290.00
Taxes:    0.00

Invoice Total:   US $    11,290.00

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer. Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties. In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services. (A paper copy of these standard terms and conditions will be provided to you upon your written request.)

Precision Energy Services Inc. a Weatherford Company

# ▽ Weatherford

| | | |
|---|---|---|
| **INVOICE NUMBER:** 5283706 RI  SEQ:1 | **INVOICE**    **ORIGINAL** | **PAGE 1 of 4** |
| **INVOICE DATE:** MAR 23 2009 | **BILLING PERIOD FROM:** DEC 06 2008 **TO:** DEC 15 2008 | **DELIVERY TICKET NUMBER:** 4637479 SR |

**CUSTOMER:** 1804967
CORNERSTONE E&P CO LP
5525 N MACARTHUR BLVD SUITE 775
IRVING TX 75038
UNITED STATES

**BRANCH PLANT:** 10220
WEATHERFORD US LP
HWY 359 E
LAREDO TX 78042
UNITED STATES

**PHONE:** 956 723-2056
**FAX:** 956 723-9370

**SHIP TO:** 2112165 CW
**WELL:** 126-2
**LEASE:** CHITTIM
UNITED STATES
**RIG:** ROWEN RIG #26

| | |
|---|---|
| **JOB TYPE:** | FRE Fishing |
| **SERVICE RATING:** | STANDARD SERVICE |
| **JOB NUMBER:** | |
| **ORDER DATE:** | DEC 06 2008 |
| **SHIPPING DATE:** | DEC 06 2008 |
| **STATE:** | TEXAS |
| **COUNTY:** | MAVERICK |
| **CITY:** | |
| **SHIP VIA:** | TEXAS HOTSHOT |
| **RETURN VIA:** | Julu truckin |

**ORDERED BY:** BRUCE/WILLAM    **ORDER NUMBER:** VERBAL    **AFE NUMBER:**
**CONTACT NUMBER:** 254-368-8974    **CONTRACT NUMBER:**    **PRICE BOOK:** 08FISHUS

| LINE NO. | DT SEQ DT LINE | QTY UOM | SERIAL NUMBER | DESCRIPTION | ITEM NUMBER/ REF NUMBER | SHIP / RETURN | BILL UNITS | PRICE UOM | BILL TYPE | QTY | UNIT BILL | PRICE | GROSS AMOUNT | SURC DISC % | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1  1.000 | 1.00 EA | 277314 | MAGNET, FISHING 7-1/2 OD AND SMALLER  7" OD W/ 4-1/2" REG PIN | 299171  088500100035  BILL FROM: DEC 06 2008 TO: DEC 15 2008 | DEC 06 2008  DEC 15 2008 | 1.00 | EA | Day | 1.00  9.00 | MIN  NC | 1,885.00 | 1,885.00 | .00  15.00 | 1,602.25 | Y |
| 2 | 1  2.000 | 1.00 EA | 155471 | BASKET, BOOT 7-3/4 OD AND SMALLER WDED SKIRT  7-1/2" OD W/4-1/2" REG CONNS. | 297299  076500050035  BILL FROM: DEC 06 2008 TO: DEC 15 2008 | DEC 06 2008  DEC 15 2008 | 1.00 | EA | Day | 1.00  9.00 | MIN  NC | 855.00 | 855.00 | .00  15.00 | 726.75 | Y |
| 3 | 1  3.000 | 4.00 EA | | INSPECTION, TAXABLE  INSPECTION ON SUBS, ETC  PER END | 712335 | DEC 06 2008 | 4.00 | EA | Sale | 3.00  1.00 | ADD  NC | 20.00 | 60.00 | .00  .00 | 60.00 | Y |
| 4 | 1  4.000 | 4.00 EA | | WASTE DISPOSAL CHARGES TUBULAR AND DOWNHOLE TLS  WASTE DISPOSAL ON SUBS,ETC  PER END | 236572  Z00500150050 | DEC 06 2008 | 4.00 | EA | Sale | 3.00  1.00 | ADD  NC | 1.00 | 3.00 | .00  .00 | 3.00 | Y |
| 5 | 2  1.000 | 1.00 EA | | FISHING TL SUPER LAND-24 HOUR  JOB RATE (DUB GRAHM) | 236580  Z00500050155  BILL FROM: DEC 06 2008 TO: DEC 15 2008 | DEC 06 2008  DEC 15 2008 | 1.00 | EA | Day | 1.00  1.00  8.00 | MIN  ADD  NC | 1,550.00  1,550.00 | 1,550.00  1,550.00 | .00  .00 | 1,550.00  1,550.00 | Y  Y |
| 6 | 2  2.000 | 1.00 EA | | SUBSISTENCE CHARGE | 236666  Z00500100005  BILL FROM: DEC 06 2008 TO: DEC 15 2008 | DEC 06 2008  DEC 15 2008 | 1.00 | EA | Day | 10.00 | NC | | | | | |

