# EXHIBIT "A"

**AFTER RECORDING RETURN TO:**

DORÉ & ASSOCIATES, ATTORNEYS, P.C.
17171 Park Row, Suite 350
Houston, Texas 77084
281-829-1555
281-829-1579 Fax

Cornerstone - Covington Acres West #1H

| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HILL | § |

## AFFIDAVIT SECURING LIEN AGAINST
## OIL, GAS AND MINERAL PROPERTY

1. The undersigned agent of **BJ SERVICES COMPANY, U.S.A.** ("Claimant"), as affiant, being duly sworn, makes oath and claims a lien for labor performed and materials furnished as a contractor under express contract with the owner, and/or agent of the owner of the hereinafter described land and makes this his affidavit claiming such lien.

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim | Date of Unpaid Work |
|---|---|---|
| **$342,332.68** | Oilfield Equipment, Rental Tools, Services and Products Invoice No. 1484096 | January 15, 2009 |

3. The name of the owner(s) of the oil and gas leasehold interest against which the lien is claimed is:

**Cornerstone E & P Company, LP**
5525 North MacArthur Boulevard , Suite 775
Irving, Texas 75038

**Liberty Energy, LLC**
175 Berkeley Street
Boston, Massachusetts 02116

**Peter R. Vig**
2828 Routh Street, Suite 500
Dallas, Texas 75201

**Quadrant Holdings, Ltd.**
8333 Douglas Avenue, Suite 1350
Dallas, Texas 75225

**Bennet C. Vig, II**
5309 Meadow Crest Drive
Dallas, Texas 75229

**Dana A. Vig**
3442 ½ Normandy Avenue
Dallas, Texas 75205

**Matthew D. Vig**
919 Bison Trail
Dallas, Texas 75208

**Julie Tuggle Vig**
18 Lakeside Park
Dallas, Texas 75225

**Thomas & Curtis Energy, Ltd.**
4200 South Hulen Street, Suite 522
Fort Worth, Texas 76109

**Frank C. Davis, III**
P. O. Box 600185
Dallas, Texas 75630

**Marty L. Griffith**
11060 Timberline Road
Houston, Texas 77043

**Brandon P. Griffith**
11060 Timberline Road
Houston, Texas 77043

**Arabella Mineral and Royalties, LLC**
6421 Camp Bowie Boulevard, Suite 305
Fort Worth, Texas 76116

**Chimney Hill Resources, LLC**
4633 Lafayette Avenue
Fort Worth, Texas 76107

**Lefco Energy, LLC**
7303 North Highway 81
Duncan, Oklahoma 73533

**Kent C. Manoushagian**
P.O. Box 95
Bridgeport, Texas 76426

; and, all other record title interest owners or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced delivery of materials in the property described below, (collectively referred to as "Owner").

4. The name of Claimant is **BJ SERVICES COMPANY, U.S.A.**, whose address is 4601 Westway Park Blvd., Houston, Texas 77041.

5. A description of the oil and gas leasehold interest covering and describing the lands is described as follows:

> All that certain tract or parcel of land in Hill County, Texas known as the **"Covington West Unit"**, containing approximately <u>646.6 acres of land</u>, more or less, being more particularly described in that certain Designation of Unit dated September 29, 2008, and filed for record on October 8, 2008,

under Clerk's File No. 21491, Volume 1569, Page 752 of the Official Public Records of Hill County, Texas, and as amended by that certain First Amendment of Designation of Covington West Unit dated March 17, 2009 and filed for record on March 19, 2009 under Clerk's File No. 25867, Volume 1589, Page 787 of the Official Public Records of Hill County, Texas. Said lands include, but are not to be limited by, that certain wellbore known as the **Covington Acres West Well # 1H**, RRC Permit #671652, API #42-217-30706, being located at a surface location of 175 feet from the Southeast line and 2,109 feet from the Northeast line of said unit, and 175 feet from the Southeast line and 2,878 feet from the Southwest line of the J. M. McCarter Survey, Abstract 555, Hill County, Texas, and with a lateral drainhole terminus location of 330 feet from the Northwest line and 2,158 feet from the Northeast line of said unit and 4,761 feet from the Southeast line and 2,780 feet from the Southwest line of the J. M. McCarter Survey, Abstract 555, Hill County, Texas;

and as additionally described by the land survey plat(s) attached hereto as Exhibit "B", all of which are incorporated herein by reference, against which this lien is claimed.

