# EXHIBIT "B"

STATE OF OKLAHOMA HUGHES COUNTY, SS
Filed for record
At 1:19 o'clock P M., and recorded in
SEP 1 1 2009
book 1 at page 216 LINE 33
Joquita Walton, County Clerk
Deputy: Malinda [signature]

**AFTER RECORDING RETURN TO:**
DORÉ & ASSOCIATES, ATTORNEYS, P.C.
17171 Park Row, Suite 350
Houston, Texas 77084
281-829-1555
281-829-1579 Fax

Cornerstone - Dingo #11-1H

| THE STATE OF OKLAHOMA | § |
|---|---|
|  | § |
| COUNTY OF HUGHES | § |

### AFFIDAVIT SECURING LIEN AGAINST OIL, GAS AND MINERAL PROPERTY

1. The undersigned agent of **BJ SERVICES COMPANY, U.S.A.** ("Claimant"), as affiant, being duly sworn, makes oath and states that the facts stated in this Affidavit are within his personal knowledge, are true and correct, and claims a lien for labor performed and materials furnished as a contractor under express contract with the owner, and/or agent of the owner of and on the hereinafter described land and makes this his affidavit claiming such lien. OKLA. STAT. tit. 42 § 144 (2007), et seq.

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim | Date of Unpaid Work |
|---|---|---|
| $47,444.06 | Oilfield Equipment, Rental Tools, Services and Products Invoice No.1499991 Invoice No. 1504968 | From March 21, 2009 to April 3, 2009 |

3. The name of the owner(s) of the oil and gas leasehold interest against which the lien is

claimed is:

Cornerstone E & P Company, LP ✓
5525 North MacArthur Boulevard, Suite 775
Irving, Texas 75038

Liberty Energy, LLC ✓
175 Berkeley Street
Boston, Massachusetts 02117

Sinclair Oil & Gas Company ✓
P.O. Box 30825
Salt Lake City, Utah 84130

XTO Energy, Inc. ✓
810 Houston Street, Suite 2000
Fort Worth, Texas 76102

Cornerstone E & P Company, LLC ✓
5525 North MacArthur Boulevard, Suite 775
Irving, Texas 75038

Union Bank of California, NA ✓
500 North Akard Street, Suite 4200
Dallas, Texas 75201

Beta Shale, LLC ✓
5420 LBJ Freeway
Two Lincoln Centre, Suite 1450
Dallas, Texas 75240

Crown Energy Company ✓
333 North Portland Avenue
Oklahoma City, Oklahoma 73107

Headington Oil Properties, Inc. ✓
7557 Rambler Road, Suite 1100
Dallas, Texas 75231

Headington Penn Corp. ✓
7557 Rambler Road, Suite 1100
Dallas, Texas 75231

Newfield Exploration Mid-Continent, Inc. ✓
1 Williams Center, Suite 1900
Tulsa, Oklahoma 74172

Somerset Lease Holdings, Inc. ✓
15660 Dallas Parkway, Floor 7
Dallas, Texas 75248

Tilford Pinson Exploration, LLC ✓
23 West Main
Edmond, Oklahoma 73003

Jimmy R. Locke, Trustee f/b/o The Frost ✓
National Bank
P.O. Box 1600
San Antonio, Texas 78296

; and, all other record title interest owners or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced delivery of materials in the property described below, (collectively referred to as "Owner").

4. The name of Claimant is **BJ SERVICES COMPANY, U.S.A.**, whose address is 4601 Westway Park Blvd., Houston, Texas 77041.

