# EXHIBIT "C"

002763

STATE OF OKLAHOMA HUGHES COUNTY, SS
Filed for record
At 3:17 o'clock P M., and recorded in
AUG 17 2009  Line 7
book 1   at page 215
Joquita Walton, County Clerk
Deputy

**AFTER RECORDING RETURN TO:**
DORÉ & ASSOCIATES, ATTORNEYS, P.C.
17171 Park Row, Suite 350
Houston, Texas 77084
281-829-1555
281-829-1579 Fax



Cornerstone - Lizard #19-1H

| THE STATE OF OKLAHOMA | § |
| --- | --- |
|  | § |
| COUNTY OF HUGHES | § |

### AFFIDAVIT SECURING LIEN AGAINST
### OIL, GAS AND MINERAL PROPERTY

1. The undersigned agent of **BJ SERVICES COMPANY, U.S.A.** ("Claimant"), as affiant, being duly sworn, makes oath and states that the facts stated in this Affidavit are within his personal knowledge, are true and correct, and claims a lien for labor performed and materials furnished as a contractor under express contract with the owner, and/or agent of the owner of and on the hereinafter described land and makes this his affidavit claiming such lien. OKLA. STAT. tit. 42 § 144 (2007), et seq.

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim | Date of Unpaid Work |
| --- | --- | --- |
| $43,654.62 | Oilfield Equipment, Rental Tools, Services and Products Invoice No.1491875 | February 20, 2009 |

3. The name of the owner(s) of the oil and gas leasehold interest against which the lien is claimed is:



| | |
|---|---|
| **Cornerstone E & P Company, LP**<br>5525 North MacArthur Boulevard, Suite 775<br>Irving, Texas 75038 | **Nadel & Gussman**<br>15 East 5th Street, Suite 3200<br>Tulsa, Oklahoma 74103 |
| **Ream Interests, Inc.**<br>P.O. Box 787<br>Lewisburg, West Virginia 24901 | **Paragon Ranch, Inc., d/b/a Astroil, Inc.**<br>5445 DTC Parkway, Suite 1020<br>Greenwood Village, Colorado 80111 |
| **Hall Exploration Holding Company**<br>309 West 7th Street, Suite 910<br>Fort Worth, Texas 76102 | **Stover Company**<br>6909 East 97th<br>Tulsa, Oklahoma 74133 |
| **Liberty Energy, LLC**<br>175 Berkeley Street<br>Boston, Massachusetts 02117 | **Somerset Lease Holdings, Inc.**<br>15660 Dallas Parkway, Floor 7<br>Dallas, Texas 75248 |
| **Sinclair Oil & Gas Company**<br>P.O. Box 30825<br>Salt Lake City, Utah 84130 | **Beta Shale, LLC**<br>5420 LBJ Freeway<br>Two Lincoln Centre, Suite 1450<br>Dallas, Texas 75240 |
| **Nowitzki Oil & Gas, LP**<br>301 Commerce Street, Suite 1830<br>Fort Worth, Texas 76102 | **Sedna Energy, Inc., a wholly owned subsidiary of Dernick Resources, Inc.**<br>14340 Torrey Chase Boulevard, Suite 260<br>Houston, Texas 77014 |
| **Sundown Energy, Inc.**<br>13455 Noel Road, Suite 2000<br>Dallas, Texas 75240 | **James A. Rowe**<br>6412 North Santa Fe<br>Oklahoma City, Oklahoma 73116 |
| **Yale Oil Association, Inc.**<br>6 Northeast 63rd Street, Suite 425<br>Oklahoma City, Oklahoma 73105 | |

; and, all other record title interest owners or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced delivery of materials in the property described below, (collectively referred to as "Owner").

4. The name of Claimant is **BJ SERVICES COMPANY, U.S.A.**, whose address is 4601 Westway Park Blvd., Houston, Texas 77041.

