# EXHIBIT "D"

**AFTER RECORDING RETURN TO:**
DORÉ & ASSOCIATES, ATTORNEYS, P.C.
17171 Park Row, Suite 350
Houston, Texas 77084
281-829-1555
281-829-1579 Fax

---

Cornerstone - Mays-McElroy #1H

THE STATE OF TEXAS     §
                          §
COUNTY OF HILL         §

## AFFIDAVIT SECURING LIEN AGAINST
## OIL, GAS AND MINERAL PROPERTY

    1. The undersigned agent of **BJ SERVICES COMPANY, U.S.A.** ("Claimant"), as affiant,

being duly sworn, makes oath and claims a lien for labor performed and materials furnished as a

contractor under express contract with the owner, and/or agent of the owner of the hereinafter

described land and makes this his affidavit claiming such lien.

    2. The amount of the lien claimed, the items of the claim and dates of performance are as

follows:

| Amounts Claimed | Items of the Claim | Dates of Unpaid Work |
|---|---|---|
| **$504,025.41** | Oilfield Equipment, Rental Tools, Services and Products<br>Invoice No.1487592<br>Invoice No.1487593<br>Invoice No.1487595<br>Invoice No.1487851<br>Invoice No.1487852<br>Invoice No.1488077<br>Invoice No.1488078<br>Invoice No.1489896 | From<br>February 9, 2009<br>to<br>February 12, 2009 |

3. The name of the owner(s) of the oil and gas leasehold interest against which the lien is claimed is:

**Cornerstone E & P Company, LP**
5525 North MacArthur Boulevard, Suite 775
Irving, Texas 75038

**BMNW Resources, LLC**
4925 Greenville Avenue, Suite 841
Dallas, Texas 75206-4009

**Liberty Energy, LLC**
175 Berkeley Street
Boston, Massachusetts 02116

**Horizontal Royalty, LP**
PO Box 9289
Wichita Falls, Texas 76308

**Watermark Royalty, LLC**
PO Box 9269
Wichita Falls, Texas 76308

**Quadrant Holdings, Ltd.**
100 Crescent Court, Suite 250
Dallas, Texas 75201

**Peter R. Vig**
100 Crescent Court, Suite 250
Dallas, Texas 75201

**Bennett C. Vig, II**
5627 Merrimac
Dallas, Texas 75206

**Dana A. Vig**
3442 ½ Normandy
Dallas, Texas 75205

**Matthew D. Vig**
5926 La Vista
Dallas, Texas 75206

; and, all other record title interest owners or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced delivery of materials in the property described below, (collectively referred to as "Owner").

4. The name of Claimant is **BJ SERVICES COMPANY, U.S.A.**, whose address is 4601 Westway Park Blvd., Houston, Texas 77041.

5. A description of the oil and gas leasehold interest covering and describing the lands is described as follows:

> All that certain tract or parcel of land in Hill County, Texas known as the **"Mays Unit"**, containing approximately, <u>333.7 acres of land</u>, more or less, being more particularly described in that certain Designation of Unit dated November 12, 2008 and filed for record on November 14, 2008 under Clerk's File No. 22613, Volume 1575, Page 60 of the Official Public Records of Hill County, Texas. Said lands include, but are not to be limited by, that certain wellbore known as the **Mays-McElroy Well # 1H**, RRC Permit #675721, API #42-217-30729, being located at a surface location of 483 feet from the Southwest line and 404 feet from the

Southeast line of said unit, and 4,435 feet from the Southwest line and 6,502 feet from the Northwest line of the J. M. McCarter Survey, Abstract 555, Hill County, Texas, and a bottom hole location of 590 feet from the Southwest line and 335 feet from the Northwest line of said unit and 4,570 feet from the Southwest line and 1,820 feet from the Northwest line of the J. M. McCarter Survey, Abstract 555, Hill County, Texas;

and as additionally described by the land survey plat attached hereto as Exhibit "B", and unit designation map attached hereto as Exhibit "C", all of which are incorporated herein by reference, against which this lien is claimed.

6. The true and correct amount claimed by Claimant is **$504,025.41**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto, marked Exhibit "A" and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, and production therefrom, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, pipe casing, and all other personal property and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-of-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner.

7. Due notice was given by Claimant of said account and lien claim by registered mail, return receipt requested to the mineral property owner described herein, in accordance with applicable law.

8. Not more than six (6) months have elapsed since the indebtedness for the performance of such labor and services and/or the furnishing of such materials and supplies has accrued. Further Affiant Sayeth Not.

(The remainder of this page intentionally left blank)

DATED this _14th_ day of July 2009.

BJ SERVICES COMPANY, U.S.A.

By: _____
Doug Dunlap, Director-Credit & Collections

THE STATE OF TEXAS       §
                                  §

COUNTY OF HARRIS       §

     BEFORE ME, the undersigned authority, on this day personally appeared Doug Dunlap, Director-Credit & Collections for BJ Services Company, U.S.A., known to me to be the person whose name is subscribed to the foregoing instrument and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

     SWORN TO AND SUBSCRIBED before me, under my hand and seal of office, this the _14th_ day of July 2009.



_____
Notary Public in and for the State of Texas
My Commission expires: ___7-6-12___

Central Accounting Duplicate

# BJ Services Company



REMIT TO: P.O. Box 4346-Dept. 393
Houston, TX 77210-4346

Cornerstone Exploration & Prod
5525 N. Macarthur Blvd.
Suite 775
Irving Texas 75038

| INVOICE NO. | | OUR RECEIPT NO. | DATE |
|---|---|---|---|
| 1487592 SP 00110 | | 219937582 | 02/09/2009 |
| CUSTOMER NO. | COST CENTER | YOUR ORDER NO. | |
| 20096126 | 1504 | | |

| SERVICES FROM OUR STATION AT | BJ REPRESENTATIVE | SIGNED FOR YOU BY |
|---|---|---|
| Mineral Wells Operations | Barron K Wesley | Chuck Kelly |
| FOR SERVICE WELL NAME / LOCATION | COUNTY/PARISH | STATE |
| Mays 1H Stg 1 | Hill | Texas |

