# EXHIBIT "E"

002772 

STATE OF OKLAHOMA HUGHES COUNTY, SS
Filed for record
At 1:37 o'clock P.M., and recorded in

AUG 2 0 2009

book _____1_____ at page 215 LINE 25
Jaquita Walton, County Clerk
Deputy _____

**AFTER RECORDING RETURN TO:**
DORÉ & ASSOCIATES, ATTORNEYS, P.C.
17171 Park Row, Suite 350
Houston, Texas 77084
281-829-1555
281-829-1579 Fax

---

Cornerstone - Okapi Well #17-11H

| THE STATE OF OKLAHOMA | § |
|---|---|
|  | § |
| COUNTY OF HUGHES | § |

### AFFIDAVIT SECURING LIEN AGAINST
### OIL, GAS AND MINERAL PROPERTY

1. The undersigned agent of **BJ SERVICES COMPANY, U.S.A.** ("Claimant"), as affiant, being duly sworn, makes oath and states that the facts stated in this Affidavit are within his personal knowledge, are true and correct, and claims a lien for labor performed and materials furnished as a contractor under express contract with the owner, and/or agent of the owner of and on the hereinafter described land and makes this his affidavit claiming such lien. OKLA. STAT. tit. 42 §144 (2007), et seq.

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim | Date of Unpaid Work |
|---|---|---|
| **$51,232.52** | Oilfield Equipment, Rental Tools, Services and Products Invoice No.1505919 Invoice No. 1512953 | From April 7, 2009 to April 28, 2009 |

3. The name of the owner(s) of the oil and gas leasehold interest against which the lien is

claimed is:

**Cornerstone E & P Company, LP**
5525 North MacArthur Boulevard, Suite 775
Irving, Texas 75038

**Continental Resources, Inc.**
P.O. Box 1032
Enid, Oklahoma 73702

**Liberty Energy, LLC**
175 Berkeley Street
Boston, Massachusetts 02117

**Somerset Lease Holdings, Inc.**
15660 Dallas Parkway, Floor 7
Dallas, Texas 75248

**Sinclair Oil & Gas Company**
P.O. Box 30825
Salt Lake City, Utah 84130

; and, all other record title interest owners or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced delivery of materials in the property described below, (collectively referred to as "Owner").

4. The name of Claimant is **BJ SERVICES COMPANY, U.S.A.**, whose address is 4601 Westway Park Blvd., Houston, Texas 77041.

5. A description of the oil and gas leasehold interest covering and describing the lands is described as follows:

> All of that certain tract of land and leasehold situated in Hughes County, Oklahoma, containing 640 acres of land, more or less, being all of Section 17, Township 4 North, Range 9 East, Indian Meridian, Hughes County, Oklahoma; which such tract of land contains, without limitation, the following: the **Okapi Well No. 17-1H**, API No. 063-24262, with a surface location of the Southwest quarter (SW/4) of the Southeast quarter (SE/4) of the Southwest Quarter (SW/4) of the Southeast (SE/4) of said Section 17, located 325 feet from the South line and 1,855 feet from the East line of Section 17, Township 4 North, Range 9 East, Indian Meridian, Hughes County, Oklahoma, and with a bottom hole location in the Northwest (NW/4) of the Northeast quarter (NE/4) of the Northwest quarter (NW/4) of the Northeast quarter (NE/4) of said Section 17, located 200 feet from the North line and 1,700 feet from the East line of the of Section 17, Township 4 North, Range 9 East, Indian Meridian, Hughes County, Oklahoma;

and as additionally described by the land survey plat(s) attached hereto as <u>Exhibit "B"</u>, all of which are incorporated herein by reference, against which this lien is claimed.

6. The true and correct amount claimed by Claimant is **$51,232.52**, and said amount is just,

reasonable, due and unpaid, and that the same with legal interest is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto, marked Exhibit "A" and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, and production therefrom, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, pipe casing, and all other personal property and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-of-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner.

7. Due notice was given by Claimant of said account and lien claim by registered mail, return receipt requested to the mineral property owner described herein, in accordance with applicable law.

Further Affiant Sayeth Not.

(The remainder of this page intentionally left blank)

DATED this 17th day of August 2009.

BJ SERVICES COMPANY, U.S.A.

