# EXHIBIT "G"

**AFTER RECORDING RETURN TO:**
DORÉ & ASSOCIATES, ATTORNEYS, P.C.
17171 Park Row, Suite 350
Houston, Texas 77084

---

Cornerstone - Chittim #1262 and #1554H

| THE STATE OF TEXAS | § |
|---|---|
|  | § |
| COUNTY OF DIMMIT | § |
| COUNTY OF MAVERICK | § |
| COUNTY OF ZAVALA | § |

### AFFIDAVIT SECURING LIEN AGAINST OIL, GAS AND MINERAL PROPERTY

1. The undersigned agent of **NEWPARK DRILLING FLUIDS, LLC** ("Claimant"), as affiant, being duly sworn, makes oath and claims a lien for labor performed and materials furnished as a contractor under express contract with the owner, and/or agent of the owner of and on the hereinafter described land and makes this his affidavit claiming such lien.`

2. The amount of the lien claimed, the items of the claim and dates of performance are as

| Amounts Claimed | Items of the Claim<br>Oilfield Equipment, Services and Products | Dates of Unpaid Work |
|---|---|---|
| **$721,719.01** | **Chittim #126-2**<br>Invoice Nos. RO018294, 162438, and RO016143 | From<br>November 16, 2008<br>to<br>January 29, 2009 |
| **$72,173.65** | **Chittim #1554H**<br>Invoice No. RO018724 | |
| **Total Amount Claimed: $793,892.66** | | |

follows:

3. The name of the owner(s) of the oil and gas leasehold interest against which the lien is claimed is:

Cornerstone E & P Company, LP
5525 North MacArthur Boulevard, Suite 775
Irving, Texas 75038

Blue Star Oil & Gas, Ltd.
1 Cowboys Parkway
Irving, Texas 75063

Neumin Oil & Gas, LLC
701 Brazos, Suite 1050
Austin, Texas 78701

Legacy Oil and Gas, LLC
4816 Dominion Court
Flower Mound, Texas 75022

Legado Investments, LLC
6001 West Industrial Avenue
Midland, Texas 79706

Territory Resources, LLC
1511 South Sangre Road
Stillwater, Oklahoma 74074

Fools Creek Investments, LLC
600 North Marienfeld Street, Suite 1020
Midland, Texas 79701

Terra Firma Energy, Ltd.
110 West Louisiana Avenue, Suite 200
Midland, Texas 79701

Hayes Exploration, Ltd.
512 Main Street, Suite 1304
Fort Worth, Texas 76102

Alpha Oil and Gas, LLC
301 Commerce Street, Suite 2900
Fort Worth, Texas 76102

Benco Energy, Inc.
301 Commerce Street, Suite 2900
Fort Worth, Texas 76102

The Ben J. Fortson, III, Irrevocable Asset Trust
301 Commerce Street, Suite 2900
Fort Worth, Texas 76102

TXCO Energy Corp.
777 East Sonterra Boulevard, Suite 350
San Antonio, Texas 78258

James E. Sigmon
777 East Sonterra Boulevard, Suite 350
San Antonio, Texas 78258

TXCO Resources, Inc.
777 East Sonterra Boulevard, Suite 350
San Antonio, Texas 78258

, and all other record title interest owners in that certain property described below, (all of whom are collectively referred to as "Owner").

4. The name of Claimant is **NEWPARK DRILLING FLUIDS, LLC**, whose address is 1311 Broadfield Blvd., Suite 600, Houston, Texas 77084.

5. A description of the oil and gas leasehold interest covering and describing the lands is described as follows:

All that certain tract or parcel of land in Dimmit County, Maverick County and Zavala County, Texas, containing approximately <u>191,062.44 acres of land,</u> more or less, being more particularly described by that certain Memorandum of Oil and Gas Lease dated June 15, 1999, by and between the Jack R. Chittim Trust, et al., as lessor, and Blue Star Investments, Inc., as lessee, filed for record on July 13, 1999 under Clerk's File No. 95050, Volume 545, Page 238 of the Official Public Records of Maverick County, Texas, and additionally filed under Volume 144, Page 415 of the Oil and Gas Records of Dimmit County, Texas, and under Volume 85, Page 1 of the Oil and Gas Records of Zavala County, Texas. Said lands include, but are not to be limited by the following:

