Robert D. Albergotti
State Bar No. 00969800
Stephen Pezanosky
State Bar No. 15881850
Scott Everett
State Bar No. 00796522
John Middleton
State Bar No. 24053742
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

**ATTORNEYS FOR THE
DEBTORS IN POSSESSION**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| CORNERSTONE E&P COMPANY, L.P., | § | Case No. 09-35228-bjh |
| *et al.*, | § | (Jointly Administered) |
| | § | |
| Debtors. | § | |

### SECOND MOTION TO CONTINUE DISCLOSURE STATEMENT HEARING

Cornerstone E & P Company, L.P. ("***Cornerstone E&P***") and its affiliated debtor, Cornerstone Southwest GP, LLC ("***Cornerstone Southwest***," and together with Cornerstone E&P, the "***Debtors***" or "***Cornerstone***"), submit this *Second Motion to Continue Disclosure Statement Hearing* (the "***Motion***") and respectfully state as follows:

### I. JURISDICTION

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. The Motion constitutes a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. BACKGROUND

2. On August 6, 2009 (the "***Petition Date***"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of Bankruptcy Code. The Debtors' cases are being jointly administered by this Court.

3. Cornerstone has filed the *Declaration of John Sanchez in Support of Debtors' Chapter 11 Petitions and First-Day Motions* (docket no. 17) containing background information regarding this case, which is incorporated by reference in this Motion.

4. On November 13, 2009, the Debtors filed their *Joint Plan of Reorganization for Cornerstone E&P Company, L.P. and Cornerstone Southwest GP, LLC Under Chapter 11 of the United States Bankruptcy Code* (the "***Plan***," docket no. 201) and *Disclosure Statement Under 11 U.S.C. § 1125 in Support of the Joint Plan of Reorganization for Cornerstone E&P Company, L.P. and Cornerstone Southwest GP, LLC Under Chapter 11 of the United States Bankruptcy Code* (the "***Disclosure Statement***," docket no. 202).[1] The hearing to consider approval of the Disclosure Statement (the "***Disclosure Statement Hearing***"), as requested by the *Debtors' Motion for Entry of an Order (a) Approving the Disclosure Statement, (b) Scheduling a Hearing to Consider Confirmation of the Plan, (c) Establishing Voting and Objection Deadlines, and (d) Approving Forms of Ballots and Solicitation Procedures* (the "***Disclosure Statement Motion***," docket no. 203) was initially set on December 22, 2009 at 3:15 p.m.

5. On January 19, 2010, the Court entered its *Order Granting Motion to (A) Continue Disclosure Statement Hearing; and (B) Authorize Mediation and the Payment of Mediation Costs Pursuant to §§ 105(a) and 363 of the Bankruptcy Code* (docket no. 266) continuing the Disclosure Statement Hearing to **January 26, 2010 at 3:15 p.m.**, in order to give

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Plan and/or Disclosure Statement, as applicable.

Cornerstone and the Mediation Parties (as defined therein) time to mediate a number of issues related to plan confirmation.

6. On January 14, 2010, Cornerstone and a number of parties-in-interest mediated several of the issues related to plan confirmation. At the request of the mediator, the parties will reconvene on January 28, 2010 to continue the mediation.

### III. RELIEF REQUESTED

7. The Debtors request that the Court enter an order (i) continuing the Disclosure Statement Hearing until **February 16, 2010 at 3:15 p.m.** (the next available Omnibus Hearing Date), or such other later date as may be available to the Court; and (ii) further extending the objection deadline to five business days prior to the newly rescheduled Disclosure Statement Hearing, only for those parties who requested an extension of the initial Disclosure Statement objection deadline of December 15, 2009 and were granted an extension to five business days prior to the initially rescheduled Disclosure Statement Hearing (the "*Extension Parties*"). To the extent they have not already done so, by the filing of this motion, the Debtors are notifying the Extension Parties of the extended objection deadline as described above.

8. The Debtors have been encouraged by the initial mediation session and believe that the second mediation session will prove beneficial to their estates and to the plan confirmation process by raising and potentially resolving a number of the remaining issues with respect to plan confirmation. To that end, the Debtors believe that the requested extension is in the best interest of their estates and is justified under the circumstances.

