Robert D. Albergotti
Texas Bar No. 00969800
Stephen M Pezanosky
Texas Bar No. 15881850
Scott Everett
Texas Bar No. 00796522
John Middleton
Texas Bar No. 24053742
**Haynes and Boone, LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

COUNSEL FOR DEBTORS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| CORNERSTONE E&P COMPANY, L.P., | § | Case No. 09-35228-bjh |
| *et al.*, | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |

# AGENDA
# OF MATTERS SCHEDULED FOR HEARINGS
# January 26, 2010

## Matters Set for 3:15 p.m.

**A.  Second Motion to Continue Disclosure Statement Hearing [Docket No. 267]**

   Response Deadline:   January 22, 2010 at 4:00 p.m. Central Time

   Status:   This matter is going forward.

   Related Documents:

   1.   Notice of Expedited Hearing [Docket No. 271]

   2.   Debtors' Witness and Exhibit List for Hearing Scheduled January 26, 2010 [Docket No. 273]

**B.  Debtors' Motion for Entry of an Order (A) Approving the Disclosure Statement; (B) Scheduling a Hearing to Consider Confirmation of the Plan; (C) Establishing Voting and Objection Deadlines; and (D) Approving Forms of Ballots and Solicitation Procedures [Docket No. 203]**

Response Deadline:   December 15, 2009

Status:   A Motion to Continue (see item A, above) has been filed. The Debtors therefore request that this matter not go forward.

Related Documents:

1.   Disclosure Statement Under 11 U.S.C. § 1125 in Support of the Joint Plan of Reorganization for Cornerstone E & P Company, L.P.; and Cornerstone Southwest GP, LLC Under Chapter 11 of the United States Bankruptcy Code [Docket No. 202]

2.   Notice of Hearing [Docket No. 204]

C.   **Debtors' Motion Under Bankruptcy Code Section 1121(d) for Extension of Debtors' Exclusive Period to File Plan of Reorganization and Solicit Votes in Connection Therewith [Docket No. 247]**

Response Deadline:   January 19, 2010

Status:   This matter is going forward.

Related Documents:

1.   Notice of Hearing [Docket No. 248]

2.   Debtors' Witness and Exhibit List for Hearing Scheduled January 26, 2010 [Docket No. 273]

Dated: January 21, 2010.

**HAYNES AND BOONE, LLP**

By:   */s/ Scott Everett*
Robert D. Albergotti
Texas Bar No. 00969800
Stephen M Pezanosky
Texas Bar No. 15881850
Scott Everett
Texas Bar No. 00796522
John Middleton
Texas Bar No. 24053742
**Haynes and Boone, LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

COUNSEL FOR DEBTORS

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on January 21, 2010, a true and correct copy of the foregoing document was served upon the parties on the attached Master Service List (i) by email (if available as indicated thereon) <u>or</u> United States first class mail, postage prepaid (if e-mail service has not been consented to), and (ii) by ECF email transmission upon the parties that receive electronic notice in this case pursuant to the Court's ECF filing system.

                                     */s/ Scott Everett*
                                       Scott Everett

# MASTER SERVICE LIST
## (as of January 20, 2010)

**Debtors:**

Cornerstone E & P Company, LP
Cornerstone Southwest GP, LLC
5525 N. MacArthur Blvd., Suite 775
Irving, TX 75038
Email:  jsanchez@cstone-ep.com

**Counsel for Debtors:**

Robert D. Albergotti
Stephen Pezanosky
Scott Everett
Autumn D. Highsmith
John Middleton
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Facsimile:  (214) 651-5940
Email:  robert.albergotti@haynesboone.com
  stephen.pezanosky@haynesboone.com
  scott.everett@haynesboone.com
  autumn.highsmith@haynesboone.com
  john.middleton@haynesboone.com

**United States Trustee:**

George F. McElreath
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
Facsimile:  (214) 767-8971
Email:  george.f.mcelreath@usdoj.gov

