Edward L. Rothberg
TBN 17313990
Annie Catmul
TBN 00794932
Hoover Slovacek, LLP
5847 San Felipe, Suite 2200
Houston, Texas 77057
(713)977-8686; (713) 977-5395 (fax)
Attorney for Weatherford International, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **CORNERSTONE E&P COMPANY, L.P.,** | § | **CASE NO. 09-35228-BJH** |
| *et. Al* | § | |
| | § | |
| **Debtors.** | § | **CHAPTER 11** |

**JOINDER IN MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR CLARIFICATION OF FINAL CASH COLLATERAL/VENDOR FINANCING ORDER ENTERED AUGUST 25, 2009 OR IN THE ALTERNATIVE FOR RELIEF FROM SAME PURSUANT TO RULE 60(B) (DOC. 334)**

WEATHERFORD U.S., L.P., and an affiliate known as Precision Energy Services, Inc. (collectively "Weatherford"), hereby joins in the Motion of the Official Committee of Unsecured Creditors For Clarification of Final Cash Collateral/Vendor Financing Order Entered August 25, 2009 or in the Alternative for Relief from Same Pursuant to rule 60(b) (Doc. 334) (the "Motion"). The grounds for this Joinder are as follows:

**Background**

1. Weatherford is owed $3,860,265.89 for goods, services and equipment rental provided with respect to the Debtors mineral leases and related wells. A portion of this debt is secured by minerals liens on the Debtors' interest in those leases. Otherwise, the debt is largely unsecured.

2. Weatherford is also the Plaintiff in Adversary No. 09-3450. Notwithstanding the declarations in the cash collateral order to the contrary, Weatherford timely asserted in its adversary proceeding that UBOC's mortgage does not extend to various leasehold interests owned by the Debtor.

3. Weatherford's adversary proceeding has been consolidated with three other similar adversary proceedings.

**Reasons for Joinder**

4. Weatherford believes that in certain instances the value of the leasehold interests which are not encumbered by UBOC liens exceeds the dollar amount of the filed mineral liens. Consequently, there is equity in those leasehold interests available for the unsecured creditors. The amount of potential equity available for unsecured creditors could be several million dollars depending on the price of gas.

5. As stated in the paragraph 22 of the Committee's Motion, if Weatherford and the other mineral lien holders ultimately prevail in the consolidated adversary proceedings and the Committee's Motion is not granted, UBOC would effectively get a second lien behind the mineral lien holders to the detriment of the unsecured creditors.

6. This would be an anomalous result indeed and would represent a windfall to UBOC, which never held a lien on those leasehold interests in the first place. As stated in the Committee's Motion, the court's cash collateral order should not be able to impose a *pre-petition* lien where no such lien existed.

7. There is no real harm to UBOC by granting the Committee's Motion, because it has to try the issues in the context of the pending consolidated adversary proceedings anyway.

WHEREFORE, Weatherford prays that:

1. The Court grants the Committee's Motion

2. The Court permits the Committee to intervene in the consolidated adversary proceedings.

3. The Court grants such other and further relief as is just and proper.

Respectfully submitted,

HOOVER SLOVACEK LLP

By: */s/ Annie E. Catmull*
    EDWARD L. ROTHBERG
    State Bar No. 17313990
    MELISSA A. HASELDEN
    State Bar No. 00794778
    ANNIE E. CATMULL
    State Bar No. 00794932
    5847 San Felipe, Suite 2200
    Houston, Texas 77057
    Telephone: 713.977-8686
    Facsimile: 713.977-5395

ATTORNEYS FOR WEATHERFORD US LP & PRECISION ENERGY SERVICES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2010, a true and correct copy of foregoing document was served by email upon the following:

Phil Snow
philsnow@snowfogel.com

Kenneth Green
kennethgreen@snowfogel.com

Samuel Martin Stricklin
sam.stricklin@bgllp.com

Michael L. Dinnin
michael.dinnin@bgllp.com

William Jarrell Moore
will.moore@bgllp.com

John C. Middleton
john.middleton@haynesboone.com

Scott W. Everett
scott.everett@haynesboone.com
Stephen M. Pezanosky
stephen.pezanosky@haynesboone.com

Michael D. Gray
Michael.gray@lawbrg.com

Andrew D. Schwartz
Andrew.schwartz@lawbrg.com

Carl Dore', Jr.
carldore@doreassociates.com

Kristin S. Wallis
Kristin@doreassociates.com

Tim Dowd
tdowd@eliasbooks.com

Eric Huddleston
ehuddleston@eliasbooks.com


/s/ Annie E. Catmull
Annie E. Catmull