Michael C. Bigheart
OBA 10029
Mitchell & DeClerck, P.L.L.C.
202 W. Broadway
Enid, OK 73701
580-234-5144; 580-234-8890 (fax)
Attorney for Brickman Fast Line, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CORNERSTONE E&P COMPANY, L.P., | § | Case No. 09-35228-bjh |
| *et al.,* | § | (Joint Administration Pending) |
| | § | |
| Debtors. | § | |

### BRICKMAN FAST LINE, INC.'S JOINDER IN MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR CLARIFICATION OF FINAL CASH COLLATERAL/VENDOR FINANCING ORDER ENTERED AUGUST 25, 2009 OR IN THE ALTERNATIVE FOR RELIEF FROM SAME PURSUANT TO RULE 60(B) (DOC.334)

Brickman Fast Line, Inc. ("Brickman") hereby joins in the Official Committee of Unsecured Creditors ("OCUC") Motion for Clarification of Final Cash Collateral/Vendor Financing Order Entered August 25, 2009 or in the Alternative for Relief From Same Pursuant to Rule 60(B) (DOC.334) (the "Motion"). In support of this joinder of Brickman shows the Court as follows:

1. Brickman is owed $122,385.39 for goods, services and equipment rental provided with respect to the debtors mineral leases and related wells. Brickman has filed Mechanic's and Materialmen's Liens with respect to all of the amounts owed against eleven (11) of the debtor's properties in Hughes County Oklahoma, five (5) of which

properties are not encumbered by the mortgage of Union Bank of California, N.A. ("UBOC"). Additionally Mechanic's and Materialmen's Liens relate back on seven (7) of the properties to dates prior to UBOC's filing of its mortgage.

2. Brickman timely filed a Proof of Claim in this matter (claim # 77) asserting a secured claim and attaching Lien Statements with respect to each of the 11 properties.

3. Brickman did not file an adversary proceeding herein, however is a party to an action filed on January 8, 2010 in the District Court of Hughes County Oklahoma styled Bank of Hughes Oil Field Operation, Inc. et al v. Liberty Energy, LLC, et al, case number CJ-2010-2, which was subsequently removed to the Bankruptcy Court for the Eastern District of Oklahoma (Case # 10-8007-TRC) and which now, pursuant the Eastern District Bankruptcy Court's Order of April 27, 2010, is being transferred to the Bankruptcy Court for the Northern District of Texas, Dallas Division to be associated with the case presently before this court. Brickman anticipates consolidation of the Baker Hughes action with the five (5) other adversary complaints filed pursuant to the Court's Cash Collateral Order.

4. Brickman incorporates the authority and argument of the OCUC and Weatherford U.S., L.P. (DOC.343) herein word for word.

WHEREFORE, Brickman prays that:

1. The Court grants the Committee's Motion.

2. The Court permits the Committee to intervene in the consolidate adversary proceeding.

3. That the Court grant such other and further relief as is just and proper.

**Dated:** April 30, 2010  By: */s/ Michael C. Bigheart*
Enid, Oklahoma  Michael C. Bigheart, OBA #10029
  Mitchell & DeClerck, P.L.L.C.
  202 West Broadway
  Enid, Oklahoma 73701
  Telephone: (580) 234-5144
  Facsimile: (580) 234-8890
  Email: mcb@mdpllc.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the April 30, 2010, a true and correct copy of the foregoing document was served by ECF transmission upon the parties that receive electronic notice in this case pursuant to the Court's ECF filing system:


*/s/ Michael C. Bigheart*
Michael C. Bigheart