Edward L. Rothberg
TBN 17313990
Annie Catmull
TBN 00794932
Melissa A. Haselden
TBN 00794778
Hoover Slovacek, LLP
5847 San Felipe, Suite 2200
Houston, Texas 77057
(713) 977-8686; (713) 977-5395 (fax)
Attorneys for Weatherford International, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CORNERSTONE SOUTHWEST GP, LLC | § | Jointly Administered Under |
| | § | |
| CORNERSTONE E&P COMPANY, LP | § | CASE NO. 09-35228-bjh |
| | § | |
| Debtors | § | |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 287

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtors' Motion to Substitute (the "Motion") filed on February 11, 2010, has been received.

The undersigned further certified that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served by March 4, 2010.

WHEREFORE, the undersigned respectfully requests that the Court enter the proposed order attached to the Motion at its earliest convenience.

Dated: February 11, 2010

670227-1

Respectfully submitted,

HOOVER SLOVACEK LLP


*/s/ Edward L. Rothberg*
By:_____
EDWARD L. ROTHBERG
State Bar No. 17313990
MELISSA A. HASELDEN
State Bar No. 00794778
ANNIE E. CATMULL
State Bar No. 00794932
5847 San Felipe, Suite 2200
Houston, Texas 77057
Telephone: (713) 977-8686
Facsimile: (713) 977-5395

ATTORNEYS FOR WEATHERFORD
INTERNATIONAL, INC.


## CERTIFICATE OF SERVICE

On May 4, 2010, I hereby certify that a true and correct copy of the foregoing Motion to Substitute Counsel was served via electronic mail to all parties requesting.


_____*/s/ Edward L. Rothberg*_____
EDWARD L. ROTHBERG