Mr. Samuel L. Stricklin
State Bar No. 19397050
Mr. William J. Moore
State Bar No. 24051075
BRACEWELL & GIULIANI LLP
1445 Ross Avenue, Suite 3800
Dallas, Texas 75202-2711
Telephone: (214) 468-3800
Facsimile: (214) 468-3888

ATTORNEYS FOR UNION BANK, N.A.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| In re: | § | Chapter 11 |
|---|---|---|
| | § | |
| CORNERSTONE E&P COMPANY, L.P., | § | Case No. 09-35228-bjh |
| *et. al* | § | (Jointly Administered) |
| | § | |
| Debtors. | § | |

## UNION BANK OF CALIFORNIA, N.A.'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR MAY 11, 2010

Union Bank of California, N.A. n/k/a Union Bank, N.A. ("Union Bank") hereby files its Witness and Exhibit List in connection with the hearing on the Motion of Official Committee of Unsecured Creditors for Clarification of Final Cash Collateral / Vendor Financing Order Entered August 25, 2009 (Doc. 81) or in the Alternative for Relief from Same pursuant to Rule 60(B), scheduled on May 11, 2010:

### I.  WITNESSES

Union Bank reserves the right to call any or all of the following witnesses:

1. John Sanchez;
2. Patrick Devine;
3. Any impeachment witnesses;
4. Any person designated as a witnesses by any other party.

**UNION BANK OF CALIFORNIA, N.A.'S WITNESS AND EXHIBIT LIST– PAGE 1**

## II. EXHIBITS

| Exhibit ID Number | Description | Marked | Offered | Object | Admit |
|---|---|---|---|---|---|
| 1. | Emergency Motion for an Order (i) Approving Interim and Final Use of Cash Collateral and Granting Adequate Protection (ii) Granting Authority to Make Payments to Royalty and Working Interest Owners; and (iii) Approving Vendor-Financing Agreement [Doc. No. 15] | | | | |
| 2. | Amended Agreed Interim Cash Collateral / Vendor Financing Order [Doc. No. 35] | | | | |
| 3. | Limited Objection to the Cash Collateral Motion (the "Limited Objection") [Doc. No. 74] | | | | |
| 4. | Final Cash Collateral / Vendor Financing Order (i) Approving Interim and Final Use of Cash Collateral and Granting Adequate Protection (ii) Granting Authority to Make Payments to Royalty and Working Interest Owners; and (iii) Approving Vendor-Financing Agreement (the "Cash Collateral Order") [Doc. No. 81] | | | | |
| 5. | Appointment of Unsecured Creditor's Committee [Doc. No. 63] | | | | |
| 6. | Any exhibits designated by any other party. | | | | |
| 7. | Any impeachment and/or rebuttal exhibits | | | | |

Union Bank reserves the right to amend this Witness and Exhibit List.

DATED: May 6, 2010.

        Respectfully submitted,

        BRACEWELL & GIULIANI LLP

        By: /s/ Samuel L. Stricklin
            Samuel L. Stricklin
            Texas Bar No. 19397050
            William J. Moore
            Texas Bar No. 24051075
            sam.stricklin_@bgllp.com
            will.moore@bgllp.com

        1445 Ross Avenue, Suite 3800
        Dallas, Texas 75202
        Telephone:(214) 468-3800
        Facsimile: (214) 468-3888

        **ATTORNEYS FOR DEFENDANT,**
        **UNION BANK, N.A.**

## CERTIFICATE OF SERVICE

    I hereby certify that on May 6, 2010, a true and correct copy of the foregoing was served by ECF transmission on the parties receiving electronic notice in this case pursuant to the Court's electronic case filing system.

            /s/ William J. Moore
        William J. Moore

                414206.2