**Exhibit A to Smith Entities' Joinder**

| Claimant | Well | County | State | Total Amount of Lien | Date Lien Filed |
|---|---|---|---|---|---|
| Thomas Tools | Chittim #1262 | Dimmit, Maverick and Zavala | TX | $1,427.68 | 7/8/09 |
| Thomas Tools | Chittim #1554H | Dimmit, Maverick and Zavala | TX | $31,015.62 | 7/8/09 |
| Thomas Tools | Campbell #1H | Hill | TX | $35,667.84 | 6/23/09 |
| Thomas Tools | Colonial #1H | Hill | TX | $27,673.57 | 7/14/09 |
| Thomas Tools | Covington #1H | Hill | TX | $244,481.61 | 6/16/09 |
| Thomas Tools | Hancock #1H | Hill | TX | $47,282.24 | 7/9/09 |
| Thomas Tools | Mays-McElroy #1H | Hill | TX | $28,374.18 | 7/9/09 |
| Thomas Tools | Smitherman #1H | Hill | TX | $23,863.33 | 7/14/09 |
| Thomas Tools | Young #1H | Hill | TX | $49,104.15 | 9/14/09 |
| | | | | **$488,890.22** | |
| Thomas Tools | Dingo #11-1H | Hughes | OK | $9,161.20 | 9/14/09 |
| Thomas Tools | Gecko #22-1H | Hughes | OK | $28,162.68 | 9/14/09 |
| Thomas Tools | Lizard 19-1H | Hughes | OK | $12,798.52 | 8/18/09 |
| Thomas Tools | Okapi #17-1H | Hughes | OK | $52,586.24 | 9/14/09 |
| Thomas Tools | Wombat #1-1H | Hughes | OK | $11,451.50 | 8/26/09 |
| | | | | **$114,160.14** | |
| Smith International | Chittim #1262 | Dimmit, Maverick and Zavala | TX | $229,427.34 | 7/2/09 |
| Smith International | Chittim #1512H | Dimmit, Maverick and Zavala | TX | $9,834.52 | 7/2/09 |
| Smith International | Campbell #1H | Hill | TX | $4,384.61 | 7/14/09 |
| Smith International | Colonial #1H | Hill | TX | $2,122.11 | 7/24/09 |
| Smith International | Covington #1H | Hill | TX | $4,115.18 | 7/9/09 |
| Smith International | Hancock #1H | Hill | TX | $13,912.68 | 7/14/09 |
| Smith International | McElroy #1H | Hill | TX | $48,079.90 | 7/24/09 |
| Smith International | Watson #1H | Hill | TX | $22,829.44 | 7/24/09 |
| Smith International | Smitherman #1H | Hill | TX | $10,053.34 | 7/24/09 |
| | | | | **$344,759.12** | |
| Smith International | Wombat #1H | Hughes | OK | $44,417.99 | 8/20/09 |
| Smith International | Lizard #19-1H | Hughes | OK | $74,042.99 | 8/17/09 |
| Smith International | Okapi #17-1H | Hughes | OK | $25,843.60 | 8/20/09 |
| Smith International | Hancock #1H | Hughes | OK | $35,449.25 | 6/19/09 |
| | | | | **$179,753.83** | |

The Smith Entities reserve all rights, including right to amend or modify this list