| LINE NO. | DT SEQ DT LINE | QTY UOM | SERIAL NUMBER | DESCRIPTION | ITEM NUMBER/ REF NUMBER | SHIP / RETURN | BILL UNITS | PRICE UOM | BILL TYPE | QTY UNIT BILL | PRICE | GROSS AMOUNT | SURC DISC % | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 2 3.000 | 1.00 EA | | TRANSPORTATION WEATHERFORD CAR OR PICKUP | 236793 Z00500250005 BILL FROM: DEC 06 2008 TO: DEC 15 2008 | DEC 06 2008 DEC 15 2008 | 1.00 | EA | Day | 1.00 ADD 9.00 NC | 250.00 | 250.00 | .00 .00 | 250.00 | Y |
| 8 | 2 4.000 | 1.00 EA | 330017 | BASKET, JUNK RVS CIRCULATION 1 0-3/4 OD AND SMALLER 7-7/8 BOWEN FULL FLOW | 297314 076500200015 | DEC 06 2008 DEC 15 2008 | 8.25 | EA | Job | 1.00 NC | | | | | |
| 9 | 2 5.000 | 1.00 EA | 285573 | MAGNET, FISHING 8-1/2 OD AND S MALLER 8"O.D W/4-1/2 REG PIN (F/CORP VIA DUB GRAHM) | 294457 088500100040 BILL FROM: DEC 06 2008 TO: DEC 15 2008 | DEC 06 2008 DEC 15 2008 | 1.00 | EA | Day | 1.00 MIN 9.00 NC | 2,102.00 | 2,102.00 | .00 15.00 | 1,786.70 | Y |
| 10 | 2 5.000 | 1.00 EA | 285573 | MAGNET, FISHING 8-1/2 OD AND S MALLER 8"O.D W/4-1/2 REG PIN (F/CORP VIA DUB GRAHM) | 294457 088500100040 | DEC 06 2008 DEC 15 2008 | 1.00 | EA | Sale | 1.00 NC | | | | | |
| 11 | 2 6.000 | 1.00 EA | 127 | MILL, JUNK CMT 12 OD & SMALLER CR-CRBD STD JUNK MILL-4-1/2" REG W/8-1/2" ROD ,COMBINATION JUNK/CEMENT OFF RACK CORPUS CHRISTI YARD /HAULED BY DUB. | 298949 089000200005 | DEC 06 2008 DEC 15 2008 | 8.50 | EA | Job | 1.00 NC | | | | | |
| 12 | 2 7.000 | 8.00 EA | | INSPECTION CHARGES-WEATHERFORD IN HOUSE CHARGES END AREA IN 8-ENDS REV BASKET & FISH MAGNE T INSP. | 236874 Z00500200155 | DEC 06 2008 | 8.00 | EA | Sale | 8.00 NC | | | | | |
| 13 | 2 8.000 | 9.00 EA | | WASTE DISPOSAL CHARGES TUBULAR AND DOWNHOLE TLS 9-ENDS F.MAGNET, REV BASKET & MILL . | 236572 Z00500150050 | DEC 06 2008 | 9.00 | EA | Sale | 9.00 NC | | | | | |
| 14 | 2 9.000 | 1.00 EA | | INSPECTION, MILLS & STABILIZER S FULL LENGTH MPI MILL #127 | 236637 Z00500150175 | DEC 06 2008 | 1.00 | EA | Sale | 1.00 NC | | | | | |
| 15 | 3 1.000 | 1.00 EA | 44778 | SUB, CROSSOVER BOX X PIN 4-1/2 4-1/2 STL STD 4-1/2" IF BOX ,X, 4-1/2" XH BO X | 236021 033500350020 BILL FROM: DEC 08 2008 TO: DEC 15 2008 | DEC 08 2008 DEC 15 2008 | 1.00 | EA | Day | 8.00 NC | | | | | |
| 16 | 3 2.000 | 1.00 EA | 318121 | SUB, CROSSOVER BOX X PIN 4-1/2 4-1/2 STL STD 4-1/2" ,REG ,X, ,NC46 (4 IF 4 -1/2 XH) | 236037 033500350020 BILL FROM: DEC 08 2008 TO: DEC 15 2008 | DEC 08 2008 DEC 15 2008 | 1.00 | EA | Day | 8.00 NC | | | | | |