6. The true and correct amount claimed by Claimant is **$342,332.68**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto, marked Exhibit "A" and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, and production therefrom, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed,

- 3 -

pipe casing, and all other personal property and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-of-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner.

7. Due notice was given by Claimant of said account and lien claim by registered mail, return receipt requested to the mineral property owner described herein, in accordance with applicable law.

8. Not more than six (6) months have elapsed since the indebtedness for the performance of such labor and services and/or the furnishing of such materials and supplies has accrued.

Further Affiant Sayeth Not.

(The remainder of this page intentionally left blank)

DATED this 7th day of July 2009.

BJ SERVICES COMPANY, U.S.A.

By: ~~Doug Dunlap~~ Doug Dunlap, Director-Credit & Collections

THE STATE OF TEXAS                    §
                                      §
COUNTY OF HARRIS                       §

BEFORE ME, the undersigned authority, on this day personally appeared Doug Dunlap, Director-Credit & Collections for BJ Services Company, U.S.A., known to me to be the person whose name is subscribed to the foregoing instrument and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

7th SWORN TO AND SUBSCRIBED before me, under my hand and seal of office, this the day of July 2009.



Notary Public in and for the State of Texas
My Commission expires: 7-6-12

Z:\Docs\CARL\BJServices\CornerstoneE&P\CovingtonAcresWest1HLien .wpd

Central Accounting Duplicate

# BJ Services Company

REMIT TO: P.O. Box 4346-Dept. 393
Houston, TX 77210-4346

Cornerstone Exploration & Prod
5525 N. Macarthur Blvd.
Suite 775
Irving Texas 75038

| INVOICE NO. | | OUR RECEIPT NO. | DATE |
|---|---|---|---|
| 1484096 SP 00110 | | 219937366 | 01/15/2009 |
| CUSTOMER NO. | COST CENTER | YOUR ORDER NO. | |
| 20096126 | 1504 | | |

| SERVICES FROM OUR STATION AT | BJ REPRESENTATIVE | SIGNED FOR YOU BY |
|---|---|---|
| Mineral Wells Operations | CHRISTOPHER M MIZESKI | Chuck Kelly |
| FOR SERVICE WELL NAME / LOCATION | COUNTY/PARISH | STATE |
| COVINGTON ACRES WEST #1H | Hill | Texas |