5. A description of the oil and gas leasehold interest covering and describing the lands is described as follows:

All of that certain tract of land and leasehold situated in Hughes County, Texas,

containing 640 acres of land, more or less, being all of Section 11, Township 5 North, Range 9 East, Indian Meridian, Hughes County, Oklahoma. Said land contains, including without limitation, the following wellbore known as the **Dingo Well No. 11-1H**, API No. 063-24259, with a surface location in the Southeast quarter (SE/4) of the Southwest quarter (SW/4) of the Southeast quarter (SE/4) of the Southeast quarter (SE/4) of said Section 11, being 237 feet from the South line and 835 feet from the East line of Section 11, Township 5 North, Range 9 East, Indian Meridian, Hughes County, Oklahoma, and with a bottom hole location 1,656.59 feet from the North line and 417.57 feet from the East line of the of Section 11, Township 5 North, Range 9 East, Indian Meridian, Hughes County, Oklahoma;

and as additionally described by the land survey plat(s) attached hereto as Exhibit "B", all of which are incorporated herein by reference, against which this lien is claimed.

6. The true and correct amount claimed by Claimant is **$47,444.06**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto, marked Exhibit "A" and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, and production therefrom, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, pipe casing, and all other personal property and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-of-way for same, and all

casing, tools, and pumping equipment on said leasehold of or belonging to Owner.

7. Due notice was given by Claimant of said account and lien claim by registered mail, return receipt requested to the mineral property owner described herein, in accordance with applicable law.

Further Affiant Sayeth Not.

(The remainder of this page intentionally left blank)

DATED this 2nd day of September 2009.

**BJ SERVICES COMPANY, U.S.A.**

By: _____
Doug Dunlap, Director-Credit & Collections

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared **DOUG DUNLAP**, Director-Credit & Collections for BJ Services Company, U.S.A., known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within his personal knowledge and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office, this the 2nd day of September 2009.



By: _____
Notary Public in and for the State of Texas
My Commission expires: 7-6-12

Z:\Docs\CARL\BJServices\CornerstoneE&P\Dingo 11-1HLien .wpd

Central Accounting Duplicate

# BJ Services Company

REMIT TO: P.O. Box 4346-Dept. 393
Houston, TX 77210-4346

| INVOICE NO. | OUR RECEIPT NO. | DATE |
|---|---|---|
| 1499991 SP 00110 | 1001429432 | 03/21/2009 |

| CUSTOMER NO: | COST CENTER | YOUR ORDER NO: |
|---|---|---|
| 20096126 | 1294 | |

Cornerstone Exploration & Prod
5525 N. Macarthur Blvd.
Suite 775
Irving Texas 75038

| SERVICES FROM OUR STATION AT: | BJ REPRESENTATIVE | SIGNED FOR YOU BY |
|---|---|---|
| McAlester Operations | Danny Bane | William Cran |

| FOR SERVICE WELL NAME / LOCATION | COUNTY/PARISH | STATE |
|---|---|---|
| Dingo #11-1H | Hughes | Oklahoma |

| PRODUCT CODE | DESCRIPTION | UNIT OF MEASURE | QUANTITY | LIST PRICE/UNIT | GROSS AMOUNT | PERCENT DISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 100022 | Class H Cement | sacks | 250 | | | | 3,388.00** |
| 100112 | Calcium Chloride | lbs | 470 | | | | 237.82** |
| 100295 | Cello Flake | lbs | 31 | | | | 62.33** |
| 488019 | FP-6L | gals | 3 | | | | 123.42** |
| 499680 | Static Free | lbs | 2 | | | | 31.50** |
| 86720-1 | 9-5/8" Top Cem Plug, Nitrile cvr, Phen | ea | 1 | | | | 159.28** |
| A152N | Personnel Surcharge - Cement Svc | ea | 1 | | | | 152.00 |
| M100 | Bulk Materials Service Charge | | | | | | 453.05** |
| F003A | Cement Pump Casing, 0 - 1000 ft | cu ft | 262 | | | | 1,053.80 |
| J050 | Cement Head | 4hrs | 1 | | | | 261.80 |
| J225 | Data Acquisition, Cement, Standard | job | 1 | | | | 677.60 |
| J390 | Mileage, Heavy Vehicle | job | 1 | | | | 338.58 |
| J391 | Mileage, Auto, Pick-Up or Treating Van | miles | 90 | | | | 191.27 |
| J401 | Bulk Delivery, Dry Products | miles | 90 | | | | 677.16 |
| | | ton-mi | 540 | | | | |
| | SUB TOTAL | | | | | | 7,807.61 |
| | Oklahoma State Sales Tax 4.5% | | | | | | 200.49 |
| | PAY THIS AMOUNT | USD | | | | | 8,008.10 |