5. A description of the oil and gas leasehold interest covering and describing the lands is

described as follows:

>All of that certain tract of land and leasehold situated in Hughes County, Oklahoma, containing approximately <u>640 acres or land</u>, more or less, being all of Section 19, Township 5 North, Range 10 East, Indian Meridian, Hughes County, Oklahoma. Said land contains, including without limitation, the following wellbore known as the **Lizard Well No. 19-1H**, API No. 063-24241, with a surface location in the Southeast quarter (SE/4) of the Southeast quarter (SE/4) of the Southwest Quarter (SW/4) of the Southeast (SE/4) of said Section 19, located 200 feet from the South line and 1,570 feet from the East line of Section 19, Township 5 North, Range 10 East, Indian Meridian, Hughes County, Oklahoma, and with a bottom hole location in the West half (W/2) of the Northeast quarter (NE/4) of the Northwest quarter (NW/4) of the Northeast quarter (NE/4) of said Section 19, located 2,310 feet from the South line and 770 feet from the West line of Section 19, Township 5 North, Range 10 East, Indian Meridian, Hughes County, Oklahoma;

and as additionally described by the land survey plat(s) attached hereto as <u>Exhibit "B"</u>, all of which are incorporated herein by reference, against which this lien is claimed.

6. The true and correct amount claimed by Claimant is **$43,654.62**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto, marked <u>Exhibit "A"</u> and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, and production therefrom, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed,

pipe casing, and all other personal property and upon all equipment pertaining to said well(s), and to all other wells, and upon all lease equipment, rights, pipelines and right-of-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner.

7. Due notice was given by Claimant of said account and lien claim by registered mail, return receipt requested to the mineral property owner described herein, in accordance with applicable law.

Further Affiant Sayeth Not.

(The remainder of this page intentionally left blank)

DATED this 14th day of August 2009.



BJ SERVICES COMPANY, U.S.A.

By: _____
Doug Dunlap, Director-Credit & Collections


THE STATE OF TEXAS        §
                          §
COUNTY OF HARRIS          §

BEFORE ME, the undersigned authority, on this day personally appeared **DOUG DUNLAP**, Director-Credit & Collections for BJ Services Company, U.S.A., known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within his personal knowledge and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office, this the 14th day of August 2009.

By: _____
Notary Public in and for the State of Texas
My Commission expires: 7-6-12

Z:\Docs\CARL\BJServices\CornerstoneE&P\Lizard 19-1HLien .wpd

Central Accounting Duplicate

# BJ Services Company

REMIT TO: P.O. Box 4346-Dept. 393
Houston, TX 77210-4346

| INVOICE NO. | OUR RECEIPT NO. | DATE |
|---|---|---|
| 1491875 SP 00110 | 1001418405 | 02/20/2009 |

| CUSTOMER NO. | COST CENTER | YOUR ORDER NO. |
|---|---|---|
| 20096126 | 1294 | |

Cornerstone Exploration & Prod
5525 N. Macarthur Blvd.
Suite 775
Irving Texas 75038

| SERVICES FROM OUR STATION AT | BJ REPRESENTATIVE | SIGNED FOR YOU BY |
|---|---|---|
| McAlester Operations | Robert Snapp | DON HURLEY |

| FOR SERVICE WELL NAME / LOCATION | COUNTY/PARISH | STATE |
|---|---|---|
| Lizard #19-1H | Hughes | Oklahoma |