| PRODUCT CODE | DESCRIPTION | QUANTITY | UNIT OF MEASURE | LIST PRICE/UNIT | GROSS AMOUNT | PERCENT DISC. | NET AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 100009 | Sand, White, 40/70 | 520 | cwt | 35.200 | 18,304.00 | 78% | 4,026.88 | |
| 100091 | Ferrotrol 300L | 10 | gals | 35.200 | 352.00 | 78% | 77.44 | |
| 100122 | Sand, White, 100 mesh | 670 | cwt | 24.840 | 16,642.80 | 78% | 3,661.42 | |
| 100472 | NE-940 | 1 | gals | 87.250 | 87.25 | 78% | 19.20 | |
| 398166 | HCl, 20.1 - 28% | 1000 | gals | 5.850 | 5,850.00 | 78% | 1,287.00 | |
| 488220 | CI-27 | 1 | gals | 108.000 | 108.00 | 78% | 23.76 | |
| 488247 | BioSealers | 40 | ea | 14.900 | 596.00 | 78% | 131.12 | |
| 488355 | FRW-15A | 270 | gals | 74.250 | 20,047.50 | 78% | 4,410.45 | |
| A153 | Personnel Surcharge - Frac >5000 | 1 | ea | 2,180.000 | 2,180.00 | 0% | 2,180.00 | |
| F306C | Comp. Sand Proportioning, 51-60 bpm | 1 | 2hrs | 8,475.000 | 8,475.00 | 78% | 1,864.50 | |
| F326C | Comp. Sand Proportioning, 51-60 bpm | 2 | hrs | 2,140.000 | 4,280.00 | 78% | 941.60 | # |
| J236 | Reserve blender, computerized | 4 | hrs | 1,015.000 | 4,060.00 | 78% | 893.20 | # |
| K988 | Technical field rep., 1st 8 hours | 1 | 8hrs | 1,050.000 | 1,050.00 | 78% | 231.00 | # |
| F203A | Frac HHP, 6001-7000 psi | 8538 | 2hrs | 15.650 | 133,619.70 | 78% | 29,396.33 | # |
| F223A | Frac HHP, 6001-7000 psi | 4269 | hrs | 5.500 | 23,479.50 | 78% | 5,165.49 | # |
| F350 | Pump Down Plug/Perforating Gun, Init. | 1 | 4hrs | 6,020.000 | 6,020.00 | 78% | 1,324.40 | # |
| J055 | Chemical Additive Unit | 1 | job | 1,750.000 | 1,750.00 | 78% | 385.00 | # |
| J126 | Reserve HHP, per HHP per hour | 3093 | hrs | 1.170 | 3,618.81 | 83% | 615.20 | # |
| J229 | Data Acquisition, Frac/Acid-Enhanced | 1 | job | 6,450.000 | 6,450.00 | 78% | 1,419.00 | # |
| J309 | Sand Conveyor, Dual Feed | 1 | job | 3,625.000 | 3,625.00 | 78% | 797.50 | # |
| J310 | Sand King, less than 300,000 lb | 4 | day | 1,940.000 | 7,760.00 | 78% | 1,707.20 | # |
| J326 | Trailer Manifold, Frac, Init hrs | 2 | 2hrs | 6,400.000 | 6,400.00 | 78% | 1,408.00 | # |
| J328 | Trailer Manifold, Frac, After init Hrs | 2 | hrs | 172.500 | 345.00 | 78% | 75.90 | # |
| J334 | Backup Hydraulic Unit | 1 | job | 980.000 | 980.00 | 78% | 215.60 | # |
| J390 | Mileage, Heavy Vehicle | 2850 | miles | 7.400 | 21,090.00 | 78% | 4,639.80 | |
| J391 | Mileage, Auto, Pick-Up or Treating Van | 450 | miles | 4.200 | 1,890.00 | 78% | 415.80 | |
| J340 | Bulk Delivery,Trans.,Over 3000 gals | 1 | hrs | 166.000 | 664.00 | 78% | 146.08 | |

PAY THIS AMOUNT

BJ Services

EXHIBIT
A

PHONE: (713) 462-4239          TERMS:   NET 30 DAYS



Central Accounting Duplicate

# BJ Services Company

REMIT TO: P.O. Box 4346-Dept. 393
Houston, TX 77210-4346

| INVOICE NO. | OUR RECEIPT NO. | DATE |
|---|---|---|
| 1487592 SP 00110 | 219937582 | 02/09/2009 |
| CUSTOMER NO. | COST CENTER | YOUR ORDER NO. |
| 20096126 | 1504 | |

Cornerstone Exploration & Prod
5525 N. Macarthur Blvd.
Suite 775
Irving Texas 75038

| SERVICES FROM OUR STATION AT | BJ REPRESENTATIVE | SIGNED FOR YOU BY |
|---|---|---|
| Mineral Wells Operations | Barron K Wesley | Chuck Kelly |
| FOR SERVICE WELL NAME / LOCATION | COUNTY/PARISH | STATE |
| Mays 1H  Stg 1 | Hill | Texas |

| PRODUCT CODE | DESCRIPTION | UNIT OF MEASURE | QUANTITY | LIST PRICE UNIT | GROSS AMOUNT | PERCENT DISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| J401 | Bulk Delivery, Dry Products | ton-mi | 13200 | 2.470 | 32,604.00 | 78% | 7,172.88 |
| | SUB TOTAL | | | | 332,328.56 | | 74,631.75 |
| | TX Well Service Tax 2.42% | | | | | | 1,071.32 |
| | AFE - D08TX042 | | | | | | |
| | STAGE # 1 | | | | | | |

| | PAY THIS AMOUNT | USD | 75,703.07 |
|---|---|---|---|

PHONE: (713) 462-4239          TERMS: NET 30 DAYS

J47300

Central Accounting Duplicate

# BJ Services Company

**REMIT TO:** P.O. Box 4346-Dept. 393
Houston, TX 77210-4346

| INVOICE NO. | OUR RECEIPT NO. | DATE |
|---|---|---|
| 1487593 SP 00110 | 219937583 | 02/10/2009 |

| CUSTOMER NO. | COST CENTER | YOUR ORDER NO. |
|---|---|---|
| 20096126 | 1504 | |

Cornerstone Exploration & Prod
5525 N. Macarthur Blvd.
Suite 775
Irving Texas 75038

| SERVICES FROM OUR STATION AT | | BJ REPRESENTATIVE | SIGNED FOR YOU BY: |
|---|---|---|---|
| Mineral Wells Operations | | Barron K Wesley | CHUCK KELLY |
| FOR SERVICE WELL/NAME / LOCATION | | COUNTY/PARISH | STATE |
| Mays 1H  Stg 2 | | Hill | Texas |