By: _____
Doug Dunlap, Director-Credit & Collections

| THE STATE OF TEXAS | § |
|---|---|
|  | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared **DOUG DUNLAP**, Director-Credit & Collections for BJ Services Company, U.S.A., known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within his personal knowledge and who acknowledged to me that she executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office, this the 17th day of August, 2009.

By: _____
Notary Public in and for the State of Texas
My Commission expires: 7-6-12

Z:\Docs\CARL\BJServices\CornerstoneE&P\Okapi Lien.wpd

Central Accounting Duplicate

# BJ Services Company 

REMIT TO: P.O. Box 4346-Dept. 393
Houston, TX 77210-4346

| INVOICE NO. | OUR RECEIPT NO. | DATE |
|---|---|---|
| 1505919 SP 00110 | 1001435310 | 04/07/2009 |
| CUSTOMER NO. | COST CENTER | YOUR ORDER NO. |
| 20096126 | 1294 | |

Cornerstone Exploration & Prod
5525 N. Macarthur Blvd.
Suite 775
Irving Texas 75038

| SERVICES FROM OUR STATION AT | BJ REPRESENTATIVE | SIGNED FOR YOU BY |
|---|---|---|
| McAlester Operations | Robert Snapp | William Cran |
| FOR SERVICE WELL NAME / LOCATION | COUNTY/PARISH | STATE |
| Okapi #17-11H | Hughes | Oklahoma |

| PRODUCT CODE | DESCRIPTION | UNIT OF MEASURE | QUANTITY | LIST PRICE UNIT | GROSS AMOUNT | PERCENT DISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 100022 | Class H Cement | sacks | 202 | | | | 2,737.50** |
| 100112 | Calcium Chloride | lbs | 377 | | | | 190.76** |
| 100295 | Cello Flake | lbs | 25 | | | | 50.27** |
| 488019 | FP-6L | gals | 2 | | | | 82.28** |
| 499632 | Granulated Sugar | lbs | 60 | | | | 86.86** |
| 499680 | Static Free | lbs | 2 | | | | 31.50** |
| 86720-1 | 9-5/8" Top Cem Plug, Nitrile cvr, Phen | ea | 1 | | | | 159.28** |
| A152N | Personnel Surcharge - Cement Svc | ea | 1 | | | | 152.00 |
| M100 | Bulk Materials Service Charge | cu ft | 213 | | | | 368.32*** |
| F003A | Cement Pump Casing, 0 - 1000 ft | 4hrs | 1 | | | | 1,053.80 |
| J050 | Cement Head | job | 1 | | | | 261.80 |
| J225 | Data Acquisition, Cement, Standard | job | 1 | | | | 677.60 |
| J390 | Mileage, Heavy Vehicle | miles | 90 | | | | 338.58 |
| J391 | Mileage, Auto, Pick-Up or Treating Van | miles | 90 | | | | 191.27 |
| J553 | Circulating Equipment | job | 1 | | | | 759.00 |
| J401 | Bulk Delivery, Dry Products | ton-mi | 438 | | | | 549.25 |
| | | SUB TOTAL | | | | | 7,690.07 |
| | Oklahoma State Sales Tax 4.5% | | | | | | 166.80 |

EXHIBIT
tabbies
A

PAY THIS AMOUNT ⬆ USD  7,856.87

PHONE: (713) 462-4239    TERMS: NET 30 DAYS    BJ Services


J7303

# Central Accounting Duplicate

## BJ Services Company

REMIT TO: P.O. Box 4346-Dept. 393
Houston, TX 77210-4346

| INVOICE NO. | OUR RECEIPT NO. | DATE |
|---|---|---|
| 1512953 SP 00110 | 1001441146 | 04/28/2009 |

| CUSTOMER NO. | COST CENTER | YOUR ORDER NO. |
|---|---|---|
| 20096126 | 1294 | |

Cornerstone Exploration & Prod
5525 N. Macarthur Blvd.
Suite 775
Irving Texas 75038

| SERVICES FROM OUR STATION AT | BJ REPRESENTATIVE | SIGNED FOR YOU BY |
|---|---|---|
| McAlester Operations | JUSTIN D STAMPER | William Craw |

| FOR SERVICE WELL NAME / LOCATION | COUNTY/PARISH | STATE |
|---|---|---|
| Okapi #17-11H | Hughes | Oklahoma |