i. That certain wellbore known as the **Chittim Well # 1262**, RRC Permit #655171, API #42-323-33028, being located at a surface location of 3,499 feet from the West line and 6,196 feet from the South line of the lease, and 916 feet from the South line and 1,781 feet from the East line of the I. & G. N. RR. Co. Survey, Section 126, Block 7, Abstract 328, Maverick County, Texas; and

ii. That certain wellbore known as the **ChittimWell # 1554H**, RRC Permit #677184, API #42-323-33255, being located at a surface location of 4,275 feet from the North line and 2,225 feet from the East line of the lease, and 1,005 feet from the South line and 2,225 feet from the East line of the I. & G. N. RR. Co. Survey, Section 155, Block 7, Abstract 166, Maverick County, Texas, and a bottom hole location of 4,540 feet from the South line and 1,274 feet from the East line of the lease and 740 feet from the North line and 1,274 feet from the East line of the I. & G. N. RR. Co. Survey, Section 178, Block 7, Abstract 189, Maverick County, Texas,

and as additionally described by the land survey plat attached hereto as <u>Exhibit "B"</u>, both of which are incorporated herein by reference, against which this lien is claimed.

6. The true and correct amount claimed by Claimant is **$793,892.66**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto, marked <u>Exhibit "A"</u> and incorporated herein by this reference, is an itemized statement of account showing thereon the

materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, and production therefrom, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, pipe casing, and all other personal property and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-of-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner.

7. Due notice was given by Claimant of said account and lien claim by registered mail, return receipt requested to the mineral property owner described herein, in accordance with applicable law.

8. Not more than six (6) months have elapsed since the indebtedness for the performance of such labor and services and/or the furnishing of such materials and supplies has accrued.

Further Affiant Sayeth Not.

(The remainder of this page intentionally left blank)

DATED this 30th day of June 2009.

**NEWPARK DRILLING FLUIDS, LLC**

By: _____
Daniela Quast, Credit Manager

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF MONTGOMERY | § |

BEFORE ME, the undersigned authority, on this day personally appeared **DANIELA QUAST**, Credit Manager for Newpark Drilling Fluids, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who acknowledged to me that she executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office, this the 30th day of June 2009.

_____
Notary Public in and for the State of Texas
My Commission expires: December 27, 2011

Z:\Docs\CARL\Newpark\Cornerstone\Chittim # 1262 and 1554H Lien.wpd

**AFTER RECORDING RETURN TO:**
DORÉ & ASSOCIATES, ATTORNEYS, P.C.
17171 Park Row, Suite 350
Houston, Texas 77084



VICKI D. PHILLIPS
Notary Public
STATE OF TEXAS
My Comm. Exp. 12-27-2011



# Newpark Drilling Fluids, LLC

**INVOICE**

1311 BROADFIELD BLVD
SUITE 600
HOUSTON, TEXAS
77084
1-800-444-0682

Invoice #: R0018294
Date: 12/22/08
Page #: 1

| Bill To: | Ship To: |
|---|---|
| CORNERSTONE E & P COMPANY | JOB-0012162 |
| 5525 N MACARTHUR BLVD | CHITTIUM 126-2 |
| SUITE 775 | MAVERICK COUNTY, TEXAS |
| IRVING, TEXAS | ROWAN 26 |
| 75038 | - 000000 |
| | AFE#: |
| | PO #: |