FOR ALL OF THE ABOVE REASONS, the Debtors request that the Court enter an order (i) continuing the Disclosure Statement Hearing until February 16, 2010 at 3:15 p.m. (the next available Omnibus Hearing Date), or such other later date as may be available to the Court; (ii) further extending the objection deadline to five business days prior to the newly rescheduled Disclosure Statement Hearing, only for the Extension Parties; and (iii) granting such other and further relief as is just and proper.

Dated: January 19, 2010.

                          **HAYNES AND BOONE, LLP**

                          By: */s/ Scott Everett*
                                Robert D. Albergotti
                                State Bar No. 00969800
                                Stephen Pezanosky
                                State Bar No. 15881850
                                Scott Everett
                                State Bar No. 00796522
                                John Middleton
                                State Bar No. 24053742
                                2323 Victory Avenue, Suite 700
                                Dallas, Texas 75219
                                Telephone: 214-651-5000
                                Facsimile: 214-651-5940

                                **ATTORNEYS FOR THE DEBTORS-IN-POSSESSION**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for the Committee and Union Bank, N.A. have consented to the relief requested.

                                */s/ Scott Everett*
                                Scott Everett

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on January 19, 2010, a true and correct copy of the foregoing document was served (i) upon the parties on the attached Master Service List by email (if available as indicated thereon) <u>or</u> United States first class mail, postage prepaid (if email service has not been consented to) and (ii) by ECF transmission upon the parties that receive electronic notice in this case pursuant to the Court's ECF filing system.

                                               */s/ Scott Everett*
                                               Scott Everett

# MASTER SERVICE LIST
## (as of January 11, 2010)

**Debtors:**

Cornerstone E & P Company, LP
Cornerstone Southwest GP, LLC
5525 N. MacArthur Blvd., Suite 775
Irving, TX 75038
Email: jsanchez@cstone-ep.com

**Counsel for Debtors:**

Robert D. Albergotti
Stephen Pezanosky
Scott Everett
Autumn D. Highsmith
John Middleton
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Facsimile: (214) 651-5940
Email: robert.albergotti@haynesboone.com
stephen.pezanosky@haynesboone.com
scott.everett@haynesboone.com
autumn.highsmith@haynesboone.com
john.middleton@haynesboone.com

**United States Trustee:**

George F. McElreath
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
Facsimile: (214) 767-8971
Email: george.f.mcelreath@usdoj.gov

**Proposed Counsel for Official Committee of Unsecured Creditors:**

Patrick D. Devine
Law Office of Patrick D. Devine, PC
5120 Woodway Drive, Suite 8002
Houston, TX 77056
Facsimile: 713-965-9173
Email: pdevine@pdevinelaw.com

**Taxing Entities:**

Hill County Appraisal District
c/o Michael Reed
McCreary, Veselka, Bragg & Allen, P.C.
P O Box 1269
Round Rock, TX 78680
Facsimile: 512-323-3205
Email: mreed@mvbalaw.com

Hood County Appraisal District
PO Box 819
Granbury, TX 76048

Johnson County Central Appraisal District
109 N. Main
Cleburne, TX 76033

Maverick County Appraisal District
2243 N. Veterans Blvd.
P O Box 2628
Eagle Pass, TX 78853

Panola County Appraisal District
2 Ball Park Road
Carthage, TX 75633

Shelby County Appraisal District
724 Shelbyville Street
Center, TX 75935

Hughes County Assessor
200 N. Broadway
Holdenville, OK 74848

**Government Entities:**

Internal Revenue Service
Special Procedures – Insolvency
P O BOX 21126
Philadelphia, PA 19114

Office of the Attorney General
1412 Main Street, Suite 810
Dallas, TX 75202

Office of the Attorney General
Main Justice Building, Room 5111
10th Street & Constitution Avenue, N.W.
Washington, DC 20530

Office of the Attorney General
Pension Benefit & Guaranty
1200 K Street, NW
Washington, DC 2004-4026

Office of the United States Attorney
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Oklahoma Corporations Commission
P O Box 52000
Oklahoma City, Oklahoma 73152-2000

Oklahoma Water Resources Board
3800 Classen
Oklahoma City, Oklahoma 73118

Railroad Commission of Texas
Enforcement/Bankruptcy / Terrie Hammett
P O Box 12967
Austin, TX 78711
Facsimile: 512-463-6684
Email: terrie.hammett@rrc.state.tx.us

Mark Browning
Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P O Box 12548
Austin, TX 78711-2548