**Proposed Counsel for Official Committee
of Unsecured Creditors:**

Patrick D. Devine
Law Office of Patrick D. Devine, PC
5120 Woodway Drive, Suite 8002
Houston, TX 77056
Facsimile:  713-965-9173
Email:  pdevine@pdevinelaw.com

**Taxing Entities:**

Hill County Appraisal District
c/o Michael Reed
McCreary, Veselka, Bragg & Allen, P.C.
P O Box 1269
Round Rock, TX 78680
Facsimile:  512-323-3205
Email:  mreed@mvbalaw.com

Hood County Appraisal District
PO Box 819
Granbury, TX 76048

Johnson County Central Appraisal District
109 N. Main
Cleburne, TX 76033

Maverick County Appraisal District
2243 N. Veterans Blvd.
P O Box 2628
Eagle Pass, TX 78853

Panola County Appraisal District
2 Ball Park Road
Carthage, TX 75633

Shelby County Appraisal District
724 Shelbyville Street
Center, TX 75935

Hughes County Assessor
200 N. Broadway
Holdenville, OK 74848

**Government Entities:**

Internal Revenue Service
Special Procedures – Insolvency
P O BOX 21126
Philadelphia, PA 19114

Office of the Attorney General
1412 Main Street, Suite 810
Dallas, TX 75202

Office of the Attorney General
Main Justice Building, Room 5111
10th Street & Constitution Avenue, N.W.
Washington, DC 20530

Office of the Attorney General
Pension Benefit & Guaranty
1200 K Street, NW
Washington, DC 2004-4026

Office of the United States Attorney
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Oklahoma Corporations Commission
P O Box 52000
Oklahoma City, Oklahoma 73152-2000

Oklahoma Water Resources Board
3800 Classen
Oklahoma City, Oklahoma 73118

Railroad Commission of Texas
Enforcement/Bankruptcy / Terrie Hammett
P O Box 12967
Austin, TX 78711
Facsimile: 512-463-6684
Email: terrie.hammett@rrc.state.tx.us

Mark Browning
Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P O Box 12548
Austin, TX 78711-2548

Texas Commission on Environmental
  Quality
12100 Park 35 Circle
Austin, Texas 78711-3087

Texas Comptroller of Public Accounts
Lyndon B. Johnson State Office Building, 111 East 17th Street
Austin, Texas 78774

Texas Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy Section,
P O BOX 13528
Austin, TX 78711

Texas Secretary of State
P O Box 12887
Austin, Texas 78711-2887

Texas Workforce Commission
Box 901010
Fort Worth, Texas 76010-2101

Texas Workforce Commission
101 East 15th Street
Austin, TX 78778

U.S. Department of Labor
Occupational Safety & Health Administration, 200 Constitution Avenue
Washington, DC 20210

**Secured Creditors (includes Undersecured Creditors with Deficiency Claims):**

Arnold Crushed Stone, Inc.
P O Box 632
Blum, TX 76627
Email: marnold50@msn.com
       miles@arnoldcrushedstone.com

Bennett Drilling Services
P O Box 6177
Longview, TX 75608
Email: mambennett1@aol.com

Bridgeport Tank Trucks, LLC
1100 CR 700
Cleburne, TX 76031
Email: info@btt-group.com
       Sheri.coursey@btt-group.com
       Ronald.holley@btt-group.com

Chalmers, Collins & Alwell, Inc.
P O Box 52287
Lafayette, LA 70505
Email: JanStelly@ccaconsultants.net
       richard@accaconsultants.net

ConocoPhillips
10 Plaza Office Building
Bartlesville, OK 74004

Cude Oilfield Contractors, Inc.
P O Box 4652, Dept. 561
Houston, TX 77210
Email: leapeterson@cudeoilfield.com

Fred's Rat Hole Service, Inc.
P O Box 741
Lindsay, OK 73052

I. E. Miller
P O Drawer 472
Eunice, LA 70535

KSW Oilfield Rental, LP
314 N. Post Oak Lane
Houston, TX 77024

Magnum Oilfield Services, Inc.
P O Box 786
Eagle Lake, TX 77434

Natural Gas Compression Systems, Inc.
2480 Aero Park Drive
Traverse City, MI 49686
Email: yuncker@ngcsi.com