| LINE NO. | DT SEQ DT LINE | QTY UOM | SERIAL NUMBER | DESCRIPTION | ITEM NUMBER/ REF NUMBER | SHIP / RETURN | BILL UNITS | PRICE UOM | BILL TYPE | QTY | UNIT BILL | PRICE | GROSS AMOUNT | SURC DISC % | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 3<br>3.000 | 4.00<br>EA | | INSPECTION CHARGES-WEATHERFORD<br>IN HOUSE CHARGES END AREA IN<br>4-ENDS (ON 2-SUBS ) | 236874<br>Z00500200155 | DEC 08 2008 | 4.00 | EA | Sale | 4.00 | NC | | | | | |
| 18 | 3<br>4.000 | 4.00<br>EA | | WASTE DISPOSAL CHARGES TUBULAR<br>AND DOWNHOLE TLS<br>4-ENDS INSP WASTE (2-SUBS) | 236572<br>Z00500150050 | DEC 08 2008 | 4.00 | EA | Sale | 4.00 | NC | | | | | |
| 19 | 4<br>1.000 | 1.00<br>EA | 30518 | MILL, JUNK CMT 12 OD & SMALLER<br>CR-CRBD STD<br>8-1/4"ROD COMB MILL 5-BLADED W<br>4-1/2"REG CONN.<br>CONN--HAD TO BE REDRESSED--<br>TOOL NOT USED 50% DRESS CHARGE | 298949<br>089000200005 | DEC 08 2008<br>DEC 15 2008 | 8.25 | EA | Job | 1.00 | NC | | | | | |
| 20 | 4<br>2.000 | 1.00<br>EA | 259264 | BASKET, BOOT 7-3/4 OD AND SMAL<br>LER WDED SKIRT<br>7-1/2" OD W/4-1/2" REG CONNS. | 297299<br>076500050035<br>BILL FROM: DEC 08 2008 TO: DEC 15 2008 | DEC 08 2008<br>DEC 15 2008 | 1.00 | EA | Day | 8.00 | NC | | | | | |
| 21 | 4<br>3.000 | 1.00<br>EA | 276580 | MAGNET, DITCH<br>24" | 299189<br>088500050005<br>BILL FROM: DEC 08 2008 TO: DEC 15 2008 | DEC 08 2008<br>DEC 15 2008 | 1.00 | EA | Day | 8.00 | NC | | | | | |
| 22 | 4<br>4.000 | 1.00<br>EA | 1083209 | MAGNET, DITCH | 299189<br>088500050005<br>BILL FROM: DEC 08 2008 TO: DEC 15 2008 | DEC 08 2008<br>DEC 15 2008 | 1.00 | EA | Day | 8.00 | NC | | | | | |
| 23 | 4<br>5.000 | 1.00<br>EA | | INSPECTION, MILLS & STABILIZER<br>S FULL LENGTH MPI<br>ON MILL SN-30518 | 236637<br>Z00500150175 | DEC 08 2008 | 1.00 | EA | Sale | 1.00 | NC | | | | | |
| 24 | 4<br>6.000 | 3.00<br>EA | | INSPECTION CHARGES-WEATHERFORD<br>IN HOUSE CHARGES END AREA IN<br>ON MILL,BOOT BASKET | 236874<br>Z00500200155 | DEC 08 2008 | 3.00 | EA | Sale | 3.00 | NC | | | | | |
| 25 | 4<br>7.000 | 4.00<br>EA | | WASTE DISPOSAL CHARGES TUBULAR<br>AND DOWNHOLE TLS<br>ON MILL,BOOT BASKET | 236572<br>Z00500150050 | DEC 08 2008 | 4.00 | EA | Sale | 4.00 | NC | | | | | |
| 26 | 999<br>1.000 | 1.00<br>EA | | SALE-GUIDE FOR 7"OD MAGNET<br>DAMAGED BEYOND REPAIRS | 237560<br>ZEXPENDABLE | | 1.00 | EA | Sale | 1.00 | ADD | 583.00 | 583.00 | .00<br>.00 | 583.00 | Y |