**EXHIBIT A**

| PRODUCT CODE | DESCRIPTION | UNIT OF MEASURE | QUANTITY | LIST PRICE/UNIT | GROSS AMOUNT | PERCENT DISC. | NET AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 100002 | Sand, White, 20/40 | cwt | 630 | 26.700 | 16,821.00 | 78% | 3,700.62 | |
| 100009 | Sand, White, 40/70 | cwt | 1400 | 35.200 | 49,280.00 | 78% | 10,841.60 | |
| 100091 | Ferrotrol 300L | gals | 170 | 35.200 | 5,984.00 | 78% | 1,316.48 | |
| 100122 | Sand, White, 100 mesh | cwt | 2150 | 24.840 | 53,406.00 | 78% | 11,749.32 | |
| 100175 | GBW-5 | lbs | 60 | 14.700 | 882.00 | 78% | 194.04 | |
| 100472 | NE-940 | gals | 17 | 87.250 | 1,483.25 | 78% | 326.32 | |
| 398004 | HCl, 10.1 - 15% | gals | 17000 | 2.970 | 50,490.00 | 78% | 11,107.80 | # |
| 411343 | GW-4LDF | gals | 570 | 69.000 | 39,330.00 | 78% | 8,652.60 | |
| 488220 | CI-27 | gals | 34 | 108.000 | 3,672.00 | 78% | 807.84 | |
| 488355 | FRW-15A | gals | 1241 | 74.250 | 92,144.25 | 78% | 20,271.74 | |
| A153 | Personnel Surcharge - Frac >5000 | ea | 1 | 2,180.000 | 2,180.00 | 0% | 2,180.00 | |
| F308C | Comp. Sand Proportioning, 71-80 bpm | 2hrs | 2 | 11,000.000 | 22,000.00 | 78% | 4,840.00 | # |
| F328C | Comp. Sand Proportioning, 71-80 bpm | hrs | 12 | 2,800.000 | 33,600.00 | 78% | 7,392.00 | # |
| F211C | Comp. Sand Proportioning, Non-Operating | hrs | 4 | 920.000 | 3,680.00 | 78% | 809.60 | # |
| J222 | Tank Blending Charge | ea | 2 | 1,035.000 | 2,070.00 | 78% | 455.40 | # |
| J236 | Reserve blender, computerized | hrs | 16 | 1,015.000 | 16,240.00 | 78% | 3,572.80 | # |
| K988 | Technical field rep., 1st 8 hours | 8hrs | 1 | 1,050.000 | 1,050.00 | 78% | 231.00 | |
| F201A | Frac HHP, 0- 5000 psi - Slurry | 2hrs | 18141 | 12.300 | 223,134.30 | 78% | 49,089.55 | # |
| F221A | Frac HHP, 0- 5000 psi | hrs | 99776 | 4.110 | 410,079.36 | 78% | 90,217.46 | # |
| J055 | Chemical Additive Unit | job | 2 | 1,750.000 | 3,500.00 | 78% | 770.00 | # |
| J121A | Frac HHP, Non Pump Time | hrs | 72564 | 1.170 | 84,899.88 | 78% | 18,677.97 | |
| J126 | Reserve HHP, per HHP per hour | hrs | 22350 | 1.170 | 26,149.50 | 78% | 5,752.89 | |
| J146 | LFC Pumping Unit | job | 2 | 2,015.000 | 4,030.00 | 78% | 886.60 | # |
| J180 | Continuous Mix Liquid Gel Processing | job | 2 | 7,575.000 | 15,150.00 | 78% | 3,333.00 | # |
| J229 | Data Acquisition, Frac/Acid-Enhanced | job | 1 | 6,450.000 | 6,450.00 | 78% | 1,419.00 | # |
| J309 | Sand Conveyor, Dual Feed | job | 2 | 3,625.000 | 7,250.00 | 78% | 1,595.00 | # |
| J310 | Sand King, less than 300,000 lb | day | 7 | 1,940.000 | 13,580.00 | 78% | 2,987.60 | # |

**PAY THIS AMOUNT**

PHONE: (713) 462-4239     TERMS: NET 30 DAYS

BJ Services

Central Accounting Duplicate

# BJ Services Company

REMIT TO: P.O. Box 4346-Dept. 393
Houston, TX 77210-4346

| INVOICE NO. | OUR RECEIPT NO. | DATE |
|---|---|---|
| 1484096 SP 00110 | 219937366 | 01/15/2009 |

| CUSTOMER NO. | COST CENTER | YOUR ORDER NO. |
|---|---|---|
| 20096126 | 1504 | |

Cornerstone Exploration & Prod
5525 N. Macarthur Blvd.
Suite 775
Irving Texas 75038

| SERVICES FROM OUR STATION AT | BJ REPRESENTATIVE | SIGNED FOR YOU BY |
|---|---|---|
| Mineral Wells Operations | CHRISTOPHER M MIZESKI | Chuck Kelly |