EXHIBIT 4

PHONE: (713) 462-4239    TERMS: NET 30 DAYS    BJ Services

J7303

# BJ Services Company
Central Accounting Duplicate

REMIT TO: P.O. Box 4346-Dept. 393
Houston, TX 77210-4346

| INVOICE NO. | OUR RECEIPT NO. | DATE |
|---|---|---|
| 1504968 SP 00110 | 1001434040 | 04/03/2009 |
| CUSTOMER NO. | COST CENTER | YOUR ORDER NO. |
| 20096126 | 1294 | |

Cornerstone Exploration & Prod
5525 N. Macarthur Blvd.
Suite 775
Irving Texas 75038

| SERVICES FROM OUR STATION AT | BJ REPRESENTATIVE | SIGNED FOR YOU BY |
|---|---|---|
| McAlester Operations | Danny Bane | William Cran |
| FOR SERVICE WELL NAME / LOCATION | COUNTY/PARISH | STATE |
| DINGO #11-1H | Hughes | Oklahoma |

| PRODUCT CODE | DESCRIPTION | UNIT OF MEASURE | QUANTITY | LIST PRICE UNIT | GROSS AMOUNT | PERCENT DISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 100022 | Class H Cement | sacks | 52 | | | | 704.70** |
| 100120 | Bentonite | lbs | 1450 | | | | 299.86** |
| 100275 | Sodium Metasilicate | lbs | 74 | | | | 119.50** |
| 100283 | R-3 | lbs | 153 | | | | 221.48** |
| 100295 | Cello Flake | lbs | 124 | | | | 249.34** |
| 100317 | Poz (Fly Ash) | sacks | 28 | | | | 117.04** |
| 100356 | Barite - Sacked | lbs | 200 | | | | 49.28** |
| 100404 | Sodium Chloride | lbs | 232 | | | | 46.96** |
| 398211 | MCS-4 | gals | 1260 | | | | 2,910.60** |
| 398318 | Arkoma Lite II | sacks | 895 | | | | 13,310.44** |
| 399023 | Diesel (Supplied by Customer) | gals | 840 | | | | 0.00 |
| 411129 | PF-2 | gals | 25 | | | | 1,221.00** |
| 422547 | FL-52A | lbs | 264 | | | | 2,799.46** |
| 488019 | FP-6L | gals | 11 | | | | 452.54** |
| 488137 | Claytreat 3C | gals | 20 | | | | 1,144.00** |
| 488266 | SS-2 | gals | 60 | | | | 2,428.80** |
| 499632 | Granulated Sugar | lbs | 10 | | | | 14.48** |
| 499634 | Kol Seal | lbs | 3950 | | | | 1,842.28** |
| 499680 | Static Free | lbs | 9 | | | | 141.77** |
| 86710-1 | 5-1/2" Top Cem Plug, Nitrile cvr, Phen | ea | 1 | | | | 60.72** |
| A152N | Personnel Surcharge - Cement Svc | ea | 1 | | | | 152.00 |
| M100 | Bulk Materials Service Charge | cu ft | 1319 | | | | 2,280.81** |
| F019A | Cement Pump Casing, 8001 - 9000 ft | 6hrs | 1 | | | | 3,454.00 |
| J050 | Fas-Lok Cement Head | job | 1 | | | | 261.80 |
| J225 | Data Acquisition, Cement, Standard | job | 1 | | | | 677.60 |
| J390 | Mileage, Heavy Vehicle | miles | 90 | | | | 338.58 |
| J391 | Mileage, Auto, Pick-Up or Treating Van | miles | 90 | | | | 191.27 |