| PRODUCT CODE | DESCRIPTION | UNIT OF MEASURE | QUANTITY | LIST PRICE UNIT | GROSS AMOUNT | PERCENT DISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 100022 | Class H Cement | sacks | 65 | | | | 880.88 |
| 100120 | Bentonite | lbs | 1485 | | | | 307.10 |
| 100275 | Sodium Metasilicate | lbs | 97 | | | | 156.64 |
| 100283 | R-3 | lbs | 173 | | | | 250.43 |
| 100295 | Cello Flake | lbs | 151 | | | | 303.63 |
| 100317 | Poz (Fly Ash) | sacks | 35 | | | | 146.30 |
| 100356 | Barite - Sacked | lbs | 180 | | | | 44.35 |
| 100404 | Sodium Chloride | lbs | 281 | | | | 56.87 |
| 398211 | MCS-4 | gals | 1260 | | | | 2,910.60 |
| 398318 | Arkoma Lite II | sacks | 1025 | | | | 15,243.80 |
| 399023 | Diesel (Supplied by Customer) | gals | 840 | | | | 0.00 |
| 411129 | PF-2 | gals | 25 | | | | 1,221.00 |
| 422547 | FL-52A | lbs | 303 | | | | 3,213.01 |
| 488019 | FP-6L | gals | 12 | | | | 493.68 |
| 488137 | Claytreat 3C | gals | 21 | | | | 1,201.20 |
| 488266 | SS-2 | gals | 30 | | | | 1,214.40 |
| 499632 | Granulated Sugar | lbs | 20 | | | | 28.95 |
| 499634 | Kol Seal | lbs | 4800 | | | | 2,238.72 |
| 499680 | Static Free | lbs | 10 | | | | 157.52 |
| 86710-1 | 5-1/2" Top Cem Plug, Nitrile cvr, Phen | ea | 1 | | | | 60.72 |
| A152N | Personnel Surcharge - Cement Svc | ea | 1 | | | | 152.00 |
| M100 | Bulk Materials Service Charge | cu ft | 1491 | | | | 2,578.24 |
| F023A | Cement Pump Casing, 10001 - 11000 ft | 8hrs | 1 | | | | 4,884.00 |
| J050 | Fas-Lok Cement Head | job | 1 | | | | 261.80 |
| J225 | Data Acquisition, Cement, Standard | job | 1 | | | | 677.60 |
| J390 | Mileage, Heavy Vehicle | miles | 90 | | | | 338.58 |
| J391 | Mileage, Auto, Pick-Up or Treating Van | miles | 90 | | | | 191.27 |

EXHIBIT A

PHONE: (713) 462-4239          TERMS: NET 30 DAYS          PAY THIS AMOUNT          BJ Services

J17303

**Central Accounting Duplicate**

# BJ Services Company



REMIT TO: P.O. Box 4346-Dept. 393
Houston, TX 77210-4346

Cornerstone Exploration & Prod
5525 N. Macarthur Blvd.
Suite 775
Irving Texas 75038

| INVOICE NO. | OUR RECEIPT NO. | DATE |
|---|---|---|
| 1491875 SP 00110 | 1001418405 | 02/20/2009 |

| CUSTOMER NO. | COST CENTER | YOUR ORDER NO. |
|---|---|---|
| 20096126 | 1294 | |

| SERVICES FROM OUR STATION AT | BJ REPRESENTATIVE | SIGNED FOR YOU BY |
|---|---|---|
| McAlester Operations | Robert Snapp | DON HURLEY |

| FOR SERVICE WELL NAME / LOCATION | COUNTY/PARISH | STATE |
|---|---|---|
| Lizard #19-1H | Hughes | Oklahoma |

| PRODUCT CODE | DESCRIPTION | UNIT OF MEASURE | QUANTITY | LIST PRICE UNIT | GROSS AMOUNT | PERCENT DISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| J401 | Bulk Delivery, Dry Products | ton-mi | 2368 | | | | 2,969.47 |
| | SUB TOTAL | | | | | | 42,182.76 |
| | Oklahoma State Sales Tax 4.5% | | | | | | 1,471.86 |

PAY THIS AMOUNT → 43,654.62 USD

PHONE: (713) 462-4239    TERMS: NET 30 DAYS

J7303

E# 932
1-9-09  pd ok

# WALK THROUGH

APPLICATION TO DRILL, RECOMPLETE OR REENTER
OKLAHOMA CORPORATION COMMISSION
OIL & GAS CONSERVATION DIVISION
P.O. BOX 52000
OKLAHOMA CITY, OK 73152-2000

| 1. OTC/OCC OPERATOR NUMBER | |
|---|---|
| 22227 | 0 |

2. API NUMBER

BATCH NUMBER (OCC USE ONLY)

FEE: $300.00
(WALKTHROUGH)

3. NOTICE OF INTENT TO   DRILL     AMEND-REASON
4. TYPE OF DRILLING OPERATION     A.  HORIZONTAL     B.  OIL/GAS
5. WELL LOCATION:

6. LOCATE WELL AND OUTLINE LEASE OR SPACING UNIT IN INK
5280

| SECTION | 19 | TOWNSHIP | 05N | RANGE | 10E | COUNTY | HUGHES | | |
|---|---|---|---|---|---|---|---|---|---|
| SPOT LOCATION | SE 1/4 | SE 1/4 | SW 1/4 | SE 1/4 | | FEET FROM QUARTER SECTION LINES | | SOUTH 200 | WEST 1070 |

| 7. Well will be | 200 | feet from nearest unit or boundary property | | |
|---|---|---|---|---|
| 8. LEASE NAME | LIZARD | | WELL NUMBER | 19-1H |
| 9. NAME OF OPERATOR | CORNERSTONE E&P COMPANY, LP | | | |
| ADDRESS | 5525 N MACARTHUR BLVD. SUITE 775 | | PHONE | 972) 573-1657 |
| CITY | IRVING | STATE TX | ZIP CODE | 75038 |
| 10. SURFACE OWNER | Gene and Joyce Lea Turpin Family Trust | | | |
| ADDRESS | 4601 N. 375 Rd. | | | |
| CITY | Atwood | STATE OK | ZIP CODE | 74827 |

11 Is well located on lands under federal jurisdiction? N

12. Will a water well be drilled? N
    Will surface water be used? Y

13. DATE OPERATION TO BEGIN
01/14/2008

14. LIST TARGET FORMATIONS AND DEPTHS OF EACH BELOW (LIMITED TO TEN)

| 1) Jefferson 4726' | 2) Caney 5064' |
| 3) Mayes 5418' | 4) Woodford Shale 5534' |
| 5) Misener 5685' | 6) Hunton 5692' |
| 7) | 8) |
| 9) | 10) |

15. SPACING ORDER NUMBER(S) AND SIZE UNIT(S):   562438 - 640 ACRES)

| 16. PENDING C.D. NO. | 17. LOC. EXCEPTION ORDER NO. 563968 | 18. INCR. DENSITY ORDER NO. |
|---|---|---|

| 19. TOTAL DEPTH 5760' T | 20. GROUND ELEV. 947' | 21. BASE OF TREATABLE WATER 140' | 22. SURFACE CASING 190' | 23. ALT CASING N |

24. ALTERNATIVE CASING PROCEDURE, check box and fill in blank (AFFIDAVIT REQUIRED, see line 31)
A. Cement will be circulated from total depth to ground surface on the product casing string.
B. Cement will be circulated from depth to depth by use of a two stage cementing tool.

25.1 PIT INFORMATION: Using more than one pit or mud system?    Y    If yes, fill out line 25.2

PIT #1
A. TYPE OF MUD SYSTEM: WATER
B. EXPECTED MUD CHLORINE CONTENT:   maximum:500ppm;   average:120ppm;
C. TYPE OF PIT SYSTEM: ONSITE   If off-site, specify location:
D. IS DEPTH TO TOP OF GROUND WATER GREATER THAN 10 FT BELOW BASE OF PIT? Y
E. WITHIN 1 MILE OF MUNICIPAL WATER WELL? Y   Off-Site Pit No.
F. WELLHEAD PROTECTION AREA? N

26.1 OCC USE ONLY
A. CATEGORY   1A   1B   2   3   4   C
B. PIT LOCATION ___ Alluvial Plain/Terrace Deposit ___ Bedrock Aquifer ___ Other H.S.A. ___ Non H.S.A. ___ Fm _____
C. Special Area or field rule?_____   D. DEEP SCA? __Y __N  Yield >50 ____   E. CBL Required? __Y __N
F. SOIL or GEOMEMBRANE LINER REQUIRED?  __Y __N  20 mil GEOMEMBRANE LINER REQUIRED?  __Y __N

27 PROPOSED METHOD FOR DISPOSAL OF DRILLING FLUIDS (MUST BE COMPLETED)
A. Evaporation/dewater and backfilling of reserve pit.
X B. Solidification of pit contents
C. Annular injection _____ (REQUIRED PERMIT and surface casing set 200 feet below base of treatable water-bearing formation)
D. One time land application (REQUIRES PERMIT)   PERMIT NO.
E. Haul to Commercial pit facility;Specify site:
F. Haul to Commercial soil farming facility;Specify site:
G. Haul to recycling/re-use facility;Specify site:
H. Other, specify:

EXHIBIT B

## 25.2 PIT INFORMATION

A. TYPE OF MUD SYSTEM: OIL

B. EXPECTED MUD CHLORINE CONTENT: maximum: 500ppm; average: 120ppm;

PIT #2

C. TYPE OF PIT SYSTEM: ONSITE  If off-site, specify location:

D. IS DEPTH TO TOP OF GROUND WATER GREATER THAN 10 FT BELOW BASE OF PIT? N

E. WITHIN 1 MILE OF MUNICIPAL WATER WELL? N    Off-Site Pit No.

F. WELLHEAD PROTECTION AREA? N

| 26.2 OCC USE ONLY | A. CATEGORY  1A  1B  2  3  4  C  Fm _____ |
|---|---|
| | B. PIT LOCATION ___ Alluvial Plan/Terrace Deposit  ___ Bedrock Aquifier  ___ Other H.S.A.  ___ Non H.S.A. |
| | C. Special Area or field rule? _____  D. DEEP SCA? __Y __N  Yield >50 ___  E. CBL Required? __Y __N |
| | F. SOIL or GEOMEMBRANE LINER REQUIRED? __Y __N  20 mill GEOMEMBRANE LINER REQUIRED? __Y __N |

### 29. Bottom Hole Location for Directional Hole:

| SEC | TWP | RGE | COUNTY |
|---|---|---|---|
| | | | |

| SPOT LOCATION | FEET FROM QUARTER SECTION LINES | SOUTH | WEST |
|---|---|---|---|
| 1/4  1/4  1/4  1/4 | | | |

| Measured Total Depth | True Vertical Depth | BHL, from Lease, Unit, or Property Line |
|---|---|---|
| | | |

### 30. Bottom Hole Location for Horizontal Hole: (DRAINHOLES)

| DRAIN HOLE #1: | SEC 19 | TWP 05N | RGE 10E | COUNTY HUGHES |
|---|---|---|---|---|

| SPOT LOCATION | FEET FROM QUARTER SECTION LINES | SOUTH | WEST |
|---|---|---|---|
| WC 1/4  NE 1/4  NW 1/4  NE 1/4 | | 2310 | 770 |

| Depth of Deviation | Radius of Turn | Direction | Total Length |
|---|---|---|---|
| 5100' | 1050' | 360° | 4750' |

| Measured Total Depth | True Vertical Depth | End Point location from lease, unit or property line |
|---|---|---|
| 10,300' | 5760' | 330' |

| DRAIN HOLE #2: | SEC | TWP | RGE | COUNTY |
|---|---|---|---|---|

| SPOT LOCATION | FEET FROM QUARTER SECTION LINES | SOUTH | WEST |
|---|---|---|---|
| 1/4  1/4  1/4  1/4 | | | |

| Depth of Deviation | Radius of Turn | Direction | Total Length |
|---|---|---|---|

| Measured Total Depth | True Vertical Depth | End Point location from lease, unit or property line |
|---|---|---|

### 28. Locate Bottom Hole

5280



1. If more than two drain holes are proposed, attach separate sheet indicating the necessary information.
2. Direction must be stated in degrees azimuth.
3. Please note the horizontal drainhole and its end point must be located within the legal boundaries of the lease or spacing unit. Directional surveys are required for all drainholes and directional units

### 31. AFFIDAVIT FOR ALTERNATIVE CASING PROGRAM

1. This Well WILL  WILL NOT penetrate any known lost circulation zones.
2. During the drilling of this well, withdrawls from any water well within 1/4 mile  WILL  WILL NOT exceed 50 gallons per minute.
3. The projected depth of this well  IS  IS NOT less than 100 feet from the top of any enhanced recovery project or gas storage facility.
4. List the following for all water wells within 1/4 mile of this well

| | | | |
|---|---|---|---|
| | | | |
| | | | |

| APPROVED | REJECTED | | APPROVED | REJECTED | |
|---|---|---|---|---|---|
| JB BND 9-7-09 | | SURETY | | | GEOLOGY |

### CONTACT INFORMATION

| NAME | Daniele Burris | PHONE | 972) 573-1657 | EMAIL | dburris@cstone-ep.com |
|---|---|---|---|---|---|

[Hughes County, OK County Clerk seal]