| PRODUCT CODE | DESCRIPTION | UNIT OF MEASURE | QUANTITY | LIST PRICE/UNIT | GROSS AMOUNT | PERCENT DISC. | NET AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 10009 | Sand, White, 40/70 | cwt | 620 | 35.200 | 21,824.00 | 78% | 4,801.28 | |
| 100091 | Ferrotrol 300L | gals | 10 | 35.200 | 352.00 | 78% | 77.44 | |
| 100122 | Sand, White, 100 mesh | cwt | 260 | 24.840 | 6,458.40 | 78% | 1,420.85 | |
| 100472 | NE-940 | gals | 1 | 87.250 | 87.25 | 78% | 19.20 | |
| 398166 | HCl,  20.1 - 28% | gals | 1000 | 5.850 | 5,850.00 | 78% | 1,287.00 | |
| 488220 | CI-27 | gals | 1 | 108.000 | 108.00 | 78% | 23.76 | |
| 488247 | BioSealers | ea | 40 | 14.900 | 596.00 | 78% | 131.12 | |
| 488355 | FRW-15A | gals | 265 | 74.250 | 19,676.25 | 78% | 4,328.78 | |
| A153 | Personnel Surcharge - Frac >5000 | ea | 1 | 2,180.000 | 2,180.00 | 0% | 2,180.00 | |
| F325C | Comp. Sand Proportioning, 41-50 bpm | hrs | 3 | 1,965.000 | 5,895.00 | 78% | 1,296.90 | # |
| J236 | Reserve blender, computerized | hrs | 3 | 1,015.000 | 3,045.00 | 78% | 669.90 | # |
| F223A | Frac HHP, 6001- 7000 psi | hrs | 17150 | 5.500 | 94,325.00 | 83% | 16,035.25 | # |
| F350 | Pump Down Plug/Perforating Gun, Int. | 4hrs | 1 | 6,020.000 | 6,020.00 | 78% | 1,324.40 | |
| J055 | Chemical Additive Unit | hrs | 1 | 1,750.000 | 1,750.00 | 78% | 385.00 | # |
| J126 | Reserve HHP, per HHP per hour | hrs | 9651 | 1.170 | 11,291.67 | 83% | 1,919.58 | # |
| J229 | Data Acquisition, Frac/Acid-Enhanced | job | 1 | 6,450.000 | 6,450.00 | 78% | 1,419.00 | # |
| J309 | Sand Conveyor, Dual Feed | job | 1 | 3,625.000 | 3,625.00 | 78% | 797.50 | # |
| J328 | Trailer Manifold, Frac, After Init Hrs | hrs | 3 | 172.500 | 517.50 | 78% | 113.85 | # |
| J334 | Backup Hydraulic Unit | job | 1 | 980.000 | 980.00 | 78% | 215.60 | # |
| J460A | Proppant Conc Charge/1.1-4.0 lbs | gals | 160000 | 0.140 | 22,400.00 | 78% | 4,928.00 | # |
| J340 | Bulk Delivery,Trans.,Over 3000 gals | hrs | 3 | 166.000 | 498.00 | 78% | 109.56 | # |
| J401 | Bulk Delivery, Dry Products | ton-mi | 13200 | 2.470 | 32,604.00 | 78% | 7,172.88 | |
| | SUB TOTAL | | | | 246,533.07 | | 50,656.85 | |
| | | | | | | | | |
| | TX Well Service Tax 2.42% | | | | | | 625.64 | |
| | AFE : D08TX042 | | | | | | | |

PAY THIS AMOUNT

BJ Services

**PHONE:** (713) 462-4239        **TERMS:**  NET 30 DAYS

A7900

Central Accounting Duplicate

# BJ Services Company

**B J**

REMIT TO: P.O. Box 4346-Dept. 393
Houston, TX 77210-4346

Cornerstone Exploration & Prod
5525 N. Macarthur Blvd.
Suite 775
Irving Texas 75038

| INVOICE NO. | OUR RECEIPT NO. | DATE |
|---|---|---|
| 1487593 SP 00110 | 219937583 | 02/10/2009 |

| CUSTOMER NO. | COST CENTER | YOUR ORDER NO. |
|---|---|---|
| 20096126 | 1504 | |

SERVICES FROM OUR STATION AT:
Mineral Wells Operations

| | BJ REPRESENTATIVE | SIGNED FOR YOU BY |
|---|---|---|
| | Barron K Wesley | CHUCK KELLY |

FOR SERVICE WELL NAME / LOCATION
Mays 1H  Stg 2

| COUNTY/PARISH | STATE |
|---|---|
| Hill | Texas |

| PRODUCT CODE | DESCRIPTION | UNIT OF MEASURE | QUANTITY | LIST PRICE UNIT | GROSS AMOUNT | PERCENT DISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| | STAGE # 2 | | | | | | |

PHONE: (713) 462-4239

TERMS:  NET 30 DAYS

PAY THIS AMOUNT                  51,282.69  USD

Central Accounting Duplicate

# BJ Services Company

REMIT TO: P.O. Box 4346-Dept. 393
Houston, TX 77210-4346

| | |
|---|---|
| INVOICE NO: 1487595 SP 00110 | OUR RECEIPT NO: 219937584 | DATE: 02/10/2009 |
| CUSTOMER NO: 20096126 | COST CENTER: 1504 | YOUR ORDER NO: |

Cornerstone Exploration & Prod
5525 N. Macarthur Blvd.
Suite 775
Irving Texas 75038

| SERVICES FROM OUR STATION AT: Mineral Wells Operations | BJ REPRESENTATIVE: ROBERT L POE | SIGNED FOR YOU BY: CHUCK KELLY |
|---|---|---|
| FOR SERVICE WELL NAME / LOCATION: Mays 1H Stg 3 | COUNTY/PARISH: Hill | STATE: Texas |

| PRODUCT CODE | DESCRIPTION | UNIT OF MEASURE | QUANTITY | LIST PRICE/UNIT | GROSS AMOUNT | PERCENT DISC. | NET AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 100009 | Sand, White, 40/70 | cwt | 850 | 35.200 | 29,920.00 | 78% | 6,582.40 | |
| 100091 | Ferrofrol 300L | gals | 15 | 35.200 | 528.00 | 78% | 116.16 | |
| 100122 | Sand, White, 100 mesh | cwt | 1030 | 24.840 | 25,585.20 | 78% | 5,628.74 | |
| 100472 | NE-940 | gals | 2 | 87.250 | 174.50 | 78% | 38.39 | |
| 398166 | HCl, 20.1 - 28% | gals | 1500 | 5.850 | 8,775.00 | 78% | 1,930.50 | |
| 488220 | CI-27 | gals | 4 | 108.000 | 432.00 | 78% | 95.04 | |
| 488247 | BioSealers | ea | 30 | 14.900 | 447.00 | 78% | 98.34 | |
| 488355 | FRW-15A | gals | 300 | 74.250 | 22,275.00 | 78% | 4,900.50 | |
| A153 | Personnel Surcharge - Frac >5000 | ea | 1 | 2,180.000 | 2,180.00 | 0% | 2,180.00 | |
| F306C | Comp. Sand Proportioning, 51-60 bpm | 2hrs | 1 | 8,475.000 | 8,475.00 | 78% | 1,864.50 | # |
| F326C | Comp. Sand Proportioning, 51-60 bpm | hrs | 2 | 2,140.000 | 4,280.00 | 78% | 941.60 | # |
| J236 | Reserve blender, computerized | hrs | 4 | 1,015.000 | 4,060.00 | 78% | 893.20 | # |
| K988 | Technical field rep, 1st 8 hours | 8hrs | 1 | 1,050.000 | 1,050.00 | 78% | 231.00 | |
| F202A | Frac HHP, 5001- 6000 psi | 2hrs | 8499 | 13.700 | 116,436.30 | 83% | 19,794.17 | # |
| F222A | Frac HHP, 5001- 6000 psi | hrs | 4250 | 4.770 | 20,272.50 | 83% | 3,446.33 | # |
| F350 | Pump Down Plug/Perforating Gun, Init. | 4hrs | 1 | 6,020.000 | 6,020.00 | 78% | 1,324.40 | |
| J055 | Chemical Additive Unit | job | 1 | 1,750.000 | 1,750.00 | 78% | 385.00 | # |
| J126 | Reserve HHP, per HHP per hour | hrs | 2841 | 1.170 | 3,323.97 | 83% | 565.07 | |
| J229 | Data Acquisition, Frac/Acid-Enhanced | job | 1 | 6,450.000 | 6,450.00 | 78% | 1,419.00 | # |
| J307 | Sand King, After Init. | day | 4 | 595.000 | 2,380.00 | 78% | 523.60 | # |
| J309 | Sand Conveyor, Dual Feed | job | 1 | 3,625.000 | 3,625.00 | 78% | 797.50 | # |
| J326 | Trailer Manifold, Frac, Init hrs | 2hrs | 1 | 6,400.000 | 6,400.00 | 78% | 1,408.00 | # |
| J328 | Trailer Manifold, Frac, After Init Hrs | hrs | 2 | 172.500 | 345.00 | 78% | 75.90 | # |
| J334 | Backup Hydraulic Unit | job | 1 | 980.000 | 980.00 | 78% | 215.60 | # |
| J391 | Mileage, Auto, Pick-Up or Treating Van | miles | 450 | 4.200 | 1,890.00 | 78% | 415.80 | |
| J460A | Proppant Conc Charge/1.1-4.0 lbs | gals | 160000 | 0.140 | 22,400.00 | 78% | 4,928.00 | # |
| J340 | Bulk Delivery, Trans., Over 3000 gals | hrs | 4 | 166.000 | 664.00 | 78% | 146.08 | |