| PRODUCT CODE | DESCRIPTION | UNIT OF MEASURE | QUANTITY | LIST PRICE UNIT | GROSS AMOUNT | PERCENT DISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 100022 | Class H Cement | sacks | 52 | | | | 704.70 |
| 100120 | Bentonite | lbs | 1450 | | | | 299.86 |
| 100275 | Sodium Metasilicate | lbs | 91 | | | | 146.95 |
| 100283 | R-3 | lbs | 214 | | | | 309.79 |
| 100295 | Cello Flake | lbs | 137 | | | | 275.48 |
| 100317 | Poz (Fly Ash) | sacks | 28 | | | | 117.04 |
| 100356 | Barite - Sacked | lbs | 200 | | | | 49.28 |
| 100404 | Sodium Chloride | lbs | 232 | | | | 46.96 |
| 398211 | MCS-4 | gals | 1260 | | | | 2,910.60 |
| 398318 | Arkoma Lite II | sacks | 1020 | | | | 15,169.44 |
| 399023 | Diesel (Supplied by Customer) | gals | 840 | | | | 0.00 |
| 411129 | PF-2 | gals | 25 | | | | 1,221.00 |
| 422547 | FL-52A | lbs | 300 | | | | 3,181.20 |
| 488019 | FP-6L | gals | 12 | | | | 493.68 |
| 488137 | Claytreat 3C | gals | 20 | | | | 1,144.00 |
| 488266 | SS-2 | gals | 60 | | | | 2,428.80 |
| 499632 | Granulated Sugar | lbs | 10 | | | | 14.48 |
| 499634 | Kol Seal | lbs | 4350 | | | | 2,028.84 |
| 499680 | Static Free | lbs | 10 | | | | 157.52 |
| 86710-1 | 5-1/2" Top Cem Plug, Nitrile cvr, Phen | ea | 1 | | | | 60.72 |
| A152N | Personnel Surcharge - Cement Svc | ea | 1 | | | | 152.00 |
| M100 | Bulk Materials Service Charge | cu ft | 1462 | | | | 2,528.09 |
| F021A | Cement Pump Casing, 9001 - 10000 ft | 8hrs | 1 | | | | 4,070.00 |
| J050 | Fas-Lok Cement Head | job | 1 | | | | 261.80 |
| J225 | Data Acquisition, Cement, Standard | job | 1 | | | | 677.60 |
| J390 | Mileage, Heavy Vehicle | miles | 90 | | | | 338.58 |
| J391 | Mileage, Auto, Pick-Up or Treating Van | miles | 90 | | | | 191.27 |

PHONE: (713) 462-4239    TERMS: NET 30 DAYS    PAY THIS AMOUNT !

BJ Services

J-7303

Central Accounting Duplicate

# BJ Services Company

REMIT TO: P.O. Box 4346-Dept. 393
Houston, TX 77210-4346

| INVOICE NO: | OUR RECEIPT NO: | DATE |
|---|---|---|
| 1512953 SP 00110 | 1001441146 | 04/28/2009 |
| CUSTOMER NO: | COST CENTER: | YOUR ORDER NO: |
| 20096126 | 1294 | |

Cornerstone Exploration & Prod
5525 N. Macarthur Blvd.
Suite 775
Irving Texas 75038

| SERVICES FROM OUR STATION AT: | BJ REPRESENTATIVE: | SIGNED FOR YOU BY: |
|---|---|---|
| McAlester Operations | JUSTIN D STAMPER | William Craw |
| FOR SERVICE WELL NAME/LOCATION | COUNTY/PARISH | STATE |
| Okapi #17-11H | Hughes | Oklahoma |

| PRODUCT CODE | DESCRIPTION | UNIT OF MEASURE | QUANTITY | LIST PRICE UNIT | GROSS AMOUNT | PERCENT DISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| J553 | Circulating Equipment | job | 1 | | | | 0.00 |
| J401 | Bulk Delivery, Dry Products | ton-mi | 2311 | | | | 2,897.99 |
| | SUB TOTAL | | | | | | 41,877.67 |
| | Oklahoma State Sales Tax 4.5% | | | | | | 1,497.98 |

PAY THIS AMOUNT ⬆ USD 43,375.65

PHONE: (713) 462-4239    TERMS: NET 30 DAYS

J7303

E# 992
4-2-09  2:06

3084529
257002

# WALK THROUGH

APPLICATION TO DRILL, RECOMPLETE OR REENTER
OKLAHOMA CORPORATION COMMISSION
OIL & GAS CONSERVATION DIVISION
P.O. BOX 52000
OKLAHOMA CITY, OK 73152-2000