| Item # | Quantity | UOM | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| R1066 | 8 | EA | MONOETHANOLAMINE 55 GAL | 1,200.00 | 9,600.00 |
| 1000 | 300 | EA | LIME 50# | 6.50 | 1,950.00 |
| 1002 | 264 | EA | SODIUM HYDROXIDE, SOLID, | 30.00 | 7,920.00 |
| 11066 | 91 | EA | PALLETS | .00 | NO CHARGE |
| 11067 | 8 | EA | CAP & STRAP | 20.00 | 160.00 |
| 11068 | 114 | EA | SHRINKWRAP | 25.00 | 2,850.00 |
| 13003 | 8 | EA | LST-MD 55 GAL | 785.00 | 6,280.00 |
| 13027 | 4 | EA | NEWEASE203 55 GAL | 800.00 | 3,200.00 |
| 14012 | 833 | EA | SALT (EVAPORATED) 50# | 10.35 | 8,621.55 |
| 14016 | 200 | EA | NEWPHALT 50# | 94.00 | 18,800.00 |
| 14043 | 300 | EA | GYPSUM 50# | 12.18 | 3,654.00 |
| 15008 | 4- | EA | OPTIWET 55 GAL | 938.00 | 3,752.00- |
| 17005 | 300 | EA | NEWPLOW 50# | 38.00 | 11,400.00 |
| 17034 | 128 | EA | FLEXTHIN HTZ 5 GAL | 210.00 | 26,880.00 |
| 18000 | 35- | EA | BENTONE 38 50# | 212.00 | 7,420.00- |
| 18010 | 70 | EA | NEWGEL 100# | 8.50 | 595.00 |
| 18014 | 745 | EA | SALT GEL 50# | 24.50 | 18,252.50 |
| 19003 | 252.723 | EA | NEWBAR (BULK) TON | 135.00 | 34,117.61 |
| 19014 | 50- | EA | CALCIUM CHLORIDE POWDER 50# | 55.27 | 2,763.50- |
| 3003 | 50 | EA | SODA ASH 50# | 32.18 | 1,609.00 |
| 41001 | 30 | EA | ENGINEERING SERVICE 24 HR | 800.00 | 24,000.00 |
| 42001 | 7,065.51 | LBS | FREIGHT CWT | 2.15 | 15,190.86 |
| 42002 | 6 | EA | MINIMUM FREIGHT CHARGE | 750.00 | 4,500.00 |
| 42006 | 19,690.85 | EA | FUEL SURCHARGE | .10 | 1,969.10 |
| 5000 | 43 | EA | ALUMINUM STEARATE 25# | 72.00 | 3,096.00 |
| 54001 | 137.2 | EA | RESTOCKING CWT | .50 | 68.60 |
| 58001 | 15 | EA | DRUM DISPOSAL | 20.00 | 300.00 |
| 58014 | 12 | EA | SCALE TICKET | 15.00 | 180.00 |
| 6006 | 4- | EA | OPTIMUL 55 GAL | 1,080.50 | 4,322.00- |
| 6010 | 4- | EA | OPTIPLUS 55 GAL | 981.00 | 3,924.00- |
| 8004 | 719 | EA | DYNAPLEX 50# | 101.00 | 72,619.00 |
| 8008 | 138 | EA | NEWPAC LV 50# | 204.42 | 28,209.96 |
| 8009 | 200 | EA | NEWPAC R 50# | 204.42 | 40,884.00 |
| 8015 | 300 | EA | STARPAC II CM 50# | 257.45 | 77,235.00 |
| 8017 | 714 | EA | NEWEDGE 50# | 27.50 | 19,635.00 |
| 8040 | 35- | EA | OPTI G ULTRA HT 50# | 85.00 | 2,975.00- |


EXHIBIT A

Sub Total: 418,620.68
Tax Total: 32,556.43
Total Amount Due: 451,177.11

Please Remit To:
C/O BANK ONE, LOUISIANA, NA
PO BOX 83116
BATON ROUGE, LA 70884-3116



**Newpark Drilling Fluids, LLC**

# INVOICE

1311 BROADFIELD BLVD
SUITE 600
HOUSTON, TEXAS
77084
1-800-444-0582

Invoice #: 162438
Date: 2/03/09
Page #: 1

**Bill To:**
CORNERSTONE E & P COMPANY
5525 N MACARTHUR BLVD
SUITE 775
IRVING, TEXAS
75038

**Ship To:**
JOB-0012162
CHITTIUM 126-2
- 000000
ROWAN 26
MAVERICK COUNTY, TEXAS
AFE#:
PO #:

| Item # | Quantity | UOM | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 41001 | 3 | EA | ENGINEERING SERVICE 24 HR<br>ENGINEER: BILL HEDGES<br>DATES: 1/1 - 1/3/2009 | 800.00 | 2,400.00 |