Texas Commission on Environmental
  Quality
12100 Park 35 Circle
Austin, Texas 78711-3087

Texas Comptroller of Public Accounts
Lyndon B. Johnson State Office Building, 111 East 17th Street
Austin, Texas 78774

Texas Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy Section,
P O BOX 13528
Austin, TX 78711

Texas Secretary of State
P O Box 12887
Austin, Texas 78711-2887

Texas Workforce Commission
Box 901010
Fort Worth, Texas 76010-2101

Texas Workforce Commission
101 East 15th Street
Austin, TX 78778

U.S. Department of Labor
Occupational Safety & Health Administration, 200 Constitution Avenue
Washington, DC 20210

**Secured Creditors (includes Undersecured Creditors with Deficiency Claims):**

Arnold Crushed Stone, Inc.
P O Box 632
Blum, TX 76627
Email: marnold50@msn.com
       miles@arnoldcrushedstone.com

Bennett Drilling Services
P O Box 6177
Longview, TX 75608
Email: mambennett1@aol.com

Bridgeport Tank Trucks, LLC
1100 CR 700
Cleburne, TX 76031
Email: info@btt-group.com
       Sheri.coursey@btt-group.com
       Ronald.holley@btt-group.com

Chalmers, Collins & Alwell, Inc.
P O Box 52287
Lafayette, LA 70505
Email: JanStelly@ccaconsultants.net
       richard@accaconsultants.net

ConocoPhillips
10 Plaza Office Building
Bartlesville, OK 74004

Cude Oilfield Contractors, Inc.
P O Box 4652, Dept. 561
Houston, TX 77210
Email: leapeterson@cudeoilfield.com

Fred's Rat Hole Service, Inc.
P O Box 741
Lindsay, OK 73052

I. E. Miller
P O Drawer 472
Eunice, LA 70535

KSW Oilfield Rental, LP
314 N. Post Oak Lane
Houston, TX 77024

Magnum Oilfield Services, Inc.
P O Box 786
Eagle Lake, TX 77434

Natural Gas Compression Systems, Inc.
2480 Aero Park Drive
Traverse City, MI 49686
Email: yuncker@ngcsi.com

Natural Gas Services Group, Inc.
508 W. Wall Street, Suite 550
Midland, TX 79701
Email: lela.mayfield@ngsgi.com

Pumpco Energy Services
302 S. Dixon
Gainesville, TX 76240
Email: cwilson@pumpcoservices.com
mice@pumpcoservices.com

Range Resources
100 Throckmorton, Suite 1200
Fort Worth, TX 76102
Facsimile: 817-869-9100
Email: rmanny@rangeresources.com
dpoole@rangeresources.com

Select Energy Services, LLC
P O Box 1715
Gainesville, TX 76241
Email: craig.budner@klgates.com
casey.kaplan@klgates.com

Six & Mango Equipment
8741 Main Street
Frisco, TX 75034
Email: r.mcanelly@sixandmango.com

Southern Resources
4509 N. Classen, Suite 201
Oklahoma City, OK 73116

Spidle Turbeco
P O Box 6426
Metarie, LA 70009
Email: breeves@flotekind.com
johnarbour@gmscollections.com

Tesco Services, Inc.
3993 W. Sam Houston Pkwy. N, Suite 100
Houston, TX 77043
Email: andrey_clement@tescocorp.com

Texas CES, Inc.
 Felderhoff Brothers Drilling
Attn: Tom Burke
P O Box 1299
Gainesville, TX 76241
Email: tburke@completeproduction.com
jwelsh@completeprod.com

Tilford Pinson Exploration
841 South Kelly Avenue, Suite 130
Edmond, OK 73003
Email: jimn@tilfordpinson.com

Weatherford US, LP
515 Post Oak Blvd., Suite 600
Houston, TX 77027
Email: KMartinez01@iwilson.com
simon.lin@weatherford.com

Wellstar International, LLC
1600 E. 19th Street, Bldg. 5
Edmund, OK 73013

Wolf Pack Rentals, LLC
P O Box 19569
Houston, TX 77224
Email: ashley.tejero@xxtremegroup.com
grant.hutchins@xxtremegroup.com

**50 Largest Unsecured Creditors (including Undersecured Creditors with Deficiency Claims):**

Arrow Pump & Supply, Inc.
P O Drawer 1070
Seminole, OK 74818
Email: arrowpump@yahoo.com
arrowpumpada@yahoo.com