Natural Gas Services Group, Inc.
508 W. Wall Street, Suite 550
Midland, TX 79701
Email: lela.mayfield@ngsgi.com

Pumpco Energy Services
302 S. Dixon
Gainesville, TX 76240
Email: cwilson@pumpcoservices.com
       mice@pumpcoservices.com

Range Resources
100 Throckmorton, Suite 1200
Fort Worth, TX 76102
Facsimile: 817-869-9100
Email: rmanny@rangeresources.com
       dpoole@rangeresources.com

Select Energy Services, LLC
P O Box 1715
Gainesville, TX 76241
Email: craig.budner@klgates.com
       casey.kaplan@klgates.com

Six & Mango Equipment
8741 Main Street
Frisco, TX 75034
Email: r.mcanelly@sixandmango.com

Southern Resources
4509 N. Classen, Suite 201
Oklahoma City, OK 73116

Spidle Turbeco
P O Box 6426
Metarie, LA 70009
Email: breeves@flotekind.com
       johnarbour@gmscollections.com

Tesco Services, Inc.
3993 W. Sam Houston Pkwy. N, Suite 100
Houston, TX 77043
Email: andrey_clement@tescocorp.com

Texas CES, Inc.
  Felderhoff Brothers Drilling
Attn: Tom Burke
P O Box 1299
Gainesville, TX 76241
Email: tburke@completeproduction.com
       jwelsh@completeprod.com

Tilford Pinson Exploration
841 South Kelly Avenue, Suite 130
Edmond, OK 73003
Email: jimn@tilfordpinson.com


Weatherford US, LP
515 Post Oak Blvd., Suite 600
Houston, TX 77027
Email: KMartinez01@iwilson.com
       simon.lin@weatherford.com

Wellstar International, LLC
1600 E. 19th Street, Bldg. 5
Edmund, OK 73013

Wolf Pack Rentals, LLC
P O Box 19569
Houston, TX 77224
Email: ashley.tejero@xxtremegroup.com
       grant.hutchins@xxtremegroup.com

**50 Largest Unsecured Creditors (including Undersecured Creditors with Deficiency Claims):**

Arrow Pump & Supply, Inc.
P O Drawer 1070
Seminole, OK 74818
Email: arrowpump@yahoo.com
       arrowpumpada@yahoo.com

Awesome Transport LLC
P O Box 2407
Elk City, OK 73648
Email:	awesometransport@att.net

Baker Hughes Drilling Fluids
Baker Hughes Oilfield Services
Baker Oil Tools
c/o Christopher Ryan
2929 Allen Parkway, Suite 2300
Houston, TX 77019
Email:	christopher.ryan@bakerhughes.com

Basic Energy Services
P O Box 841903
Dallas, TX 75284
Email:	gloria.robinson@basicenergyservices.com
	bobby.adkins@basicenergy.com

BJ Services Company
c/o Carl Doré, Jr.
Doré & Associates, Attorneys, P.C.
17171 Park Row, Suite 350
Houston, TX 77084
Facsimile:	281-829-1579
Email:	carldore@doreassociates.com

Blowout Tools, Inc.
c/o Benjamin W. Kadden
Lugenbuhl, Wheaton, Peck, Rankin
  & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Facsimile:	504-310-9195
Email:	bkadden@lawla.com

BravoConstruction, Inc.
P O Box 874
Wilburton, OK 74578
Email:	bravojw@sbcglobal.net

Brickman Fast Line Inc.
P O Box 764
Okeene, OK 73763
Email:	brickmant@hotmail.com
	arrowpump@yahoo.com
	arrowpumpada@yahoo.com

Bronco Drilling Company, Inc.
16217 N. May Avenue
Edmond, OK 73013
Email:	agutierrez@broncodrill.com
	dtreadwell@broncodrill.com

Burlington Resources Oil & Gas Co.
c/o ConocoPhillips Company
10 Plaza Office Building
Bartlesville, OK 74004
Email:	lcrothers@br-inc.com