| LINE NO. | DT SEQ DT LINE | QTY UOM | SERIAL NUMBER | DESCRIPTION | ITEM NUMBER/ REF NUMBER | SHIP / RETURN | BILL UNITS | PRICE UOM | BILL TYPE | QTY | UNIT BILL | PRICE | GROSS AMOUNT | SURC DISC % | EXTENDED AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | 999 2.000 | 1.00 EA | | REPLACE SKIRT ON DAMAGED BOOT BASKET S/N-155471 DAMAGED BEYOND REPAIRS | 237564 ZREPAIRS3RDP | | 1.00 | EA | Sale | 1.00 | ADD | 1,477.00 | 1,477.00 | .00 .00 | 1,477.00 | Y |
| 28 | 999 3.000 | 2.00 EA | | RECUT 4-1/2"REG CONNS. (1 BOX 1PIN) ON BOOT BASKET S/N-155471 DAMAGED SHOULDER AND SWELL | 237564 ZREPAIRS3RDP | | 2.00 | EA | Sale | 2.00 | ADD | 212.75 | 425.50 | .00 .00 | 425.50 | Y |

FINAL RENTAL BILLING-THANK YOU!!!!

. . . . . . . . . . . . . . . . . . . . . . . . . TAX SUMMARY . . . . . . . . . . . . . . . . . . . .

| | | | |
|---|---|---|---|
| St: TX | | 6.250 | 625.89 |
| Co: WEBB | | .500 | 50.08 |
| Ct: LAREDO | | 1.250 | 125.16 |

Weatherford (such term shall include any subsidiary, division or affiliate of Weatherford International, Inc.) will provide the requested equipment, materials or services to its customer. Such provision shall be governed by the terms and conditions of the current applicable master service agreement between the parties. In the event that there is no such master service agreement, Weatherford's standard terms and conditions, a copy of which can be found at www.weatherford.com/t&c shall be applicable to the provision of such equipment, materials or services. [A paper copy of these standard terms and conditions will be provided to you upon your written request.]

| TERMS: | Net 30 days |
|---|---|
| REMIT TO: | WEATHERFORD U.S.,L.P<br>P O BOX 200019<br>CHASE BANK OF TEXAS, N.A.<br>BANK ACCOUNT # 0010-318-8448<br>TRANSIT ROUTING # 113-000-609<br>HOUSTON TX 77216-0019<br>UNITED STATES |
| INVOICE NUMBER: | 5283706 |
| DATE: | MAR 23 2009 |

| | |
|---|---|
| SUBTOTAL: *(USD)* | 10,014.20 |
| TAX : *(USD)* | 801.15 |
| TOTAL AMOUNT DUE: *(USD)* | 10,815.35 |

FSSRINVDJ R5942565A CCB7054 WFT002 FormScape 3 4.3 10-20-08 JOB # F43203214