| FOR SERVICE WELL NAME / LOCATION | COUNTY/PARISH | STATE |
|---|---|---|
| COVINGTON ACRES WEST #1H | Hill | Texas |

| PRODUCT CODE | DESCRIPTION | UNIT OF MEASURE | QUANTITY | LIST PRICE/UNIT | GROSS AMOUNT | PERCENT DISC. | NET AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| J326 | Trailer Manifold, Frac, Init hrs | 2hrs | 2 | 6,400.000 | 12,800.00 | 78% | 2,816.00 | # |
| J328 | Trailer Manifold, Frac, After Init Hrs | hrs | 12 | 172.500 | 2,070.00 | 78% | 455.40 | # |
| J334 | Backup Hydraulic Unit | job | 2 | 980.000 | 1,960.00 | 78% | 431.20 | # |
| J336 | LFC Hydration Unit | job | 2 | 3,675.000 | 7,350.00 | 78% | 1,617.00 | # |
| J347 | 4 or 4-1/2 in Frac Valve | job | 3 | 1,145.000 | 3,435.00 | 78% | 755.70 | # |
| J390 | Mileage, Heavy Vehicle | miles | 4440 | 7.400 | 32,856.00 | 78% | 7,228.32 | |
| J391 | Mileage, Auto, Pick-Up or Treating Van | miles | 360 | 4.200 | 1,512.00 | 78% | 332.64 | |
| J460A | Proppant Conc Charge/1.1-4.0 lbs | gals | 900000 | 0.140 | 126,000.00 | 78% | 27,720.00 | # |
| J401 | Bulk Delivery, Dry Products | ton-mi | 60600 | 2.470 | 149,682.00 | 78% | 32,930.04 | |
| | SUB TOTAL | | | | 1,526,200.54 | | 337,464.53 | |
| | TX Well Service Tax 2.42% | | | | | | 4,868.15 | |

| PAY THIS AMOUNT | 342,332.68 |
|---|---|
| | USD |

PHONE: (713) 462-4239          TERMS:  NET 30 DAYS

J-7203



# TOPOGRAPHIC

Surveying • Mapping • GIS • GPS
5259 E. HWY 377 • GRANBURY, TEXAS 76049
TELEPHONE: (817) 910-2672 • FAX (817) 326-5181

**EXHIBIT**
B

-N-

SCALE: 1" = 1000'
0'    500'    1000'

# COVINGTON ACRES WEST UNIT BOUNDARY MAP
## HILL COUNTY, TEXAS
### SHEET 2 OF 2

**LEGEND**
- ═══ COUNTY ROAD
- ─ ─ ─ LEASE BOUNDARY
- ─── SURVEY LINE
- ─── TRACT BOUNDARY

P.O.B. UNIT BOUNDARY
1/2" IRON ROD FOUND
X=2063499.4
Y=177654.3
H.W. McGHEE, et ux
VOLUME 847, PAGE 628
49.0 ACRES

1/2" IRON ROD FOUND
X=2064348.7
Y=176181.8
H.W. McGHEE, et ux
VOLUME 847, PAGE 628
49.0 ACRES

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| 1 | N 58°60' E | 1003.3' |
| 2 | S 29°02' E | 282.7' |
| 3 | N 60°20' E | 2367.9' |
| 4 | N 59°21' E | 282.5' |
| 5 | N 60°21' E | 2286.3' |
| 6 | S 30°06' E | 1719.4' |
| 7 | N 59°33' E | 363.0' |
| 8 | S 30°42' E | 1687.3' |
| 9 | S 54°57' W | 200.0' |
| 10 | S 63°57' W | 63.9' |
| 11 | S 25°03' E | 1875.4' |
| 12 | S 60°13' W | 3309.4' |
| 13 | S 31°17' E | 1011.2' |
| 14 | N 59°24' E | 203.6' |
| 15 | S 30°30' E | 757.6' |
| 16 | S 59°23' W | 569.5' |
| 17 | N 31°18' W | 757.9' |
| 18 | S 59°24' W | 844.6' |
| 19 | N 31°18' W | 1017.1' |
| 20 | S 60°50' W | 449.8' |
| 21 | N 29°36' W | 3231.4' |
| 22 | S 60°28' W | 950.8' |
| 23 | N 30°06' W | 2123.9' |