PAY THIS AMOUNT

PHONE: (713) 462-4239   TERMS: NET 30 DAYS

BJ Services

Central Accounting Duplicate

# BJ Services Company



| INVOICE NO. | | OUR RECEIPT NO. | DATE |
|---|---|---|---|
| 1504968 SP 00110 | | 1001434040 | 04/03/2009 |
| CUSTOMER NO. | COST CENTER | YOUR ORDER NO. | |
| 20096126 | 1294 | | |

| SERVICES FROM OUR STATION AT | BJ REPRESENTATIVE | SIGNED FOR YOU BY |
|---|---|---|
| McAlester Operations | Danny Bane | William Cran |
| FOR SERVICE WELL NAME / LOCATION | COUNTY/PARISH | STATE |
| DINGO #11-1H | Hughes | Oklahoma |

REMIT TO: P.O. Box 4346-Dept. 393
Houston, TX 77210-4346

Cornerstone Exploration & Prod
5525 N. Macarthur Blvd.
Suite 775
Irving Texas 75038

| PRODUCT CODE | DESCRIPTION | UNIT OF MEASURE | QUANTITY | LIST PRICE UNIT | GROSS AMOUNT | PERCENT DISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| J401 | Bulk Delivery, Dry Products | ton-mi | 2055 | | | | 2,576.97 |
| | | | | | | | 38,067.28 |
| | SUB TOTAL | | | | | | |
| | Oklahoma State Sales Tax 4.5% | | | | | | 1,368.68 |

PAY THIS AMOUNT → 39,435.96 USD

PHONE: (713) 462-4239                TERMS: NET 30 DAYS

JI7303

E #814
3-24-09

**APPLICATION TO DRILL, RECOMPLETE OR REENTER**

OKLAHOMA CORPORATION COMMISSION
OIL & GAS CONSERVATION DIVISION
P.O. BOX 52000
OKLAHOMA CITY, OK 73152-2000

1. OTC/OCC OPERATOR NUMBER: 22227   0
2. API NUMBER: 08324259
BATCH NUMBER (OCC USE ONLY)
FEE: NO FEE (AMEND/OTHER)

3. NOTICE OF INTENT TO   AMEND    AMEND-REASON   CORRECT SURF OWN #10, TD #19, LAT 1 DATA #30
4. TYPE OF DRILLING OPERATION       A.   HORIZONTAL       B.   OIL/GAS

6. LOCATE WELL AND OUTLINE LEASE OR SPACING UNIT IN INK
5280

5. WELL LOCATION:

| SECTION | 11 | TOWNSHIP | 05N | RANGE | 09E | COUNTY | HUGHES | | |
|---|---|---|---|---|---|---|---|---|---|
| SPOT LOCATION | NW 1/4 | SW 1/4 | SE 1/4 | SE 1/4 | | FEET FROM QUARTER SECTION LINES | | SOUTH 237 | WEST 1805 |

7. Well will be   237   feet from nearest unit or boundary property

8. LEASE NAME   DINGO                                      WELL NUMBER   11-1H
9. NAME OF OPERATOR   CORNERSTONE E&P COMPANY LLC
ADDRESS   5525 N MACARTHUR BLVD                    PHONE   972 573-1648
          SUITE 775
CITY   IRVING                STATE   TX   ZIP CODE   75038

11 Is well located on lands under federal jurisdiction? N

10. SURFACE OWNER   GLENDELL L. AND RAMONA K. CROSS
ADDRESS   4461 NORTH 376 ROAD
CITY   ATWOOD                STATE   OK   ZIP CODE   74827-973

12. Will a water well be drilled? N   Will surface water be used? Y
13. DATE OPERATION TO BEGIN   03/18/2009

14. LIST TARGET FORMATIONS AND DEPTHS OF EACH BELOW (LIMITED TO TEN)

| 1) CANEY : 5225' | 2) MAYES : 5580' |
|---|---|
| 3) WOODFORD : 5765' | 4) |
| 5) | 6) |
| 7) | 8) |
| 9) | 10) |

15. SPACING ORDER NUMBER(S) AND SIZE UNIT(S):   565371  -  640 ACRES
16. PENDING C.D. NO.            17. LOC. EXCEPTION ORDER NO.   566283            18. INCR. DENSITY ORDER NO.