PAY THIS AMOUNT →

PHONE: (713) 462-4239          TERMS: NET 30 DAYS

BJ Services

A7000

Central Accounting Duplicate

# BJ Services Company

REMIT TO: P.O. Box 4346-Dept. 393
Houston, TX 77210-4346

Cornerstone Exploration & Prod
5525 N. Macarthur Blvd.
Suite 775
Irving Texas 75038

| INVOICE NO. | OUR RECEIPT NO. | DATE |
|---|---|---|
| 1487595 SP 00110 | 219937584 | 02/10/2009 |
| CUSTOMER NO. | COST CENTER | YOUR ORDER NO. |
| 20096126 | 1504 | |

| SERVICES FROM OUR STATION AT: | BJ REPRESENTATIVE | SIGNED FOR YOU BY: |
|---|---|---|
| Mineral Wells Operations | ROBERT L POE | CHUCK KELLY |
| FOR SERVICE WELL NAME / LOCATION | COUNTY/PARISH | STATE |
| Mays 1H Stg 3 | Hill | Texas |

| PRODUCT CODE | DESCRIPTION | UNIT OF MEASURE | QUANTITY | LIST PRICE UNIT | GROSS AMOUNT | PERCENT DISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| J401 | Bulk Delivery, Dry Products | ton-mi | 13200 | 2.470 | 32,604.00 | 78% | 7,172.88 |
| | SUB TOTAL | | | | 333,722.47 | | 68,117.70 |
| | TX Well Service Tax 2.42% | | | | | | 887.95 |
| | AFE - D08TX042 | | | | | | |
| | STAGE # 3 | | | | | | |

PAY THIS AMOUNT ➡ USD 69,005.65

PHONE: (713) 462-4239          TERMS:   NET 30 DAYS

Central Accounting Duplicate

# BJ Services Company

REMIT TO: P.O. Box 4346-Dept. 393
Houston, TX 77210-4346

| INVOICE NO. | 1487851 SP 00110 | OUR RECEIPT NO. | 21993 7586 | DATE: 02/11/2009 |
| CUSTOMER NO. | COST CENTER | YOUR ORDER NO. | | |
| 20096126 | 1504 | | | |

Cornerstone Exploration & Prod
5525 N. Macarthur Blvd.
Suite 775
Irving Texas 75038

SERVICES FROM OUR STATION AT: Mineral Wells Operations
FOR SERVICE WELL NAME / LOCATION: Mays 1H  stage 5

BJ REPRESENTATIVE: ROBERT L POE
COUNTY/PARISH: Hill
SIGNED FOR YOU BY: CHUCK KELLY
STATE: Texas

| PRODUCT CODE | DESCRIPTION | UNIT OF MEASURE | QUANTITY | LIST PRICE/UNIT | GROSS AMOUNT | PERCENT DISC. | NET AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 100009 | Sand, White, 40/70 | cwt | 1760 | 35.200 | 61,952.00 | 78% | 13,629.44 | |
| 100091 | Ferrotrol 300L | gals | 10 | 35.200 | 352.00 | 78% | 77.44 | |
| 100122 | Sand, White, 100 mesh | cwt | 1760 | 24.840 | 43,718.40 | 78% | 9,618.05 | |
| 100472 | NE-940 | gals | 2 | 87.250 | 174.50 | 78% | 38.39 | |
| 398166 | HCl,  20.1 - 28% | gals | 1500 | 5.850 | 8,775.00 | 78% | 1,930.50 | |
| 488220 | CI-27 | gals | 3 | 108.000 | 324.00 | 78% | 71.28 | |
| 488247 | BioSealers | ea | 30 | 14.900 | 447.00 | 78% | 98.34 | |
| 488355 | FRW-15A | gals | 323 | 74.250 | 23,982.75 | 78% | 5,276.21 | |
| A153 | Personnel Surcharge - Frac >5000 | ea | 1 | 2,180.000 | 2,180.00 | 0% | 2,180.00 | |
| F326C | Comp. Sand Proportioning, 51-60 bpm | hrs | 3 | 2,140.000 | 6,420.00 | 78% | 1,412.40 | |
| J236 | Reserve blender, computerized | hrs | 3 | 1,015.000 | 3,045.00 | 78% | 669.90 | # |
| F222A | Frac HHP, 5001- 6000 psi | hrs | 22146 | 4.770 | 105,636.42 | 83% | 17,958.19 | # |
| F350 | Pump Down Plug/Perforating Gun, Init. | 4hrs | 1 | 6,020.000 | 6,020.00 | 78% | 1,324.40 | # |
| J055 | Chemical Additive Unit | job | 1 | 1,750.000 | 1,750.00 | 78% | 385.00 | # |
| J126 | Reserve HHP, per HHP per hour | hrs | 3636 | 1.170 | 4,254.12 | 83% | 723.20 | |
| J229 | Data Acquisition, Frac/Acid-Enhanced | job | 1 | 6,450.000 | 6,450.00 | 78% | 1,419.00 | # |
| J309 | Sand Conveyor, Dual Feed | job | 1 | 3,625.000 | 3,625.00 | 78% | 797.50 | # |
| J328 | Trailer Manifold, Frac, After Init Hrs | hrs | 3 | 172.500 | 517.50 | 78% | 113.85 | # |
| J334 | Backup Hydraulic Unit | job | 1 | 980.000 | 980.00 | 78% | 215.60 | # |
| J460A | Proppant Conc Charge/1 1.4-0 lbs | gals | 160000 | 0.140 | 22,400.00 | 78% | 4,928.00 | # |
| J340 | Bulk Delivery, Trans, Over 3000 gals | hrs | 3 | 166.000 | 498.00 | 78% | 109.56 | # |
| J401 | Bulk Delivery, Dry Products | ton-mi | 13200 | 2.470 | 32,604.00 | 78% | 7,172.88 | |
| | SUB TOTAL | | | | 336,105.69 | | 70,149.13 | |
| | TX Well Service Tax 2.42% | | | | | | 675.17 | |
| | STAGE # 5 | | | | | | | |