BATCH NUMBER (OCC USE ONLY)

FEE: $300.00
(WALKTHROUGH)

1. OTC/OCC OPERATOR NUMBER: 22227  0
2. API NUMBER:

3. NOTICE OF INTENT TO DRILL   AMEND-REASON
4. TYPE OF DRILLING OPERATION   A. HORIZONTAL   B. OIL/GAS
5. WELL LOCATION:

| SECTION | 17 | TOWNSHIP | 04N | RANGE | 09E | COUNTY | HUGHES | |
|---|---|---|---|---|---|---|---|---|
| SPOT LOCATION | NW 1/4 | SE 1/4 | SW 1/4 | SE 1/4 | | FEET FROM QUARTER SECTION LINES | SOUTH 325' | WEST 710' |

7. Well will be  325'  feet from nearest unit or boundary property
8. LEASE NAME   OKAPI        WELL NUMBER   17-1H
9. NAME OF OPERATOR   CORNERSTONE E&P COMPANY LLC
ADDRESS   5525 N MACARTHUR BLVD   SUITE 775        PHONE   972) 573-1648
CITY   IRVING   STATE   TX   ZIP CODE   75038
10. SURFACE OWNER   JERAL L. AND DORRIS C. SEBASTIAN
ADDRESS   P.O. BOX 1067
CITY   NORTH WILKESBORO   STATE   NC   ZIP CODE   28659

6. LOCATE WELL AND OUTLINE LEASE OR SPACING UNIT IN INK
5280

11. Is well located on lands under federal jurisdiction? N
12. Will a water well be drilled? N  Will surface water be used? Y
13. DATE OPERATION TO BEGIN  04/04/2009

14. LIST TARGET FORMATIONS AND DEPTHS OF EACH BELOW (LIMITED TO TEN)
1) CANEY : 4991'            2) WOODFORD : 5255'
3)                           4)
5)                           6)
7)                           8)
9)                           10)

15. SPACING ORDER NUMBER(S) AND SIZE UNIT(S):   565894 : 640 ACRES
16. PENDING C.D. NO.   17. LOC. EXCEPTION ORDER NO. 565895   18. INCR. DENSITY ORDER NO.
19. TOTAL DEPTH  5360'   20. GROUND ELEV.  732'   21. BASE OF TREATABLE WATER  130'   22. SURFACE CASING  180'   23. ALT CASING  N

24. ALTERNATIVE CASING PROCEDURE, check box and fill in blank (AFFIDAVIT REQUIRED, see line 31)
A. Cement will be circulated from total depth to ground surface on the product casing string.
B. Cement will be circulated from depth to depth by use of a two stage cementing tool.

25.1 PIT INFORMATION: Using more than one pit or mud system?  Y  If yes, fill out line 25.2
PIT #1
A. TYPE OF MUD SYSTEM: WATER
B. EXPECTED MUD CHLORINE CONTENT:  maximum:500ppm;  average:120ppm;
C. TYPE OF PIT SYSTEM: ONSITE  If off-site, specify location:
D. IS DEPTH TO TOP OF GROUND WATER GREATER THAN 10 FT BELOW BASE OF PIT? Y
E. WITHIN 1 MILE OF MUNICIPAL WATER WELL? N   Off-Site Pit No.
F. WELLHEAD PROTECTION AREA? N

26.1 OCC USE ONLY
A. CATEGORY  1A  1B  2  3  4  C
B. PIT LOCATION ___Alluvial Plan/Terrace Deposit ___Bedrock Aquifer ___Other H.S.A. ___Non H.S.A. ___Fm
C. Special Area or field rule?___   D. DEEP SCA? __Y __N Yield >60 ___   E. CBL Required? __Y __N
F. SOIL or GEOMEMBRANE LINER REQUIRED? __Y __N 20 mil GEOMEMBRANE LINER REQUIRED? __Y __N

27 PROPOSED METHOD FOR DISPOSAL OF DRILLING FLUIDS (MUST BE COMPLETED)
A. Evaporation/dewater and backfilling of reserve pit.
X B. Solidification of pit contents
C. Annular Injection ——— (REQUIRED PERMIT and surface casing set 200 feet below base of treatable water-bearing formation)
D. One time land application (REQUIRES PERMIT)   PERMIT NO.
E. Haul to Commercial pit facility;Specify site:
F. Haul to Commercial soil farming facility;Specify site:
G. Haul to recycling/re-use facility;Specify site:
H. Other, specify:

WALK THROUGH

17 SEC 04N TOWNSHIP 09E RANGE
OKAPI LEASE NAME 17-1H #



EXHIBIT B

## 25.2 PIT INFORMATION

A. TYPE OF MUD SYSTEM: OIL

B. EXPECTED MUD CHLORINE CONTENT: maximum:500ppm; average;120ppm;

PIT #2 C. TYPE OF PIT SYSTEM: ONSITE   If off-site, specify location:

D. IS DEPTH TO TOP OF GROUND WATER GREATER THAN 10 FT BELOW BASE OF PIT? N

E. WITHIN 1 MILE OF MUNICIPAL WATER WELL? N   Off-Site Pit No.

F. WELLHEAD PROTECTION AREA? N

| 26.2 OCC USE ONLY | A. CATEGORY    1A    1B    2    3    4    C   Fm _____ |
|---|---|
| | B. PIT LOCATION ___ Alluvial Plan/Terrace Deposit   ___ Bedrock Aquifer   ___ Other H.S.A.  ___Non H.S.A. |
| | C. Special Area or field rule? _____ _____   D. DEEP SCA?  __Y  __N  Yield >50 ____  E. CBL Required? __Y  __N |
| | F. SOIL or GEOMEMBRANE LINER REQUIRED?  __Y  __N   20 mil GEOMEMBRANE LINER REQUIRED?   __Y  __N |

29. Bottom Hole Location for Directional Hole:  SEC ____ TWP ____ RGE ____ COUNTY ____

| SPOT LOCATION    1/4   1/4   1/4   1/4 | FEET FROM QUARTER SECTION LINES    SOUTH    WEST |
|---|---|
| Measured Total Depth | True Vertical Depth | BHL, from Lease, Unit, or Property Line |

30. Bottom Hole Location for Horizontal Hole: (DRAINHOLES)

| DRAIN HOLE #1: | SEC 17 | TWP 04N | RGE 09E | COUNTY HUGHES |
|---|---|---|---|---|
| SPOT LOCATION | SW 1/4  NE 1/4  NW 1/4  NE 1/4 | FEET FROM QUARTER SECTION LINES | SOUTH 2440' | WEST 940' |
| Depth of Deviation 4787' | Radius of Turn 573' | Direction 360° | | Total Length 4625' |
| Measured Total Depth 9740' | True Vertical Depth 5360' | End Point location from lease, unit or property line | | 200' |

| DRAIN HOLE #2: | SEC | TWP | RGE | COUNTY |
|---|---|---|---|---|
| SPOT LOCATION | 1/4  1/4  1/4  1/4 | FEET FROM QUARTER SECTION LINES | SOUTH | WEST |
| Depth of Deviation | Radius of Turn | Direction | | Total Length |
| Measured Total Depth | True Vertical Depth | End Point location from lease, unit or property line | | |

### 31. AFFIDAVIT FOR ALTERNATIVE CASING PROGRAM

1. This Well  WILL  WILL NOT penetrate any known lost circulation zones.
2. During the drilling of this well, withdraws from any water well within 1/4 mile   WILL  WILL NOT exceed 50 gallons per minute.
3. The projected depth of this well  IS  IS NOT less than 100 feet from the top of any enhanced recovery project or gas storage facility.
4. List the following for all water wells within 1/4 mile of this well

| | | | |
|---|---|---|---|
| | | | |
| | | | |

APPROVED   REJECTED          APPROVED   REJECTED

_____ _____  SURETY     _____ _____  GEOLOGY

BND 9-7-09

**CONTACT INFORMATION**

NAME   LEANNA CANNON      PHONE  972) 573-1648    EMAIL   LCANNON@CSTONE-EP.COM

---

28. Locate Bottom Hole

5280

[Grid diagram with X marked, labeled N, with row labels 2310, 1650, 990, 330, 2310, 1650, 990, 330 and column labels 660, 1320, 1980, 2640, 660, 1320, 1980, 2640]

1. If more than two drain holes are proposed, attach separate sheet indicating the necessary information.
2. Direction must be stated in degrees azimuth.
3. Please note the horizontal drainhole and its end point must be located within the legal boundaries of the lease or spacing unit. Directional surveys are required for all drainholes and directional units