Sub Total: 2,400.00
Tax $: .00
Total Amount Due: 2,400.00

Please Remit To:
C/O BANK ONE, LOUISIANA, NA
PO BOX 83116
BATON ROUGE, LA 70884-3116



# Newpark Drilling Fluids, LLC

# INVOICE

1311 BROADFIELD BLVD
SUITE 600
HOUSTON, TEXAS
77084
1-800-444-0682

Invoice #: E0016143
Date: 1/13/09
Page #: 1

Bill To:
CORNERSTONE E & P COMPANY
5525 N MACARTHUR BLVD
SUITE 775
IRVING, TEXAS
75038

Ship To:
JOB-0012162
CHITTIUM 126-2
MAVERICK COUNTY, TEXAS
ROWAN 26
- 000000
AFE#:
PO #:

| Item # | Quantity | UOM | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| R1066 | 10 | EA | MONOETHANOLAMINE 55 GAL | 1,200.00 | 12,000.00 |
| 1000 | 140 | EA | LIME 50# | 6.50 | 910.00 |
| 1002 | 217 | EA | SODIUM HYDROXIDE, SOLID | 30.00 | 6,510.00 |
| 11020 | 6 | EA | DYNAFREE 55 GAL | 1,873.72 | 11,242.32 |
| 11066 | 24 | EA | PALLETS | .00 | NO CHARGE |
| 11067 | 23 | EA | CAP & STRAP | 20.00 | 460.00 |
| 11068 | 115 | EA | SHRINKWRAP | 25.00 | 2,875.00 |
| 12002 | 2 | EA | TOPSPOT 55 GAL | 1,370.64 | 2,741.28 |
| 13003 | 25 | EA | 1ST-RD 55 GAL | 785.00 | 19,625.00 |
| 13027 | 8 | EA | NEWBASE203 55 GAL | 800.00 | 6,400.00 |
| 14012 | 11 | EA | SALT (EVAPORATED) 50# | 10.35 | 113.85 |
| 14016 | 240 | EA | NEWPHALT 50# | 94.00 | 22,560.00 |
| 14043 | 40 | EA | GYPSUM 50# | 12.18 | 487.20 |
| 15004 | 1 | EA | DYNADET 5 GAL | 41.89 | 41.89 |
| 17001 | 15 | EA | DESCO 25# | 79.49 | 1,192.35 |
| 17005 | 319 | EA | NEWPLOW 50# | 38.00 | 12,122.00 |
| 17034 | 16 | EA | FLEXTRIN HTS 5 GAL | 210.00 | 3,360.00 |
| 18010 | 40 | EA | NEWGEL 100# | 8.50 | 340.00 |
| 18014 | 554 | EA | SALT GEL 50# | 24.50 | 13,573.00 |
| 18026 | 8 | EA | NEWZAN D 25# | 265.00 | 2,120.00 |
| 19003 | 548.6 | EA | NEWBAR (BULK) TON | 135.00 | 74,061.00 |
| 20021 | 15 | EA | OIL DRY 50# | 46.66 | 699.90 |
| 2008 | 13 | EA | NEWCIDE 5 GAL | 269.86 | 3,508.18 |
| 3002 | 11 | EA | BICARBONATE OF SODA 50# | 31.00 | 341.00 |
| 3003 | 243 | EA | SODA ASH 50# | 32.18 | 7,819.74 |
| 4001 | 188 | EA | ZINC CARBONATE 50# | 155.70 | 29,271.60 |
| 41001 | 39 | EA | ENGINEERING SERVICE 24 HR | 800.00 | 31,200.00 |
| 42001 | 17,140.4 | LBS | FREIGHT CWT | 2.15 | 36,851.86 |
| 42002 | 15 | EA | MINIMUM FREIGHT CHARGE | 750.00 | 11,250.00 |
| 42006 | 48,101.88 | EA | FUEL SURCHARGE | .10 | 4,810.21 |
| 5000 | 35 | EA | ALUMINUM STEARATE 25# | 72.00 | 2,520.00 |
| 5002 | 1 | EA | NOFOAM A 5 GAL | 172.70 | 172.70 |
| 5005 | 36 | EA | NOFOAM X 5 GAL | 262.78 | 9,460.08 |
| 54001 | 3,325.05 | EA | RESTOCKING CWT | .50 | 1,661.54 |
| 55007 | 3 | EA | FORKLIFT RENTAL DAYS | 175.00 | 525.00 |
| 58001 | 59 | EA | DRUM DISPOSAL | 20.00 | 1,180.00 |
| 58010 | 1 | EA | BLOWER EA | 2,400.00 | 2,400.00 |
| 58014 | 32 | EA | SCALE TICKET | 15.00 | 480.00 |
| 8004 | 501 | EA | DYNAPLEX 50# | 101.00 | 50,601.00 |
| 8008 | 47 | EA | NEWPAC LV 50# | 204.42 | 9,607.74 |
| 8009 | 142 | EA | NEWPAC R 50# | 204.42 | 29,027.64 |
| 8015 | 54 | EA | STARPAC II CN 50# | 257.45 | 13,902.30 |
| 8017 | 542 | EA | NEWEDGE 50# | 27.50 | 14,905.00 |
| 9006 | 145 | EA | DYNAFIBER F 25# | 34.82 | 5,048.90 |