Awesome Transport LLC
P O Box 2407
Elk City, OK 73648
Email:      awesometransport@att.net

Baker Hughes Drilling Fluids
Baker Hughes Oilfield Services
Baker Oil Tools
c/o Christopher Ryan
2929 Allen Parkway, Suite 2300
Houston, TX 77019
Email:      christopher.ryan@bakerhughes.com

Basic Energy Services
P O Box 841903
Dallas, TX 75284
Email:      gloria.robinson@basicenergyservices.com
            bobby.adkins@basicenergy.com

BJ Services Company
c/o Carl Doré, Jr.
Doré & Associates, Attorneys, P.C.
17171 Park Row, Suite 350
Houston, TX 77084
Facsimile:  281-829-1579
Email:      carldore@doreassociates.com

Blowout Tools, Inc.
c/o Benjamin W. Kadden
Lugenbuhl, Wheaton, Peck, Rankin
   & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Facsimile:  504-310-9195
Email:      bkadden@lawla.com

BravoConstruction, Inc.
P O Box 874
Wilburton, OK 74578
Email:      bravojw@sbcglobal.net

Brickman Fast Line Inc.
P O Box 764
Okeene, OK 73763
Email:      brickmant@hotmail.com
            arrowpump@yahoo.com
            arrowpumpada@yahoo.com

Bronco Drilling Company, Inc.
16217 N. May Avenue
Edmond, OK 73013
Email:      agutierrez@broncodrill.com
            dtreadwell@broncodrill.com

Burlington Resources Oil & Gas Co.
c/o ConocoPhillips Company
10 Plaza Office Building
Bartlesville, OK 74004
Email:      lcrothers@br-inc.com

Cenizo Services, Inc.
P O Box 1038
Uvalde, TX 78802
Email:      all4weeks@yahoo.com

Continental Resources, Inc.
c/o Stephen J. Moriarty
Fellers Snider Blankenship Bailey & Tippens PC
100 North Broadway Avenue, Suite 1700
Oklahoma City, OK 73102
Facsimile:  405-232-9659
Email:      smoriarty@fellerssnider.com

Devon Energy Production Co., LP
c/o David M. Bennett
Thompson & Knight LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
Facsimile:  214-969-1751
Email:      david.bennett@tklaw.com

DrillRight Technology, Inc.
c/o Larry G. Cassil, Jr.
Pierce, Couch, Hendrickson, Baysinger
   & Green, LLP
1109 N. Francis
Oklahoma City, OK 73106
Facsimile:  405-235-2904
Email:      lcassil@piercecouch.com

Energy Service Company
P O Box 1300
Bowie, TX 76230
Email:      tbrown@energyserviceco.com

Exploreco International LLC
Attn: Don Milner, Jr.
P O Box 951913
Dallas, TX 75395
Email:      mayra@exploreco.com
            donj@exploreco.com
            walt@exploreco.com

Express Energy Services
P O Box 3720
Houma, LA 70361
Email: estalbert@eeslp.com

Felderhoff Brothers Drilling
P O Box 202037
Dallas, TX 74320
Email: Tburke@completeproduction.com

Swanberg USA, Inc.
f/k/a Gambler Trucking Inc.
f/k/a Swanberg Texas, Inc.
5851 San Felipe Street, Suite 850
Houston, TX 77057
Email: kcashion@swanbergusa.com
rpendleton@swanberginternational.com

International Lift Systems, LLC
P O Box 941748
Houston, TX 77049
Email: fthompson@lufkin.com

Jimmy Chatham Dozer Service Inc.
P O Box 878
Healdton, OK 73438
Email: jrchatham@calberocket.com

Moricoli & Schovanec LLC
Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102
Email: jmoricoli@moricoli.com

Myers Roustabout LLC
P O Box 751
Jacksboro, TX 76458
Email: megan@myersroustabout.com
myersroustabout@yahoo.com

Nabors Well Services, Ltd.
Attn: Stephen Tucker
P O Bocx 973510
Dallas, TX 75397
Email: stephen.tucker@nabors.com
lauri.mcdonald@nabors.com

Newpark Drilling Fluids LLC
Attn: Daniela Quast
P O Box 83116
Baton Rouge, LA 70884
Email: dquast@newpark.com