Cenizo Services, Inc.
P O Box 1038
Uvalde, TX 78802
Email:	all4weeks@yahoo.com

Continental Resources, Inc.
c/o Stephen J. Moriarty
Fellers Snider Blankenship Bailey & Tippens PC
100 North Broadway Avenue, Suite 1700
Oklahoma City, OK 73102
Facsimile:	405-232-9659
Email:	smoriarty@fellerssnider.com

Devon Energy Production Co., LP
c/o David M. Bennett
Thompson & Knight LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
Facsimile:	214-969-1751
Email:	david.bennett@tklaw.com

DrillRight Technology, Inc.
c/o Larry G. Cassil, Jr.
Pierce, Couch, Hendrickson, Baysinger
  & Green, LLP
1109 N. Francis
Oklahoma City, OK 73106
Facsimile:	405-235-2904
Email:	lcassil@piercecouch.com

Energy Service Company
P O Box 1300
Bowie, TX 76230
Email:	tbrown@energyserviceco.com

Exploreco International LLC
Attn: Don Milner, Jr.
P O Box 951913
Dallas, TX 75395
Email:	mayra@exploreco.com
	donj@exploreco.com
	walt@exploreco.com

Express Energy Services
P O Box 3720
Houma, LA 70361
Email: estalbert@eeslp.com

Felderhoff Brothers Drilling
P O Box 202037
Dallas, TX 74320
Email: Tburke@completeproduction.com

Swanberg USA, Inc.
f/k/a Gambler Trucking Inc.
f/k/a Swanberg Texas, Inc.
5851 San Felipe Street, Suite 850
Houston, TX 77057
Email: kcashion@swanbergusa.com
rpendleton@swanberginternational.com

International Lift Systems, LLC
P O Box 941748
Houston, TX 77049
Email: fthompson@lufkin.com

Jimmy Chatham Dozer Service Inc.
P O Box 878
Healdton, OK 73438
Email: jrchatham@calberocket.com

Moricoli & Schovanec LLC
Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102
Email: jmoricoli@moricoli.com

Myers Roustabout LLC
P O Box 751
Jacksboro, TX 76458
Email: megan@myersroustabout.com
myersroustabout@yahoo.com

Nabors Well Services, Ltd.
Attn: Stephen Tucker
P O Bocx 973510
Dallas, TX 75397
Email: stephen.tucker@nabors.com
lauri.mcdonald@nabors.com

Newpark Drilling Fluids LLC
Attn: Daniela Quast
P O Box 83116
Baton Rouge, LA 70884
Email: dquast@newpark.com

NFR Energy LLC
1415 Louisiana, Suite 1600
Houston, TX 77002
Email: cstinneford@gordonarata.com

Pason Systems USA Corp.
16100 Table Mountain Pkwy., Suite 100
Golden, CO 80403
Email: cindy.miller@pason.com
robbie.thorne@pason.com

Phantom Drilling Fluids Company
Attn: Gene Matthews
904 Fox Hill Driv
Edmond, OK 73034
Email: phantom1226@cox.net

Pinson Well Logging, Inc.
4430 NW 50th Street, Suite Q
Oklahoma City, OK 73112
Email: pinsonwell@aol.com

Precision Energy Services, Inc.
Attn: Simon Lin
P O Box 200698
Dallas, TX 75320
Email: simon.lin@weatherford.com
luther.harmon@weatherford.com

Quicksilver Resources Inc.
777 West Rosedale Street, Suite 300
Fort Worth, TX 76104
Email: rhimelfarb@qrinc.com
douguloth@ulothlaw.com

Rowan Drilling Company, Inc.
Attn: Darin Gibbins
2800 Post Oak Blvd., Suite 5450
Houston, TX 77056
Email: mboykin@rowancompanies.com
darin.gibbins@rowancompanies.com
tedg@rowancompanies.com

Schlumberger Technology Corporation
Attn: Michael Stephenson
14131 Midway, Suite 700
Addison, TX 75070
Email: mstephenson@dallas.oilfield.slb.com
mstephenson@slb.com