**CORNERSTONE**
E & P COMPANY

SCALE: 1" = 1000'
DATE: SEPTEMBER 22, 2008
JOB NO.: COVINGTON WEST UNIT REV 1
DRAWN BY: _____ C.W.N.
SHEET : 2 OF 2

STATE OF TEXAS
REGISTERED
GARY L. CLEMENTS
4732
PROFESSIONAL LAND SURVEYOR

| TRACT | OWNER | ACREAGE |
|-------|-------|---------|
| 1 | H.W. McGHEE | 18.9 |
| 2 | JANE CAMPBELL COOK | 5.8 |
| 3 | ROBERT W. TEAGUE | 17.2 |
| 4 | SONNY L. McGHEE et ux | 9.1 |
| 5 | JANE CAMPBELL COOK | 1.2 |
| 5A | THOMAS JOHNSON | 2.3 |
| 5B | MITCHELL WHITMAN et ux | 3.0 |
| 6 | BETTY LINDSEY | 10.1 |
| 7 | ROGER STANLEY | 9.3 |
| 8 | JOHN MONSCHKE et al | 5.0 |
| 9 | HENRY HEDGE et al | 5.0 |
| 10 | MICHAEL TRUSSELL | 5.0 |
| 11 | JOHN R. WHITTINGTON | 5.0 |
| 12 | DIANNE C. INGERMANN | 5.0 |
| 13 | JOHN R. WHITTINGTON | 5.1 |
| 14 | JANE CAMPBELL COOK | 10.9 |
| 15 | JANE CAMPBELL COOK | 6.4 |
| 15A | JANE CAMPBELL COOK | 1.0 |

| TRACT | OWNER | ACREAGE |
|-------|-------|---------|
| 16 | LEON KINCAID et al | 5.4 |
| 17 | GENE E. GEHEB et al | 16.1 |
| 18 | HELLEN P. HENDERSON et al | 9.8 |
| 19 | JERRY BUSTIN et al | 5.9 |
| 20 | EMMA JANE PATRICK et al | 5.2 |
| 21 | WENDY WYSE et al | 5.8 |
| 22 | ANNIE LEDBETTER et al | 4.3 |
| 23 | ROBERT J. ALWELL et al | 15.4 |
| 24 | KATHY CRAIG et al | 1.0 |
| 25 | BILL WITSCHORKE et al | 5.0 |
| 26 | MARIA WICKLIFFE et al | 2.1 |
| 27 | CYNTHIA COCKER et al | 2.1 |
| 28 | H.W. McGHEE et al | 48.8 |
| 29 | VERNON GLADWIN et al | 99.6 |
| 30 | VERNON GLADWIN et al | 102.1 |
| 31 | LA GRANDE HOMES | 192.7 |
| 32 | DAVID J. YOUNG et al | 38.4 |

THIS LOCATION AND UNIT / LEASE BOUNDARY HAS BEEN CAREFULLY SURVEYED ON THE GROUND UNDER MY SUPERVISION AND IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE ACCORDING TO THE EVIDENCE, OFFICIAL SURVEY RECORDS, MAPS, AND OTHER DATA PRODUCED BY CORNERSTONE THIS PLAT WAS CREATED FOR THE SOLE PURPOSE OF FILING A PERMIT WITH THE RAILROAD COMMISSION OF TEXAS AND SHOULD NOT BE CONSTRUED AS A "BOUNDARY SURVEY" IN COMPLIANCE WITH T.B.P.L.S. MINIMUM STANDARDS OF PROCEDURES FOR BOUNDARY SURVEYS. THIS CERTIFICATION IS MADE AND LIMITED TO THOSE PERSONS OR ENTITIES SHOWN ON THE FACE OF THIS PLAT AND IS NON-TRANSFERABLE. THIS SURVEY IS COMPLETE AND THIS TRANSACTION ONLY



# County Clerk
*Hill County*
### Nicole Tanner

P.O. Box 398
Hillsboro, Texas 76645

Phone 254-582-4030

Receipt: 17848

| Product | Name | Quantity | Unit Price | Extended |
|---|---|---|---|---|
| OGM | GAS, OIL, MINERAL DOCUMENT | 1@ | $48.00 | $48.00 |
| Document # | | | | 00028702 |
| | | | | B: OPR V: 1605 P: 189 |
| # Pages | | | | 8 |
| # Names Above 5 | | | | 8 |
| Certified Copy Label | | | | false |
| File Stamp Label | | | | false |
| Num Of Extra Labels | | | | 1 |

| | | |
|---|---|---|
| **Total** | | $48.00 |
| Tender (Check) | | $48.00 |
| Check Number | 6492 | |
| Paid By: | DORE & ASSOCIATES | |

Thank You for Your Business

1

**Mon Jul 13 10:25:03 CDT 2009 nicole**