| 19. TOTAL DEPTH | 5350' T | 20. GROUND ELEV. | 853' | 21. BASE OF TREATABLE WATER | 380' | 22. SURFACE CASING | 410' | 23. ALT CASING | N |

24. ALTERNATIVE CASING PROCEDURE, check box and fill in blank (AFFIDAVIT REQUIRED, see line 31)
A. Cement will be circulated from total depth to ground surface on the product casing string.
B. Cement will be circulated from depth to depth by use of a two stage cementing tool.

25.1 PIT INFORMATION: Using more than one pit or mud system?   Y   If yes, fill out line 25.2

PIT #1
A. TYPE OF MUD SYSTEM: WATER
B. EXPECTED MUD CHLORINE CONTENT:   maximum:500ppm;   average:120ppm;
C. TYPE OF PIT SYSTEM: ONSITE   If off-site, specify location:
D. IS DEPTH TO TOP OF GROUND WATER GREATER THAN 10 FT BELOW BASE OF PIT? Y
E. WITHIN 1 MILE OF MUNICIPAL WATER WELL? N   Off-Site Pit No.
F. WELLHEAD PROTECTION AREA? N

26.1 OCC USE ONLY
A. CATEGORY   1A   1B   2   3   4   C
B. PIT LOCATION ___ Alluvial Plain/Terrace Deposit ___ Bedrock Aquifer ___ Other H.S.A. ___ Non H.S.A. ___ Fm
C. Special Area or field rule? _____    D. DEEP SCA? __Y __N  Yield >50 ____    E. CBL Required? __Y __N
F. SOIL or GEOMEMBRANE LINER REQUIRED?   __Y __N   20 mil GEOMEMBRANE LINER REQUIRED?   __Y __N

27 PROPOSED METHOD FOR DISPOSAL OF DRILLING FLUIDS (MUST BE COMPLETED)
X A. Evaporation/dewater and backfilling of reserve pit.
X B. Solidification of pit contents
  C. Annular Injection ____ (REQUIRED PERMIT and surface casing set 200 feet below base of treatable water-bearing formation)
  D. One time land application (REQUIRES PERMIT)   PERMIT NO.
  E. Haul to Commercial pit facility;Specify site:
  F. Haul to Commercial soil farming facility;Specify site:
  G. Haul to recycling/re-use facility;Specify site:
  H. Other, specify:

11 SEC 05N TOWNSHIP 09E RANGE
DINGO LEASE NAME 11-1H #


EXHIBIT
B

25.2 PIT INFORMATION
    A. TYPE OF MUD SYSTEM: OIL
    B. EXPECTED MUD CHLORINE CONTENT:  maximum:600ppm;  average;120ppm;
PIT #2    C. TYPE OF PIT SYSTEM: ONSITE  If off-site, specify location:
    D. IS DEPTH TO TOP OF GROUND WATER GREATER THAN 10 FT BELOW BASE OF PIT? Y
    E. WITHIN 1 MILE OF MUNICIPAL WATER WELL? N    Off-Site Pit No.
    F. WELLHEAD PROTECTION AREA? N

28. Locate Bottom Hole  6280

**28.2 OCC USE ONLY**

A. CATEGORY  1A  1B  2  3  4  C  Fm _____

B. PIT LOCATION ___ Alluvial Plan/Terrace Deposit ___ Bedrock Aquifier ___ Other H.S.A. ___ Non H.S.A.

C. Special Area or field rule? _____ D. DEEP SCA? __Y __N Yield >50 ____ E. CBL Required? __Y __N

F. SOIL or GEOMEMBRANE LINER REQUIRED? __Y __N  20 mill GEOMEMBRANE LINER REQUIRED? __Y __N

| 29. Bottom Hole Location for Directional Hole: | SEC | TWP | RGE | COUNTY | |
|---|---|---|---|---|---|
| SPOT LOCATION | 1/4 1/4 1/4 1/4 | | FEET FROM QUARTER SECTION LINES | SOUTH | WEST |
| Measured Total Depth | | True Vertical Depth | | BHL, from Lease, Unit, or Property Line | |