PHONE: (713) 462-4239      TERMS:  NET 30 DAYS

PAY THIS AMOUNT      USD      70,824.30

BJ Services

Central Accounting Duplicate

# BJ Services Company

REMIT TO: P.O. Box 4346-Dept. 393
Houston, TX 77210-4346

Cornerstone Exploration & Prod
5525 N. Macarthur Blvd.
Suite 775
Irving Texas 75038

| | | |
|---|---|---|
| INVOICE NO. 1487852 SP 00110 | OUR RECEIPT NO. 21993758S | DATE 02/11/2009 |
| CUSTOMER NO. 20096126 | COST CENTER 1504 | YOUR ORDER NO. |

SERVICES FROM OUR STATION AT: Mineral Wells Operations

BJ REPRESENTATIVE: Barron K Wesley

SIGNED FOR YOU BY: CHUCK KELLY

FOR SERVICE WELL NAME / LOCATION: Mays 1H  Stg 4

COUNTY/PARISH: Hill

STATE: Texas

| PRODUCT CODE | DESCRIPTION | UNIT OF MEASURE | QUANTITY | LIST PRICE/UNIT | GROSS AMOUNT | PERCENT DISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 100009 | Sand, White, 40/70 | cwt | 1407 | 35.200 | 49,526.40 | 78% | 10,895.81 |
| 100091 | Ferrofrol 300L | gals | 30 | 35.200 | 1,056.00 | 78% | 232.32 |
| 100122 | Sand, White, 100 mesh | cwt | 1760 | 24.840 | 43,718.40 | 78% | 9,618.05 |
| 100472 | NE-940 | gals | 2 | 87.250 | 174.50 | 78% | 38.39 |
| 398166 | HCl, 20.1 - 28% | gals | 1500 | 5.850 | 8,775.00 | 78% | 1,930.50 |
| 488220 | CI-27 | gals | 3 | 108.000 | 324.00 | 78% | 71.28 |
| 488247 | BioSealers | ea | 30 | 14.900 | 447.00 | 78% | 98.34 |
| 488355 | FRW-15A | gals | 263 | 74.250 | 19,527.75 | 78% | 4,296.11 |
| A153 | Personnel Surcharge - Frac >5000 | ea | 1 | 2,180.000 | 2,180.00 | 0% | 2,180.00 |
| F306C | Comp. Sand Proportioning, 51-60 bpm | 2hrs | 1 | 8,475.000 | 8,475.00 | 78% | 1,864.50 # |
| F326C | Comp. Sand Proportioning, 51-60 bpm | hrs | 2 | 2,140.000 | 4,280.00 | 78% | 941.60 # |
| J236 | Reserve blender, computerized | hrs | 4 | 1,015.000 | 4,060.00 | 78% | 893.20 # |
| K988 | Technical field rep., 1st 8 hours | 8hrs | 1 | 1,050.000 | 1,050.00 | 78% | 231.00 |
| F202A | Frac HHP, 5001- 6000 psi | hrs | 8116 | 13.700 | 111,189.20 | 83% | 18,902.16 # |
| F222A | Frac HHP, 5001- 6000 psi | hrs | 8116 | 4.770 | 38,713.32 | 83% | 6,581.26 # |
| F350 | Pump Down Plug/Perforating Gun, Int. | 4hrs | 1 | 6,020.000 | 6,020.00 | 78% | 1,324.40 # |
| J055 | Chemical Additive Unit | Job | 1 | 1,750.000 | 1,750.00 | 78% | 385.00 # |
| J126 | Reserve HHP, per HHP per hour | hrs | 3080 | 1.170 | 3,603.60 | 83% | 612.61 |
| J229 | Data Acquisition, Frac/Acid-Enhanced | job | 1 | 6,450.000 | 6,450.00 | 78% | 1,419.00 # |
| J307 | Sand King, After Init. | day | 4 | 595.000 | 2,380.00 | 78% | 523.60 # |
| J309 | Sand Conveyor, Dual Feed | job | 1 | 3,625.000 | 3,625.00 | 78% | 797.50 # |
| J326 | Trailer Manifold, Frac, Init hrs | 2hrs | 1 | 6,400.000 | 6,400.00 | 78% | 1,408.00 # |
| J328 | Trailer Manifold, Frac, After Init Hrs | hrs | 2 | 172.500 | 345.00 | 78% | 75.90 # |
| J334 | Backup Hydraulic Unit | Job | 1 | 980.000 | 980.00 | 78% | 215.60 # |
| J391 | Mileage, Auto, Pick-Up or Treating Van | miles | 450 | 4.200 | 1,890.00 | 78% | 415.80 # |
| J460A | Proppant Conc. Charge/1.1-4.0 lbs | gals | 160000 | 0.140 | 22,400.00 | 78% | 4,928.00 # |
| J340 | Bulk Delivery, Trans., Over 3000 gals | hrs | 4 | 166.000 | 664.00 | 78% | 146.08 # |

TERMS:   NET 30 DAYS

PAY THIS AMOUNT

BJ Services

PHONE:  (713) 462-4239

# BJ Services Company

**REMIT TO:** P.O. Box 4346-Dept. 393
Houston, TX 77210-4346

Cornerstone Exploration & Prod
5525 N. Macarthur Blvd.
Suite 775
Irving Texas 76038

| INVOICE NO. | OUR RECEIPT NO. | DATE |
|---|---|---|
| 148'852 SP 00110 | 219937585 | 02/11/2009 |

| CUSTOMER NO. | COST CENTER | YOUR ORDER NO. |
|---|---|---|
| 20096126 | 1504 | |

**SERVICES FROM OUR STATION AT:**

| | BJ REPRESENTATIVE | SIGNED FOR YOU BY |
|---|---|---|
| Mineral Wells Operations | Barron K Wesley | CHUCK KELLY |

**FOR SERVICE WELL NAME / LOCATION**

| | COUNTY/PARISH | STATE |
|---|---|---|
| Mays 1H Stg 4 | Hill | Texas |

| PRODUCT CODE | DESCRIPTION | UNIT OF MEASURE | QUANTITY | LIST PRICE UNIT | GROSS AMOUNT | PERCENT DISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| J401 | Bulk Delivery, Dry Products | ton-mi | 13200 | 2.470 | 32,604.00 | 78% | 7,172.88 |
| | SUB TOTAL | | | | 382,608.17 | | 78,198.89 |
| | TX Well Service Tax 2.42% | | | | | | 942.23 |
| | STAGE # 4 | | | | | | |