**Newpark Drilling Fluids, LLC**

# INVOICE

1311 BROADFIELD BLVD
SUITE 600
HOUSTON, TEXAS
77084
1-800-444-0682

Invoice #: R0016143
Date: 1/13/09
Page #: 2

Bill To:
CORNERSTONE E & P COMPANY
5525 N MACARTHUR BLVD
SUITE 775
IRVING, TEXAS
75038

Ship To:
JOB-0012162
CHITTIUM 126-2
MAVERICK COUNTY, TEXAS
ROWAN 26
- 000000
AFE#:
PO #:

| Item # | Quantity | UOM | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 9007 | 200 | EA | DYNAFIBER M 25# | 34.82 | 6,964.00 |
| 9015 | 2 | EA | MICA F 50# | 23.70 | 47.40 |
| 9019 | 76 | EA | NEWCARB F 325 50# | 13.81 | 1,049.56 |
| 9020 | 154 | EA | NEWCARB M 200 50# | 13.81 | 2,126.74 |

Sub Total: 250,083.68
Tax Total: 18,058.22
Total Amount Due: 268,141.90

Please Remit To:
C/O BANK ONE, LOUISIANA, NA
PO BOX 83116
BATON ROUGE, LA 70884-3116


# Newpark Drilling Fluids, LLC

# INVOICE

1311 BROADFIELD BLVD
SUITE 600
HOUSTON, TEXAS
77084
1-800-444-0682

Invoice #: R0018724
Date: 2/11/09
Page #: 1

Bill To:
CORNERSTONE E & P COMPANY
5525 N MACARTHUR BLVD
SUITE 775
IRVING, TEXAS
75038

Ship To:
JOB-0013983
CHITTUM 155-4H
MAVERICK COUNTY, TEXAS
FELDERHOFF 19
- 000000

AFE#:
PO #:

| Item # | Quantity | UOM | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1000 | 11 | EA | LIME 50# | 6.50 | 71.50 |
| 10002 | 22 | EA | GRAPHITE 50# | 66.24 | 1,457.28 |
| 1002 | 25 | EA | SODIUM HYDROXIDE, SOLID | 30.00 | 750.00 |
| 11066 | 59 | EA | PALLETS | 20.00 | 1,180.00 |
| 11068 | 115 | EA | SHRINKWRAP | 25.00 | 2,875.00 |
| 14016 | 63 | EA | NEWPHALT 50# | 109.58 | 6,903.54 |
| 17005 | 54 | EA | NEWFLOW 50# | 38.00 | 2,052.00 |
| 17011 | 20 | EA | SAPP 50# | 56.00 | 1,120.00 |
| 18010 | 497 | EA | NEWGEL 100# | 8.50 | 4,224.50 |
| 18015 | 2 | EA | SUPER SWEEP FIBER 15# | 115.00 | 230.00 |
| 18019 | 6 | EA | NEW PHPA 5 GAL | 133.83 | 802.98 |
| 19004 | 1,780 | EA | NEWBAR SACK 100# | 8.15 | 14,507.00 |
| 3002 | 16 | EA | BICARBONATE OF SODA 50# | 15.13 | 242.08 |
| 3003 | 7 | EA | SODA ASH 50# | 29.88 | 209.16 |
| 41001 | 14 | EA | ENGINEERING SERVICE 24 HR | 800.00 | 11,200.00 |
| 41002 | 1 | EA | ENGINEERING SERVICES DRIVE BY | 250.00 | 250.00 |
| 42001 | 4,715.95 | LBS | FREIGHT CWT | 2.15 | 10,139.32 |
| 42002 | 2 | EA | MINIMUM FREIGHT CHARGE | 700.00 | 1,400.00 |
| 54001 | 1,009.85 | EA | RESTOCKING CWT | .50 | 504.93 |
| 55007 | 4 | EA | FORKLIFT RENTAL DAYS | 162.50 | 650.00 |
| 8008 | 3 | EA | NEWPAC LV 50# | 204.42 | 613.26 |
| 8009 | 4 | EA | NEWPAC R 50# | 204.42 | 817.68 |
| 8017 | 95 | EA | NEWEDGE 50# | 27.50 | 2,612.50 |
| 9007 | 3 | EA | DYNAFIBER M 25# | 34.82 | 104.46 |
| 9015 | 31 | EA | MICA M 50# | 22.00 | 682.00 |
| 9019 | 8 | EA | NEWCARB F 325 50# | 13.81 | 110.48 |
| 9023 | 108 | EA | NEWPLUG M 50# | 17.00 | 1,836.00 |

Sub Total: 67,545.67
Tax Total: 4,627.98
Total Amount Due: 72,173.65

Please Remit To:
C/O BANK ONE, LOUISIANA, NA
PO BOX 83116
BATON ROUGE, LA 70884-3116

```
         SURVEY 118              SURVEY 119                SUR 120
         A-320                   A-321                     A-322

                              SURVEY LINE
                                              N
                                        BEARINGS ARE
                                        BASED ON TEXAS
                                        PLANE COORDINATE
                                      W SYSTEM FOR THE E
                                        SOUTH CENTRAL
                                        ZONE 1927
                                        DATUM
                                              S

  SURVEY 127                  SURVEY 126                    SUR 125
  A-329                       A-328                         A-327

                              5000 ACRES
                              TO BE ASSIGNED TO
                              CORNERSTONE E& P
                              COMPANY, L. P.

                                      ┌──────────┐
                                      │ 40 ACRE  │
                                      │ DRILLING │
                                      │ UNIT     │
                                      │      126-2│
         ←———— 3499' ————————————→ ⊙ ←—— 1781' —→
                                      │          │
                                      │          │
                                      └──────────┘

                              SURVEY LINE
         SURVEY 144                   SURVEY 145            SUR 146
         A-346                        A-347                 A-348
```

SCALE: 1" = 1000 FT.                                DATE: FEBRUARY 8, 2008

                    PREPARED FOR
                    CORNERSTONE E & P COMPANY, L. P.
                    5525 N. MACARTHUR BLVD., SUITE 775
PLAT OF:            IRVING, TEXAS 75038              SURFACE ELEV. 770.6
WELL LOCATION                                        FT. ABOVE SEA LEVEL
CHITTIM 126-2
MAVERICK CO., TX

            CORNERSTONE CHITTIM 126-2 SURFACE LOCATION

TX S. CENTRAL ZONE - NAD 27   916' FSL & 1781' FEL SUR 126, A-328
X-1604581.0  Y-369787.0       6196' FSL & 3499' FWL LEASE          I HEREBY CERTIFY THAT
GEOGRAPHIC POSITION NAD 27                                         THE SUBJECT WELL
LATITUDE   28.844624 NORTH                                         LOCATION WAS STAKED
LONGITUDE  100.235198 WEST                                         AS SHOWN ON THIS
                                                                   PLAT.
                    DIRECTION AND DISTANCE TO COUNTY SEAT
            S 60DEG-40MIN-12SEC W  98,159 FT. (18.59MI.)
                    TO EAGLE PASS, TEXAS                           WILLIAM DOUGLAS DOVE
                                                                   REGISTERED PROFESSIONAL
                                                                   LAND SURVEYOR
                                                                   TEXAS REG. NO. 4143