NFR Energy LLC
1415 Louisiana, Suite 1600
Houston, TX 77002
Email: cstinneford@gordonarata.com

Pason Systems USA Corp.
16100 Table Mountain Pkwy., Suite 100
Golden, CO 80403
Email: cindy.miller@pason.com
robbie.thorne@pason.com

Phantom Drilling Fluids Company
Attn: Gene Matthews
904 Fox Hill Driv
Edmond, OK 73034
Email: phantom1226@cox.net

Pinson Well Logging, Inc.
4430 NW 50th Street, Suite Q
Oklahoma City, OK 73112
Email: pinsonwell@aol.com

Precision Energy Services, Inc.
Attn: Simon Lin
P O Box 200698
Dallas, TX 75320
Email: simon.lin@weatherford.com
luther.harmon@weatherford.com

Quicksilver Resources Inc.
777 West Rosedale Street, Suite 300
Fort Worth, TX 76104
Email: rhimelfarb@qrinc.com
douguloth@ulothlaw.com

Rowan Drilling Company, Inc.
Attn: Darin Gibbins
2800 Post Oak Blvd., Suite 5450
Houston, TX 77056
Email: mboykin@rowancompanies.com
darin.gibbins@rowancompanies.com
tedg@rowancompanies.com

Schlumberger Technology Corporation
Attn: Michael Stephenson
14131 Midway, Suite 700
Addison, TX 75070
Email: mstephenson@dallas.oilfield.slb.com
mstephenson@slb.com

Schlumberger Technology Corporation
c/o Jere Crean
1325 South Dairy Ashford
Houston, TX 77077
Email: crean1@slb.com

Seaboard Wellhead, Inc.
P O Box 3177
Houston, TX 77253
Email: jduncan@seaboardwellheadinc.com

Simons Petroleum
Attn: David Mulroney
P O Box 676686
Dallas, TX 75267
Email: dmulroney@simonspetroleum.com
mmclaughlin@simonpetroleum.com

Smith International, Inc.
Attn: Karen Bennett
P O Box 200760
Dallas, TX 75230
Email: kbennett01@smith.com

Streamline Production Systems, Inc.
1447 Highway 69
Kountze, TX 77625
Email: streamster1@aol.com
plindsey2877@yahoo.com

Super Flow Testers, Inc.
P O Box 643
Lindsay, OK 73052
Email: superflow@volornet.com
smcdaniels@scissortailenergy.com

T A W Inc.
Attn: Elise Alexander
P O Box 960078
Oklahoma City, OK 73196
Email: nlong@TAWServices.com
ealexander@tawservices.com

Tank 1 Services, LLC
14633 South Padre Island Dr., Suite 105
Corpus Christi, TX 78418
Email: kbatey@branscombpc.com

TCB Rental Inc.
c/o Steven C. Haley
Moorman, Tate, Moorman,
  Urquhart & Haley, L.L.P.
207 East Main
P O Box 1808
Brenham, TX 77834
Facsimile: 979-830-0913
Email: shaley@moormantate.com

Tejas Oilfield Service
Attn: John Schmitz
Lockbox Dept. 2414
P O Box 4346
Houston, TX 77210
Email: chuddleston@peakoilservices.com

Thomas Tools
Attn: Linda Dutil
P O Box 200701
Dallas, TX 75230
Email: ldutil@thomastools.com
heath@thomastools.com

TK Stanley Inc.
P O Box 31
Waynesboro, MS 39367
Email: dclark@tcstanley.com

Topographic Land Surveyors
6709 North Classen Blvd.
Oklahoma City, OK 73116
Email: annie.wolf@topographic.com
becky.bogle@topographic.com

TS Dudley Land Co., Inc.
5925 N. Robinson Avenue
Oklahoma City, OK 73118
Email: TomDudley@tsdudley.com

Ulterra Drilling Technologies, LP
Attn: Carter McCall
P O Box 975228
Dallas, TX 75397
Email: cmccall@ulterra.com

Vanguard Stimulation Service LLC
Attn: Carroll Newman
19800 MacArthur Blvd., Suite 650
Irvine, CA 92612
Email: cnewman@vanguardenergygroup.com
pguertin@vanguardenergygroup.com

Western Company of Texas
P O Box 399
Justin, TX 76247
Email: Brent.Barnard@xxtremegroup.com