Schlumberger Technology Corporation
c/o Jere Crean
1325 South Dairy Ashford
Houston, TX 77077
Email:      crean1@slb.com

Seaboard Wellhead, Inc.
P O Box 3177
Houston, TX 77253
Email:      jduncan@seaboardwellheadinc.com

Simons Petroleum
Attn: David Mulroney
P O Box 676686
Dallas, TX 75267
Email:      dmulroney@simonspetroleum.com
            mmclaughlin@simonpetroleum.com

Smith International, Inc.
Attn: Karen Bennett
P O Box 200760
Dallas, TX 75230
Email:      kbennett01@smith.com

Streamline Production Systems, Inc.
1447 Highway 69
Kountze, TX 77625
Email:      streamster1@aol.com
            plindsey2877@yahoo.com

Super Flow Testers, Inc.
P O Box 643
Lindsay, OK 73052
Email:      superflow@volornet.com
            smcdaniels@scissortailenergy.com

T A W Inc.
Attn: Elise Alexander
P O Box 960078
Oklahoma City, OK 73196
Email:      nlong@TAWServices.com
            ealexander@tawservices.com

Tank 1 Services, LLC
14633 South Padre Island Dr., Suite 105
Corpus Christi, TX 78418
Email:      kbatey@branscombpc.com

TCB Rental Inc.
c/o Steven C. Haley
Moorman, Tate, Moorman,
   Urquhart & Haley, L.L.P.
207 East Main
P O Box 1808
Brenham, TX 77834
Facsimile:  979-830-0913
Email:      shaley@moormantate.com

Tejas Oilfield Service
Attn: John Schmitz
Lockbox Dept. 2414
P O Box 4346
Houston, TX 77210
Email:      chuddleston@peakoilservices.com

Thomas Tools
Attn: Linda Dutil
P O Box 200701
Dallas, TX 75230
Email:      ldutil@thomastools.com
            heath@thomastools.com

TK Stanley Inc.
P O Box 31
Waynesboro, MS 39367
Email:      dclark@tcstanley.com

Topographic Land Surveyors
6709 North Classen Blvd.
Oklahoma City, OK 73116
Email:      annie.wolf@topographic.com
            becky.bogle@topographic.com

TS Dudley Land Co., Inc.
5925 N. Robinson Avenue
Oklahoma City, OK 73118
Email:      TomDudley@tsdudley.com

Ulterra Drilling Technologies, LP
Attn: Carter McCall
P O Box 975228
Dallas, TX 75397
Email:      cmccall@ulterra.com

Vanguard Stimulation Service LLC
Attn:  Carroll Newman
19800 MacArthur Blvd., Suite 650
Irvine, CA 92612
Email:      cnewman@vanguardenergygroup.com
            pguertin@vanguardenergygroup.com

Western Company of Texas
P O Box 399
Justin, TX 76247
Email:  Brent.Barnard@xxtremegroup.com

**Litigation Parties:**

Myers Roustabout, L.L.C.
c/o David Spiller
Spiller & Spiller
P O Drawer 447
Jacksboro, TX 76458
Facsimile:  (940) 567-3999
Email:  david.spillerlaw@sbcglobal.net

NFR Energy LLC
c/o Charles L. Stinneford
Andrew M. Abrameit
Gordon, Arata, McCollam,
  Duplantis & Eagan, L.L.P.
One Riverway, Suite 1300
Houston, TX 77056
Facsimile:  (713) 333-5501
Email:  cstinneford@gordonarata.com
        aabrameit@gordonarata.com

Select Energy Services, LLC
Bell Supply Company, LLC
c/o Duncan A. Simpson
B-29 Investments, LP
201 W. California Street,
P O Box 170
Gainesville, TX 76241
Email:  dsimpson@b29investments.com

Select Energy Services, LLC
c/o Craig W. Budner
Casey P. Kaplan
K&L Gates LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Facsimile:  (214) 939-5849
Email:  craig.budner@klgates.com
        casey.kaplan@klgates.com