30. Bottom Hole Location for Horizontal Hole: (DRAINHOLES)

| DRAIN HOLE #1: | SEC 11 | TWP 05N | RGE 09E | COUNTY HUGHES | |
|---|---|---|---|---|---|
| SPOT LOCATION | SW 1/4 NE 1/4 NE 1/4 NE 1/4 | | FEET FROM QUARTER SECTION LINES | SOUTH 2310' | WEST 2310' |
| Depth of Deviation | 4765' | Radius of Turn 900' | Direction 6.2° | | Total Length 4740' |
| Measured Total Depth | 9820' | True Vertical Depth 6350' | End Point location from lease, unit or property line | | 330' |
| DRAIN HOLE #2: | SEC | TWP | RGE | COUNTY | |
| SPOT LOCATION | 1/4 1/4 1/4 1/4 | | FEET FROM QUARTER SECTION LINES | SOUTH | WEST |
| Depth of Deviation | | Radius of Turn | Direction | | Total Length |
| Measured Total Depth | | True Vertical Depth | End Point location from lease, unit or property line | | |

1. If more than two drain holes are proposed, attach separate sheet indicating the necessary information.
2. Direction must be stated in degrees azimuth.
3. Please note the horizonal drainhole and its end point must be located within the legal boundaries of the lease or spacing unit. Directional surveys are required for all drainholes and directional units

**31. AFFIDAVIT FOR ALTERNATIVE CASING PROGRAM**
1. This Well WILL WILL NOT penetrate any known lost circulation zones.
2. During the drilling of this well, withdraws from any water well within 1/4 mile  WILL WILL NOT exceed 50 gallons per minute.
3. The projected depth of this well IS IS NOT less than 100 feet from the top of any enhanced recovery project or gas storage facility.
4. List the following for all water wells within 1/4 mile of this well

| | | | |
|---|---|---|---|
| | | | |
| | | | |

| APPROVED | REJECTED | | APPROVED | REJECTED | |
|---|---|---|---|---|---|
| BND 9-7-09 | | SURETY | | | GEOLOGY |

**CONTACT INFORMATION**

NAME  LEANNA CANNON    PHONE  972 573-1648    EMAIL  LCANNON@CSTONE-EP.COM

E#814
3-24-09

**APPLICATION TO DRILL, RECOMPLETE OR REENTER**
OKLAHOMA CORPORATION COMMISSION
OIL & GAS CONSERVATION DIVISION
P.O. BOX 52000
OKLAHOMA CITY, OK 73152-2000

FEE: NO FEE (AMEND/OTHER)

| 1. OTC/OCC OPERATOR NUMBER | |
|---|---|
| 22227 | 0 |

| 2. API NUMBER |
|---|
| 06324259 |

BATCH NUMBER (OCC USE ONLY)

3. NOTICE OF INTENT TO AMEND    AMEND-REASON   CORRECT SURF OWN #10, TD #19, LAT 1 DATA #30

4. TYPE OF DRILLING OPERATION    A. HORIZONTAL    B. OIL/GAS

5. WELL LOCATION:

| SECTION 11 | TOWNSHIP 05N | RANGE 09E | COUNTY HUGHES | |
|---|---|---|---|---|
| SPOT LOCATION | NW 1/4 SW 1/4 SE 1/4 SE 1/4 | | FEET FROM QUARTER SECTION LINES | SOUTH 237  WEST 1805 |

| 7. Well will be | 237 | feet from nearest unit or boundary property |
|---|---|---|

| 8. LEASE NAME | DINGO | WELL NUMBER | 11-1H |
|---|---|---|---|

| 9. NAME OF OPERATOR | CORNERSTONE E&P COMPANY LLC | | |
|---|---|---|---|
| ADDRESS | 5525 N MACARTHUR BLVD SUITE 775 | PHONE | 972 573-1648 |
| CITY | IRVING | STATE TX | ZIP CODE 75038 |

| 10. SURFACE OWNER | GLENDELL L. AND RAMONA K. CROSS |
|---|---|
| ADDRESS | 4461 NORTH 376 ROAD |
| CITY | ATWOOD   STATE OK   ZIP CODE 74627-973 |