PAY THIS AMOUNT → USD 79,141.12

**PHONE: (713) 462-4239**

**TERMS: NET 30 DAYS**

Central Accounting Duplicate

# BJ Services Company

REMIT TO: P.O. Box 4346-Dept. 393
Houston, TX 77210-4346

Cornerstone Exploration & Prod
5525 N. Macarthur Blvd.
Suite 775
Irving Texas 76038

| INVOICE NO. | OUR RECEIPT NO. | DATE |
|---|---|---|
| 1488077 SP 00110 | 219937588 | 02/12/2009 |

| CUSTOMER NO. | COST CENTER | YOUR ORDER NO. |
|---|---|---|
| 20096126 | 1504 | |

| SERVICES FROM OUR STATION AT | BJ REPRESENTATIVE | SIGNED FOR YOU BY |
|---|---|---|
| Mineral Wells Operations | ROBERT L POE | CHUCK KELLY |

| FOR SERVICE WELL NAME / LOCATION | COUNTY/PARISH | STATE |
|---|---|---|
| Mays 1H   STG 7 | Hill | Texas |

| PRODUCT CODE | DESCRIPTION | UNIT OF MEASURE | QUANTITY | LIST PRICE/UNIT | GROSS AMOUNT | PERCENT DISC. | NET AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 100009 | Sand, White, 40/70 | cwt | 1760 | 35.200 | 61,952.00 | 78% | 13,629.44 | |
| 100091 | Ferrotrol 300L | gals | 20 | 35.200 | 704.00 | 78% | 154.88 | |
| 100122 | Sand, White, 100 mesh | cwt | 1760 | 24.840 | 43,718.40 | 78% | 9,618.05 | |
| 100472 | NE-940 | gals | 2 | 87.250 | 174.50 | 78% | 38.39 | |
| 398166 | HCl, 20.1 - 28% | gals | 1500 | 5.850 | 8,775.00 | 78% | 1,930.50 | |
| 488220 | CI-27 | gals | 4 | 108.000 | 432.00 | 78% | 95.04 | |
| 488247 | BioSealers | ea | 30 | 14.900 | 447.00 | 78% | 98.34 | |
| 488355 | FRW-15A | gals | 253 | 74.250 | 18,785.25 | 78% | 4,132.76 | |
| A153 | Personnel Surcharge - Frac >5000 | ea | 1 | 2,180.000 | 2,180.00 | 0% | 2,180.00 | |
| F326C | Comp. Sand Proportioning, 51-60 bpm | hrs | 3 | 2,140.000 | 6,420.00 | 78% | 1,412.40 | |
| J236 | Reserve blender, computerized | hrs | 3 | 1,015.000 | 3,045.00 | 78% | 669.90 | |
| F221A | Frac HHP,  0-5000 psi | hrs | 20952 | 4.110 | 86,112.72 | 83% | 14,639.16 | # |
| J055 | Chemical Additive Unit | job | 1 | 1,750.000 | 1,750.00 | 78% | 385.00 | # |
| J126 | Reserve HHP, per HHP per hour | hrs | 3872 | 1.170 | 4,530.24 | 83% | 770.14 | # |
| J229 | Data Acquisition, Frac/Acid-Enhanced | job | 1 | 6,450.000 | 6,450.00 | 78% | 1,419.00 | # |
| J309 | Sand Conveyor, Dual Feed | job | 1 | 3,625.000 | 3,625.00 | 78% | 797.50 | # |
| J328 | Trailer Manifold, Frac, After Init Hrs | hrs | 3 | 172.500 | 517.50 | 78% | 113.85 | # |
| J334 | Backup Hydraulic Unit | job | 1 | 980.000 | 980.00 | 78% | 215.60 | # |
| J460A | Proppant Conc Charge/1.1-4.0 lbs | gals | 160000 | 0.140 | 22,400.00 | 78% | 4,928.00 | # |
| J340 | Bulk Delivery,Trans.,Over 3000 gals | hrs | 3 | 166.000 | 498.00 | 78% | 109.56 | |
| J401 | Bulk Delivery, Dry Products | ton-mi | 13200 | 2.470 | 32,604.00 | 78% | 7,172.88 | |
| | | SUB TOTAL | | | 306,100.61 | | 64,510.39 | |
| | TX Well Service Tax 2.42% | | | | | | 594.85 | |
| | STAGE # 7 | | | | | | | |

PAY THIS AMOUNT → 65,105.24   USD

BJ Services

PHONE: (713) 462-4239            TERMS:   NET 30 DAYS

JP300

# BJ Services Company

**BJ**

**REMIT TO:** P.O. Box 4346-Dept. 393
Houston, TX 77210-4346

Cornerstone Exploration & Prod
5525 N. Macarthur Blvd.
Suite 775
Irving Texas 75038

| | |
|---|---|
| INVOICE NO. | 1488078 SP 00110 |
| OUR RECEIPT NO. | 21993758 7 |
| DATE | 02/12/2009 |
| CUSTOMER NO. | 20096126 |
| COST CENTER | 1504 |
| YOUR ORDER NO. | |

| SERVICES FROM OUR STATION AT | BJ REPRESENTATIVE | SIGNED FOR YOU BY |
|---|---|---|
| Mineral Wells Operations | Barron K Wesley | Chuck Kelly |

| FOR SERVICE WELL NAME / LOCATION | COUNTY/PARISH | STATE |
|---|---|---|
| Mays 1H Stg 6 | Hill | Texas |

| PRODUCT CODE | DESCRIPTION | QUANTITY | UNIT OF MEASURE | LIST PRICE/UNIT | GROSS AMOUNT | PERCENT DISC. | NET AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 100009 | Sand, White, 40/70 | 1760 | cwt | 35.200 | 61,952.00 | 78% | 13,629.44 | |
| 100091 | Ferrotrol 300L | 10 | gals | 35.200 | 352.00 | 78% | 77.44 | |
| 100122 | Sand, White, 100 mesh | 1760 | cwt | 24.840 | 43,718.40 | 78% | 9,618.05 | |
| 100472 | NE-940 | 1 | gals | 87.250 | 87.25 | 78% | 19.20 | |
| 398166 | HCl, 20.1 - 28% | 1500 | gals | 5.850 | 8,775.00 | 0% | 8,775.00 | |
| 488220 | CI-27 | 2 | gals | 108.000 | 216.00 | 78% | 47.52 | |
| 488247 | BioSealers | 30 | ea | 14.900 | 447.00 | 78% | 98.34 | |
| 488355 | FRW-15A | 252 | gals | 74.250 | 18,711.00 | 78% | 4,116.42 | |
| A153 | Personnel Surcharge - Frac >5000 | 1 | ea | 2,180.000 | 2,180.00 | 0% | 2,180.00 | |
| F306C | Comp. Sand Proportioning, 51-60 bpm | 1 | 2hrs | 8,475.000 | 8,475.00 | 78% | 1,864.50 | # |
| F326C | Comp. Sand Proportioning, 51-60 bpm | 1 | hrs | 2,140.000 | 4,280.00 | 78% | 941.60 | # |
| J236 | Reserve blender, computerized | 4 | hrs | 1,015.000 | 4,060.00 | 78% | 893.20 | # |
| K988 | Technical field rep., 1st 8 hours | 1 | 8hrs | 1,050.000 | 1,050.00 | 78% | 231.00 | |
| F202A | Frac HHP, 5001- 6000 psi | 7575 | 2hrs | 13.700 | 103,777.50 | 83% | 17,542.18 | # |
| F222A | Frac HHP, 5001- 6000 psi | 7575 | hrs | 4.770 | 36,132.75 | 83% | 6,142.57 | # |
| F350 | Pump Down Plug/Perforating Gun, Int. | 1 | 4hrs | 6,020.000 | 6,020.00 | 78% | 1,324.40 | # |
| J055 | Chemical Additive Unit | 1 | hrs | 1,750.000 | 1,750.00 | 78% | 385.00 | # |
| J126 | Reserve HHP, per HHP per hour | 3330 | hrs | 1.170 | 3,696.10 | 83% | 662.34 | |
| J229 | Data Acquistion, Frac/Acid-Enhanced | 1 | job | 6,450.000 | 6,450.00 | 78% | 1,419.00 | # |
| J307 | Sand King, After Init. | 4 | day | 595.000 | 2,380.00 | 78% | 523.60 | # |
| J309 | Sand Conveyor, Dual Feed | 1 | job | 3,625.000 | 3,625.00 | 78% | 797.50 | # |
| J326 | Trailer Manifold, Frac, Init hrs | 1 | 2hrs | 6,400.000 | 6,400.00 | 78% | 1,408.00 | # |
| J328 | Trailer Manifold, Frac, After Init Hrs | 2 | hrs | 172.500 | 345.00 | 78% | 75.90 | # |
| J334 | Backup Hydraulic Unit | 1 | job | 980.000 | 980.00 | 78% | 215.60 | # |
| J391 | Mileage, Auto, Pick-Up or Treating Van | 450 | miles | 4.200 | 1,890.00 | 78% | 415.80 | |
| J460A | Proppant Conc Charge/1.1-4.0 lbs | 160000 | gals | 0.140 | 22,400.00 | 78% | 4,928.00 | # |
| J340 | Bulk Delivery, Trans., Over 3000 gals | 4 | hrs | 166.000 | 664.00 | 78% | 146.08 | |