JOB NO. 007-08
SURVEYED BY: WDD            WILLIAM DOVE & ASSOCIATES
FEBRUARY 6, 2008                 111 KNOLL TRAIL
                               SANDIA, TEXAS 78383
DRAWN BY: WDD
FEBRUARY 8, 2008        PHONE (361) 547-9665 CELL (361) 244-0798

EXHIBIT B

| | | |
|---|---|---|
| SUR 144<br>A-346 | SURVEY 145<br>A-347 | SUR 146<br>A-348 |
| SURVEY 156<br>A-167 | SURVEY 155<br>A-166 | SUR 154<br>A-368 |
| SUR 177<br>A-188 | SURVEY 178<br>A-189 | SUR 179<br>A-190 |

Distances shown on plat:
- 4275' , 4713' (from north survey line)
- 2225' , 1992' (from east lease line)
- 1005' , 567' (from south survey line)
- 740' (FNL Survey 178)
- 1274' (FEL)
- 4540' TD SL LS
- 40 AC DRILLING UNIT

SURFACE CHITTIM 155-4H LOCATION
PP (Proposed Penetration Point)
TL (Terminus Location)

PLAT OF:
WELL LOCATION
CHITTIM 155-4H
MAVERICK CO., TX.

PREPARED FOR
CORNERSTONE E & P COMPANY, L.P.
5525 N. MACARTHUR BLVD., SUITE 775
IRVING, TEXAS 75038

SCALE: 1" = 1000 FT.
DATE: NOVEMBER 17, 2008

CHITTIM 155-4H
SURFACE LOCATION:
TX S. CENTRAL ZONE - NAD 27      1005 FT. FSL & 2225 FT. FEL SURVEY 155, A-166
X-1,604,266   Y-359,298           4275 FT. FNL & 2225 FT. FEL LEASE
GEOGRAPHIC POSITION NAD 27
LATITUDE 28.815767 N
LONGITUDE 100.235836 W

PROPOSED PENETRATION POINT (PP):
TX S. CENTRAL ZONE - NAD 27      567 FT. FSL & 1992 FT. FEL SURVEY 155, A-166
X-1,604,504   Y-358,861           4713 FT. FNL & 1992 FT. FEL LEASE
GEOGRAPHIC POSITION NAD 27
LATITUDE 28.814572 N
LONGITUDE 100.235079 W

PROPOSED TERMINUS LOCATION (TL)
TX S. CENTRAL ZONE - NAD 27      740 FT. FNL & 1274 FT. FEL SURVEY 178, A-189
X-1,605,238   Y-357,557           4540 FT. FSL & 1274 FT. FEL LEASE
GEOGRAPHIC POSITION NAD 27
LATITUDE 28.811007 N
LONGITUDE 100.232744 W

DIRECTION AND DISTANCE TO COUNTY SEAT
S 66DEG-12MIN-25SEC W   93,183 FT. (17.6 MI.)
TO EAGLE PASS, TEXAS

SURFACE ELEV. 743.40
FT. ABOVE SEA LEVEL

I HEREBY CERTIFY THAT
THE SUBJECT WELL
LOCATION WAS STAKED
AS SHOWN ON THIS
PLAT.

WILLIAM DOUGLAS DOVE
REGISTERED PROFESSIONAL
LAND SURVEYOR
TEXAS REG. NO. 4143

SF 097-08
SURVEYED BY: WDD
NOVEMBER 13, 2008
DRAWN BY: WDD
NOVEMBER 17, 2008

WILLIAM DOVE & ASSOCIATES
111 KNOLL TRAIL
SANDIA, TEXAS 78383
PHONE (361) 547-9665   CELL (361) 244-0798

[Seal: STATE OF TEXAS REGISTERED WILLIAM DOUGLAS DOVE 4143 PROFESSIONAL LAND SURVEYOR]

THIS **EXTRA** PAGE HAS BEEN ADDED FOR FILE-STAMPING IF NEEDED.

**Please return document to:**
Dore' & Associates, Attorneys, P.C.
17171 Park Row, Suite 350
Houston, Texas 77084

VOL 0306 PG 0145

INST NO. 079969
FILED FOR RECORD
2009 Jul 08 at 01:42 PM
Oralia G. Treviño, County Clerk
, DEPUTY