**Litigation Parties:**

Myers Roustabout, L.L.C.
c/o David Spiller
Spiller & Spiller
P O Drawer 447
Jacksboro, TX 76458
Facsimile: (940) 567-3999
Email: david.spillerlaw@sbcglobal.net

NFR Energy LLC
c/o Charles L. Stinneford
Andrew M. Abrameit
Gordon, Arata, McCollam,
  Duplantis & Eagan, L.L.P.
One Riverway, Suite 1300
Houston, TX 77056
Facsimile: (713) 333-5501
Email: cstinneford@gordonarata.com
       aabrameit@gordonarata.com

Select Energy Services, LLC
Bell Supply Company, LLC
c/o Duncan A. Simpson
B-29 Investments, LP
201 W. California Street,
P O Box 170
Gainesville, TX 76241
Email: dsimpson@b29investments.com

Select Energy Services, LLC
c/o Craig W. Budner
Casey P. Kaplan
K&L Gates LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Facsimile: (214) 939-5849
Email: craig.budner@klgates.com
       casey.kaplan@klgates.com

**Counsel for Baker Hughes Oilfield Operations, Inc. and Schlumberger Technology Corporation:**

Phil Snow
Snow Fogel Spence LLP
2929 Allen Parkway
Suite 4100
Houston, TX 77019
Fax: 713-335-4848
Email: philsnow@snowfogel.com
       lauraterrell@snowfogel.com

**Utilities:**

People's Electric Cooperative
P.O. Box 429
Ada, OK 74821-0429
Email: amcelroy@peoplesec.com

Hilco Electric Cooperative, Inc.
Attn: Lea Sanders
P.O. Box 127
Itasca, TX 76055-0127
Email: leasanders@hilco.coop

**Unsecured Creditors of Cornerstone Southwest GP, LLC Only:**

CFS MacArthur Plaza, LP
Attn: Property Manager
5525 N. MacArthur Blvd, Suite 100
Irving, TX 75038

United Healthcare
Dept. CH 10151
Palatine, IL 60055

Principal Life Group
P O Box 14513
Des Moines, IA 50306

SafeGuard Dental & Vision
P O Box 30910
Laguna Hills, CA 92654

John Sanchez
c/o Cornerstone E & P Company, LP
5525 N. MacArthur Blvd., Suite 775
Irving, TX 75038
Email: jsanchez@cstone-ep.com

Barry Osborne
c/o Cornerstone E & P Company, LP
5525 N. MacArthur Blvd., Suite 775
Irving, TX 75038
Email:       jsanchez@cstone-ep.com

Tom Barnes
c/o Cornerstone E & P Company, LP
5525 N. MacArthur Blvd., Suite 775
Irving, TX 75038
Email:       jsanchez@cstone-ep.com

Scott Adamson
c/o Cornerstone E & P Company, LP
5525 N. MacArthur Blvd., Suite 775
Irving, TX 75038
Email:       jsanchez@cstone-ep.com

Aaron Borgan
c/o Cornerstone E & P Company, LP
5525 N. MacArthur Blvd., Suite 775
Irving, TX 75038
Email:       jsanchez@cstone-ep.com

Mike Langeler
c/o Cornerstone E & P Company, LP
5525 N. MacArthur Blvd., Suite 775
Irving, TX 75038
Email:       jsanchez@cstone-ep.com

**Notice of Appearance Parties:**

Counsel for Union Bank of California, N.A.:

Samuel N. Stricklin
Bracewell & Giuliani LLP
1445 Ross Avenue, Suite3800
Dallas, TX 75202
Facsimile:   (214) 751-4864
Email:       Sam.Stricklin@bgllp.com
             David.Sweeney@bgllp.com
             Trey.Wood@bgllp.com
             Dewey.Gonsoulin@bgllp.com

Jason G. Cohen
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002
Facsimile:   (713) 221-1212
Email:       jason.cohen@bgllp.com

Counsel for J-W Power Company:

David A. Miller
Julie A. Walker
Miller Mentzer, P.C.
100 N. Main Street
P O Box 130
Palmer, TX 75152
Facsimile:   (972) 845-3398
Email:       jwalker@milmen.com

Counsel for Dallas County:

Laurie Spindler Huffman
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
Facsimile:   (469) 221-5002
Email:       dallas.bankruptcy@publicans.com

Counsel for Weatherford International:

Edward L. Rothberg
Weycer, Kaplan, Pulaski & Zuber, P.C.
11 Greenway Plaza, Suite 1400
Houston, TX 77046
Facsimile:   713-961-5341
Email:       erothberg@wkpz.com

Counsel for Liberty Energy, LLC:

Shari L. Heyen
Greenberg Traurig, LLP
1000 Louisiana, Suite 1700
Houston, TX 77002
Facsimile:   713-374-3505
Email:       heyens@gtlaw.com

Counsel for Johnny F. Muehlstein Family
Partnership, Larry Muehlstein, Mildred Powell,
Johnny Muehlstein and Georgia Ann Hughes:

Joseph R. Kimball
Lively & Associates, LLP
201 Main Street, Suite 1260
Fort Worth, TX 76102
Facsimile:   817-338-1050
Email:       joe.kimball@livelyllp.com

Counsel for Cowtown Pipeline L.P.:

J. Douglas Uloth
Uloth, P.C.
15455 Dallas Parkway, Suite 600
Addison, TX 75001
Facsimile: 888-780-5946
Email: douguloth@ulothlaw.com

Primeshares:

Primeshares
Attn: RVS
261 Fifth Avenue, 22nd Floor
New York, NY 10016
Facsimile: 212-889-2232
Email: ksync@primeshares.com

Counsel for Blue Star Oil & Gas, Ltd.:

Bruce J. Ruzinsky
Jackson Walker L.L.P.
1401 McKinney Street, Suite 1900
Houston, TX 77010
Facsimile: 713-752-4221
Email: bruzinsky@jw.com

Heather M. Forrest
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202
Facsimile: 214-953-5822
Email: hforrest@jw.com

Counsel for Vanguard Stimulation
Services, LLC and ScissorTail Energy, LLC:

Steven W. Soule
Pamela H. Goldberg
Bonnie N. Hackler
Karissa K. Cottom
Hall, Estill, Hardwick, Gable,
  Golden & Nelson, P.C.
320 South Boston Avenue, Suite 200
Tulsa, OK 74103
Facsimile: 918-594-0505
Email: ssoule@hallestill.com
       pgoldberg@hallestill.com
       bhackler@hallestill.comm
       kcottom@hallestill.com

Counsel for Brickman Fastline, Inc.:

Michael C. Bigheart
Mitchell & DeClerck, P.L.L.C.
202 West Broadway
Enid, OK 73701
Facsimile: 580-234-8890
Email: mcb@mdpllc.com

Counsel for Neumin Production Co.:

James Matthew Vaughn
Porter & Hedges, L.L.P.
1000 Main Street, 36th Floor
Email: mvaughn@porterhedges.com

Counsel for Phantom Drilling Fluids Company:

Lyle R. Nelson
Jennifer H. Kirkpatrick
Eric Huddleston
Elias, Books, Brown & Nelson, P.C.
Two Leadership Square, Suite 1300
211 N. Robinson
Oklahoma City, OK 73102
Facsimile: 405-232-3746
Email: lyle@lylenelsonlaw.com
       jhkirkpatrick@eliasbooks.com
       ehuddleston@eliasbooks.com

Counsel for Capital Well Service, LLC:

Patrick H. Autry
Nunley Jolley Cluck Aelvoet LLP
1580 S. Main Street, Suite 200
Boerne, TX 78006
Facsimile: 830-816-3388
Email: pautry@texastriallaw.com

Counsel for Thurman Transportation, Inc.
And Glenn Thurman, Inc.:

Frank Skipper
Sullivan & Cook, LLC
2301 Cedar Springs Road, Suite 200
Dallas, TX 75201
Facsimile: 214-528-6925
Email: fskipper@sullivancook.com

Counsel for Carrollton-Farmers Branch
Independent School District:

Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, TX 75205
Facsimile: 214-521-1738
Email: sheehan@txschoollaw.com

RLI Insurance Company:

RLI Insurance Company
Attn: Paul M. O'Sullivan
8 Greenway Plaza, Suite 400
Houston, TX 77046
Facsimile: 713-961-0285
Email: paul.o'sullivan@rlicorp.com

Counsel for ConocoPhillips Company
and Burlington Resources Oil & Gas Co., L.P.:

Philip G. Eisenberg
Locke Lord Bissell & Liddell, LLP
600 Travis Street, Suite 3400
Houston, TX 77002
Facsimile: 713-223-3717
Email: peisenberg@lockelord.com

Gregory A. Lowry
Locke Lord Bissell & Liddell, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75202
Facsimile: 214-740-8800
Email: glowry@lockelord.com

Counsel for Robert J. Alwell
and Susan M. Alwell

Matthew T. Taplett
Pope, Hardwicke, Christie,
  Schell, Kelly & Ray, L.L.P.
306 W. Seventh Street, Suite 901
Fort Worth, TX 76102
Facsimile: 817-877-4781
Email: mtaplett@popehardwicke.com

Counsel for Bronco Drilling Company, Inc.