**Counsel for Baker Hughes Oilfield Operations, Inc. and Schlumberger Technology Corporation:**

Phil Snow
Snow Fogel Spence LLP
2929 Allen Parkway
Suite 4100
Houston, TX 77019
Fax: 713-335-4848
Email:  philsnow@snowfogel.com
        lauraterrell@snowfogel.com

**Utilities:**

People's Electric Cooperative
P.O. Box 429
Ada, OK 74821-0429
Email:  amcelroy@peoplesec.com

Hilco Electric Cooperative, Inc.
Attn: Lea Sanders
P.O. Box 127
Itasca, TX 76055-0127
Email:  leasanders@hilco.coop

**Unsecured Creditors of Cornerstone Southwest GP, LLC Only:**

CFS MacArthur Plaza, LP
Attn: Property Manager
5525 N. MacArthur Blvd, Suite 100
Irving, TX 75038

United Healthcare
Dept. CH 10151
Palatine, IL 60055

Principal Life Group
P O Box 14513
Des Moines, IA 50306

SafeGuard Dental & Vision
P O Box 30910
Laguna Hills, CA 92654

John Sanchez
c/o Cornerstone E & P Company, LP
5525 N. MacArthur Blvd., Suite 775
Irving, TX 75038
Email:  jsanchez@cstone-ep.com

Barry Osborne
c/o Cornerstone E & P Company, LP
5525 N. MacArthur Blvd., Suite 775
Irving, TX 75038
Email:    jsanchez@cstone-ep.com

Tom Barnes
c/o Cornerstone E & P Company, LP
5525 N. MacArthur Blvd., Suite 775
Irving, TX 75038
Email:    jsanchez@cstone-ep.com

Scott Adamson
c/o Cornerstone E & P Company, LP
5525 N. MacArthur Blvd., Suite 775
Irving, TX 75038
Email:    jsanchez@cstone-ep.com

Aaron Borgan
c/o Cornerstone E & P Company, LP
5525 N. MacArthur Blvd., Suite 775
Irving, TX 75038
Email:    jsanchez@cstone-ep.com

Mike Langeler
c/o Cornerstone E & P Company, LP
5525 N. MacArthur Blvd., Suite 775
Irving, TX 75038
Email:    jsanchez@cstone-ep.com

**Notice of Appearance Parties:**

Counsel for Union Bank of California, N.A.:

Samuel N. Stricklin
Bracewell & Giuliani LLP
1445 Ross Avenue, Suite3800
Dallas, TX 75202
Facsimile:  (214) 751-4864
Email:    Sam.Stricklin@bgllp.com
          David.Sweeney@bgllp.com
          Trey.Wood@bgllp.com
          Dewey.Gonsoulin@bgllp.com

Jason G. Cohen
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002
Facsimile:  (713) 221-1212
Email:    jason.cohen@bgllp.com

Counsel for J-W Power Company:

David A. Miller
Julie A. Walker
Miller Mentzer, P.C.
100 N. Main Street
P O Box 130
Palmer, TX 75152
Facsimile:  (972) 845-3398
Email:    jwalker@milmen.com

Counsel for Dallas County:

Laurie Spindler Huffman
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
Facsimile:  (469) 221-5002
Email:    dallas.bankruptcy@publicans.com

Counsel for Weatherford International:

Edward L. Rothberg
Hoover Slovacek, LLP
5847 San Felipe, Suite 2200
Houston, TX 77057
Email:    rothberg@hooverslovacek.com

Counsel for Liberty Energy, LLC:

Shari L. Heyen
Greenberg Traurig, LLP
1000 Louisiana, Suite 1700
Houston, TX 77002
Facsimile:  713-374-3505
Email:    heyens@gtlaw.com

Counsel for Johnny F. Muehlstein Family Partnership, Larry Muehlstein, Mildred Powell, Johnny Muehlstein and Georgia Ann Hughes:

Joseph R. Kimball
Lively & Associates, LLP
201 Main Street, Suite 1260
Fort Worth, TX 76102
Facsimile:  817-338-1050
Email:    joe.kimball@livelyllp.com

Counsel for Cowtown Pipeline L.P.:

J. Douglas Uloth
Uloth, P.C.
15455 Dallas Parkway, Suite 600
Addison, TX 75001
Facsimile: 888-780-5946
Email: douguloth@ulothlaw.com

Primeshares:

Primeshares
Attn: RVS
261 Fifth Avenue, 22nd Floor
New York, NY 10016
Facsimile: 212-889-2232
Email: ksync@primeshares.com

Counsel for Blue Star Oil & Gas, Ltd.:

Bruce J. Ruzinsky
Jackson Walker L.L.P.
1401 McKinney Street, Suite 1900
Houston, TX 77010
Facsimile: 713-752-4221
Email: bruzinsky@jw.com

Heather M. Forrest
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202
Facsimile: 214-953-5822
Email: hforrest@jw.com

Counsel for Vanguard Stimulation
Services, LLC and ScissorTail Energy, LLC:

Steven W. Soule
Pamela H. Goldberg
Bonnie N. Hackler
Karissa K. Cottom
Hall, Estill, Hardwick, Gable,
 Golden & Nelson, P.C.
320 South Boston Avenue, Suite 200
Tulsa, OK 74103
Facsimile: 918-594-0505
Email: ssoule@hallestill.com
 pgoldberg@hallestill.com
 bhackler@hallestill.comm
 kcottom@hallestill.com

Counsel for Brickman Fastline, Inc.:

Michael C. Bigheart
Mitchell & DeClerck, P.L.L.C.
202 West Broadway
Enid, OK 73701
Facsimile: 580-234-8890
Email: mcb@mdpllc.com

Counsel for Neumin Production Co.:

James Matthew Vaughn
Porter & Hedges, L.L.P.
1000 Main Street, 36th Floor
Email: mvaughn@porterhedges.com

Counsel for Phantom Drilling Fluids Company:

Lyle R. Nelson
Jennifer H. Kirkpatrick
Eric Huddleston
Elias, Books, Brown & Nelson, P.C.
Two Leadership Square, Suite 1300
211 N. Robinson
Oklahoma City, OK 73102
Facsimile: 405-232-3746
Email: lyle@lylenelsonlaw.com
 jhkirkpatrick@eliasbooks.com
 ehuddleston@eliasbooks.com

Counsel for Capital Well Service, LLC:

Patrick H. Autry
Nunley Jolley Cluck Aelvoet LLP
1580 S. Main Street, Suite 200
Boerne, TX 78006
Facsimile: 830-816-3388
Email: pautry@texastriallaw.com

Counsel for Thurman Transportation, Inc.
And Glenn Thurman, Inc.:

Frank Skipper
Sullivan & Cook, LLC
2301 Cedar Springs Road, Suite 200
Dallas, TX 75201
Facsimile: 214-528-6925
Email: fskipper@sullivancook.com

Counsel for Carrollton-Farmers Branch
Independent School District:

Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, TX 75205
Facsimile: 214-521-1738
Email: sheehan@txschoollaw.com

RLI Insurance Company:

RLI Insurance Company
Attn: Paul M. O'Sullivan
8 Greenway Plaza, Suite 400
Houston, TX 77046
Facsimile: 713-961-0285
Email: paul.o'sullivan@rlicorp.com

Counsel for ConocoPhillips Company
and Burlington Resources Oil & Gas Co., L.P.:

Philip G. Eisenberg
Locke Lord Bissell & Liddell, LLP
600 Travis Street, Suite 3400
Houston, TX 77002
Facsimile: 713-223-3717
Email: peisenberg@lockelord.com

Gregory A. Lowry
Locke Lord Bissell & Liddell, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75202
Facsimile: 214-740-8800
Email: glowry@lockelord.com

Counsel for Robert J. Alwell
and Susan M. Alwell

Matthew T. Taplett
Pope, Hardwicke, Christie,
  Schell, Kelly & Ray, L.L.P.
306 W. Seventh Street, Suite 901
Fort Worth, TX 76102
Facsimile: 817-877-4781
Email: mtaplett@popehardwicke.com

Counsel for Bronco Drilling Company, Inc.