6. LOCATE WELL AND OUTLINE LEASE OR SPACING UNIT IN INK
5280

11 is well located on lands under federal jurisdiction? N

12. Will a water well be drilled? N
Will surface water be used? Y

13. DATE OPERATION TO BEGIN
03/18/2009

14. LIST TARGET FORMATIONS AND DEPTHS OF EACH BELOW (LIMITED TO TEN)

| 1) CANEY : 5225' | 2) MAYES : 5560' |
|---|---|
| 3) WOODFORD : 5765' | 4) |
| 5) | 6) |
| 7) | 8) |
| 9) | 10) |

15. SPACING ORDER NUMBER(S) AND SIZE UNIT(S):    565371 - 840 ACRES

| 16. PENDING C.D. NO. | 17. LOC. EXCEPTION ORDER NO. 566283 | 18. INCR. DENSITY ORDER NO. |
|---|---|---|

| 19. TOTAL DEPTH 5350' T | 20. GROUND ELEV. 853' | 21. BASE OF TREATABLE WATER 360' | 22. SURFACE CASING 410' | 23. ALT CASING N |
|---|---|---|---|---|

24. ALTERNATIVE CASING PROCEDURE, check box and fill in blank (AFFIDAVIT REQUIRED, see line 31)
   A. Cement will be circulated from total depth to ground surface on the product casing string.
   B. Cement will be circulated from depth to depth by use of a two stage cementing tool.

25.1 PIT INFORMATION: Using more than one pit or mud system?    Y    If yes, fill out line 25.2

PIT #1
   A. TYPE OF MUD SYSTEM: WATER
   B. EXPECTED MUD CHLORINE CONTENT:   maximum:500ppm;   average:120ppm;
   C. TYPE OF PIT SYSTEM: ONSITE   If off-site, specify location:
   D. IS DEPTH TO TOP OF GROUND WATER GREATER THAN 10 FT BELOW BASE OF PIT? Y
   E. WITHIN 1 MILE OF MUNICIPAL WATER WELL? N    Off-Site Pit No.
   F. WELLHEAD PROTECTION AREA? N

| 26.1 OCC USE ONLY | A. CATEGORY    1A    1B    2    3    4    C |
|---|---|
| | B. PIT LOCATION ___ Alluvial Plan/Terrace Deposit ___ Bedrock Aquifer ___ Other H.S.A. ___ Non H.S.A. ___ Fm ___ |
| | C. Special Area or field rule? ___    D. DEEP SCA? __Y __N Yield >50 ___    E. CBL Required? __Y __N |
| | F. SOIL or GEOMEMBRANE LINER REQUIRED?    __Y __N   20 mill GEOMEMBRANE LINER REQUIRED?    __Y __N |

27 PROPOSED METHOD FOR DISPOSAL OF DRILLING FLUIDS (MUST BE COMPLETED)
   X A. Evaporation/dewater and backfilling of reserve pit.
   X B. Solidification of pit contents
   C. Annular Injection ---- (REQUIRED PERMIT and surface casing set 200 feet below base of treatable water-bearing formation)
   D. One time land application (REQUIRES PERMIT)   PERMIT NO.
   E. Haul to Commercial pit facility;Specify site:
   F. Haul to Commercial soil farming facility;Specify site:
   G. Haul to recycling/re-use facility;Specify site:
   H. Other, specify:

11 SEC 05N TOWNSHIP 09E RANGE DINGO LEASE NAME 11-1H #

25.2 PIT INFORMATION
A. TYPE OF MUD SYSTEM: OIL
B. EXPECTED MUD CHLORINE CONTENT: maximum:500ppm; average;120ppm;

PIT #2  C. TYPE OF PIT SYSTEM: ONSITE   If off-site, specify location:
D. IS DEPTH TO TOP OF GROUND WATER GREATER THAN 10 FT BELOW BASE OF PIT? Y
E. WITHIN 1 MILE OF MUNICIPAL WATER WELL? N   Off-Site Pit No.
F. WELLHEAD PROTECTION AREA? N

28. Locate Bottom Hole

| 28.2 OCC USE ONLY | A.CATEGORY  1A  1B  2  3  4  C  Fm _____ |
|---|---|
| | B.PIT LOCATION ___ Alluvial Plan/Terrace Deposit ___ Bedrock Aquifier ___ Other H.S.A. ___ Non H.S.A. |
| | C. Special Area or field rule? _____  D. DEEP SCA? __Y __N  Yield >50 ____  E. CBL Required? __Y __N |
| | F.SOIL or GEOMEMBRANE LINER REQUIRED? __Y __N  20 mill GEOMEMBRANE LINER REQUIRED?  __Y __N |

| 29. Bottom Hole Location for Directional Hole: | SEC | TWP | RGE | COUNTY | |
|---|---|---|---|---|---|
| SPOT LOCATION | 1/4  1/4  1/4  1/4 | | FEET FROM QUARTER SECTION LINES | SOUTH | WEST |
| Measured Total Depth | | True Vertical Depth | | BHL, from Lease, Unit, or Property Line | |

30. Bottom Hole Location for Horizontal Hole: (DRAINHOLES)

| DRAIN HOLE #1: | SEC 11 | TWP 05N | RGE 09E | COUNTY HUGHES | |
|---|---|---|---|---|---|
| SPOT LOCATION | SW 1/4  NE 1/4  NE 1/4  NE 1/4 | | FEET FROM QUARTER SECTION LINES | SOUTH 2310' | WEST 2310' |
| Depth of Deviation 4755' | | Radius of Turn 900' | Direction 6.2° | | Total Length 4740' |
| Measured Total Depth 9820' | | True Vertical Depth 6350' | End Point location from lease, unit or property line | 330' | |
| DRAIN HOLE #2: | SEC | TWP | RGE | COUNTY | |
| SPOT LOCATION | 1/4  1/4  1/4  1/4 | | FEET FROM QUARTER SECTION LINES | SOUTH | WEST |
| Depth of Deviation | | Radius of Turn | Direction | | Total Length |
| Measured Total Depth | | True Vertical Depth | End Point location from lease, unit or property line | | |

6280

[grid diagram with values: 2310, 1650, 990, 330, 2310, 1650, 990, 330 on vertical axis; 660, 1320, 1980, 2640, 660, 1320, 1980, 2640 on horizontal axis; K marked; N indicator]

1. If more than two drain holes are proposed, attach separate sheet indicating the necessary information.
2. Direction must be stated in degrees azimuth.
3. Please note the horizonal drainhole and its end point must be located within the legal boundaries of the lease or spacing unit. Directional surveys are required for all drainholes and directional units

31. AFFIDAVIT FOR ALTERNATIVE CASING PROGRAM
1. This Well  WILL  WILL NOT penetrate any known lost circulation zones.
2. During the drilling of this well, withdraws from any water well within 1/4 mile  WILL  WILL NOT exceed 50 gallons per minute.
3. The projected depth of this well  IS  IS NOT less than 100 feet from the top of any enhanced recovery project or gas storage facility.
4. List the following for all water wells within 1/4 mile of this well

| | | | |
|---|---|---|---|
| | | | |
| | | | |

APPROVED   REJECTED         APPROVED   REJECTED
JB  BND 9-7-09  SURETY      _____  _____  GEOLOGY

CONTACT INFORMATION
NAME  LEANNA CANNON      PHONE  972 573-1648      EMAIL  LCANNON@CSTONE-EP.COM