**PAY THIS AMOUNT** →

**BJ Services**

PHONE: (713) 462-4239          TERMS:   NET  30 DAYS

J7000

Central Accounting Duplicate

# BJ Services Company

*BJ*

REMIT TO: P.O. Box 4346-Dept. 393
Houston, TX 77210-4346

Cornerstone Exploration & Prod
5525 N. Macarthur Blvd.
Suite 775
Irving Texas 75038

| INVOICE NO. | | OUR RECEIPT NO. | DATE |
|---|---|---|---|
| 1488078 SP 00110 | | 21937587 | 02/12/2009 |
| CUSTOMER NO. | COST CENTER | YOUR ORDER NO. | |
| 20096126 | 1504 | | |

| SERVICES FROM OUR STATION AT | BJ REPRESENTATIVE | SIGNED FOR YOU BY |
|---|---|---|
| Mineral Wells Operations | Barron K Wesley | Chuck Kelly |
| FOR SERVICE WELL NAME / LOCATION | COUNTY/PARISH | STATE |
| Mays 1H  Stg 6 | Hill | Texas |

| PRODUCT CODE | DESCRIPTION | UNIT OF MEASURE | QUANTITY | LIST PRICE/UNIT | GROSS AMOUNT | PERCENT DISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| J401 | Bulk Delivery, Dry Products | ton-mi | 13200 | 2.470 | 32,604.00 | 78% | 7,172.88 |
| | SUB TOTAL | | | | 383,618.00 | | 85,750.56 |
| | TX Well Service Tax 2.42% | | | | | | 901.13 |
| | STAGE # 6 | | | | | | |

PAY THIS AMOUNT ➡ 86,651.69  USD

PHONE: (713) 462-4239                    TERMS:  NET 30 DAYS

J7000

District Duplicate

# BJ Services Company

**BJ Chemical Services**

REMIT TO: P.O. Box 4346-Dept. 393
Houston, TX 77210-4346

Cornerstone Exploration & Prod
5526 N. Macarthur Blvd.
Suite 775
Irving Texas 75038

| INVOICE NO. | OUR RECEIPT NO. | SHIPPED DATE | SHIPPED VIA |
|---|---|---|---|
| 1489896 SP 00115 | 1001418557 | 02/12/2009 | Delivered |

| CUSTOMER NO. | COST CENTER | YOUR ORDER NO. | | |
|---|---|---|---|---|
| 20096126 | 4293 | | | |

SERVICES FROM OUR STATION AT
Mineral Wells-BJCS-PROD 4293

| BJ REPRESENTATIVE | SIGNED FOR YOU BY |
|---|---|
| CASHEN L CARLISLE | |

FOR SERVICE WELL NAME / LOCATION
MAYS 1H

| COUNTY/PARISH | STATE |
|---|---|
| Palo Pinto | Texas |

| PRODUCT CODE | DESCRIPTION | UNIT OF MEASURE | QUANTITY | LIST PRICE UNIT | GROSS AMOUNT | PERCENT DISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 302AL452B | ALPHA 452 GL BLK         WS | gals | 144 | | | | 4,733.28** |
| 302SCLTRL7208B | SCALETROL 7208 GL BLK    WS | gl | 96 | | | | 746.88** |
| 302TH604B | TECHNI-HIB 604 GL BLK    WS | gals | 59 | | | | 350.46** |
| | SUB TOTAL | | | | | | 5,830.62 |
| | Texas State Sales Tax 6.25% | | | | | | 364.41 |
| | Palo Pinto County Sales Tax .5% | | | | | | 29.15 |
| | Mineral Wells City Sales Tax 1.5% | | | | | | 87.46 |

PAY THIS AMOUNT ➤    USD    6,311.64

PHONE : (713) 860-6831
FAX    : (713) 860-6880

TERMS:  NET 30 DAYS

BJ Services

J-7203

*SEE ATTACHED BOUNDARY MAP*
*DATE: 9-2-08*

# TOPOGRAPHIC

Surveying • Mapping • GIS • GPS
5259 E. HWY 377 • GRANBURY, TEXAS 76049
TELEPHONE: (817) 910-2672 • FAX (817) 326-5181

## MAYS-MCELROY UNIT MAP
### 333.7 ACRES
### HILL COUNTY, TEXAS

-N-

SCALE: 1" = 1000'
0'      500'      1000'

## LEGEND

| | |
|---|---|
| ═══ ═══ ═══ | ROADS |
| ┴┴┴┴┴┴┴ | UNIT BOUNDARY |
| | SURVEY LINE |
| | TRACT BOUNDARY |

MINERAL TRACT

| TRACT | OWNER | ACREAGE |
|---|---|---|
| 1 | RICHARD R. & MARSHA GUTTENFELDER, et al | 166.0 |
| 2 | RICHARD R. & MARSHA GUTTENFELDER, et al | 1.9 |
| 3 | MAYS-McELROY FAMILY LIMITED PARTNERSHIP | 82.3 |
| 4 | MAYS-McELROY FAMILY LIMITED PARTNERSHIP | 83.5 |



TERMINUS LOCATION
X=2064730.7
Y=186706.1
LAT.: N 32°10'46.87"
LONG.: W 97°17'26.86"

EXHIBIT
B

PENETRATION POINT
X=2066784.2
Y=183035.8
LAT.: N 32°10'10.51"
LONG.: W 97°17'03.06"