Kurt M. Rupert
Hartzog Conger Cason & Neville
201 Robert S. Kerr Avenue
1600 Bank of Oklahoma Plaza
Oklahoma City, OK 73102
Facsimile: 405-996-3403
Email: krupert@hartzoglaw.com

Counsel for Elisandra Mejorado

David T. Burkett
The Burkett Law Firm
538 S. Tancahua
Corpus Christi, TX 78401
Facsimile: 361-883-0733
Email: burketta@aol.com

TK Drilling

TK Drilling
Attn: Teerakun Karnchanakphan
8131 E. 49th Street
Tulsa, OK 74145
Facsimile: 918-270-1002

Counsel for Jose N. Gonzales and
Maria Gonzales:

Ray Galvan, Jr.
Ray Galvan, P.C.
8111 LBJ Freeway, Suite 1450
Dallas, TX 75251
Facsimile: 972-235-6217
Email: raygalvan@gmail.com

Counsel for CFS MacArthur Plaza, LP:

Kell C. Mercer
Brown McCarroll, L.L.P.
111 Congress Avenue, Suite 1400
Austin, TX 78701
Facsimile: 512-226-7324
Email: kmercer@mailbmc.com

Counsel for Arnold Crushed Stone, Inc.:

Ross A. Vitek
The Cox Law Firm, PLLC
5850 Colleyville Blvd., Suite B
Colleyville, TX 76034
Facsimile: 817-860-9205
Email: ross@edcoxlaw.com

Counsel for PVR North Texas Gas
Gathering, LLC:

E. P. Keiffer
Wright Ginsberg Brusilow P.C.
1401 Elm Street, Suite 4750
Dallas, TX 75202
Facsimile: 214-744-2615
Email: pkeiffer@wgblawfirm.com

Counsel for ESCOB Management, LLC
d/b/a Energy Service Company:

Gregory L. Underwood
Underwood & Riddle, P.C.
607-B Lindsay Street
Bowie, TX 76230
Facsimile: 940-872-4211

Counsel for Betsy Eiseman
and Reed Land Management, Ltd.:

Rudy Beuttenmuller
Thomas, Cinclair & Beuttenmuller
5335 Spring Valley Road
Dallas, TX 75254
Facsimile: 972-991-3220
Email: rudybeutt@tcblawfirm.com

Counsel for Turbeco, Inc.
d/b/a Spidle Turbeco:

Amy Greaves Williams
Doherty & Doherty, LLP
1717 St. James Place, Suite 520
Houston, TX 77056
Facsimile: 713-572-1001
Email: amywilliams@doherty-law.com

Counsel for T.S. Dudley Land Company:

Charles E. Wetsel
Robertson & Williams
9658 North May Avenue, Suite 200
Oklahoma City, OK 73120
Facsimile: 405-843-6707
Email: cwetsel@robertsonwilliams.com

Counsel for Express Energy Services:

Lucas Gaskamp
Sullins, Johnston, Rohrbach & Magers
2200 Phoenix Tower
3200 Southwest Freeway
Houston, TX 77027
Facsimile: 713-521-3242
Email: lgaskamp@sjrm.com

Counsel for Mays / McElroy Family Limited
Partnership:

Michael Deitch
Law Office of Michael Deitch & Associates
800 Rio Grande
Austin, TX 78701
Facsimile: 512-474-1579
Email: mike.d@dhpc-law.com

Counsel for Douglas Leach:

Albert C. Ross
Ross & Hartley, P.C.
1521 North Cooper Street, Suite 340
Arlington, TX 76011
Facsimile: 817-274-1850
Email: aross@ross-hartley.com

Counsel for Western Company of Texas:

Charles W. Fillmore
The Fillmore Law Firm, L.L.P.
901 Lake Street
Fort Worth, TX 79102
Facsimile: 817-870-1859