Kurt M. Rupert
Hartzog Conger Cason & Neville
201 Robert S. Kerr Avenue
1600 Bank of Oklahoma Plaza
Oklahoma City, OK 73102
Facsimile: 405-996-3403
Email: krupert@hartzoglaw.com

Counsel for Elisandra Mejorado

David T. Burkett
The Burkett Law Firm
538 S. Tancahua
Corpus Christi, TX 78401
Facsimile: 361-883-0733
Email: burketta@aol.com

TK Drilling

TK Drilling
Attn: Teerakun Karnchanakphan
8131 E. 49th Street
Tulsa, OK 74145
Facsimile: 918-270-1002

Counsel for Jose N. Gonzales and
Maria Gonzales:

Ray Galvan, Jr.
Ray Galvan, P.C.
8111 LBJ Freeway, Suite 1450
Dallas, TX 75251
Facsimile: 972-235-6217
Email: raygalvan@gmail.com

Counsel for CFS MacArthur Plaza, LP:

Kell C. Mercer
Brown McCarroll, L.L.P.
111 Congress Avenue, Suite 1400
Austin, TX 78701
Facsimile: 512-226-7324
Email: kmercer@mailbmc.com

Counsel for Arnold Crushed Stone, Inc.:

Ross A. Vitek
The Cox Law Firm, PLLC
5850 Colleyville Blvd., Suite B
Colleyville, TX 76034
Facsimile: 817-860-9205
Email: ross@edcoxlaw.com

Counsel for PVR North Texas Gas
Gathering, LLC:

E. P. Keiffer
Wright Ginsberg Brusilow P.C.
1401 Elm Street, Suite 4750
Dallas, TX 75202
Facsimile: 214-744-2615
Email: pkeiffer@wgblawfirm.com

Counsel for ESCOB Management, LLC
d/b/a Energy Service Company:

Gregory L. Underwood
Underwood & Riddle, P.C.
607-B Lindsay Street
Bowie, TX 76230
Facsimile: 940-872-4211

Counsel for Betsy Eiseman
and Reed Land Management, Ltd.:

Rudy Beuttenmuller
Thomas, Cinclair & Beuttenmuller
5335 Spring Valley Road
Dallas, TX 75254
Facsimile: 972-991-3220
Email: rudybeutt@tcblawfirm.com

Counsel for Turbeco, Inc.
d/b/a Spidle Turbeco:

Amy Greaves Williams
Doherty & Doherty, LLP
1717 St. James Place, Suite 520
Houston, TX 77056
Facsimile: 713-572-1001
Email: amywilliams@doherty-law.com

Counsel for T.S. Dudley Land Company:

Charles E. Wetsel
Robertson & Williams
9658 North May Avenue, Suite 200
Oklahoma City, OK 73120
Facsimile: 405-843-6707
Email: cwetsel@robertsonwilliams.com

Counsel for Express Energy Services:

Lucas Gaskamp
Sullins, Johnston, Rohrbach & Magers
2200 Phoenix Tower
3200 Southwest Freeway
Houston, TX 77027
Facsimile: 713-521-3242
Email: lgaskamp@sjrm.com

Counsel for Mays / McElroy Family Limited
Partnership:

Michael Deitch
Law Office of Michael Deitch & Associates
800 Rio Grande
Austin, TX 78701
Facsimile: 512-474-1579
Email: mike.d@dhpc-law.com

Counsel for Douglas Leach:

Albert C. Ross
Ross & Hartley, P.C.
1521 North Cooper Street, Suite 340
Arlington, TX 76011
Facsimile: 817-274-1850
Email: aross@ross-hartley.com

Counsel for Western Company of Texas:

Charles W. Fillmore
The Fillmore Law Firm, L.L.P.
901 Lake Street
Fort Worth, TX 79102
Facsimile: 817-870-1859