SURFACE LOCATION
X=2066888
Y=182547
LAT.: N 32°10'05.67"
LONG.: W 97°17'01.87"

COUNTY ROAD 1429

COUNTY ROAD 1431

RANCH ROAD 67

## CORNERSTONE
### E&P COMPANY

STATE OF TEXAS
REGISTERED
GARY L. CLEMENTS
4732
PROFESSIONAL LAND SURVEYOR

LEASE NAME & WELL NO.:____MAYS-McELROY #1H____
DATE STAKED:____OCTOBER 8, 2008____
LOCATED:____±1.7 MILES WEST OF COVINGTON, TX____
GROUND ELEVATION:____722.9'____
BEST ACCESSIBILITY TO LOCATION:____FROM F.M. ROAD 67 TO A POINT ±450 FEET SOUTH OF LOCATION____
DISTANCE & DIRECTION
FROM HWY JCT. OR TOWN:__FROM THE TOWN OF COVINGTON GO WEST ON F.M. 67  1.7 MILES__
TO A POINT ±450 FEET SOUTH OF LOCATION

THIS LOCATION AND UNIT / LEASE BOUNDARY HAS BEEN CAREFULLY SURVEYED ON THE GROUND UNDER MY SUPERVISION AND IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE ACCORDING TO THE EVIDENCE, OFFICIAL SURVEY RECORDS, MAPS, AND OTHER DATA PROVIDED BY CORNERSTONE THIS PLAT WAS CREATED FOR THE SOLE PURPOSE OF FILING A PERMIT WITH THE RAILROAD COMMISSION OF TEXAS AND SHOULD NOT BE CONSTRUED AS A "BOUNDARY SURVEY" IN COMPLIANCE WITH T.B.P.L.S. MINIMUM STANDARDS OF PROCEDURES FOR BOUNDARY SURVEYS. THIS CERTIFICATION IS MADE AND LIMITED TO THOSE PERSONS OR ENTITIES SHOWN ON THE FACE OF THIS PLAT AND IS NON-TRANSFERABLE. THIS SURVEY IS CERTIFIED FOR THIS TRANSACTION ONLY

# EXHIBIT "B"

# T☉POGRAPHIC

SURVEYING • MAPPING • GIS • GPS
5259 E. HWY 377  •  GRANBURY, TEXAS 76049
TELEPHONE: (817) 910-2672 • FAX (817) 326-5181

## MAYS UNIT MAP
### 333.7 ACRES
### HILL COUNTY, TEXAS

SEE ATTACHED BOUNDARY MAP
DATE: 9-2-08

SCALE: 1" = 1000'
0'    500'   1000'

### LEGEND

| | |
|---|---|
| ==== | ROADS |
| 77777777 | UNIT BOUNDARY |
| ———————— | SURVEY LINE |
| ———————— | TRACT BOUNDARY |

TRACT 1
TRACT 2
TRACT 3
TRACT 4

COUNTY ROAD 1424
COUNTY ROAD 1431
COUNTY ROAD 1429
RANCH ROAD 67



EXHIBIT
C

## MINERAL TRACT

| TRACT | OWNER | ACREAGE |
|-------|-------|---------|
| 1 | RICHARD R. & MARSHA GUTTENFELDER, et al | 166.0 |
| 2 | RICHARD R. & MARSHA GUTTENFELDER, et al | 1.9 |
| 3 | MAYS–McELROY FAMILY LIMITED PARTNERSHIP | 82.3 |
| 4 | MAYS–McELROY FAMILY LIMITED PARTNERSHIP | 83.5 |



## CORNERSTONE
### E & P COMPANY

SCALE: 1" = 1000'
DATE: SEPTEMBER 10, 2008
JOB NO.: MAYS–McELROY UNIT
DRAWN BY: K.A.P.
SHEET: 1 OF 1

THIS LOCATION AND MAP / SURFACE BOUNDARY HAS BEEN CAREFULLY SURVEYED ON THE GROUND UNDER MY SUPERVISION AND IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE ACCORDING TO THE EVIDENCE, OFFICIAL SURVEY RECORDS, MAPS, AND OTHER DATA PROVIDED BY CORNERSTONE THIS PLAT WAS ORDERED FOR THE SOLE PURPOSE OF PLAN A PERMIT WITH THE RAILROAD COMMISSION OF TEXAS AND SHOULD NOT BE CONSTRUED AS A "BOUNDARY SURVEY" IN COMPLIANCE WITH T.S.P.L.S. MINIMUM STANDARDS OF PROCEDURES FOR BOUNDARY SURVEYS. THIS CERTIFICATION IS MADE AND LIMITED TO THOSE PERSONS OR ENTITIES SHOWN ON THE FACE OF THIS PLAT AND IS NON-TRANSFERABLE. THIS SURVEY IS CERTIFIED FOR THIS TRANSACTION ONLY



# County Clerk
*Hill County*
**Nicole Tanner**

P.O. Box 398
Hillsboro, Texas 76645

Phone 254-582-4030

**Receipt: 18179**

| Product | Name | Quantity | Unit Price | Extended |
|---|---|---|---|---|
| AF | AFFIDAVIT | 1@ | $96.00 | $96.00 |
| Document # | | | | 00029101 |
| | | | | B: OPR V: 1607 P: 441 |
| # Pages | | | | 20 |
| # Names Above 5 | | | | 8 |
| Certified Copy Label | | | | false |
| File Stamp Label | | | | false |
| Num Of Extra Labels | | | | 1 |
| AF | AFFIDAVIT | 1@ | $55.50 | $55.50 |
| Document # | | | | 00029102 |
| | | | | B: OPR V: 1607 P: 461 |
| # Pages | | | | 10 |
| # Names Above 5 | | | | 7 |
| Certified Copy Label | | | | false |
| File Stamp Label | | | | false |
| Num Of Extra Labels | | | | 1 |
| AF | AFFIDAVIT | 1@ | $60.00 | $60.00 |
| Document # | | | | 00029103 |
| | | | | B: OPR V: 1607 P: 471 |
| # Pages | | | | 11 |
| # Names Above 5 | | | | 8 |
| Certified Copy Label | | | | false |
| File Stamp Label | | | | false |
| Num Of Extra Labels | | | | 1 |
| AF | AFFIDAVIT | 1@ | $52.00 | $52.00 |
| Document # | | | | 00029104 |
| | | | | B: OPR V: 1607 P: 482 |
| # Pages | | | | 10 |
| Certified Copy Label | | | | false |
| File Stamp Label | | | | false |
| Num Of Extra Labels | | | | 1 |
| AF | AFFIDAVIT | 1@ | $40.00 | $40.00 |
| Document # | | | | 00029105 |
| | | | | B: OPR V: 1607 P: 492 |
| # Pages | | | | 7 |
| Certified Copy Label | | | | false |
| File Stamp Label | | | | false |
| Num Of Extra Labels | | | | 1 |

| | | |
|---|---|---|
| **Total** | | **$303.50** |
| Tender (Check) | | $303.50 |
| Check Number | 6509 | |
| Paid By: | DORE' & ASSOCIATES | |

Thank You for Your Business

1

Fri Jul 24 10:09:41 CDT 2009 belinda